AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

Johnny Clyde Benjamin, M.D.

**EXHIBIT AND WITNESS LIST**

Case Number: 17-8424-WM

| PRESIDING JUDGE U.S. Magistrate Judge James M. Hopkins | PLAINTIFF'S ATTORNEY AUSA John McMillan | DEFENDANT'S ATTORNEY Larry Donald Murrell (Temp.) |
|---|---|---|
| TRIAL DATE(S) DETENTION HEARING | COURT REPORTER DAR NO. 11:07:39 | COURTROOM DEPUTY Tanya McClendon |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 10/25/2017 | Yes | Yes | DVD |
| 2 |  | 10/25/2017 | Yes | Yes | TRANSCRIPT |
| 3 |  | 10/25/2017 | Yes | Yes | CD |
| 4 |  | 10/25/2017 | Yes | Yes | TRANSCRIPT |
| 5 |  | 10/25/2017 | Yes | Yes | PHOTO |
| 6 |  | 10/25/2017 | Yes | Yes | PHOTO |
| 7 |  | 10/25/2017 | Yes | Yes | PHOTO |
|  | X | 10/25/2017 |  |  | Defense witness Dr. Robert H. Mills - sworn/testified |

FILED by _____ D.C.
OCT 25 2017
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. - W.P.B.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages