AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

_Southern_ DISTRICT OF _Florida_

USA   v. _Johnny Clyde Benjamin_

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: _17 80203_

| PRESIDING JUDGE William P. Dimitrouleas | PLAINTIFF'S ATTORNEY John McMillan, Rolando Garcia | DEFENDANT'S ATTORNEY Donnie Murrell, Brittany |
|---|---|---|
| TRIAL DATE(S) M _Suppress_ 2/9/18 | COURT REPORTER _Pauline Salgren_ | COURTROOM DEPUTY K. Allen-DeAngelus |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/9 | | | W-1 Sgt. Patrick Naughton |
| 4 | | | ✓ | ✓ | photographs |
| 5 | | | ✓ | ✓ | photographs |
| 6 | | | ✓ | ✓ | (video) CD |
| 1 | | | ✓ | ✓ | transcript 10/6/17 to Exhibit 6 |
| | | | | | W-2 Austin Moyer, officer |
| | | | | | W-3 Bethany Chris, Trooper |
| | | | | | W-4 S/A Michael Buemi |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.