AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

Southern DISTRICT OF Florida

USA v. Jimmy Clyde Benjamin

EXHIBIT AND WITNESS LIST

CASE NUMBER: 17-80203

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | John McMillan, Rolando Garcia | Ronnie Murrell, Andrew Metcalf |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/16/18, 4/20/18, 4/23/18, 4/24, 4/25/18, 4/26/18 | Francine Salopek | Karen Carlton-DeAngelis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W-1 | | 4/20/18 | | | Gregory Meehan |
| W-2 | | | | | Steven R. Ulitsh |
| W-3 | | | | | Mary Bain |
| W-4 | | | | | Shawn P. Crowley |
| W-5 | | | | | George Behonick |
| W-6 | | | | | Christian Padilla |
| W-7 | | | | | Kevin Slater |
| W-8 | | 4/23/18 | | | Quentin Nerquist |
| W-9 | | | | | Michael Gulker |
| W-10 | | | | | Cody Stewart |
| W-11 | | | | | Greg Jackson |
| W-12 | | | | | Greg DeCeresenzo |
| W-13 | | | | | Zachary Stewart |
| W-14 | | 4/24/18 | | | Brian Robbins |
| W-15 | | | | | Patrick Naughton |
| W-16 | | | | | Karen Duarte |
| W-17 | | | | | Gertrude Juste |
| W-18 | | 4/25/18 | | | Amanda Millikin |
| W-19 | | | | | Kelli White |
| W-20 | | | | | Edward Alvy |
| W-21 | | | | | Andrew Irwin |
| W-22 | | | | | Nyla Marshall Spooner |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

USA vs. Johnny Clyde Benjamin CASE NO. 17-80203-CR

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W-23 | | | | | Ron Coddington |
| W-24 | | | | | Elizabeth Adkins |
| W-25 | | | | | Merlanny German-Titus |
| W-26 | | | | | Lindsay M. Kaufman |
| W-27 | | | | | Sabrina Snyder |
| W-28 | | | | | Manual Febo |
| W-29 | | | | | Michael Buemi |
| ~~W-30~~ | W-30 | 4/26 | | | Johnny Benjamin |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | see attached exhibit list |

# GOVERNMENT'S EXHIBIT LIST

**UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR.**
**17-80203-Cr-DIMITROULEAS**

| EXHIBIT NUMBER | DESCRIPTION | OFFEREDWITNESS | ADMITTED |
|---|---|---|---|
| 1 | Stipulation re: furanyl fentanyl controlled substance analogue | | 4/20/18 @ 11:20 am |
| 2 | Crime Scene Photo Margaret Crowley (Room Partial Body) | Mary Bain/Shaun Crowley | Bain 4/20/18 @ 11:35 am |
| 3 | Crime Scene Photo Margaret Crowley (Room Full Body) | Mary Bain/Shaun Crowley | Ultsch 4/20/18 @ 11:28 am |
| 4 | Crime Scene Photo Margaret Crowley (Purge Nose) | Mary Bain/Shaun Crowley | Bain 4/20/18 @ 11:35 am |
| 5 | Crime Scene Photo Cell Phone on Bed (Away Shot) | Mary Bain | Bain 4/20/18 @ 11:35 am |
| 6 | Crime Scene Photo Cell Phone on Bed (Close Up) | Mary Bain | Bain 4/20/18 @ 11:35 am |
| 7 | Crime Scene Medication Record | Mary Bain | Bain 4/20/18 @ 11:39 am |
| 8 | Pills (Counterfit FUF pills from Margaret Crowley crime scene) | Mary Bain | Bain 4/20/18 @ 11:42 am |
| 9 | Photo – Axis Forensic Toxicology shipping box containing Margaret Crowley Blood Sample | George Behonick | Behonick 4/20/18 @ 2:00 pm |
| 10 | Photo – Axis sealed evidence bag Containing Margaret Crowley Right Femoral Blood Sample – FC831721 PBCME # 16-1359 | George Behonick | Behonick 4/20/18 @ 2:44 pm |
| 11 | Photo - Enlargement of Label of Right Femoral Blood Vial FC831721 | George Behonick | Behonick 4/20/18 @ 2:44 pm |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR. 17-80203-Cr-DIMITROULEAS | | | |
|---|---|---|---|
| 12 | Photo – Englargement of Label of other sample showing both FC 831721 and PB 16-1359 | George Behonick | Behonick 4/20/18 @ 2:44 pm |
| 13 | Wuesthoff Reference Laboratory Toxicology Report – Margaret Crowley – Case No. 16-1359 | George Behonick/ Susan Adams | Behonick 4/20/18 @ 2:00 pm |
| 14 | Photo of Gun Safe in Defendant's Residence 946 Painted Bunting Lane, Vero Beach, FL | Christian Padilla | Padilla 4/20/18@ 3:35 pm |
| 15 | Photo of Firearms Recovered from Safe on Kitchen Table, 946 Painted Bunting Lane, Vero Beach, FL | Christian Padilla | Padilla 4/20/18@ 3:35 pm |
| 16 | PBCME Photo Margaret Crowley Tag Case No. 16-1359 | Gertrude Juste/ Karen Duarte | 4/24 |
| 17 | PBCME Photo Margaret Crowley | Shaun Crowley/ Juste/Duarte | S. Crowley 4/20/18 @ 12:09 pm |
| 18 | PBCME Photo Blood/Tissue Samples | Juste/Duarte | 4/24 |
| 19 | PBCME Photo Blood/Tissue Samples (close up) | Juste/Duarte | 4/24 |
| 20 | PBCME Photo – Blood Right Femoral (extreme close up) | Juste/Duarte | " |
| 21 | PBCME Photo – Axis Toxicology Requisition Form | Juste | " |
| 22 | PBCME Photo – Axis Toxicology Requisition Form (close up) | Juste | " |
| 23 | PBCME Photo – Axis Toxicology Box 8/1/17 | Juste | " |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR. 17-80203-Cr-DIMITROULEAS | | | |
|---|---|---|---|
| 24 | PBCME Photo – Axis Toxicology Box (showing initialed seal) 8/1/17 | Juste | 4/24 |
| 25 | PBCME Photo – Axis Toxicology FedEx 8/1/17 | Juste | " |
| 26 | One (1) Glock Model 43, 9 mm caliber semi-automatic pistol, Serial No. ZDW556 | Buemi | 4/25 |
| 27 | One (1) Smith & Wesson Model SW9F, 9 mm caliber semi-automatic pistol, Serial No. PAF2094 | Buemi | " |
| 28 | 9 mm Caliber Ammunition (16) from Smith & Wesson Model SW9F | Buemi | " |
| 29 | One (1) Ruger Model SR9C, 9 mm caliber semi-automatic pistol, Serial No. 332-53318 | Buemi | " |
| 30 | 9 mm Caliber Ammunition (16) rounds from Ruger Model SR9C pistol | Buemi | " |
| 31 | One (1) Ruger Model P-94, .40 caliber semi-automatic pistol, Serial No. 341-04648 | Buemi | " |
| 32 | One (1) Taurus Model PT-58S, .380 caliber semi-automatic pistol, Serial No. KIJ24572 | Buemi | " |
| 33 | .380 Caliber Ammunition (12) from Taurus Model PT-58S pistol | Buemi | " |
| 34 | One (1) Glock Model 33, .357 caliber semi-automatic pistol, Serial No. LKS186 | Buemi | " |
| 35 | .357 Caliber Ammunition (11) from Glock Model 33 pistol | Buemi | " |
| 36 | One (1) Glock Model 19, 9 mm semi-automatic pistol, Serial No. EPC347US | Buemi | " |
| 37 | One (1) Glock Model 21, .45 caliber semi-automatic pistol, Serial No. NEH158 | Buemi | " |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR. 17-80203-Cr-DIMITROULEAS | | | |
|---|---|---|---|
| 38 | .45 Caliber Ammunition (13) from Glock Model 21 pistol | Buemi | 4/25 |
| 39 | One (1) Glock Model 37, .45 caliber semi-automatic pistol, Serial No. LKU098 | Buemi | " |
| 40 | .45 GAP Ammunition (9) from Glock Model 37 | Buemi | " |
| 41 | One (1) Taurus Model "Public Defender/Judge," .45/.410 caliber revolver, Serial No. CX946963 | Buemi | " |
| 42 | .410 Caliber Rounds (5) of Ammunition from Taurus Defender/Judge | Buemi | " |
| 43 | One (1) Heckler & Koch Model USP Compact, .40 caliber semi-automatic pistol, Serial No. 26-068681 | Buemi | " |
| 44 | One (1) SIG-SAUER (SIGARMS) Model Model P-238, .380 caliber semi-automatic pistols, Serial No. 27A063770 | Buemi | " |
| 45 | One (1) SIG-SAUER (SIGARMS) Model Model P-238, .380 caliber semi-automatic pistols, Serial No. 27A051993 | Buemi | " |
| 46 | One (1) Mossberg Model 590, 12 gauge pump-action shotgun, Serial No. R605271 | Buemi | " |
| 47 | One (1) Century Arms International Model M70AB AK-47 variant rifle, Serial No. M70AB18061 | Buemi | " |
| 48 | One (1) Romarm/Cugir Model SAR-1 AK-47 variant rifle, Serial No. S1-47145-2001 | Buemi | " |
| 49 | One (1) Bushmaster Model XM15, AR-15 variant rifle, Serial No. BFI404325 | Buemi | " |
| 50 | Diamondback .380 Caliber Pistol – [illegible] | Buemi | " |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR.<br>17-80203-Cr-DIMITROULEAS | | | |
|---|---|---|---|
| 51 | .380 Caliber Ammunition from Diamondback Pistol | Buemi | 4/25 |
| 52 | Kel-Tec .32 Caliber Pistol | Buemi | " |
| 53 | .32 Caliber Ammunition from Kel-Tec Pistol | Buemi | |
| 54 | Photo of M-30 counterfeit oxycodone pills | Kevin Slater | Slater 4/20/18 @ 4:37 pm |
| 55 | Prescription (Front Page) | Kevan Slater | Slater 4/20/18 @ 4:37 pm |
| 56 | Prescription (Back Page) | Kevan Slater | Slater 4/20/18 @ 4:37 pm |
| 57 | Text Messages (From M.C. Phone) | Kevan Slater | Slater 4/20/18 @ 4:21 pm |
| 58 | Precription (Front Page) | Zachary Stewart | 4/23/18 |
| 59 | Prescription (Back Page) | Zachary Stewart | 4/23/18 |
| 60 | Text Message between Z.S. and Dr. J.B. (E-Cig Text Message) | Zachary Stewart | " |
| 61 | Audio Disc (N-5) "Meet with Dr. B 09/26/17 E-Cig delivery and pill discussion" START: 12 min; STOP: 16:40 | Zachary Stewart | " |
| 62 | Audio Transcript (N-5) "Meet with Dr. B 09/26/17 E-Cig delivery and pill discussion" | Zachary Stewart | " |
| 63 | Text Message between Z.S. and Dr. J.B. (Page 1) | Zachary Stewart | " |
| 64 | Text Message between Z.S. and Dr. J.B. (Page 2) | Zachary Stewart | " |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR.<br>17-80203-Cr-DIMITROULEAS | | | |
|---|---|---|---|
| 65 | Text Message between Z.S. and Dr. J.B. (Page 3) | Zachary Stewart | 4/23/18 |
| 66 | Text Message between Z.S. and Dr. J.B. (Page 4) | Zachary Stewart | " |
| 67 | Text Message between Z.S. and Dr. J.B. (Page 5) | Zachary Stewart | " |
| 68 | Text Message between Z.S. and Dr. J.B. (Page 6) | Zachary Stewart | " |
| 69 | Text Message between Z.S. and Dr. J.B. (Page 7) | Zachary Stewart | " |
| 70 | Text Message between Z.S. and Dr. J.B. (Page 8) | Zachary Stewart | " |
| 71 | Text Message between Z.S. and Dr. J.B. (Page 9) | Zachary Stewart | " |
| 72 | Text Message between Z.S. and Dr. J.B. (Page 10) | Zachary Stewart | " |
| 73 | Text Message between Z.S. and Dr. J.B. (Page 11) | Zachary Stewart | " |
| 74 | Text Message between Z.S. and Dr. J.B. (Page 12) | Zachary Stewart | " |
| 75 | Text Message between Z.S. and Dr. J.B. (Page 13) | Zachary Stewart | " |
| 76 | Text Message between Z.S. and Dr. J.B. (Page 14) | Zachary Stewart | " |
| 77 | Audio Disc (N-9) "Controlled call to Dr. J.B. on 09/28/17 about Pills" | Zachary Stewart | " |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR. 17-80203-Cr-DIMITROULEAS | | | |
|---|---|---|---|
| 78 | Transcripts for (N-9) "Controlled call to Dr. J.B. on 09/28/17 about Pills" | Zachary Stewart | 4/23 |
| 79 | Bag Containing Replica Counterfeit Oxycodone Represented to Contain Acetylfentanyl to Defendant | Sgt. Patrick Naughton/Zachary Stewart | 4/23 |
| 80 | Audio/Video Disc (N-11) "Acetylfentanyl sale from Z.S. to Defendant on 10/05/2017 in Vero Beach, FL" | Zachary Stewart | " |
| 81 | Transcript (N-11) "Acetylfentanyl sale from Z.S. to DR. J.B. on 10/05/2017 in Vero Beach, FL" | Zachary Stewart | " |
| 82 | Audio Disc (N-12) "Call to DR. J.B. from Z.S. on 10/5/2017 about Pills and OD" | Zachary Stewart | " |
| 83 | Transcript (N-12) "Call to DR. J.B. from Z.S. on 10/5/2017 about Pills and OD" | Zachary Stewart | " |
| 84 | Audio Disc (N-33) "Z.S. meet with DR. J.B. on 10/12/2017 at DR. J.B office / Arrest of DR. J.B." | Zachary Stewart | " |
| 85 | Transcript (N-33) "Z.S. meet with DR. J.B. on 10/12/2017 at DR. J.B office / Arrest of DR. J.B." | Zachary Stewart | " |
| 86 | Precription (Front Page) for Michael Gulker / Cody Stewart | Michael Gulker / Cody Stewart | 4/23 |
| 87 | Precription (Back Page) for Michael Gulker / Cody Stewart | Michael Gulker / Cody Stewart | 4/23 |
| 88 | Audio/Video Disc (N-43) "DR. J.B. at Melbourne Airport on 10/6/2017 / Audio/Video Pen" | Patrick Noughton | 4/24 |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR.<br>17-80203-Cr-DIMITROULEAS | | | |
|---|---|---|---|
| 89 | Transcript (N-43) "DR. J.B. at Melbourne Airport on 10/6/2017 / Audio/Video Pen" | Patrick Noughton | 4/24/18 |
| 90 | Seized pills at Melbourne Airport | Patrick Noughton | " |
| 91 | 4921 US HWY 1, Vero Beach, FL "RPP" Business Records | SA Brian Robbins | 4/24/18 |
| 92 | Google image of 4921 US HWY 1, Vero Beach, FL (Storage/office) | SA Brian Robbins | 4/24/18 |
| 93 | Search Warrant Photo (Picture of front door/garage bay door) Page 1 | SA Ron Cottington | 4/25 |
| 94 | Search Warrant Photo (Storage/office) (Heafty storage bags x 3) Page 2 | SA Ron Cottington | " |
| 95 | Search Warrant Photo (Storage/office) (Deep dish plastic storage containers) Page 3 | SA Ron Cottington | " |
| 96 | Search Warrant Photo (Storage/office)(Glad extra large plastic storage cotnainers) Page 4 | SA Ron Cottington | " |
| 97 | Search Warrant Photo (Storage/office)(Box with pill press parts) Page 5 | SA Ron Cottington | " |
| 98 | Search Warrant Photo (Storage/office)(pill press wheel and strainer) Page 6 | SA Ron Cottington | " |
| 99 | Search Warrant Photo (Storage/office)(Box containg pill press bolts and hardware) Page 7 | SA Ron Cottington | " |
| 100 | Search Warrant Photo (Storage/office)(Close up of pill press hardware) Page 8 | SA Ron Cottington | " |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR. 17-80203-Cr-DIMITROULEAS | | | |
|---|---|---|---|
| 101 | Search Warrant Photo (Storage/office)(Magnified image of small bolts and 50g weight) Page 8 | SA Ron Cottington | 4/25 |
| 102 | Search Warrant Photo (Storage/office)(Black box of inductrial gloves) Page 9 | SA Ron Cottington | " |
| 103 | Search Warrant Photo (Storage/office)(Drawer full of heavy duty gloves) Page 10 | SA Ron Cottington | " |
| 104 | Search Warrant Photo (Storage/office)(Green Gloves in red bucket) Page 11 | SA Ron Cottington | " |
| 105 | Search Warrant Photo (Storage/office)(Chem mask) Page 12 | SA Ron Cottington | " |
| 106 | Search Warrant Photo (Storage/office)(Protective glasses) Page 13 | SA Ron Cottington | " |
| 107 | Search Warrant Photo (Pro Spine Center)(Back Door) Page 1 | SA Nyla Marshall-Spooner | 4/25 |
| 108 | Search Warrant Photo (Pro Spine Center)(Hallway) Page 2 | SA Nyla Marshall-Spooner | " |
| 109 | Search Warrant Photo (Pro Spine Center)(Front Door to DR. J.B. Office) Page 3 | SA Nyla Marshall-Spooner | " |
| 110 | Search Warrant Photo (Pro Spine Center)(Name Plate: DR. J.B. Office) Page 4 | SA Nyla Marshall-Spooner | " |
| 111 | Search Warrant Photo (Pro Spine Center)( DR. J.B. Office) Page 5 | SA Nyla Marshall-Spooner | " |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR. 17-80203-Cr-DIMITROULEAS | | | |
|---|---|---|---|
| 112 | Search Warrant Photo (Pro Spine Center)( Computer harddrive tower in DR. J.B. Office) Page 6 | SA Nyla Marshall-Spooner | 4/25 |
| 113 | Search Warrant Photo (Pro Spine Center)( Computer harddrive tower in DR. J.B. Office #2) Page 7 | SA Nyla Marshall-Spooner | " |
| 114 | Search Warrant Photo (Pro Spine Center)( Computer harddrive tower in DR. J.B. Office #3) Page 8 | SA Nyla Marshall-Spooner | " |
| 115 | Indian River SO CID Report (5 Pages) | Keving Heinig | |
| 116 | Firefox web history Page 1 | Keving Heinig | 4/25 |
| 117 | Firefox web history Page 2 | Keving Heinig | " |
| 118 | Firefox web history Page 3 | Keving Heinig | " |
| 119 | Firefox web visits Page 1 | Keving Heinig | " |
| 120 | Firefox web visits Page 2 | Keving Heinig | " |
| 121 | Firefox web visits Page 3 | Keving Heinig | " |
| 122 | Firefox web visits Page 4 | Keving Heinig | " |
| 123 | Google searches Page 1 | Keving Heinig | " |
| 124 | Search Warrant photos (Painted Bunting/DR. J.B. Home) (Safe) Page 1 | Andrew Irwin ~~(Needs initialed)~~ | 4/25 |
| 125 | Search Warrant photos (Painted Bunting/DR. J.B. Home) (Open Safe and brown bag) Page 2 | Andrew Irwin ~~(Needs initialed)~~ | " |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR. 17-80203-Cr-DIMITROULEAS | | | |
|---|---|---|---|
| 126 | Search Warrant photos (Painted Bunting/DR. J.B. Home) (Brown bag and pills inside) Page 3 | Andrew Irwin ~~(Needs initialed)~~ | 4/25 |
| 127 | Search Warrant photos (Painted Bunting/DR. J.B. Home) (Brown bag and pills inside) Page 4 | Andrew Irwin ~~(Needs initialed)~~ | |
| 128 | Search Warrant photos (Painted Bunting/DR. J.B. Home) (Oxy blue 30mg) Page 5 | Andrew Irwin ~~(Needs initialed)~~ | 4/25 |
| 129 | Search Warrant photos (Painted Bunting/DR. J.B. Home) (5 bottles with pills inside) Page 6 | Andrew Irwin ~~(Needs initialed)~~ | " |
| 130 | Search Warrant photos (Painted Bunting/DR. J.B. Home) (Oxy blue pills with "A-215") Page 7 | Andrew Irwin ~~(Needs initialed)~~ | " |
| 131 | Search Warrant photos (Painted Bunting/DR. J.B. Home) (Oxy pills white oval and yellow cirlce") Page 8 | Andrew Irwin (Needs initialed) | " |
| 132 | Search Warrant photos (Painted Bunting/DR. J.B. Home) (Scale with FUF residue) Page 1 | PBSO Agent Kelli White | 4/25 |
| 133 | Search Warrant photos (Painted Bunting/DR. J.B. Home) (Money counter) Page 2 | PBSO Agent Kelli White | " |
| 134 | Search Warrant photos (Painted Bunting/DR. J.B. Home) (Money straps $2,000) Page 3 | PBSO Agent Kelli White | " |
| 135 | Search Warrant photos (Painted Bunting/DR. J.B. Home) (Den of home/location of money counter/scale from afar) Page 3 | PBSO Agent Kelli White | " |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR. 17-80203-Cr-DIMITROULEAS | | | |
|---|---|---|---|
| 136 | M-30 Counterfeit Oxycodone Pills Containing FUF (actual drug exhibit) | Bain | Bain 4/20/18 @ 11:42 am |
| 137 | Text Messages Apple | Stewart | 4/24 |
| 138 | WhatsApp Text Messages | " | " |
| 139 | Selecta Labs Business Records (Lab Tests and Email Correspondence) | Behonick | Behonick 4/20/18 @ 2:37 pm |
| 140 | Nuquist Prescription | Nuquist | 4/23 |
| 141 | Pill Press Parts Box (Actual) | Ron Cottindom | 4/25 |
| 142 | Replica Oxycodone Pills Recovered at Melbourne Airport from Defendant (actual) | Patrick Naughton | 4/24 |
| 143 | Arias Prescription | Greg Perkins | 4/23 |
| 144 | Benjamin Fluorouracil Prescription | Greg Perkins | 4/23 |
| 145 | Photo – Pill Press | Buemi | |
| 146 | Photo of Same Model Ordered (TDP-1.5) Pill Press | Buemi | |
| 147 | Video of Pill Press (Demonstrative) | Buemi | |
| 148 | Photo – M-30 Pill Mold Die | Buemi | |
| 149 | Attachment Depicting Pill Press from Email to Defendant from YantraMatrix | Buemi | |
| 150 | Text Messages Recovered From Defendant's Cellular Phone | Buemi | |
| 151 | Lien/Tax Documents Recovered From Defendant's Black Bag | Buemi | 4/25 |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR.<br>17-80203-Cr-DIMITROULEAS | | | |
|---|---|---|---|
| 152 | Summary Exhibit Prepared by SA Michael Buemi | Buemi | 4/25 |
| 153 | Post-*Miranda* Video Recorded Interview of Defendant | Buemi | 4/25 |
| 154 | Transcript of Government's Exhibit 153 (Defendant's Post-*Miranda* Interview) | Buemi | " |
| 155 | Benjamin LG Cellular Phone | Buemi Alvy | 4/25 |
| 156 | Photo – Money Bands, Money Counter, Scale, Recovered from Defendant's Residence | | 4/25 |
| 157 | Selected Texts | | 4/23 |
| 158 | E-Forcse | | 4/23 |
| 159 | | Kaufman | 4/25 |
| 160 | drugs oxycodone-180 | Irwin | 4/25 |
| 161 | " oxycodone-120 | " | " |
| 162 | " oxycodone-53 | " | " |
| 163 | " oxycodone-43 | " | " |
| 164 | " oxycodone-40 | " | " |
| 165 | Scale | Stipulated Snyder | " |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR. 17-80203-Cr-DIMITROULEAS | | | |
|---|---|---|---|
| 166 | money counter | White | 4/25 |
| 167 | gloves | Cottington | " |
| 168 | Disc | | 4/24/18 |
| 169 | | | |
| 170 | | | |
| 171 | | | |
| 172 | | Germain Titus | 4/25 |
| 173 | | " | " |
| 174 | | " | " |
| 175 | | | |
| 176 | | | |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES v. JOHNNY CLYDE BENJAMIN, JR.<br>17-80203-Cr-DIMITROULEAS | | | |
|---|---|---|---|
| 177 | | | |
| 178 | | | |
| 179 | | | |
| 180 | | | |
| 181 | | | |
| 182 | | | |
| 183 | | | |
| 184 | | | |
| 185 | | | |
| 186 | | | |
| 187 | | | |

# GOVERNMENT'S EXHIBIT LIST