UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: 17-80203
STYLE: USA v Johnny Clyde Benjamin, Jr
DATE: _____

The Chambers of the Honorable William P. Dimitrouleas has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

_____ Docket this document as a motion for _____

_____ Docket this document as a response to the following motion: _____

_____ Docket this document as an answer _____

_____ Docket this document as _____

X  Other: Notice of filing Copy of Superseding Indictment that went to Jury for Deliberations

Signed: Karen A Carlton-De Angelus
Name: KAREN A CARLTON-De Angelus
Title: Courtroom Deputy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80203-Cr-DIMITROULEAS/MATTHEWMAN(s)

21 U.S.C. § 841
21 U.S.C. § 846
18 U.S.C. § 2
18 U.S.C. § 924(c)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHNNY CLYDE BENJAMIN, JR.,
ZACHARY STEWART, and
KEVAN GEORGE SLATER,

    Defendants.
_____/

FILED by SP  D.C.

MAR - 6 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## SUPERSEDING INDICTMENT redacted

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

From in or around March 2016, through on or about September 3, 2016, in Palm Beach County, in the Southern District of Florida and elsewhere, the defendants,

**JOHNNY CLYDE BENJAMIN, JR.,
ZACHARY STEWART,
and
KEVAN GEORGE SLATER,**

did knowingly and willfully combine, conspire, confederate and agree with each another,

and with persons both known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged the controlled substance involved in this offense was a mixture and substance containing a detectable amount of furanyl fentanyl, a controlled substance analogue as defined in Title 21, United States Code, Section 802(32)(A), that was intended for human consumption, as provided in Title 21, United States Code, Section 813.

It is further alleged pursuant to Title 21, United States Code, Section 841(b)(1)(C), that death resulted to M.C. from the use of such substance on or about September 1, 2016.

## COUNT 2

Between on or about August 29, 2016, and on or about September 1, 2016, in Palm Beach County, in the Southern District of Florida and elsewhere, the defendants,

**JOHNNY CLYDE BENJAMIN, JR.,
ZACHARY STEWART,
and
KEVAN GEORGE SLATER,**

did knowingly and intentionally distribute a controlled substance to M.C., in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged the controlled substance involved in this offense was a mixture and substance containing a detectable amount of furanyl fentanyl, a controlled substance analogue as defined in

Title 21, United States Code, Section 802(32)(A), that was intended for human consumption, as provided in Title 21, United States Code, Section 813.

It is further alleged pursuant to Title 21, United States Code, Section 841(b)(1)(C), that death resulted to M.C. from the use of such substance on or about September 1, 2016.

## COUNT 3

Between on or about October 5, 2017, through on or about October 6, 2017, in Indian River County, in the Southern District of Florida and elsewhere, the defendant,

**JOHNNY CLYDE BENJAMIN, JR.,**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved the attempted possession of a mixture and substance containing a detectable amount of Acetyl Fentanyl.

## COUNT 4

Between on or about October 5, 2017, through on or about October 6, 2017, in Indian River County, in the Southern District of Florida and elsewhere, the defendant,

**JOHNNY CLYDE BENJAMIN, JR.,**

did knowingly possess one or more firearms, to wit, a Diamondback Model DB380, .380 caliber semi-automatic pistol, and a Kel-Tec Model P32, .32 caliber semi-automatic pistol, in furtherance of a drug trafficking crime as set forth in Count 3 above, for which the

defendant may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 5

On or about October 12, 2017, in Indian River County, and in the Southern District of Florida, the defendant,

### JOHNNY CLYDE BENJAMIN, JR.,

did knowingly and intentionally possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged the controlled substance involved in this offense was a mixture and substance containing a detectable amount of Oxycodone.

## COUNT 6

On or about October 12, 2017, in Indian River County, and in the Southern District of Florida, the defendant,

### JOHNNY CLYDE BENJAMIN, JR.,

did knowingly possess one or more firearms, to wit:

    a.    One (1) Glock Model 43, 9 mm caliber semi-automatic pistol;

    b.    One (1) Smith & Wesson Model SW9F, 9 mm caliber semi-automatic pistol;

    c.    One (1) Ruger Model SR9C, 9 mm caliber semi-automatic pistol;

    d.    One (1) Ruger Model P-94, .40 caliber semi-automatic pistol;

    e.    One (1) Taurus Model PT-58S, .380 caliber semi-automatic pistol;

    f.    One (1) Glock Model 33, .357 caliber semi-automatic pistol;

g. One (1) Glock Model 19, 9 mm semi-automatic pistol;

h. One (1) Glock Model 21, .45 caliber semi-automatic pistol;

i. One (1) Glock Model 37, .45 caliber semi-automatic pistol;

j. One (1) Taurus Model "Public Defender/Judge," .45/.410 caliber revolver;

k. One (1) Heckler & Koch Model USP Compact, .40 caliber semi-automatic pistol;

l. Two (2) SIG-SAUER (SIGARMS) Model P-238, .380 caliber semi-automatic pistols; and,

m. One (1) Mossberg Model 590, 12 gauge pump-action shotgun

in furtherance of a drug trafficking crime as set forth in Count 5 above, for which the defendant may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 7

Between on or about January 19, 2016, and on or about October 21, 2016, in Indian River County, in the Southern District of Florida and elsewhere, the defendants,

**JOHNNY CLYDE BENJAMIN, JR.,
ZACHARY STEWART,
and
KEVAN GEORGE SLATER,**

did knowingly and willfully combine, conspire, confederate and agree with each another, and with other persons both known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged

5

the controlled substance involved in this offense was a mixture and substance containing a detectable amount of Hydrocodone.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged the controlled substance involved in this offense was a mixture and substance containing a detectable amount of Oxycodone.

A TRUE BILL:

_____
FOREPERSON

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
ROLANDO GARCIA
ASSISTANT UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

the controlled substance involved in this offense was a mixture and substance containing a detectable amount of Hydrocodone.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged the controlled substance involved in this offense was a mixture and substance containing a detectable amount of Oxycodone.

A TRUE BILL:

*[signature]*
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

*[signature]*
ROLANDO GARCIA
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY