June 28, 2018

Honorable Judge Dimitrouleas
United States District Court Judge
Southern District of Florida
299 East Broward Boulevard
Courtroom 205B, Chambers 205F
Fort Lauderdale, Florida 33301

RE: Case No 17-80203-Cr- DIMITROULEAS

Dear Honorable Judge Dimitrouleas,

My name is Keri and Maggie DiVita was my best friend for over 20 years. We shared some of our most important memories together from the age of 14. From the first day of High School, Senior Prom to Graduation, College years, we even shared our first apartment. We had been through ups and downs, boyfriends to husbands. Well, at least Maggie got to share her wedding with me.

Because of this unethical human being I won't be able to share my wedding with her. She and her husband were robbed of their happily ever after, sharing their lives and starting a family. I was robbed of my BEST friend. I'm going to be missing such a huge part of my life forever because of this so-called doctor, who was so selfish, greedy and so uncaring of the lives he took or the lives he's damaged forever.

I miss my friend every day, I'm sad that she will not be a part of my future; not to mention her poor family whom I am very close to. I see them struggle with the tremendous loss of losing their daughter, sister, wife and aunt.

I love and miss Maggie as do many others. I know nothing will bring her back but the punishment of this cruel man will certainly help us manage our grief.

Sincerely,

Keri G



Lori Patasso
23-14 Cambridge Rd.
Fair Lawn, NJ 07410

Honorable Judge Dimitrouleas
United States District Court Judge
Southern District of Florida
299 East Broward Boulevard
Courtroom 205B, Chambers 205F
Fort Lauderdale, Florida 33301

Case No 17-80203-Cr-Dimitrouleas

RECEIVED IN CHAMBERS June 29, 2018

18 JUL -3 PM 2:39

JUDGE WILLIAM P. DIMITROULEAS
U.S. DISTRICT COURT - FTL
SOUTHERN DISTRICT OF FLORIDA

To the Honorable William P. Dimitrouleas
United States District Court Judge

United States vs. Johnny Clyde Benjamin
Case No. 17-80203-Cr-Dimitrouleas

On September 1st 2016 my world changed forever. I didn't realize I lived in a naive bubble... Until it was popped. But it wasn't just my bubble, it was the bubble of my entire family.

In the 21 months since my cousin Maggie's (Margaret Crowley) death I have had to learn to live with a huge piece missing. A piece of my heart I don't know how to heal.. Maggie was my cousin and my friend. We used to laugh, a lot. Now with every bit of laughter there is a part of me that feels bad for laughing, like when she died a piece of me died.

Maggie lit up the room. She had a presence about her that was so alive. A zest for life that was contagious. That wonderful beautiful life was taken too soon. And with the loss of her life, mine will never be the same.

Maggie and I were born into a wonderful, loving, close-knit family. We used to beg to have sleepovers at each other's houses and always look forward to family parties. That is all gone now. There is a sadness to our family now. As if a dark cloud rolled in on September 1st 2016 and hasn't, and never will, blow away.

With every get-together and celebration there is a shadow of sadness lurking. It feels wrong for us all to be together and happy when Maggie can't be there because a DOCTOR made a counterfeit pill that killed her. All the good things in life are forever tainted with this loss. Every wedding, baby shower, birth and milestone has been taken from Maggie.

I know nothing can change what happened to our family. That hurts.

Thank you,
Nora Maloney

*Nora E Maloney* (signature)

SOUTH JERSEY NJ 080

30 JUN 2018 PM 5 L

The Honorable William P. Dimitrouleas
United States District Ct. Judge
Southern District of Florida
299 East Broward Blvd.
Courtroom 205B, Chambers 205F
Ft. Lauderdale, Florida, 33301



PROFESSIONAL RECRUITERS SERVING THE
TRADE COMPLIANCE • SUPPLY CHAIN MANAGEMENT •
AND LOGISTICS COMMUNITY

754 Franklin Turnpike   Allendale NJ 07401   ph 201.934.9880   fax 201.934.9858   www.tylersearch.com

**Honorable Judge William P. Dimitrouleas**
**Southern District of Florida**
**299 East Broward Blvd**
**Courtroom 205B, Chambers 205F**
**Fort Lauderdale, FL 33301**

**Dear Judge Dimitrouleas,**

I was fortunate to have Maggie DiVita work in my firm.
I am a 63 years old and have run my business for 33 yrs.
Maggie was the type of employee you wished you had ten more like her.
She was such a pleasure… had an exceptional work ethic.
When you run a small company, the two more important qualities a business owner needs are trust and reliability.
Maggie brought those attributes to work in spades…every single day…but what I'll remember is her sense of humor and a warm welcome smile.

Maggie was very well liked by her colleagues.
We are all devastated by her passing.
We have been cheated.
Her Mom & Dad have lost the girl they raised …her sisters and brother will never laugh with their sister again.

I have never written a Victim Personal Statement, but in this situation the guilty party, who pledged to save lives as a doctor, has shown completely reckless disregard for human life.
Shame on him.
As you weigh the sentencing guidelines, I ask that you consider the maximum allowed by law.

**Respectfully,**
**William P Conroy**

*[signature]*

OVER 20 YEARS OF SUCCESSFUL SEARCHES NATIONWIDE & ACROSS THE GLOBE

Judge William P. Dimitroules
Southern District of Florida
299 East Broward Blvd.
Courtroom 205B, Chambers 205F
Fort Lauderdale, FL 33301

Dear Judge,

It is hard to believe that it is almost two years since our beloved Maggie was taken from us. It is truly still not something that feels real. The fact that it was a senseless loss caused by the total disregard for life by "the doctor" makes it that much more difficult.

We besiege the court to impose the heaviest sentencing allowed by law against this lowest form of life..."the doctor".

Mary Ellen O'Connell and Jim O'Connell, Maggie's Aunt and Uncle

Judge William P. Dimitroules
Southern District of Florida
299 East Broward Blvd.
Courtroom 205B, Chambers 205F
Fort Lauderdale, FL 33301

Dear Judge,

The criminal actions of one person have changed the lives of many. Our Aunt and Uncle lost their beautiful daughter, our cousins lost their loving sister and we lost our funny, fun-loving cousin Maggie.

The doctor should rot in hell for the rest of his life.

*Peter O'Connell   Jeff O'Connell*
Peter and Jeff O'Connell

Judge William P. Dimitroules
Southern District of Florida
299 East Broward Blvd.
Courtroom 205B, Chambers 205F
Fort Lauderdale, FL 33301

Dear Judge,

My name is Katie and I am one of Maggie's cousins. Maggie was one of the most generous, loving, care-free people I have ever known. The 18 years I knew Maggie she was always there for family and friends. She would be there for anyone and anything that was happening in their life. She was everyone's biggest fan.

Losing Maggie unexpectedly caused so much pain for our family. No one should ever have to lose a family member the way we did. I was 18 when I lost my cousin and I will never have experiences that others did – she will not be at my wedding, she will not meet my kids...and I miss her every day.

The doctor knew what he was making and giving out to people and he did not care about the outcome. He did not care that he killed an innocent woman who was loved by so many. He does not deserve to live his life if my cousin cannot. He deserves to be locked up for the rest of his life so he can think about what he did to Maggie and our family.

*Katie O'Connell*