TIME IN COURT: _____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **17-80203-CR-Dimitrouleas**

UNITED STATES OF AMERICA

VS.

**Johnny Clyde Benjamin**

SENTENCING MINUTES

DATE: **7/6/18**
AUSA: **John McMillan & Rolando Garcia**
Deputy Clerk: **Alisha Beasley-Martin**
Defense Counsel: **Philip Reizenstein**
Interpreter: **N/A**
Court Reporter: **Francine Salopek**

___ Deft. Failed to Appear. Warrant to Issue. Bond Forfeited.

___ Sentencing continued to __/__/____ at _____ am/pm

## JUDGMENT AND SENTENCE

Imprisonment: **Life** ~~Months~~ _____ Counts
**Life on Counts 1+2, 20 years on Counts 3, 5 and 7. All counts to run concurrent**

Supervised Release: **5 years Counts 1 and 2; 3 years Counts 3, 5 and 7 to run concurrent.**

Conditions of Supervised Release: ___ Maintain Employment ___ Search of Property
___ Deportation ___ Drug/Alcohol Treatment ___ Financial Disclosure ___ No new debt
___ No self-employment without permission ___ Occupational Restriction
___ Computer restriction ___ Home Detention with/without Electronic Monitoring
Other **See J + C for special conditions**

Assessment **$500**  Fine **$25,000**  Restitution **$10,241.38**

Remaining Counts Dismissed on Government Motion: _____

✓ Defendant advised of right to appeal.

___ Deft remanded to U.S. Marshal ___ Released on Bond pending Appeal

___ Deft to voluntary surrender to ___ designated institution or ___ Office of the U.S. Marshal

On or before _____

Recommendations to the Bureau of Prisons _____