UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 17-80203 CR Dimitrouleas

UNITED STATES OF AMERICA
                Plaintiff

vs.

JOHNNY BENJAMIN, Jr.
                Defendant
_____/

## NOTICE OF FILING EXHIBITS

COMES the Defendant, by and through Woodward and Reizenstein, Philip L. Reizenstein, Esq. and hereby files this notice of filing exhibit numbers 1-23 which were admitted at sentencing.

| Ex # | |
|---|---|
| 1 | Picture of Plaque |
| 2 | Picture of appreciation Gator award |
| 3 | Picture of award |
| 4 | Picture of sponsored team |
| 5 | Picture of sponsored team 2003 |
| 6 | Picture of sponsored team 2007 |
| 7 | Picture of sponsored team 2007 |
| 8 | Picture of sponsored team 2008 |
| 9 | Picture of sponsored team 2009 |
| 10 | Indian River Memorial Hospital Article/Ad |
| 11 | Newspaper article |

| 12 | Picture of Women's Lacrosse Fl Champion team 2007 |
| --- | --- |
| 13 | Picture of Athlete and Thank you note |
| 14 | Picture of Woman's Lacrosse Team |
| 15 | Picture of Thank You Board from Lacrosse Team |
| 16 | Your Doctor is A teacher Plaque |
| 17 | Thank you Letter |
| 18 | Thank You Letter |
| 19 | Thank You Letter |
| 20 | Patient Thank You Letter |
| 21 | Picture Of Defendant with Graduates |
| 22 | Picture of Defendant at charity event |
| 23 | Picture Of Defendant at charity event |
|  |  |
|  |  |

Respectfully Submitted,

S/*Philip L. Reizenstein*
Philip L. Reizenstein, Esq.
Florida Bar# 634026
Woodward & Reizenstein, PA
2828 Coral Way
Suite 540
Miami, FL, 33145
(305) 444-0755
Philip@Miamicriminallaw.net

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 19th  day of July, 2018,  I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record listed in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

S/*Philip L. Reizenstein*
Philip L. Reizenstein, Esq.

Service List:

United States Attorneys Office