UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 17-80203-CR-WPD


UNITED STATES OF AMERICA,      .
                               .
              Plaintiff,       . Fort Lauderdale, Florida
                               . April 20, 2018
              v.               . 10:18 a.m.
                               .
JOHNNY CLYDE BENJAMIN, JR.,    .
                               .
              Defendant.       .
. . . . . . . . . . . . . . .  .


- - - - -

Transcript of Trial Proceedings had

before the Honorable William P. Dimitrouleas,

United States District Judge, and a Jury.

- - - - -

VOLUME 2

- - - - -


Proceedings recorded by mechanical stenography, transcript produced by computer.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5657

```
APPEARANCES:

For the Government:    John C. McMillan
                       Rolando Garcia
                       Assistant U.S. Attorneys
                       United States Attorney's Office
                       500 S. Australian Avenue
                       West Palm Beach, Florida  33414

For the Defendant:     Larry D. Murrell, Jr., Esq.
                       Michelle Zehmy, Paralegal
                       400 Executive Center Drive
                       Suite 201
                       West Palm Beach, Florida  33401
                                and
                       Andrew B. Metcalf, Esq.
                       Green & Metcalf, P.A.
                       1245 20th Street
                       Vero Beach, FL 32960-3557

Court Reporter:        Francine C. Salopek, RMR, CRR
                       Official Court Reporter
                       United States District Court
                       299 E. Broward Blvd., Room 203
                       Fort Lauderdale, Florida 33301
                       (954)769-5657

                       -  -  -  -  -
```

```
1              FRIDAY, APRIL 20, 2018, 9:25 A.M.

2           (The Judge is presently on the bench)

3       THE COURT:  All right.  Let me call United States vs.

4  Johnny Clyde Benjamin.

5           If counsel would announce their appearances for the

6  record.

7       MR. MC MILLAN:  Good morning, your Honor.  John

8  McMillan on behalf of the United States.  With me at counsel's

9  table is Rolando Garcia and also Special Agent Mike Buemi.

10      MR. MURRELL:  Good morning, Judge.  Donny Murrell on

11 behalf of Johnny Benjamin, who is present.  Also at our table

12 is Michelle Zehmy, my paralegal, and on the front row is Andy

13 Metcalf, an attorney from Vero Beach.

14      THE COURT:  All right.  So, I think the court clerk is

15 going down to the jury assembly to bring the 14 jurors up to

16 Judge Gonzalez's jury deliberation room, and that's where we'll

17 keep them until the civil jury is done with their

18 deliberations.  If we get a question or a verdict from the

19 civil jury, then I'll have to break this trial to attend to

20 that.

21          I still haven't gotten the materials from Pretrial

22 Services to do the in camera review.  I asked my court clerk to

23 call them up today to see maybe if they didn't get the order.

24 I don't know.  But I'll ask her to follow through on that so I

25 can do that in camera review.
```

4

```
 1              As I alluded to, Judge King's wife's funeral is on
 2     Tuesday.  What do the parties think that the length of this
 3     trial is going to be so I decide whether I should go to that
 4     funeral or whether I should, you know, be spending my time on
 5     this case trying to finish it next week?
 6              MR. MC MILLAN:  Your Honor, I believe that the
 7     government's case in chief will be done in five days.
 8              THE COURT:  All right.  So that's the end of the
 9     funeral.  So, we'll go ahead and just plan on being here all of
10     next week.
11              Anything else we need to discuss?
12              MR. MC MILLAN:  No, your Honor.
13              I do have an exhibit list, as well as another copy of
14     the witness list.
15              THE COURT:  Okay.  If you could pass them up.
16              MR. MC MILLAN:  How many copies would the Court like,
17     your Honor?
18              THE COURT:  Probably two.  One for the court reporter
19     and one for me.
20              And who's going to do the opening statement for the
21     government?
22              MR. MC MILLAN:  That would be myself, your Honor, John
23     McMillan.
24              THE COURT:  And, Mr. Murrell, are you going to do it
25     for Mr. Benjamin?
```

| 1 | **MR. MURRELL:** Yes, sir. |

1    **MR. MURRELL:** Yes, sir.

2    **THE COURT:** Okay.

3    **MR. MC MILLAN:** And may I just note for both the Court

4 and defense counsel that Government's Exhibit 8 is actually

5 just the -- a bag that the pills are contained in, the evidence

6 bag, your Honor.

7    **THE COURT:** Okay.

8    **MR. MC MILLAN:** Thank you.

9    *(Pause)*

10    **THE COURT:** Terry, you gonna be able to handle both

11 juries, or are you gonna get another court security officer?

12    **COURTROOM SECURITY OFFICER:** No, we have somebody

13 sitting in --

14    **THE COURT:** Okay.

15    **COURTROOM SECURITY OFFICER:** I'm good, but not that

16 good.

17    **THE COURT:** You could do it, but it's better to have

18 two.

19    And I think, Terry, if you see Donna bringing the

20 jurors down, instead of them going into Judge Gonzalez, you can

21 just bring them straight in through the side door, and we can

22 have them seated.

23    **MR. MC MILLAN:** Your Honor, will the Court be breaking

24 at noon, 12:30, or some other time for lunch?  I --

25    **THE COURT:** I've got a 12:30 conference call, so we'll

1    be breaking sometime between noon and 12:30.

2              **MR. MC MILLAN:**  Thank you, your Honor.

3              **MR. MURRELL:**  May I step out real fast?

4              **THE COURT:**  Sure.

5              **MR. MURRELL:**  Thank you.

6              *(Pause)*

7              **MR. MC MILLAN:**  Your Honor, is it okay if we move the

8    lectern or --

9              **THE COURT:**  Sure.

10             **MR. MURRELL:**  Judge, I'm concerned they're gonna bring

11   the jury in through that door.  My client is in leg shackles.

12             **THE COURT:**  Okay.  I thought that --

13             **COURTROOM SECURITY OFFICER:**  All rise.

14             **THE COURT:**  Hold on, hold on.

15             **COURTROOM SECURITY OFFICER:**  Wait.

16             **THE COURT:**  Terry, let's go in through the side over

17   there, the side door.

18             Yeah, they'll come in through this way.

19             *(The jury entered the courtroom)*

20             **THE COURT:**  All right.  Counsel concede the presence

21   of the jury and waive its polling?

22             **MR. GARCIA:**  Yes, sir.

23             **THE COURT:**  Mr. McMillan, you concede the presence of

24   the jury and waive its polling?

25             **MR. MC MILLAN:**  Yes, your Honor.

OPENING STATEMENT - MC MILLAN

1        **THE COURT:**  Mr. Murrell?

2        **MR. MURRELL:**  Yes, sir.

3        **THE COURT:**  Did everyone follow my admonition not to

4    discuss the case or allow it to be discussed in your presence?

5        All right.  The civil jury is still deliberating, so

6    that's the reason we kind of had to bring you in this way.

7    While they're deliberating, when we're not in court, you'll be

8    across the hall in Judge Gonzalez's jury deliberation room.  As

9    soon as they reach a verdict and they're done, then we'll get

10   you back into the jury deliberation room that's right behind

11   where you're seated right now.

12       All right.  I think we're ready for the opening

13   statements of the attorneys.

14       Mr. McMillan, you may proceed.

15       **MR. MC MILLAN:**  Thank you, your Honor.

16       May it please the Court.

17       Ladies and gentlemen of the jury, my name is John

18   McMillan.  I'm an assistant U.S. attorney in the Southern

19   District of Florida.  This is my fellow assistant

20   U.S. attorney, Rolando Garcia, and that's Michael Buemi, who's

21   a special agent with the DEA.  Together we represent the people

22   of the United States of America.

23       Ladies and gentlemen, we will prove to you beyond and

24   to the exclusion of any reasonable doubt that that man, Johnny

25   Benjamin, is a drug dealer, an armed drug dealer, and that his

OPENING STATEMENT - MC MILLAN

 1    actions took the life of a young woman by the name of Margaret

 2    Crowley.

 3         Now, when you came here this morning, you probably

 4    had, as the judge read to you the indictment, some idea of what

 5    you believed the case is about.  But we submit to you that this

 6    case, you will see, is actually probably something much

 7    different than what you expected.

 8         The defendant was a doctor, but this isn't a pill mill

 9    case.  The evidence will show you that the defendant made a

10    conscious decision to become a drug dealer, like any other

11    street-level drug dealer, except that he was a manufacturer of

12    counterfeit oxycodone pills that contained a lethal substance

13    called furanylfentanyl.  You'll hear testimony and evidence

14    that furanylfentanyl is what we call an analogue of fentanyl, a

15    very powerful synthetic narcotic.  It is extremely deadly.  In

16    fact, it has no known legitimate use in United States medicine,

17    unlike fentanyl itself.  Fentanyl can be abused.

18    Furanylfentanyl should never even be used in the United States

19    of America.  You'll hear evidence to that effect.

20         The evidence is gonna show that on September 1st of

21    2016, there was a young woman in her early 30s.  Her name was

22    Margaret -- or as her family called her, Maggie -- Crowley.

23    And we'll tell you, through the testimony of her husband, that

24    he met Maggie in about 2014 -- I'm sorry -- 2012.  They were

25    ultimately married in 2014.  And they met one another in

OPENING STATEMENT - MC MILLAN

1   New York, and they moved down here.

2          She suffered an injury at a concert where she fell

3   down and hurt her back.  The pain from that caused her to go

4   and get a prescription for oxycodone.  The oxycodone, when she

5   came down here to Florida, in the middle of the pill mill

6   crisis, was something that she couldn't get anymore for the

7   pain.  She was prescribed a prescription of tramadol.  She went

8   and she tried using that, but she used up her prescription too

9   early.

10          Her husband will tell you that based on what he

11  observed, she then turned to an individual that she knew from

12  the Outback Steakhouse, where she worked, by the name of Kevan

13  Slater.  Kevan Slater, in turn, provided her with approximately

14  20 pills -- ten to 20 pills of these counterfeit pills that we

15  will show you were produced by Dr. Benjamin.

16          She took one of the pills, and she died, very

17  suddenly.  Her husband will tell you that he came home from

18  working his two jobs, one of which was at Outback Steakhouse,

19  the other was at Costco, working two full shifts at both

20  locations -- he came home, Maggie had been feeling poorly that

21  day, she was in bed, he said hello to her, greeted her, he went

22  downstairs to get something to eat and run a load of laundry.

23  When he came back up, she was dead.

24          You'll hear from the police officers -- or deputy

25  sheriffs who responded to the scene, and they'll tell you what

OPENING STATEMENT - MC MILLAN

1    they observed.  They'll also tell you that in close proximity

2    to her body was a pill bottle that contained what appeared to

3    be at first blush oxycodone pills.

4         You'll hear that as a result of an investigation

5    conducted by both local law enforcement, the Palm Beach County

6    Sheriff's Office, as well as the Drug Enforcement

7    Administration, and information provided by Shaun Crowley about

8    this person that he knew at Outback Steakhouse who had been

9    providing these pills to his wife, that they were able to go

10    and locate and identify Kevan Slater.

11         Kevan Slater, in turn, was ultimately confronted by

12    the Drug Enforcement Administration with what they knew, and he

13    agreed to cooperate.  He told an interesting story at that time

14    about how he had received the pills from an associate of his by

15    the name of Zachary Stewart, a person he had known for several

16    years.

17         Now, Zachary Stewart was an individual who had known

18    Johnny Benjamin since he was at the age of 15.  And when I say

19    that, I don't mean that Johnny Benjamin was 15, I mean that

20    Zachary Stewart was 15, and the defendant was already an adult,

21    practicing doctor.

22         And what he will tell you, first of all, Kevan Slater,

23    is that he received those pills over a period of time from

24    Zachary Stewart, and that the point of getting these pills was

25    he was supposed to go and find out how people reacted to them.

OPENING STATEMENT - MC MILLAN

1    In other words, you'll find, and the evidence will show you,

2    that these pills were basically being distributed as testers,

3    with human guinea pigs, to go and see how the furanylfentanyl

4    affected people.  Because you'll hear professional testimony

5    from Dr. George Behonick, a toxicologist, that nobody knows

6    what the exact lethal amount of furanylfentanyl is.  Because

7    it's so lethal, they can't go and test it on human beings.

8    It's not approved for use in the United States.  Any amount is

9    considered toxic, and so there's no known safe level of

10   furanylfentanyl that one can even use.  But it is an analogue

11   of fentanyl, and so people who use narcotics treat it the same

12   as if they were getting heroin or oxycodone or any of the other

13   opiates.  That's why it's very popular.

14        You'll hear it's cheap.  It's imported from China

15   surreptitiously through the mail, typically.  And then it's put

16   into these pills, and that people with the sophistication and

17   the means by which to replicate oxycodone pills, like Defendant

18   Benjamin, go and make these pills, sell them for substantial

19   profit, and people have no idea what they're getting.

20        You'll hear evidence, which I'll get to in a little

21   bit more, that Dr. Benjamin went and purchased pill press

22   machines from China.  You'll see the eBay records of those

23   transactions.  You'll see the PayPal payments for those

24   transactions.  You'll see the Customs import records for a

25   grinder sent to the defendant's paramour, Marsha Benjamin, at

OPENING STATEMENT - MC MILLAN

1   least to her address, but delivered to his office.  You'll go

2   and you'll see pill binder materials that were ordered at the

3   same time, all from records associated with the defendant and

4   his properties.

5          Now, getting back to what I was telling you about

6   Kevan Slater, as I stated, when he was confronted by DEA, he

7   was presented with a stark choice -- he could either cooperate

8   or go to trial himself.  He chose to cooperate.  He's a

9   convicted felon, ladies and gentlemen, and he'll tell you that

10  of his own accord.  He has a previous drug felony conviction.

11  He was looking at very serious time.  He made a decision to

12  cooperate.

13         He'll also tell you that he felt bad about what

14  happened with Maggie, and he wanted to go and do what he could

15  to make it right.

16         Now, ladies and gentlemen, everybody understands that

17  in life people generally don't do anything for nothing.  And

18  that especially comes true when you're talking about people

19  testifying in court.  In fact, Judge Dimitrouleas is gonna give

20  you an instruction at the end of the trial that when you listen

21  to people's testimony, that you should go and give more

22  attention to people who are cooperating with the government

23  than you should other witnesses, because they truly have

24  something to gain as a result of their cooperation.

25         And no one is going to hide that from you.  But that's

OPENING STATEMENT - MC MILLAN

1    why we have a jury system here, so that each and every one of

2    you can independently use your abilities to see whether you

3    believe the person is telling the truth.  It's just another

4    thing to take into consideration.  But he'll tell you that he

5    was a convicted felon when he did this.  And that he went and

6    he got the pills from the man he identified earlier as Zach

7    Stewart.

8         Now, Zachary Stewart will tell you, because he was

9    confronted by DEA, once Kevan Slater had spent several months

10   doing an undercover operation under the supervision of DEA,

11   recording conversations with Zachary Stewart -- he'll tell you

12   that he made a decision to cooperate too.

13        Now, even as early as the time that Kevan Slater was

14   first interviewed, he told DEA that the pills were coming from

15   an associate of Zachary Stewart, who was a doctor up in Vero

16   Beach.  And it may strike you as being unusual or suspicious

17   that a doctor would be making counterfeit oxycodone pills,

18   because why would a doctor not simply write prescriptions?

19   Everyone who lived in south Florida saw that happen over the

20   years on a multitude of occasions.  Why didn't he just write

21   prescriptions?  Why go to the depths of going and making

22   unknown furanylfentanyl-tainted pills?  And the evidence will

23   show you that the defendant did, in fact, do that too.

24        You'll hear from three separate individuals -- Zachary

25   Stewart; Cody Stewart, his brother; Michael Gulker, a friend;

OPENING STATEMENT - MC MILLAN

1    and Quinton Nuquist, another friend -- that were all recruited

2    by Zachary Stewart to go and get hydrocodone pills with opiates

3    in them, using prescriptions written by Defendant Johnny

4    Benjamin.  Because he was a doctor, and he could do that.

5           The evidence will show you, however, ladies and

6    gentlemen, that unlike the, quote, good old days, when a person

7    could go and get 480 -- you know, several hundred oxycodone

8    pills at a time, the State of Florida has significantly

9    restricted the ability of people to do that.  And the people in

10   this case were only getting 180, maximum, hydrocodone pills,

11   which are mixed with acetaminophen, or what we commonly know as

12   Tylenol, and they're not nearly as attractive as an actual

13   oxycodone pill for that reason, and in smaller numbers.

14          So, we submit to you that the evidence will establish

15   that the defendant did this purely and simply because, A, he

16   could, and, B, greed.  Because sending people out to go and get

17   180 pills at a time was nothing in the sphere that this

18   defendant trafficked.

19          Now, Zach Stewart also made a decision to cooperate,

20   ladies and gentlemen.  And he didn't have any felony

21   convictions, but he's working off a serious federal sentence

22   too.  Both these individuals, incidentally, will tell you that

23   they've already pleaded guilty to those offenses before the

24   Court.

25          The question is:  Should you just believe their

OPENING STATEMENT - MC MILLAN

1    testimony all by itself?  And we will show you, through what we

2    call corroborating evidence, that what they are telling you is

3    accurate and backed up by things that they couldn't control.

4            For example, Zachary Stewart's going to tell you that

5    he first had conversations with Benjamin about the -- Benjamin

6    making these counterfeit pills in the early part of 2016.

7    Special Agent Mike Buemi, who's an expert in international drug

8    trafficking, especially with respect to counterfeit pills and

9    controlled substances being imported from China, these designer

10   drugs that you may have heard about, he'll tell you that he

11   obtained a search warrant for the defendant's house -- and

12   we'll get to that in a little bit -- in more detail later, but

13   that he obtained the defendant's computers at that time, and

14   the defendant's workplace, and his computers there, and he

15   discovered that the defendant had been running searches for

16   furanylfentanyl and fentanyl analogues all during the period of

17   March of 2016 and thereafter.

18           We submit to you that the evidence -- that evidence

19   will back up the testimony of Zachary Stewart in that regard.

20           You'll see the prescriptions the defendant, Johnny

21   Benjamin, wrote for Cody Stewart, Michael Gulker, and Quinton

22   Nuquist, with his signature on each one.  You'll hear from

23   people who know the defendant for many years and who will

24   authenticate his signature and his handwriting on those

25   prescriptions.

OPENING STATEMENT - MC MILLAN

```
1         Oh, and incidentally, ladies and gentlemen, neither
2   Cody Stewart, Michael Gulker, or Quinton Nuquist will tell you
3   that they ever visited Dr. Benjamin themselves, had any exam
4   performed by him, anything of the sort.  Yet each one of them
5   was written prescriptions for hydrocodone pills.
6         We will also going to answer the question (sic):  Is
7   it possible that the defendant didn't know what he was doing?
8   The evidence will show you that that is plainly impossible.
9   How can we show that?  You'll hear Zachary Stewart tell you
10  that in around March of 2016, that is a short time, you know,
11  into 2016, at the same time that Defendant Benjamin was talking
12  about doing this thing with the counterfeit pills, that
13  Benjamin asked Stewart to go and prepare several urine samples
14  of his own urine, and to make up names for people, and that
15  Defendant Benjamin told Stewart to go down to a place called
16  Selecta Laboratories, which is in Miami, Florida, over a
17  hundred miles from Vero Beach, way down south, past innumerable
18  intravenian (sic) labs, and that the urine samples sent to
19  Selecta and then the results of the analysis of the substances
20  in that urine were sent to Dr. Benjamin's email address in Vero
21  Beach at Pro Spine.
22        The results, you will hear, of those urinalysis tests
23  was that the urine was positive for fentanyl.  A short time
24  later, Zach Stewart will tell you he asked Benjamin, "What were
25  the results of the tests, Doc," and that Benjamin told him, "It
```

OPENING STATEMENT - MC MILLAN

1   was what I thought it was," and didn't want to talk about it

2   anymore.

3         You'll also hear testimony from Dr. George Behonick,

4   and he will explain that he found furanylfentanyl in a blood

5   sample taken from Margaret Crowley's body.  You will hear that

6   furanylfentanyl was found in the remaining pills that were

7   found close to Maggie at the time she died.

8         You will find a search warrant, which was executed on

9   Defendant Benjamin's house on October 13th of 2017, found,

10  among other things, a money counter in the defendant's den, but

11  most importantly, ladies and gentlemen, a scale that was

12  contaminated with furanylfentanyl residue.

13        In a storage warehouse that the defendant was seen

14  travelling to was found parts of a pill press and a colander,

15  like you use for salad, which appears to be what was used to go

16  and mix up the furanylfentanyl cocktail the defendant prepared.

17  And that was similarly contaminated with furanylfentanyl.

18        Now, the story doesn't end there, ladies and

19  gentlemen.  The evidence will also establish that in order to

20  go and provide you with the best evidence possible, that

21  Special Agent Buemi undertook an undercover operation utilizing

22  Zachary Stewart to go and approach Benjamin and get

23  confirmation of the things that Zachary Stewart had stated.

24        And, ladies and gentlemen, the most damning evidence

25  in this case, you will hear, came from the defendant's own

OPENING STATEMENT - MC MILLAN

1    lips.  You will see the audio and the videotape as Benjamin is

2    approached by Zachary Stewart, and Stewart explains that,

3    Unlike the pills we got last year that killed the woman, I've

4    got a new source of supply for pills, this place up in Georgia.

5    You will not hear in the evidence the defendant say, "Go away

6    from me."  Instead, you will say *(sic)*, Give me a sample of

7    those.  I'll take those up to my people.  If they like them,

8    they'll want 10,000 of them a week.

9           You'll watch as the defendant goes and takes a sample

10   of 4,000 dosage units of what he was told were counterfeit

11   oxycodone pills, and he will take them in his possession.  He

12   will put them in the trunk of his Mercedes-Benz.  A

13   Mercedes-Benz, ladies and gentlemen, which incidentally later

14   was found two firearms several days later when the search

15   warrants were conducted.

16          And the defendant went to the storage location I

17   mentioned earlier, which was -- I *(sic)* had the letters "RPP,"

18   and it was located at 4921 US-1 in Vero Beach, Florida.  It was

19   essentially kind of an office park, empty building that was

20   rented by the defendant, inside of which he kept various

21   things, including parts of the pill press machine.

22          When the defendant took possession of those 4,000

23   pills, he proceeded to the airport the next day.  But before he

24   left, two things happened.

25          Number one, a lengthy conversation, which you'll get a

OPENING STATEMENT - MC MILLAN

1    chance to listen to, during which -- and I apologize, ladies

2    and gentlemen, because I don't ordinarily like to just read you

3    things, but in this case, the words are important --

4    Dr. Benjamin stated that his associates in the northeast,

5    specifically in Philadelphia, to which he would be delivering

6    the counterfeit pills were professionals, who, quote, "got

7    their shit so tight that when someone gets jammed up, here's

8    your attorney, go and sit down and do your time.  Go sit down,

9    because if you don't go sit down, we'll do something to your

10   family."

11         Dr. Benjamin advised that "if people don't stay quiet,

12   they're jammed -- when they are jammed up, they will get the

13   other."

14         So, the defendant goes and takes these pills, tells

15   Zachary Stewart he's gonna be taking them to Philadelphia.  He

16   goes to the airport the next day, and as he was going through

17   security, at the behest of DEA, he was stopped, and those pills

18   were recovered.

19         Now, ladies and gentlemen, the pills he were *(sic)*

20   provided were, of course, from DEA.  They didn't actually

21   contain any controlled substance, but the defendant believed

22   that they were contaminated with and made with a fentanyl

23   analogue themselves at least as potent and powerful as

24   furanylfentanyl.

25         The defendant, instead of explaining why he -- or he

OPENING STATEMENT - MC MILLAN

 1   couldn't explain why he had 4,000 oxycodone pills and no

 2   prescription for them, proceeded to tell the officer that they

 3   were actually cancer medication, because he had cancer.  Who

 4   would know what pills are better than a doctor?  You'll have a

 5   chance to go and see them for yourself.  You'll find out that

 6   the defendant did not have the prescription for cancer

 7   medication that he claimed he did.

 8          There was also a search warrant, ladies and gentlemen,

 9   conducted at the defendant's residence that went and found the

10   money counter.  Inside of a safe, however -- actually, two

11   safes found in the defendant's house were found two specific

12   items which are relevant to the indictment.

13          Number one, approximately 500 oxycodone pills, of

14   which there were 30 of the counterfeit ones that we had

15   provided -- when I say "counterfeit" in this context, I mean

16   they were actually inert pills, but when they were tested by

17   the DEA, they were able to determine, because they were inert,

18   that those were 30 of the pills that Zachary Stewart had

19   actually given Benjamin.  He kept those back for his own stash,

20   a total of 500 pills.  Which you'll hear testimony about is a

21   trafficking weight, a sales weight of oxycodone pills.

22          You'll also hear testimony from Deputy Chris Padilla,

23   who's an expert in street-level drug trafficking, and he'll

24   tell you that there is a common connection between firearms and

25   drug dealers.  In other words, firearms are actually tools of

OPENING STATEMENT - MC MILLAN

1   the drug traffickers' trade.  And you'll be able to see

2   approximately 24 firearms that were removed from the

3   defendant's house, from his gun safe, which could have been

4   opened with a flick of the wrist.  All the pistols of which

5   were loaded and ready to go, and also contained two AK47s and

6   an AR15.

7            Perhaps most significant, though, ladies and

8   gentlemen, is a very brief phone call that occurred between the

9   time that Zach Stewart gave the defendant the 4,000 dosage unit

10  pills and the defendant went to the airport.  It was the same

11  evening he picked up the call -- excuse me -- picked up the

12  pills.

13           Now, you may recall, Zachary Stewart told Benjamin,

14  These aren't like the pills we had before that killed the

15  woman.  They were lower quality -- not quality, but a lower

16  concentration.

17           Well, Zachary Stewart called Benjamin later that day

18  and said, Hey, Doctor, I heard from my people, you know, up in

19  Georgia, and it turns out that I was wrong.  They've had -- two

20  people have overdosed as a result of them.  And, you know, make

21  sure that you tell those people up there to go easy on them.  I

22  don't want another death on my head like what happened last

23  year.

24           And, incidentally, you'll hear the defendant -- when

25  the death was brought up, you will never hear him say, "What

OPENING STATEMENT - MC MILLAN

1  are you talking about?"  You will never hear him say anything

2  other than that basically, in this business, if you're gonna go

3  and deal in these things, these things happen.  And that's why

4  we do things the way we do, because when they happen, we want

5  to make sure we're a million miles away from it when we do.

6        You'll hear the defendant talking about that's why he

7  was doing business up in Philadelphia, that's why he was

8  bringing the pills up there, so it wouldn't come back on him

9  down here in his neat life in Vero Beach, Florida.

10        Now, ladies and gentlemen, I should also note that

11  trials are like jigsaw puzzles.  And the opening statement, we

12  don't really get to argue about things; that comes at the end

13  in the closing arguments.  But when I say it's like a jigsaw

14  puzzle, I just want to explain a few things, in that sometimes

15  witnesses have to be taken out of order, because they're flying

16  in from other states.  So, you may have a person who doesn't

17  fit chronologically.  We apologize for that.  But you'll be

18  able to go and put it all together, hopefully with the

19  assistance of the opening statement, to go and put things in

20  context.

21        For example, you'll be hearing from Dr. Behonick, who

22  is the toxicologist.  Ordinarily we would go and call him later

23  in the trial, after we've brought in all the drugs.  But you'll

24  have to hear from him this morning, because he can't be here

25  next week.  So, I just wanted to explain those kind of things.

OPENING STATEMENT - MC MILLAN

1          The other thing is, is that when we hand out items of

2    evidence to you to look at, we'll typically show them on the

3    screen.  And you all have monitors.  Uhm, in the old days, we

4    would go and actually hand them to the jurors, and they could

5    be passed out on the rows.  And there may be times when we do

6    that actually at this time *(sic)*.  And, of course, I can't

7    speak for how defense counsel wishes to do his case, but I did

8    want to explain that when we introduce items of evidence, if it

9    seems that we're going past them, and we're not spending a lot

10   of time going and showing you a specific item of evidence, the

11   reason why we're doing that is so that we keep the trial moving

12   for everybody.  But the items of evidence, once they are placed

13   in evidence, with Judge Dimitrouleas' approval, will be

14   available for your inspection during the deliberations, and you

15   can take as much as time as you need to go and look at each and

16   every one of them as necessary.  So, I just wanted to explain

17   that.

18          Uhm, an indictment also consists of what are called

19   elements.  Each one of the crimes charged has particular

20   elements that the government has to prove.  And so, the first

21   count and the second count of the indictment basically charge

22   that the defendant, in the first count, engaged in a

23   conspiracy, which is an agreement for an unlawful purpose, with

24   two other persons for a common illegal objective.  And that was

25   to possess with the intent to distribute furanylfentanyl, a

OPENING STATEMENT - MC MILLAN

1    controlled substance.

2         Now, it's important to note that there is no issue

3    between the defense and the government regarding whether

4    furanylfentanyl -- what was called an analogue controlled

5    substance, that is, that it had the same characteristics as

6    fentanyl and was a controlled substance under federal law, and

7    that it was intended for human consumption.  You'll find that

8    we have agreed to what's called a "stipulation," which is an

9    agreement between the parties that that issue is not in

10   conflict, and that you can actually find that in your

11   deliberations.

12        The -- with respect to the other elements, there has

13   to be a common unlawful objective, and that was to go and deal

14   furanylfentanyl.

15        The second count of the superseding indictment charges

16   substantive possession with intent to distribute

17   furanylfentanyl, that is, that the defendant did that himself,

18   personally.

19        So, the first count is an agreement between people,

20   and the second count is actually doing the thing yourself.  And

21   there's something called "aiding and abetting" which you may

22   see in the second count, and that part of the law basically

23   says that anything that you do through another person that you

24   could have done yourself, you're responsible for.

25        So, the theory under that, ladies and gentlemen --

OPENING STATEMENT - MC MILLAN

1  Judge Dimitrouleas will give you specific instructions about

2  this at the end of the trial -- is that you can't get away from

3  responsibility merely because you had someone else do your

4  dirty work for you.  And we would submit that the evidence that

5  you will see will show that Benjamin manufactured the pills,

6  Benjamin sold the pills to Zachary Stewart, Zachary Stewart

7  gave them to Kevan Slater, who ultimately gave them to Maggie,

8  who as a result died.

9        You'll also hear testimony from Dr. Gertrude Juste of

10  the Palm Beach County medical examiner's office, a

11  board-certified pathologist and medical examiner.  She will

12  tell you that in her professional opinion, after conducting a

13  complete and thorough autopsy of Maggie Crowley's body, that

14  the cause of death was intoxication from furanylfentanyl, with

15  a small amount of ethanol also present in the body,

16  approximately the amount that one would expect a person to have

17  from a grand total of one beer.

18        You'll also hear -- or you'll also see, ladies and

19  gentlemen, the defendant is charged with possession with intent

20  to distribute oxycodone, for the oxycodone pills that were

21  found in his house.  He's charged with possession of firearms

22  in connection with drug trafficking activity.  Because when you

23  hear from Agent Padilla from the Palm Beach County Sheriff's

24  Office, he'll explain to you that actually, in his experience,

25  the thing that drug dealers fear more than the police are other

OPENING STATEMENT - MC MILLAN

1    drug dealers who are robbing them.  Because those people are

2    robbing them because they can't report it to the police.

3    That's why they're such outstanding targets.  They keep money,

4    they keep cash.  They can't go to the police -- in fact, they

5    rarely do -- unless someone gets killed or injured, and they

6    have to explain how that happened.  But he'll explain to you

7    that that is why drug dealers utilize firearms as tools of the

8    trade.  They have to protect themselves, because nobody else is

9    going to.  And you'll have a chance to go and see the arsenal

10   of weapons the defendant amassed, we submit the evidence will

11   show you, for that purpose.

12          Remember, ladies and gentlemen, present at the house,

13   a money counter and oxycodone pills and an assortment of

14   firearms.

15          In addition to which, the defendant is also charged

16   with the conspiracy to possess with intent to distribute the

17   hydrocodone pills, and on one occasion oxycodone pills, that he

18   worked with Zachary Stewart, Cody Stewart, Michael Gulker, and

19   Quinton Nuquist, ladies and gentlemen.

20          This was a lot of ground to cover.  We appreciate the

21   fact that you're here and listening to this case.  Our system

22   of justice could not exist without you.  But we are convinced

23   that after you have an opportunity to go and weigh and evaluate

24   each and every bit of evidence in this case, once you have an

25   opportunity to go and bring your own personal experiences to

1  bear in evaluating the credibility of the government's

2  witnesses, that you will return the only verdict that the

3  evidence suggests and justice demands, and that -- that the

4  defendant is guilty of conspiracy to possess with the intent to

5  distribute controlled substances, specifically furanylfentanyl,

6  that resulted in the death of Margaret Crowley.

7           Thank you.

8       **THE COURT:**  All right, members of the jury, I've got a

9  question from the deliberating jury that I'm gonna have to

10  answer, so we're gonna take a break.

11          During this break in the trial and any breaks in the

12  trial, you can stay in the jury deliberation room the whole

13  time.  If you do go outside of the room, though, be careful

14  that you don't put yourself in a position where you're

15  overhearing conversations, because there may be witnesses

16  waiting outside to testify.  So, I'm gonna ask Terry to take

17  you over to Judge Gonzalez's jury deliberation room, and we'll

18  be in recess for about ten minutes, and then we'll bring you

19  back in.

20      **COURTROOM SECURITY OFFICER:**  All rise.

21      *(The jury exited the courtroom)*

22      **THE COURT:**  All right.  So, we'll take a ten-minute

23  recess on the criminal case.  And I guess the marshals can take

24  Mr. Benjamin back.  And then as soon as I answer the jury's

25  question, we can resume the criminal case.

OPENING STATEMENT - MURRELL

```
 1              (Recess taken at 10:03 a.m.)
 2         THE COURT:  All right.  We're back on the record.
 3         Counsel are present.  Mr. Benjamin's present.
 4         Anything to come before the Court before we bring the
 5    jury in?
 6         MR. MC MILLAN:  Nothing from the United States, your
 7    Honor.
 8         MR. MURRELL:  Nothing from the defense, Judge.
 9         THE COURT:  All right.  Let's go get the criminal
10    jury.
11         COURTROOM SECURITY OFFICER:  All rise.
12              (The jury entered the courtroom)
13         THE COURT:  Counsel concede the presence of the jury
14    and waive its polling?
15         MR. MC MILLAN:  Yes, your Honor.
16         MR. MURRELL:  Yes, sir.
17         THE COURT:  And did everyone follow my admonition not
18    to discuss the case or allow it to be discussed in your
19    presence?
20         All right.  Mr. Murrell, you may proceed.
21         MR. MURRELL:  Thank you, Judge.
22         The government has accused Dr. Johnny Benjamin, a
23    successful orthopedic spine surgeon from Vero Beach, of being a
24    street-level narcotics dealer engaged in a conspiracy to
25    possess and distribute narcotics.  They say he conspired with
```

OPENING STATEMENT - MURRELL

1    Zachery Stewart and Kevan Slater to distribute these drugs that
2    resulted in the death of a woman named Margaret Crowley.  This
3    whole case began with her death.
4         I'm just gonna put her initials right here, because
5    that's when this case started.
6         And during the course of investigating her death, the
7    police were looking for the person who had supplied her drugs.
8    And it was pretty quickly determined that a man named Kevan
9    Slater was involved in providing her with narcotics.
10        The police found a phone that belonged to Ms. Crowley.
11   And on that phone, they found a text message from Mr. Slater to
12   Ms. Crowley, just a few days before she died, warning her that
13   the pills that he had given her were potent and to be careful.
14        When the police confronted Slater with their
15   suspicions, he was so afraid and nervous that he literally
16   passed out.  And he had every reason to be terrified, because
17   as the government told you in his opening, Mr. Slater's been to
18   prison before because of drug dealing and drug use.  He knew
19   what he was facing.  And he was willing to do whatever it took
20   to avoid going back to prison for possibly the rest of his
21   life.
22        He knew that those messages were on the phones.  And
23   he knew that the DEA was serious when they told him that he was
24   looking at a minimum sentence of 20 years in prison up to life
25   if he was convicted of providing the pills that killed

OPENING STATEMENT - MURRELL

1   Ms. Crowley.

2          So, after he was revived, he began talking to the DEA.

3   And he initially did what drug dealers and drug users always

4   do, and do so naturally, he lied.  He lied about knowing her.

5   He lied about ever having met her.  He lied about having been

6   to her memorial service.  He lied about supplying her drugs.

7   And he lied and he lied and he lied, until he couldn't lie

8   anymore.  And then he said, I'll do whatever you need me to do.

9   And he went to work for them.

10         And the DEA said, You help us catch the person that

11  you got your drugs from, and we'll make sure that you don't die

12  in prison.

13         *(Cell phone went off)*

14  **MR. MURRELL:**  We will help you at sentencing, but you

15  have to work with us, and we want to know who gave you the

16  drugs that you gave to Ms. Crowley.

17         And the DEA was in a little bit of a bind here,

18  because they weren't sure where the supply came from.  They had

19  to trust Kevan Slater at this point.  And even though you're

20  gonna hear testimony that Kevan Slater was getting drugs from

21  several other people, he told them that his source of supply

22  was a man named Zachery Stewart.  So, at that point in time,

23  the government's understanding of things was that Ms. Crowley

24  got her drugs from Mr. Slater who got his drugs from Zachery

25  Stewart.

OPENING STATEMENT - MURRELL

1        And so, over the next few months, the DEA provided

2    Kevan Slater with wires, and they monitored his phone calls and

3    interactions with Kevan *(sic)* Stewart.  And Slater set up

4    meetings with Stewart, and he played a role for the DEA.  He

5    played the role of wanting to set up a big drug deal.  "I want

6    to make a pop where I don't have to worry about money."  And

7    that was what he was told to do, and that's what he tried to

8    do.

9        They photograph -- the DEA followed them *(sic)* to

10   those meetings with Stewart.  They listened in on those

11   meetings with Stewart.  And during the course of those

12   meetings, they heard Stewart bragging about his source of

13   supply.  And they heard him say, "I get them from a doctor in

14   Vero.  I get them from Dr. Benjamin."

15       But as you're listening to those conversations between

16   Slater and Stewart -- and we expect the government will play

17   them, the government may not -- but as you listen to those

18   conversations, bear in mind that Slater is lying to Stewart.

19   He doesn't want a big drug deal so he can retire.  He wants a

20   big drug deal so that he can satisfy the DEA and not go to

21   prison.  But he tells that story smoothly and persuasively,

22   because lying is what drug dealers do every day.  It is a

23   talent of the trade.

24       And bear in mind that Stewart is more than likely

25   lying to Slater.  Because as you listen to this testimony, keep

OPENING STATEMENT - MURRELL

 1    in mind their relationship.  Stewart is selling drugs to

 2    Slater.  Stewart has to get his drugs somewhere.  And if Slater

 3    ever finds out where Stewart is getting his drugs, Slater won't

 4    need Stewart anymore.  He can cut out the middleman and go

 5    straight to the supplier.  Drug dealers don't reveal their

 6    sources.  They don't need that kind of competition.  And we

 7    would suggest to you that if you listen to this evidence, and

 8    you follow the government's logic, that they were both lying to

 9    each other during those meetings.

10         And while I'm on that point, what we're suggesting you

11    do is you listen to this -- we're asking you to do, as the case

12    unfolds, is follow the money, follow the money.  And think

13    about what the government said in their opening -- nobody does

14    something for nothing, especially in the world of drug dealers.

15    They're in it for the greed.  They're in it for the money.

16    Some of them are in it to feed their own habits.  But nobody

17    does anything for money *(sic)*.  So, look at the trail of money

18    and see where it goes and who it flows to in this case.

19         What Zachery Stewart was doing when he was telling

20    Kevan Slater that Dr. Benjamin was his supplier was cashing in

21    on his relationship with Dr. Benjamin.  Something that you're

22    going to hear he had been doing his entire life.  But after the

23    DEA had recorded those calls, after they had recorded those

24    meetings, they confronted Zachery Stewart, just like they did

25    Kevan Slater.  And they came up to him, and they essentially

OPENING STATEMENT - MURRELL

1   said, We have you cold.  We know what you've been up to.  We've

2   been recording these meetings.  We know that you're a drug

3   dealer.

4          And here's what they did to Zachery Stewart that they

5   didn't do with Kevan Slater.  They told Zachery Stewart, We

6   know who your supplier is.  We've heard these conversations.

7   Your supplier is Benjamin.

8          They didn't ask Stewart, they told Stewart, That's

9   your supplier, and we know it, and we want you to get him, or

10  you're gonna spend the rest of your life in prison.  The only

11  way you can avoid a 20-year mandatory minimum in this case is

12  to cooperate with us and help us get that man.

13         And you're gonna hear that the DEA described

14  Dr. Benjamin as "the target."  He is the target.  And when they

15  labeled him "target," they got tunnel vision.  And all they

16  looked at was Dr. Johnny Benjamin as a target.

17         Zachery Stewart immediately agreed to cooperate.  And

18  we would suggest that after you hear what happened in that

19  situation, the DEA never, ever considered anything about the

20  possibility of Slater -- or Stewart -- I'm sorry -- lying about

21  his relationship with Dr. Benjamin.  Because as you listen to

22  this case, there are going to be recordings that the

23  government's already referred to.  And you're gonna see that

24  the government's case basically breaks down into two parts.

25  There's the evidence of things that Zachery Stewart tells them

OPENING STATEMENT - MURRELL

1    happened before Margaret Crowley's death, before he began --

2             **THE COURT REPORTER:**  I'm sorry, Mr. Murrell.

3             **MR. MURRELL:**  He was telling -- the government's case

4    breaks down into two parts.  The things that happened before

5    Zachery Stewart began cooperating and the things that happened

6    after Zachery Stewart began cooperating.

7             The Counts 1 and 2 that involve supplying the

8    narcotics that eventually led to Ms. Crowley's death all

9    happened before anybody's wearing a wire.  They all happened

10   before anybody's recording telephone conversations.  And the

11   only way the government can prove that case is for you to

12   believe Zachery Stewart beyond and to the exclusion of every

13   reasonable doubt.  Bear that in mind as you listen to the

14   evidence.

15            The part of the case that deals with the oxycodone

16   prescriptions that the government talked to you about, where

17   the four men went up and got prescriptions and filled them, the

18   testimony is going to be that Zachery Stewart recruited these

19   men, including Zachery Stewart's younger brother, including his

20   close friend, Kevan Slater.  And he's gonna tell them that the

21   doctor's writing scripts for me, let's go up to Vero, and we'll

22   get a script.  But the testimony you're going to hear is that

23   he took these guys all the way to Vero Beach -- they were all

24   up in Palm Beach County -- and they drove to Vero one at a

25   time, but remarkably and interestingly, every time they got to

OPENING STATEMENT - MURRELL

1  the doctor's office, Zachery told whoever he was with, whether

2  it was his brother, whether it was Kevan Slater, whether it was

3  Mr. Gulker, he told them, "You all wait in the car.  I'll go in

4  and get the script."  And he would go in the doctor's office,

5  and he would come back.  And he would give whoever he was with

6  the script.  And then they would go to a pharmacy and fill

7  them.

8         And as the government has pointed out, this is at the

9  height of the opioid crisis, when Florida has finally enacted

10 some protections to try to stop the abuse of this drug,

11 including what's called the PDMP, the prescription drug

12 monitoring program, which is known in Florida as E-FORCSE.  And

13 under that program, pharmacists are required to fill an

14 electronic record of every opioid prescription they fill, and

15 every doctor who signed it, and everybody who filled it.  And

16 by that time, of course, they were all very sensitive and aware

17 of this.  They were requiring IDs.  If you want to fill the

18 script for oxycodone, you give us a photo ID, and we want to

19 know who you are and where you are.

20        So, Zachery was taking his good friends all the way to

21 Vero, providing them scripts, and then sending them in to take

22 the risk of trying to fill what he knew was not a legitimate

23 prescription.  But it gets even more interesting.

24        After they would put their necks on the line filling

25 those scripts, they would come back out, and Zachery would say,

OPENING STATEMENT - MURRELL

1   Okay, now you got 180, I'm gonna give you 15 or 20, and I have

2   to give a hundred of these to Dr. Benjamin.  We're gonna go

3   back to his office, because that's what he requires in exchange

4   for writing these illegal scripts.

5         And they would drive back to Dr. Benjamin's office,

6   and they would park in the parking lot again.  And Zachery,

7   once again, would say, "You all wait here," and he'd go in, and

8   he'd come out.

9         The four guys that are gonna testify about

10  Dr. Benjamin writing these prescriptions for them never saw

11  Dr. Benjamin.  He never wrote these scripts.  He never got

12  100 pills in exchange for writing these scripts.  Because as

13  the government said, that's really in the long -- in the big

14  picture, that's really small potatoes.  This was Zachery

15  Stewart, drug dealer, ripping off drug dealer friends and

16  brothers.  He was pocketing those drugs himself and keeping

17  them for himself to make more profit from his friends.  Because

18  as you hear the testimony evolve in this case, that's what drug

19  dealers do.

20        So, that's the part of the case that comes before

21  Zachery Stewart agrees to wear wires, agrees to tape-record

22  phone calls.  And to prove any of that case, you're going to

23  have to accept his testimony beyond a reasonable doubt when he

24  tells you that "I went in the doctor's office, and I gave him

25  his share of those prescriptions."  You'll have to trust him on

OPENING STATEMENT - MURRELL

1    that.

2          So, Zachery Stewart goes to work for the DEA to gather

3    evidence against Dr. Benjamin.  The DEA gave him a telephone

4    that he could record the conversations on.  They gave him a spy

5    camera that he could wear that would video record their

6    meetings together.  And they sent him loose on the target.

7          You need to know -- as you get into this case and

8    listen to the evidence, you need to know how Dr. Benjamin and

9    Zachery Taylor *(sic)* know each other, because it is frankly an

10   odd relationship.  You wouldn't expect a successful orthopedic

11   surgeon to be hanging around with the likes of Zachery Taylor.

12   But the truth is Zachery Taylor has been in that office most of

13   his life.  His mother worked for Dr. Benjamin when he was just

14   a kid.  He would come by, see her, talk to the doctor.  He sort

15   of grew up around Dr. Benjamin.

16          Then they run away to California, returned to the area

17   and renewed his acquaintance with Dr. Benjamin.  And we expect

18   you're gonna hear this isn't the first time that Dr. Benjamin

19   has ever tried to show an interest in a young person, try to

20   help them, try to spend a little time with them and talk to

21   them.  But the difference between Dr. Benjamin's relationship

22   with other youngsters and Zachery Stewart is that Zachery

23   Stewart's the only one who ever figured out a way to monetize

24   his relationship with Dr. Benjamin.  He has figured it out.  He

25   figured it out early, and he did it almost his entire adult

OPENING STATEMENT - MURRELL

1    life.

2           He did it by becoming a medical supply salesman.  He

3    got that job by cashing in and stressing his relationship with

4    Dr. Benjamin.  Think about it.  In the medical industry, a

5    salesman who sells medical devices, particularly related to a

6    back or spine issue, who's already friends with a very

7    successful spinal surgeon, that salesman's a gold mine.  That

8    doctor's a gold mine for the company.  They want the business.

9    And Zach was more than willing to take advantage of that.  And

10   he got jobs in the medical industry.

11          The problem with Zach is that he can't hold a job or

12   won't hold a job.  You're going to hear that in the course of

13   the years, he drifted from job to job to job.  But it was

14   always in the medical industry.  And that kept him in

15   Dr. Benjamin's office, and it kept him in the offices of other

16   doctors in the area.

17          You will hear that Zachery would come into

18   Dr. Benjamin's office as a salesman on a regular basis.  He

19   would come in sometimes wearing surgical scrubs.  He would walk

20   right in the back door.  He was there so often that the nursing

21   staff quit paying attention to him.  And he knew Dr. Benjamin's

22   schedule.  He'd walked in, Dr. Benjamin had a private office,

23   he'd know when Dr. Benjamin was out of surgery, he'd know when

24   he would be sitting at his desk reviewing charts or having

25   lunch, and he would just drop in.  And, really, nobody paid any

OPENING STATEMENT - MURRELL

1    attention to him.  He had the run of the office.

2            In fact, one of the videos that I expect the

3    government's gonna play for you shows him marching into that

4    office, through the back door, without even knocking, doesn't

5    check in with anybody, doesn't let anybody know that he's

6    there, and he marches right -- he knows every place in the

7    office.  He knows where to find the doctor.  He goes marching

8    in.  He drops a backpack in the doctor's office, which is empty

9    at the time, and then he marches off to find the doctor.  And

10   you'll hear that interaction, and you'll see what happened.

11   But he knew the office, and he was in there all the time.

12           You will also hear that because he never held a job

13   for very long, he got married, he had kids, he was drifting in

14   and out of unemployment, and he was always in financial

15   distress.  And he would come to the doctor crying and whining

16   and needing help.  And Dr. Benjamin would give him money.

17   Sometimes he wrote him checks, sometimes he paid him out of his

18   PayPal account.  But Benjamin would write him money, and Zach

19   was not ever afraid to ask for it.

20           And Zachery, because he was in the medical field and

21   he knew doctors, and he thought he was a hotshot, he fancied

22   himself as some kind of a wheeler-dealer.  And you're gonna

23   hear testimony that he would often bring business deals to

24   Dr. Benjamin.  "Here's an opportunity to invest.  We can make a

25   lot of money."  Zachery was never afraid to put Dr. Benjamin's

OPENING STATEMENT - MURRELL

1  money at risk in any business venture that he thought he might

2  be able to get a piece of.

3       You're gonna hear about a medical surgical center in

4  Michigan that Zachery tried to put together a deal on.  You're

5  gonna hear about an opportunity to buy the building that

6  Dr. Benjamin was in that Zachery tried to put a deal together

7  on.

8       But what you're also going to hear is that because of

9  Zachery's involvement, and because of his overreaching, all of

10  the deals cratered.  He would always overreach.  He would

11  always try to get too much, and the deals always fell apart.

12       But there is another business that I think you're

13  gonna hear about that they were in together, and that was

14  marijuana.

15       Dr. Benjamin -- when marijuana was legalized in

16  Florida, Dr. Benjamin decided that that was going to be an

17  opportunity to make some money.  And he wanted to make the

18  money.  You're gonna hear that he researched it.  He made I

19  don't know how many searches on his computer about how to grow

20  marijuana, how to cultivate marijuana, how to do that, do it

21  profitably.  And then he researched where and how you could do

22  it legally.  He found out that Michigan allows patients to have

23  medical marijuana.  And they have a quirk in their law where

24  they can actually grow marijuana themselves.

25       He went up there and bought a house.  He bought grow

OPENING STATEMENT - MURRELL

1  equipment.  He bought the house.  He put it in his wife's name.

2  He bought the grow equipment.  The government has the exhibits.

3  He bought the grow equipment with his credit card at Home

4  Depot, and he set up a grow in a house in Michigan.  He hired

5  his father-in-law to go up there and take care of it.  He

6  thought he was within Michigan law.  It turns out he wasn't.

7  He got busted for it, and he eventually pled guilty to a

8  misdemeanor.

9       But Zach was involved in that mess.  Zach knew about

10 it.  In fact, when Zach was up there, he tried to get a medical

11 marijuana card so that he could legally possess marijuana.  And

12 he's gonna tell you that he also met up with some marijuana

13 dealers in Michigan, Zach did, because Zach's in all of this

14 stuff.  Zach is a drug dealer.

15      So, Zachery Stewart's been busted by the DEA.  And

16 they have told him, "You get Dr. Benjamin in a drug deal on

17 tape or you go to prison for the rest of your life."  And the

18 problem for Zach is that by that time in their relationship,

19 Dr. Benjamin was just tired of him, just fed up with him,

20 didn't want anything to do with him.

21      Zachery, the informant, first reaches out for

22 Dr. Benjamin by text, I believe on July the 25th of 2017.  He

23 tells the doctor he's dropping the hammer with his wife.  He

24 wants to see the doctor right now.  Dropping the hammer, he's

25 getting divorced.  "I can't take it anymore.  I want to see

OPENING STATEMENT - MURRELL

1  you.  Can I come by?"  And you know what Dr. Benjamin's

2  response was?  Nothing.  Nothing.

3        Two days later, July 27th, Zachery sends another text,

4  "Will you be in the office tomorrow?"  No answer from

5  Dr. Benjamin.

6        And Zachery Stewart can feel the prison walls closing

7  in.  This isn't working right.  He's got to get this doctor

8  engaged.

9        August 3rd, he just drops in the office out of the

10 blue, and he begs the doctor for a job.  Anything.  He tells

11 the doctor, "There's a shit storm coming from my divorce, and I

12 need to make some money."  He whines that it's hell paying for

13 two places, and he admits he has some growing up to do.  "I've

14 made some mistakes in the past.  I've got some growing up to

15 do, but can you give me a job, anything?"  He talks about

16 running things to Orlando for him, doing anything.  And

17 Dr. Benjamin basically ignores him.

18       The very next day, Zach tries again by text.  He asks

19 Dr. Benjamin, If he can get Integra or Pharma to bite on your

20 business, would you be interested?  "I think I can get a job."

21 No response from Dr. Benjamin.

22       Six days later, Zach sends another -- or he tries

23 again.  He sends a text asking if they can meet for breakfast

24 at IHOP.  No response.

25       So, the next day, August 10, 2017, Zachery tries a

OPENING STATEMENT - MURRELL

1    Hail Mary.  He goes to the office, just like old times, only

2    this time he's wearing a spy camera provided by the DEA.  And

3    what you're gonna see is he marches right in the back door.  He

4    marches right through the office.  He's not confronted by

5    anybody.  Nobody challenges him.  Nobody thinks anything about

6    of it.  It's just Zach.  And he marches up to Dr. Benjamin.

7    And it looks like Dr. Benjamin is standing at a counter.  It's

8    hard to -- you know, this camera is not really great, but you

9    can see he's standing there.  And Zachery starts pitching a

10   business deal to him.  And Dr. Benjamin says flat-out, "Not

11   interested.  Nope.  No thanks.  That's it."

12        And Zachery turns around and walks out.  And you can

13   feel the pressure building on Zachery Stewart, because when

14   he's in the parking lot, this camera is still running, the

15   recorder is still running, and you hear him curse, because he

16   knows he's not getting anywhere, and those prison walls are

17   closing in.

18        And bear in mind, none of this that he's talked to the

19   doctor about has anything to do with drugs.  He's talking about

20   business deals or job opportunities.  "Let me work, I need to

21   make some money."

22        Later that same morning, Zachery sends another text.

23   After going to the office and getting rejected, he sends a

24   follow-up text.  And Benjamin responds to this when he says,

25   "Not a chance.  Not a chance."

OPENING STATEMENT - MURRELL

1          Zachery doesn't give up.  He can't give up, because

2     the stakes are too high for him.  He keeps reaching out,

3     keep (sic) trying to get Dr. Benjamin to interact with him.

4          And then an interesting thing happens.  After more

5     than two weeks of Zachery Stewart desperately trying to get the

6     doctor engaged with him, desperately trying to throw and pitch

7     business deals to him, it looks like Zach just decides, "I'm

8     not gonna record these calls, I'm not gonna record these

9     texts."  He just kind of drops off the radar.

10          And there's some contact there.  I don't know what

11    happened.  And I don't think you will either.  But suddenly,

12    apparently, according to the government, Dr. Benjamin decides,

13    Let's do drugs together.  Let's get back in the drug business.

14    Let's buy pills, let's sell pills, let's buy marijuana, let's

15    sell marijuana.  And he does all this openly with Zachery

16    Stewart.

17          But here's the thing you need to pay attention to as

18    you listen to that evidence.  Every piece of evidence that the

19    government is going to present, every piece of evidence the

20    government is going to present is going to show Zachery Stewart

21    providing drugs to Dr. Benjamin.  If you believe what you're

22    hearing, if you believe what they say happened, if you believe

23    what Zach says happened, Zach is supplying drugs to

24    Dr. Benjamin.  And that makes no sense at all with what they're

25    telling you happened in Counts 1 and 2 with Ms. Crowley.

OPENING STATEMENT - MURRELL

1        If this doctor is the drug maker, if this doctor is
2    the drug distributor, why is Zachery Stewart calling him and
3    saying, I've got a deal in Valdosta, I've got a deal in
4    Atlanta?  You're gonna hear tapes where he says, I'm eyes on
5    the pills, and I can have you this many by next whenever.
6        Zachery Stewart is the drug dealer.  Zachery Stewart
7    is the supplier.
8        One other interesting thing you're gonna see in the
9    government's case -- after the government stood here on opening
10   and told you nobody does anything for nothing -- is that
11   Dr. Benjamin never paid Zachery Stewart any money at all during
12   this time when Zachery Stewart is wired for sound, wired for
13   color, and recording everything they say, never.  What kind of
14   sense does that make in a drug dealer?
15       On October 5th, 2017, the DEA does what they call a
16   "controlled delivery" of pills from Zachery to Dr. Benjamin.
17   Again, Zachery to Dr. Benjamin.  And they watch it, but they
18   don't photograph it.  They just watch it.  There's a spy cam
19   that Zachery is wearing.  You'll see that, I'm sure.
20       He hands a bag or something to Dr. Benjamin.  And you
21   see Dr. Benjamin not paying him any money, not giving him any
22   money.  But the next day, Dr. Benjamin goes to Melbourne and
23   tries to get on a plane to Philadelphia.  And that's when he
24   was stopped by the Melbourne police, as the government
25   mentioned, and that's when they found the pills in his bag.

OPENING STATEMENT - MURRELL

1           Please pay attention to what Dr. Benjamin does after
2   that airport incident.  Because if he's a drug dealer, and the
3   Melbourne police have stopped him and said, "What's in your bag
4   is illegal," as a drug dealer, I'm not sure what your response
5   would be, but I seriously doubt that it would be what you're
6   going to hear happened with Dr. Benjamin.  Because after that
7   Melbourne police encounter, he went back to work on Monday.  He
8   did his surgeries.  He reviewed his patient charts.  He met
9   with his staff.  He did the things he normally does as a
10  surgeon.  And do you know what he did the day after that?  The
11  same thing.  And the day after that.  And he went on about his
12  regular medical practice.  Until a week later, when the DEA
13  decides that they're gonna wire up Zachery again and make one
14  more effort to try to nail down this case and prove that Johnny
15  Benjamin is a drug dealer.
16          So, they sent Zachery Stewart in to his medical office
17  with not one, but two recording devices.  And Stewart marched
18  in there, and somehow or other both devices failed.  Go figure.
19          And Zachery's version of that is that the doctor
20  confronted him, told him that you are informing on me, and
21  snatched the phone out of his hands and disabled it and stole
22  it from him, took it from him.  And when Zachery left, the
23  police decided it's time to arrest this Dr. Benjamin.
24          So, after confronting the informant against him, after
25  stealing his cell phone from him, do you know where the DEA

OPENING STATEMENT - MURRELL

1    found this drug dealer when they went to arrest him later that

2    day?  They found him at his house, asleep on the couch,

3    watching television.

4         The government alluded to all these weapons that they

5    seized in the search of his house.  And they're gonna parade in

6    an arsenal.  There's no question about it.  Especially if you

7    don't own guns, you're gonna think, "What is he doing with

8    that?"

9         I'm not being sarcastic, but this is Florida, and we

10   have a lot of guns.  And Johnny Benjamin had --

11        **MR. MC MILLAN:**  Objection.  Argumentative, your Honor.

12        **THE COURT:**  Overruled.

13        **MR. MURRELL:**  Johnny Benjamin had a concealed weapons

14   permit.  And those guns were in a gun safe.

15        They found reams of marijuana Google searches on his

16   computer.  You know why.  We told you.

17        They found a pill press in his storage unit.  But what

18   they don't know is when it was used last or who used it or what

19   for.  They will show you email orders of items from China, and

20   they will ask you to infer that those items are related to him

21   producing pills.

22        What we're asking is that you listen carefully to the

23   evidence, and you demand proof of that.  And bear in mind the

24   vast difference in quality between the first part of their case

25   and the second part of their case.  And as the judge told you

1    during jury selection, you're deciding every count as if it

2    were a separate trial.

3            We know that you'll listen carefully to the testimony,

4    and we know that you'll work hard to follow the law.  And we

5    are confident that at the end of this case, you'll bring back a

6    verdict of not guilty.

7            Thank you.

8            **THE COURT:**  All right, members of the jury, we're

9    going to take another recess.  I think I might have a verdict

10   from the deliberating civil jury.  So, I'm gonna ask that you

11   remember my admonition not to discuss the case or allow it to

12   be discussed in your presence.  And we'll see you back across

13   the hall in Judge Gonzalez's jury deliberation room in about

14   ten minutes.

15           **COURTROOM SECURITY OFFICER:**  All rise.

16           *(The jury exited the courtroom)*

17           **THE COURT:**  Donna, can you check and see if Tammy's

18   got the certificates?

19           **ROOM CLERK:**  She's preparing them now.

20           **THE COURT:**  Okay.

21           And if the marshals could take Mr. Benjamin back.

22           *(Recess taken at 10:54 a.m. until 11:09 a.m.)*

23           *(The Judge is presently on the bench)*

24           **THE COURT:**  I guess we'll bring the jury just straight

25   in here, and then maybe we can see if the other room --

1            **ROOM CLERK:**  I made it out.

2            **THE COURT:**  Oh, okay.  Then we can just put them in

3     there after we take the next break.

4            All right.  So, we're back on the record.

5            Counsel are present.  Mr. Benjamin's present.

6            Anything to come before the Court before we bring the

7     jury in?

8            **MR. MC MILLAN:**  No, your Honor.

9            **MR. MURRELL:**  No, sir.

10           **THE COURT:**  All right.  Let's bring in the jury.

11           **MR. MC MILLAN:**  Your Honor, who won the lawsuit?

12           **THE COURT:**  The plaintiff won.

13           **MR. MC MILLAN:**  Thank you.

14           **THE COURT:**  The big thing in the lawsuit was the

15     attorneys' fees.

16           **MR. MURRELL:**  That's always.

17           **THE COURT:**  The plaintiff got a little bit, but the

18     attorneys' fees will be pretty high.

19           **COURTROOM SECURITY OFFICER:**  All rise.

20           *(The jury entered the courtroom)*

21           **THE COURT:**  Counsel concede the presence of the jury

22     and waive its polling?

23           **MR. MC MILLAN:**  Yes, your Honor.

24           **MR. MURRELL:**  We do, too.

25           **THE COURT:**  And did everyone follow my admonition not

MEEHAN - DIRECT/MC MILLAN

1   to discuss the case or allow it to be discussed in your

2   presence?

3       All right.  So, the other jury reached a verdict, so

4   they're done.  So, we'll be able to put you in the jury

5   deliberation room right behind where you're seated right now.

6       Did anybody leave anything over in Judge Gonzalez's

7   jury deliberation room?

8       No?  Okay.  Good.

9       All right.  Then I think we're ready for the first

10  witness.  The government may call its first witness.

11      **MR. MC MILLAN:**  Thank you, your Honor.

12      The United States calls Deputy Greg Meehan of the Palm

13  Beach County Sheriff's Office.

14      **THE COURT:**  Right up here, if you would, Deputy.

15      **ROOM CLERK:**  Please raise your right hand.

16      *(GREGORY MEEHAN, GOVERNMENT'S WITNESS, WAS SWORN)*

17      **ROOM CLERK:**  Please have a seat.

18      Please state your first and last name and spell it for

19  the court reporter.

20      **THE WITNESS:**  Gregory Meehan, G-R-E-G-O-R-Y, last is

21  M-E-E-H-A-N.

22                    **DIRECT EXAMINATION**

23  BY MR. MC MILLAN:

24  Q.  Deputy Meehan, how are you employed, sir?

25  A.  I work for the Palm Beach County Sheriff's Office.

MEEHAN - DIRECT/MC MILLAN

1   Q.  And how long have you been so employed?

2   A.  Thirteen years.

3   Q.  And in what capacity do you serve in the Palm Beach County

4   Sheriff's Office?

5   A.  At the -- my current position, I patrol what's called the

6   Wildlands Task force.

7   Q.  Now, if I can take you back to September 1st of 2016, were

8   you on duty on that day?

9   A.  Yes.  At that current time, I was working the road -- road

10  conditions -- or, sorry -- road capacity.

11  Q.  And in what part of the county?

12  A.  I was -- Wellington, Florida.

13  Q.  And at a -- in the evening hours that day, did you receive

14  a call for urgent assistance of some sort?

15  A.  Yes, I did.

16  Q.  And what was the nature of that call?

17  A.  It was a "man down" call or a "sick person" call.

18  Q.  Okay.  Is there a -- in police terminology, do you use

19  something called "signals"?

20  A.  Yes, we do.

21  Q.  Okay.  What are "signals"?

22  A.  It's just a designation for certain call types that are

23  issued out over the radio --

24  Q.  Okay.

25  A.  -- or classifications.

MEEHAN - DIRECT/MC MILLAN

1   Q.  Probably most people have heard 10-4, 10-9, the 10 codes.

2   Are the signals also a means of communication?

3   A.  Yes, they are.

4   Q.  Okay.  Are you familiar with what a "signal 73" is?

5   A.  Yes, I am.

6   Q.  And would that have been the nature of this call?

7   A.  Yes, it would have.

8   Q.  And since you were assigned to Wellington, was a signal 73

9   in 2016 an uncommon occurrence?

10  A.  No, it was not.

11  Q.  Okay.  Because signal 73 generally referred to what kind of

12  condition in your experience?

13  A.  It could be anything from someone having a heart attack, a

14  drunk person passed out, or, uhm, somebody high on drugs or

15  passed out on drugs, or something along those lines.

16  Q.  Okay.  So, did you respond someplace?

17  A.  Yes, I did.

18  Q.  Where did you go?

19  A.  Uhm, I don't -- I know it was an apartment complex across

20  the street from the mall.  I can't think of the exact address

21  at this time.

22  Q.  Okay.  And what city was it in?

23  A.  In Wellington, Florida.

24  Q.  Okay.  And is that in Palm Beach County in the Southern

25  District of Florida?

53

MEEHAN - DIRECT/MC MILLAN

1   A.   Yes.

2   Q.   Okay.  And when you arrived at that location, what did you

3   find?

4   A.   Well, uhm, we, myself and my partner, Deputy Palianto, ran

5   upstairs --

6           THE COURT REPORTER:  I'm sorry, Deputy?

7           THE WITNESS:  Palianto.

8   BY MR. MC MILLAN:

9   Q.   Could you spell that, please, for the court reporter?

10  A.   P-A-L-I-A-N-T-O.

11          THE COURT REPORTER:  Thank you.

12          THE WITNESS:  You're welcome.

13  BY MR. MC MILLAN:

14  Q.   Were you and Deputy Palianto in the same vehicle or in

15  separate vehicles?

16  A.   Separate vehicles.

17  Q.   But you arrived at approximately the same time?

18  A.   Yes.  We work the same sector, so a lot of times we went on

19  calls with each other.

20  Q.   What was your approximate response time from the time you

21  received the call to the time that you arrived at the

22  Wellington address?

23  A.   Approximately five minutes, less than.

24  Q.   Okay.  What happened next?

25  A.   We entered the townhome or apartment, ran upstairs to the

MEEHAN - DIRECT/MC MILLAN

1   third floor.  When we got up there, we found a female that was

2   passed out, unconscious, and Deputy Palianto started to perform

3   CPR.

4   Q.  Do you know what the name of the female was?

5   A.  No, I do not.

6   Q.  Okay.  Did you find out later?

7   A.  Yes, we did.

8   Q.  Well, what was her name?

9   A.  I can't recall it at this time.

10  Q.  Okay.  After you went and you searched -- well, you found

11  the body.

12  A.  Correct.

13  Q.  What did you and your partner do next?

14  A.  Deputy Palianto started CPR.  After he got tired, I

15  conducted -- I continued CPR until fire rescue showed up.  And

16  then when fire rescue showed up, that's when they took over

17  CPR.

18  Q.  Okay.  And what happened after that?

19  A.  We stood around, waited -- waiting for them to give us any

20  updates so we could update our supervisor.  And at that time,

21  we started looking for some forms of identification.

22  Q.  When you arrived at the residence, were there any other

23  family members present --

24  A.  Her husband was there.

25  Q.  -- of the person who was in distress?

MEEHAN - DIRECT/MC MILLAN

1   A.  Her husband.

2   Q.  Okay.  And after the paramedics took over, did you look for

3   items of evidence in the room?

4   A.  Yes.  We started looking around, and that's when

5   Deputy Palianto found a little purse or -- I don't know the

6   proper name of it.  It's a little purse.  I believe it was

7   white, pink, and black in color.

8   Q.  Okay.  And Deputy Palianto's currently out of the country,

9   is that correct?

10  A.  Yes, that's correct.

11  Q.  Uhm, did you find -- well, what did you think happened to

12  the woman on the floor?

13  A.  I don't know.  I didn't -- it was --

14  Q.  Well, did you start looking for drugs?

15  A.  Yes.

16  Q.  Why?

17  A.  Because -- I can't remember at this time, but I'm most

18  positive that when we went to the house, the husband told us

19  that she was OD'ing on drugs.

20  Q.  Okay.  And did you find drugs?

21  A.  Yes.  We found pill bottles inside the room.

22  Q.  Okay.  Prescription pill bottles?

23  A.  Yes, sir.

24  Q.  And what did you and your partner -- well, what happened to

25  those pill bottles next?

MEEHAN - CROSS/MURRELL

1  A.  Deputy Palianto took the pill bottles, and then he went

2  downstairs to the first floor of the apartment.  I stayed

3  upstairs waiting for EMS to give us any updates on the

4  condition so I could notify my supervisor.

5  Q.  Okay.  And did there come a time when you were watching the

6  pills yourself?

7  A.  Yes.  After EMS arrived, and they were continuing CPR, I

8  believe they told me that she had passed away; they couldn't

9  revive her.  I went downstairs.  My supervisor was on scene.  I

10 notified him.  Deputy Palianto was there.  And then because he

11 was taking over the case, he asked me to stand by and guard the

12 pill bottles so he can go downstairs get his issued laptop so

13 he could start typing his report.

14            *(Discussion had off the record between counsel)*

15            **MR. MC MILLAN:**  Thank you, your Honor.  We tender the

16 witness.

17            **THE COURT:**  Cross-examination.

18                          **CROSS-EXAMINATION**

19 BY MR. MURRELL:

20 Q.  Sir, if you remember, you said the husband told you that

21 the lady was on drugs.

22 A.  Correct.

23 Q.  Do you remember whether he meant prescription drugs or

24 street drugs?

25 A.  He didn't specify.

MEEHAN - CROSS/MURRELL

1    Q.  Okay.  All right.

2            MR. MURRELL:  I don't have any other questions.

3            THE COURT:  Redirect?

4            MR. MC MILLAN:  No, thank you, your Honor.

5            THE COURT:  Thank you, Deputy.  You may step down.

6    You're excused.

7            *(Witness excused)*

8            THE COURT:  The government may call its next witness.

9            MR. MC MILLAN:  Thank you.

10           The United States calls Detective Stephen K. Ultsh.

11           *(Pause)*

12           MR. MC MILLAN:  Your Honor, while we're waiting for

13   the witness, might this be an appropriate time to go and

14   introduce Government's Exhibit 1, a stipulation?

15           *(Government's Exhibit 1 marked for identification)*

16           THE COURT:  Okay.

17           MR. MC MILLAN:  "It is hereby stipulated and

18       agreed upon by the government, the defendant, and the

19       defendant's counsel, that at all times material to

20       this case, furanylfentanyl" -- which is spelled

21       F-U-R-A-N-Y-L-F-E-N-T-A-N-Y-L -- "was a controlled

22       substance analogue, as defined in Title 21, United

23       States Code, Section 802, subparagraph (32)(A), that

24       was intended for human consumption, as provided in

25       Title 21, United States Code, Section 813."

58

ULTSH - DIRECT/MC MILLAN

1           And it's signed by the parties.

2           And we would move for the admission of the written

3   stipulation into evidence, your Honor.

4           **THE COURT:**  Is there an exhibit number on it?

5           **MR. MC MILLAN:**  Yes.  It's Government's Exhibit 1,

6   your Honor.

7           **THE COURT:**  Any objection?

8           **MR. MURRELL:**  No, sir.

9           **THE COURT:**  All right.  One will be received.

10          *(Government's Exhibit 1 admitted into evidence)*

11          **THE COURT:**  And, again, you may call your next

12  witness.

13          **MR. MC MILLAN:**  Thank you.

14          The United States calls Detective Stephen Ultsh.

15          **THE COURT REPORTER:**  Please raise your right hand.

16      *(STEPHEN K. ULTSH, GOVERNMENT'S WITNESS, WAS SWORN)*

17          **THE COURT REPORTER:**  Please sit down.

18          Please state your full name for the record, spelling

19  your last name.

20          **THE WITNESS:**  Stephen Ultsh, U-L-T-S-H.

21                      **DIRECT EXAMINATION**

22  BY MR. MC MILLAN:

23  Q.  Detective Ultsh, how are you employed, sir?

24  A.  I'm employed by the Palm Beach County Sheriff's Office.

25  Q.  And how long have you been employed with PBSO?

ULTSH - DIRECT/MC MILLAN

1    A.   I've been employed just over 17 years.

2    Q.   Okay.  And are you assigned to any particular division of

3    the Palm Beach County Sheriff's Office at present?

4    A.   I am.

5    Q.   And what division is that?

6    A.   I am with the violent crimes division, and my unit is the

7    homicide unit.

8    Q.   Now, directing your attention to September 1st of 2016,

9    were you on duty at that time?

10   A.   Yes, I was.

11   Q.   Okay.  And which division were you employed in at that

12   time?

13   A.   I was in -- employed in the violent crimes division in the

14   homicide unit.

15   Q.   Now, when a person is suspected to have suffered an

16   overdose death, is it common practice for the Palm Beach County

17   Sheriff's Office to go and send a detective to go and

18   investigate?

19   A.   Yes, it is.

20   Q.   Okay.  And -- or for that matter, any suspicious death.

21   A.   Correct.  Homicide is kind of a misnomer.  We go out to

22   anything that's called an "unintended death," when someone

23   passes away from something not expected.  Other than kind of

24   traffic accidents, which is handled by our traffic unit, we'll

25   go out to a death where there's no doctor signing a death

ULTSH - DIRECT/MC MILLAN

1    certificate.

2    Q.   Now, in the evening hours of September 1st of 2016, were

3    you asked to respond to a particular location to assist in an

4    investigation of a suspicious death?

5    A.   Yes, I was.

6    Q.   Where -- approximately what time were you dispatched?

7    A.   I was dispatched late in the evening to the incident

8    location.   I was notified by my supervisor to respond, to

9    assist road patrol with a suspected overdose.

10   Q.   And do you recall the address to which you responded?

11   A.   I don't -- off the top of my head, I don't remember the

12   correct numerical.

13   Q.   Was it located in Wellington?

14   A.   In Wellington, in -- Polo Club, I believe was the name of

15   the road.

16   Q.   Okay.   And when you arrived there, did you meet any family

17   members present?

18   A.   Uhm, when I arrived, uhm, there was, uhm, a family

19   member -- actually, a husband present.   There was a roommate

20   present.   And as I was on the call, there were a few other

21   family members and friends that had arrived on scene.

22   Q.   Okay.   And what did you observe when you arrived there?

23   A.   When I arrived, the residence was a townhome with a garage

24   down on the lower level.   Main level was kind of raised, which

25   was the main living area.   And then an additional level

ULTSH - DIRECT/MC MILLAN

1   upstairs with a bedroom where the decedent was located.

2   Q.   Okay.  And base -- did you observe the body of the decedent

3   yourself?

4   A.   Yes, I did.

5   Q.   Can you describe generally what kind of person it was whose

6   body you observed?

7   A.   It was a white female who was on the ground.  She was

8   dressed in undergarments and was in what appeared to be the

9   master bedroom of the residence.

10  Q.   Now, prior to September 1st of 2016, had you investigated

11  suspicious deaths yourself on other occasions?

12  A.   Yes.

13  Q.   In particular, have you investigated opiate overdose deaths

14  in Palm Beach County?

15  A.   Yes, I have.

16  Q.   Now, prior to this incident occurring on September 1st of

17  2016, approximately how many other confirmed opiate overdose

18  deaths had you investigated?

19       **MR. MURRELL:**  Objection, Judge.  That is more -- it's

20  not relevant.

21       **THE COURT:**  Overruled.

22  A.   I had probably worked at least a hundred overdoses.

23  Q.   Okay.  And in those other deaths, which were confirmed by

24  toxicology later to be --

25       **MR. MURRELL:**  Judge, he's testifying now.

1     **THE COURT:**  It sounds like it's going to be a leading

2   question.

3     **MR. MC MILLAN:**  I'll rephrase it, your Honor.

4   BY MR. MC MILLAN:

5   Q.  How did you know the deaths that you investigated earlier

6   were overdose deaths?

7     **MR. MURRELL:**  Well, now we're talking about hearsay,

8   Judge.

9     **THE COURT:**  Sustain.

10  BY MR. MC MILLAN:

11  Q.  Well, did you -- are there particular signs that you have

12  observed on people that have died from overdose deaths?

13  A.  Yes.  And there were signs that led me to believe initially

14  from my response that this was going to be an overdose death.

15  Q.  Now, in particular, have you observed on other occasions

16  something called "purge" in the vicinity of the person's facial

17  features?

18  A.  Correct.

19  Q.  Can you explain to the ladies and gentlemen of the jury

20  what "purge" is?

21  A.  "Purge" is a substance -- the body -- without being too

22  graphic, the body, and particularly with the opiate slowing the

23  respiration, there's a fluid that as the respirations slow

24  down, it gets almost like a frothy-like appearance common in

25  overdoses -- commonly seen on overdose, and particularly with

ULTSH - DIRECT/MC MILLAN

1   opiate death.  Sometimes it can have a reddish tinge.  When the

2   heart stops beating, the blood just acts as a fluid.  It

3   will -- eventually it separates, and you'll get some leakage

4   through the capillaries.  They're semipermeable membranes,

5   which means that the fluid can pass through them.  Sometimes

6   there's a reddish tinge to it, sometimes predominantly red.

7   People actually will think that it could sometimes be a

8   blood-like substance or blood.  But this -- the purge has more

9   of a frothy appearance to it, and I did observe it present on

10  the decedent that evening.

11  Q.  Okay.

12          **MR. MC MILLAN:**  May I approach, your Honor?

13          **THE COURT:**  All right.

14  BY MR. MC MILLAN:

15  Q.  I'm showing you what's been marked for identification as

16  Government's Exhibit 4.  Do you recognize this exhibit?

17          *(Government's Exhibit 4 marked for identification)*

18  A.  I do.

19  Q.  Does that fairly and accurately depict a scene that you

20  observed on September 1st of 2016, in Wellington, Florida?

21  A.  Yes, it does.

22          **MR. MC MILLAN:**  Move for the admission of Government's

23  Exhibit 16 -- I'm sorry -- four, your Honor.

24          **MR. MURRELL:**  No objection.

25          **THE COURT:**  Four will be received.

ULTSH - DIRECT/MC MILLAN

1          *(Government's Exhibit 4 admitted into evidence)*

2          **MR. MC MILLAN:**  Move to publish, your Honor?

3          **THE COURT:**  All right.

4    BY MR. MC MILLAN:

5    Q.  Directing your attention to Government's Exhibit 4,

6    Detective Ultsh, do you see any of the signs that you were

7    discussing earlier concerning purge?

8    A.  Correct.  In this photograph of the decedent, Ms. Crowley,

9    it's more prominent in that -- what would be her right nostril.

10   Q.  Let me take this out.

11        So that would be this area in here *(indicating)*?

12   A.  That's correct.

13   Q.  Which I've indicated with a line in the nostril area?

14   A.  Correct.

15        **THE COURT REPORTER:**  Mr. McMillan, just point the

16   microphone towards you.

17        **MR. MC MILLAN:**  Pardon?

18        **THE COURT REPORTER:**  Just point the microphone towards

19   you.

20        **MR. MC MILLAN:**  Thank you.

21   BY MR. MC MILLAN:

22   Q.  Based on your observations, did you list this as a possible

23   opiate overdose in your reports?

24   A.  Not as an opiate.  It was a suspected drug overdose.  It

25   wasn't until the toxicology came back that that was confirmed.

ULTSH - DIRECT/MC MILLAN

1    Q.   Okay.  Did you have conversations with Shaun Crowley,

2    Margaret Crowley's husband, that evening?

3    A.   Yes, I did.

4    Q.   Did he give you information concerning an individual that

5    he believed may have been associated with this incident?

6    A.   Uhm, I received information in reference to some med --

7         **MR. MURRELL:**  Judge, I -- this is hearsay.

8         **THE COURT:**  Sustain.

9    BY MR. MC MILLAN:

10   Q.   Okay.

11        **MR. MC MILLAN:**  We tender the witness, your Honor.

12        **THE COURT:**  Cross-examination.

13        **MR. MURRELL:**  I don't have any questions, Judge.

14        **THE COURT:**  Thank you, Detective.  You may step down.

15   You're excused.

16        **THE WITNESS:**  Thank you.

17        *(Witness excused)*

18        **MR. MC MILLAN:**  The United States calls CSI Mary Bain

19   of the Palm Beach County Sheriff's Office.

20        **THE COURT REPORTER:**  Please raise your right hand.

21        *(MARY BAIN, GOVERNMENT'S WITNESS, WAS SWORN)*

22        **THE COURT REPORTER:**  Please sit down.

23        Please state your full name for the record, spelling

24   your last name.

25        **THE WITNESS:**  Mary Bain, B-A-I-N.

66

BAIN - DIRECT/MC MILLAN

```
 1                      DIRECT EXAMINATION
 2   BY MR. MC MILLAN:
 3   Q.  Would you please state your full name and spell it for the
 4   record?
 5   A.  Mary Bain, B-A-I-N.
 6   Q.  I guess you already did that.  Sorry.
 7           And how are you employed?
 8   A.  I work with the Palm Beach County Sheriff's Office.
 9   Q.  In what capacity?
10   A.  I'm a crime scene investigator.
11   Q.  And how long have you been employed as a crime scene
12   investigator?
13   A.  I've been with PBSO for almost 12-and-a-half years.
14   Q.  Okay.  And were you on duty on September 1st of 2016?
15   A.  Yes.
16   Q.  And did you respond to a location in Wellington, Florida,
17   on that date?
18   A.  I did.
19   Q.  And do you recall what the address is that you responded
20   to?
21   A.  I think it's 1851 Polo Lakes Drive East.
22   Q.  Now, when you responded to that location, why did you do
23   so?
24   A.  I was requested by our communications division to respond
25   in reference to a death investigation.
```

BAIN - DIRECT/MC MILLAN

1    Q.   Okay.  And is that a common part of your job

2    responsibilities?

3    A.   Yes.

4    Q.   Any suspicious death or any particular situations?

5    A.   Any unattended death crime scene responds to.

6    Q.   Okay.  When you arrived at that address, who did you see,

7    if anyone?

8    A.   Detective Ultsh was present.  And there was another

9    deputy -- I can't remember how to pronounce his name.  I'm

10   sorry.  Palianto, I think?

11   Q.   Okay.  And were they supervising or standing by some items

12   that you perceived to be of evidentiary significance?

13   A.   Yes.

14   Q.   And what were those items?

15   A.   There were some prescription bottles and like a weekly pill

16   container on the kitchen counter.

17   Q.   Okay.  And did you take crime scene photographs of what you

18   observed that day in Wellington, Florida?

19   A.   Yes.

20        **MR. MC MILLAN:**  May I approach the witness, your

21   Honor?

22        **THE COURT:**  Okay.

23   BY MR. MC MILLAN:

24   Q.   I'm showing you what's been previously admitted as

25   Government's Exhibit 4.  Do you recognize that photograph?

68

BAIN - DIRECT/MC MILLAN

```
1    A.  I do.

2    Q.  Did you take that photograph?

3    A.  I did.

4    Q.  Does that fairly and accurately depict the decedent as you

5    observed her on September 1st of 2014 (sic)?

6    A.  Yes.

7    Q.  I'm sorry, 2016.

8    A.  Yes.

9    Q.  I'd also like to go and show you Government's Exhibits 5 --

10           (Discussion had off the record between counsel)

11        MR. MC MILLAN:  Thank you.

12   BY MR. MC MILLAN:

13   Q.  -- Government's Exhibit 2, 3, 5, and 6, and ask you to

14   examine those and see if you recognize them?

15           (Government's Exhibits 2, 3, 5, and 6 marked for

16   identification)

17   A.  Yes, I do.

18   Q.  And do each of those photographs bear your initials?

19   A.  They do.

20   Q.  Okay.  Are those fair and accurate visual depictions of

21   what you observed on September 1st of 2016?

22   A.  Yes.

23        MR. MC MILLAN:  Your Honor, at this time, I'd move for

24   the admission of Government's Exhibits 2, 3, 5, and 6.

25        MR. MURRELL:  No objection.
```

BAIN - DIRECT/MC MILLAN

1      **THE COURT:**  Two, 3, 5, and 6 will be received.

2      *(Government's Exhibits 2, 3, 5 and 6 admitted into*

3  *evidence)*

4      **MR. MC MILLAN:**  Thank you.

5      May I publish the exhibits, your Honor?

6      **THE COURT:**  Okay.

7  BY MR. MC MILLAN:

8  Q.  CSI Bain, directing your attention to Government's

9  Exhibit 2, can you explain to the ladies and gentlemen of the

10  jury what they're seeing in that image?

11  A.  This is the bedroom of the decedent, her bed, a nightstand,

12  a dresser, and in the lower right-hand corner, you can see the

13  decedent's feet.

14  Q.  Okay.  And that would be in this area here *(indicating)*?

15  A.  Yes.

16  Q.  And when you saw -- do you recall what the decedent's name

17  was?

18  A.  Margaret Crowley.

19  Q.  Okay.  When you encountered Ms. Crowley, can you describe

20  what her condition was in terms of her body position?

21  A.  Uhm, initially she was covered with a white sheet.  We

22  removed the sheet, and she was lying on her back face up.

23  Q.  Okay.  And I'd like to go and show you Government's

24  Exhibit 5.  Did you take that photograph?

25  A.  Yes.

BAIN - DIRECT/MC MILLAN

1   Q.   And what does it depict?

2   A.   This is the bed that was in the previous picture with a

3   cell phone laying on the bed.

4   Q.   And Government's Exhibit 6, what does it depict?

5   A.   This is the same cell phone, just a little bit closer.

6   Q.   Were you ultimately responsible for the collection of

7   physical evidence at Margaret Crowley's death scene?

8   A.   Yes.

9   Q.   Did that include the pill bottles that you mentioned?

10  A.   Yes.

11  Q.   Okay.  And who did you take custody of those pill bottles

12  from?

13  A.   From the deputy that was on scene.

14  Q.   Okay.  They had been physically watching them?

15  A.   Yes.

16  Q.   Do you recall what the composition of those pill bottles

17  were?  In other words, how many pills were in them and of what

18  type?

19  A.   Off the top of my head, I don't, but I have a medication

20  record form that I filled out that has all that information on

21  it.

22  Q.   Okay.  And I'd like to show you what's been marked for

23  identification as Government's Exhibit 7.

24          *(Government's Exhibit 7 marked for identification)*

25          *(Discussion had off the record between counsel)*

BAIN - DIRECT/MC MILLAN

1          **MR. MC MILLAN:**  May I approach the witness, your

2  Honor?

3          **THE COURT:**  Okay.

4  BY MR. MC MILLAN:

5  Q.  I'm showing you Government's Exhibit 7.  Did you prepare

6  that document that night?

7  A.  Yes, I did.

8  Q.  In the course of conducting an inventory of the pills?

9  A.  Yes.

10          **MR. MC MILLAN:**  At this time, we move for the

11  admission of Government's Exhibit 7, your Honor.

12          **MR. MURRELL:**  No objection.

13          **THE COURT:**  Seven will be received.

14          *(Government's Exhibit 7 admitted into evidence)*

15  BY MR. MC MILLAN:

16  Q.  Okay.  With respect to Government's Exhibit 7, did it

17  specifically break down the type of pills that you found and

18  what they were contained within?

19  A.  Yes.

20  Q.  Okay.  And with respect to one pill bottle in particular,

21  did you find blue pills of some sort?

22  A.  Yes.

23  Q.  And can you describe how -- what kind of pills you found in

24  that pill bottle and what the physical description was of those

25  pills?

BAIN - DIRECT/MC MILLAN

1  A.  There were seven small round blue pills that had a scoring

2  of 031R.  And then there were 14 small blue pills that had a

3  scoring of M30.

4  Q.  Okay.  And so the small blue pills had an "M" on one side?

5  A.  I believe it was "M" on one side and "30" on the other.

6  Q.  Okay.  And after you took those pills into your custody,

7  what did you do with them?

8  A.  They were submitted to our crime lab evidence unit.

9  Q.  Now, so that the ladies and gentlemen of the jury

10  understand how evidence of this nature is preserved, do you put

11  it in something to maintain its integrity and make sure nothing

12  happens to it?

13  A.  They're sealed in evidence bags with evidence tape.  The

14  evidence tape is initialed and dated.

15  Q.  Is that tamperproof evidence tape?

16  A.  Yes.

17  Q.  I'd like to show you what's been marked for identification

18  as Government's Exhibits 8 and 136.

19          *(Government's Exhibits 8 and 136 marked for*

20  *identification)*

21  BY MR. MC MILLAN:

22  Q.  Do you -- would you please take a look at Government's

23  Exhibit 8 and see if you recognize anything in that bag?

24  A.  Inside this larger bag is my original evidence bag with the

25  seal and my initials and date.

BAIN - DIRECT/MC MILLAN

1    Q.   That was the one that you sealed?

2    A.   Correct.

3    Q.   Are you aware as to whether DEA later took that into their

4    custody?

5    A.   I believe so, yeah.

6    Q.   With respect to Government's Exhibit 136, I'd ask you to go

7    and examine that, if you would.

8         Does that item bear a prescription number on it?

9    A.   Yes.

10   Q.   And a name of a person on it?

11   A.   Yes.

12   Q.   And if you consult the inventory list that you took on

13   September 1st of 2016, does that bottle correspond to the name

14   and prescription number that you recorded as having been taken

15   from Margaret Crowley's residence on September 1st of 2016?

16   A.   It does.

17        **MR. MC MILLAN:**  Your Honor, at this time, I would move

18   for the admission of Government's Exhibits 8 and 136.

19        **MR. MURRELL:**  No objection.

20        **THE COURT:**  Eight and 136 will be received.

21        (Government's Exhibits 8 and 136 admitted into

22   evidence)

23        **MR. MC MILLAN:**  Court's indulgence for a moment.

24        (Discussion had off the record between counsel)

25        **MR. MC MILLAN:**  All right.  We tender the witness,

BAIN - CROSS/MURRELL

1   your Honor.

2          **THE COURT:**  Cross-examination.

3                    **CROSS-EXAMINATION**

4   BY MR. MURRELL:

5   Q.  Good morning, Ms. Bain.

6   A.  Good morning.

7   Q.  When you arrived, I mean your job was to try to collect all

8   the relevant evidence that you could find, is that right?

9   A.  Correct.

10  Q.  And part of what you consider to be relevant evidence would

11  be any prescription med's of any kind.

12  A.  Correct.

13  Q.  All right.  And so, I assume that you collected all of them

14  that you could find.

15  A.  Correct.

16  Q.  Now, you mentioned that the pill bottles and the pill

17  organizer were placed out by the deputy that got there ahead of

18  you?

19  A.  Yes.

20  Q.  Do you know where he found them at?

21  A.  I do not.

22  Q.  Okay.  And some of the med's in those prescription

23  bottles -- well, they were in labeled pill bottles, right?

24  A.  Right.

25  Q.  And one that I believe you looked at up there is labeled

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5657

BAIN - CROSS/MURRELL

1   "alprazolam," is that right?

2   A.  If I could look at it?

3   Q.  Yes, ma'am.  Go ahead.

4       That's exhibit -- just tell us the exhibit number.

5   A.  136.

6   Q.  Okay.

7   A.  And, yes, it's labeled "alprazolam."

8   Q.  All right.  And according to the label on that bottle, that

9   was issued or filled on August the 3rd of 2016.

10  A.  Correct.

11  Q.  And it said there were supposed to be 90 pills originally.

12  A.  Yes.

13  Q.  And the directions were to be taken one tablet three times

14  a day.

15  A.  Yes.

16  Q.  So, that would be about a month's supply of pills.

17  A.  Right.

18  Q.  And this -- you were in that apartment on November -- I

19  mean October -- September the 1st.

20  A.  Yes.

21  Q.  All right.  So, there should have been a few pills left.

22  A.  Right.

23  Q.  Right?

24      Do you know if any alprazolam was found in that pill

25  bottle?

76

BAIN - CROSS/MURRELL

1    A.  All I know is the breakdown of how I described them in

2    my --

3    Q.  Okay.  All right.

4         Did you find a pill bottle that was labeled

5    "tramadol"?

6    A.  If I could refer back to --

7    Q.  Sure.  Go ahead.

8    A.  -- Exhibit 7?

9         *(Pause)*

10   A.  I don't see tramadol on this particular list, but there was

11   a second page.

12   Q.  Do you not have it there?

13   A.  I'm sorry, the second page just had the pill organizer in

14   it.  I don't see any tramadol on my list.

15   Q.  Okay.  And I've got the second page if you want to check

16   for sure, but I think it just shows the --

17   A.  Yeah, it was just the organizer on the other page.

18   Q.  So, you did not find any pill bottle that was labeled

19   "tramadol," did you?

20   A.  Correct.

21   Q.  All right.  And when a person fills a prescription,

22   obviously they turn the prescription in.  So, you wouldn't

23   expect to find a prescription even if she had it, right?  I

24   mean unless she had not turned it in --

25   A.  Unless she had not filled it, yeah.

CROWLEY - DIRECT/MC MILLAN

1   Q.  Did you find any prescription for tramadol?

2   A.  I did not.

3   Q.  Okay.

4        **MR. MURRELL:**  I don't have any other questions, Judge.

5        **THE COURT:**  Redirect?

6        **MR. MC MILLAN:**  No, thank you, your Honor.

7        **THE COURT:**  Thank you, ma'am.  You may step down.

8   You're excused.

9        *(Witness excused)*

10       **THE COURT:**  The government may call its next witness.

11       **MR. MC MILLAN:**  Thank you, your Honor.

12       The United States calls Shaun Crowley to the stand.

13       **THE COURT REPORTER:**  Please raise your right hand.

14       *(SHAUN CROWLEY, GOVERNMENT'S WITNESS, WAS SWORN)*

15       **THE COURT REPORTER:**  Please sit down.

16       Please state your full name for the record, spelling

17  your last name.

18       **THE WITNESS:**  Shaun Patrick Crowley, C-R-O-W-L-E-Y.

19                    **DIRECT EXAMINATION**

20  BY MR. MC MILLAN:

21  Q.  Hi, Mr. Crowley.

22  A.  Hi.

23  Q.  Can you tell the ladies and gentlemen of the jury how old

24  you are, sir?

25  A.  I am 38.

CROWLEY - DIRECT/MC MILLAN

1  Q.  Okay.  And how are you employed?

2  A.  I work at Costco in New York, and I also work for Outback

3  Steakhouse.

4  Q.  Originally from New York or are you from Florida?

5  A.  Originally from New York.

6  Q.  Okay.  And if I can take you back to, oh, probably around

7  the 4th of July of 2011, did you meet a woman who figures in

8  this case someplace?

9  A.  4th of -- could you please repeat that?  I'm sorry.

10 Q.  Yeah, around the 4th of July of 2011, did you originally

11 meet Maggie Crowley?

12 A.  Oh, yes.  Yes, I did.

13 Q.  Or the person who became Maggie Crowley?

14 A.  Yes.

15 Q.  That was about the first time you met her?

16 A.  That was the first time I met her, yes.

17 Q.  Okay.  And then taking you along to around -- well, from

18 the period of 2006 to 2009, did you live someplace else other

19 than New York?

20 A.  Yes.  I lived here in Broward County.  I went to school

21 down here between 2006 and 2009.  And then at the end of 2009,

22 I returned back to New York.

23 Q.  Okay.  Where did you go to school down here during that

24 period of time?

25 A.  I attended the Cordon Bleu that's located in -- or was

CROWLEY - DIRECT/MC MILLAN

1   located in Miramar.

2   Q.   Okay.   And did you end up ultimately meeting Margaret or

3   Maggie -- was she then DiVita?

4   A.   That's correct, DiVita.

5   Q.   Okay.   And ended up dating her?

6   A.   Upon returning to New York, yes.   I met her and then

7   eventually ended up dating her, yes.

8   Q.   Okay.   When was it that you two actually started dating one

9   another?

10  A.   Right around September of 2012 was when I first met her,

11  and then we were basically inseparable up until her death.

12  Q.   Okay.   And did you ultimately end up getting married?

13  A.   Yes, in October 2014.

14  Q.   Okay.   Now, at some point during your lives together in

15  New York, did Maggie go to a concert someplace?

16  A.   Yes.   She attended -- and I can't remember exactly what the

17  concert was.   I want to say Luke Bryant or some country

18  concert.   But she went to a concert at the Carrier Dome in

19  Syracuse shortly after we started dating.

20  Q.   And did something happen to her on that event?

21  A.   Yes.   She was kind of in the aisle dancing to the music,

22  and a few rows back another young lady was doing the same,

23  dancing in the aisle, and, uhm, you know, stumbled forward.

24  And in doing that, slammed into the back of Maggie, and she

25  sustained, you know, severe back problems from that as a

CROWLEY - DIRECT/MC MILLAN

1  result.

2  Q.  Okay.  Did she see a doctor about that?

3  A.  She did end up seeing a doctor in New York, and continued

4  to see that doctor until we moved down here in 2014.

5  Q.  And what was the doctor's prescription to deal with her

6  problems?

7  A.  She was put on 30-milligram oxycodone, which she was

8  taking.  You know, every month she was getting a prescription

9  and taking that, right up until we moved down here.

10 Q.  Okay.  Now, during the period of time you were married to

11 her, you -- did you see her every day?

12 A.  Every day.  Unless one of us was out of town, which was

13 very rare.

14 Q.  Okay.  Did Maggie Crowley, your wife, appear to you to be

15 addicted to oxycodone?

16 A.  I never saw any signs of any kind of dependency or

17 addiction or anything like that.

18 Q.  But she did have to use it to deal with the pain?

19 A.  She did, yes.

20 Q.  Now, did there come a time when you both decided that you

21 needed to go and move out of upstate New York?

22 A.  Yes.  And that was right when winter started in 2014.

23 Q.  Why was that?

24 A.  She was from the New York City/New Jersey area, where the

25 winters aren't as harsh as they are in upstate New York, and

CROWLEY - DIRECT/MC MILLAN

1   she just had it with the heavy snow.  She wasn't a very good

2   driver in the snow.  So, she said, This is the last winter.

3   I'm not dealing with it again.  Like, we gotta go somewhere,

4   you know, warm.

5           So, I mentioned either Arizona or Florida, because I

6   had people in Arizona, and I used to live down here, so I

7   thought those two would be a -- you know, one of those two

8   would be a good option.

9   Q.  Did she enjoy driving in the snow?

10  A.  She absolutely hated it.  She would call me at times when

11  we were having a bad storm, and she'd be on the side of the

12  expressway crying, because she just couldn't -- didn't know how

13  to do it.  So, she really did not get along with the snowy

14  travel at all.

15  Q.  Okay.  Now, at that point in your life, where were you

16  employed in New York?

17  A.  At that point, I was working at the Outback Steakhouse, and

18  also just a local restaurant called the Back Nine Grill.  I was

19  working at both of those two places.

20  Q.  Okay.  And so you both decided to go and relocate to

21  Florida?

22  A.  Correct.

23  Q.  Did you have any friends or family down here in Florida

24  that you could turn to?

25  A.  Maggie's cousin and her aunt and uncle both lived in this

CROWLEY - DIRECT/MC MILLAN

1   area.

2   Q.  Okay.  And so did you both move down --

3   A.  Yes.

4   Q.  -- to south Florida?

5   A.  Yes.

6   Q.  Okay.  And so approximately what date was that?

7   A.  We left New York, where we were living in New York, the

8   23rd of December, and we went to New Jersey to spend Christmas

9   with her parents and her family.  And on the 26th, we started

10  our trip down here and got down here, I believe, on the 28th of

11  December 2014.

12  Q.  Okay.  And did you get a job down here?

13  A.  Yes.  We both got jobs.  She transferred from the Outback

14  in New York down to the Outback in Royal Palm Beach.  And I

15  came down here and landed a job as a kitchen manager of a local

16  place in Wellington.

17  Q.  Okay.  And when you got down to this warmer climate, did

18  her pain issues go away?

19  A.  They didn't seem to.  She went and got a doctor, you know,

20  pretty much right away.  And, you know, it didn't seem like the

21  weather had any effect, you know, making it better or worse as

22  far as the pain.

23  Q.  Okay.  Approximately what time period are we talking right

24  now?

25  A.  Beginning --

CROWLEY - DIRECT/MC MILLAN

1    Q.   When you moved to south Florida.

2    A.   Yeah, we got here the 28th of December 2014.

3    Q.   Okay.  And in view of the pain, did she consult with

4    physicians down here to go and try to get it resolved?

5    A.   She did.  I don't know what -- you know, she did go get

6    just a primary care physician, which when she received the

7    medical records, you know, they went from there, and I think

8    she prescribed her the same, you know, prescription.  And then

9    she was also looking into other forms of, you know, to --

10   things to get maybe the back pain alleviated without having to

11   just focus on taking, you know, the painkillers.

12   Q.   Now, when she consulted a doctor here, did he or she

13   prescribe her oxycodone as well?

14   A.   Yes.

15   Q.   And did she have an easy time filling that prescription?

16   A.   No.  Not one place in Palm Beach County would fill the

17   prescription, because of, you know, past occurrences down here

18   with the problems that they had with pills and stuff like that.

19   Q.   Now, did she go and ask the doctor to give her something

20   else?

21   A.   Yeah.  She said, You know, is there something you can give

22   me that I'm not gonna have a problem, you know, getting from a

23   pharmacist that, you know, will combat the pain, you know,

24   somewhat like the oxycodone did.

25   Q.   And what was that substance, do you know?

CROWLEY - DIRECT/MC MILLAN

1  A.  They prescribed her tramadol.

2  Q.  Okay.  And did she take tramadol?

3  A.  She would take the tramadol, yep.

4  Q.  Okay.  Do you know whether it significantly helped her back

5  issues?

6  A.  I don't -- I believe because of the difference in strength

7  between tramadol and oxycodone, the prescribed dosage I don't

8  think was adequate for her.  So, she at times had to take, you

9  know, a couple extra just to combat the pain equally to what

10  the oxycodone was able to do for her.

11  Q.  Well, do you know whether she was exceeding the recommended

12  dosage that her physician gave her of the tramadol?

13  A.  I mean I think at times, depending on how the pain was.  If

14  it was severe enough, I think that, yeah, there was probably

15  times that she did.

16  Q.  Okay.  And when she ran out of tramadol, what did she do?

17  A.  She would just be in pain for like, you know, however long

18  was left until she got that next prescription for it.

19  Q.  Well, do you know an individual by the name of Kevan

20  Slater?

21  A.  I do.

22  Q.  How do you know Kevan Slater?

23  A.  He -- I didn't personally know him.  He worked at Outback

24  before I started working, because I eventually started working

25  at the Outback in Royal Palm Beach as well.  I never personally

CROWLEY - DIRECT/MC MILLAN

1   met him, but she had informed me that Kevan was able to get her

2   the same oxycodone that she was taking in New York, but, you

3   know, she would have to pay for it.  So, she ended up getting

4   that, and that's how that name became associated with me.

5   Q.   Okay.  And did you ever see Kevan Slater yourself?

6   A.   One time when I was working at Outback, and she was also

7   working, he came in, and I saw them hug.  And I said to her,

8   you know, Who's that?  Why were you hugging that guy?

9        And she said, Oh, that's Kevan.  He used to work here.

10       And I said, Oh, okay, Kevan.  I know, you know, the

11   name.

12   Q.   Okay.  Did you ever buy any drugs from Kevan Slater

13   yourself?

14   A.   No.

15   Q.   Now, with respect to the drugs that she had obtained from

16   Kevan Slater, did there -- can you say what the time frame was

17   that it first came to your attention that she had bought drugs

18   from him?

19   A.   It was right around the beginning of June 2006 -- '16,

20   yeah, 2016, sorry.

21   Q.   Okay.  And was -- did there come a time when you observed a

22   particular reaction physically by her to the drugs that she had

23   obtained from Kevan Slater?

24   A.   Yeah.  The first time that she received the pain medicine

25   from Kevan, she came home from work -- we were actually gonna

CROWLEY - DIRECT/MC MILLAN

1  go pick up our kitten that was at the shelter.  It had just

2  been neutered.  We had to come back, you know, that day to go

3  pick it up.  She came home and just was completely just -- like

4  almost like a zombie, just out of it.  And I, you know,

5  obviously questioned, What's going on?

6         And she said, Oh, you know, I got some of those

7  oxycodone from Kevan.

8         And I looked at her and said, You know, this doesn't

9  seem correct.  Like, you're -- this is not how I've ever seen

10 you before when you were taking this medicine in New York.

11 Q.  And how do you mean?  I mean what physically do you mean by

12 that?

13 A.  I mean nodding off, just almost like the body was moving,

14 but the mind wasn't, basically.

15 Q.  Now, when -- I'm sorry -- I hope I didn't cut you off.

16 A.  No.  You're good.

17 Q.  When Maggie took regular 30-milligram oxycodone pills that

18 had been prescribed to her, did she ever strike you as doing so

19 to get high?

20 A.  No.  Never once.

21 Q.  Did she appear to be inebriated, not in control of her

22 sensibilities, incompetent in any way prior to that date?

23 A.  No, never.

24 Q.  But on this particular occasion, she struck you as having

25 been particularly affected by the drugs?

CROWLEY - DIRECT/MC MILLAN

1   A.   Heavily, yes.

2   Q.   That she obtained from Kevan Slater?

3   A.   Correct.

4   Q.   Okay.  And as a result of that, did you ask her to do

5   something?

6   A.   I told her, you know, I don't think you know what you're

7   messing with here.  I don't know what you're messing with here.

8   But I don't think this is the same medicine you took in

9   New York.  And you can't keep doing this.  This is -- this is

10  very obviously dangerous.  Like, you're probably that close to,

11  you know -- like, you're barely alive right now.

12  Q.   Did you try one of the pills yourself?

13  A.   I did, just to see what she was messing -- you know,

14  dealing with.  Because over, you know, the years of being with

15  her -- you know, I have back pain as well, and there have been

16  times it got so severe that I would say to her, Hey, do you

17  mind if I get one of those?  My back is killing me.

18          So, I knew the effects of taking one oxycodone that

19  she used to take.  And so, when I saw her like that, and knew

20  that she had another one, I said, I'm gonna see what you're

21  messing with.  And it got me pretty good too.  So, I knew this

22  wasn't -- this wasn't what she thought it was.

23  Q.   Okay.  And so that the jury understands, were you an

24  oxycodone addict yourself?

25  A.   No.  I've never been any kind of addict like that in my

CROWLEY - DIRECT/MC MILLAN

1   life.

2   Q.  Okay.  Now, with respect to the -- now, you did have a

3   drinking problem in the past.

4   A.  In the past, I drank, you know, probably more than I should

5   have, over -- you know, from teenage to, you know, my mid-20s.

6   Yeah, I probably partied a little bit more than I should have.

7   Q.  Okay.  But during the time and period that you were married

8   to Maggie, what was your drinking situation like?

9   A.  I had -- I had received a DWI in 2010.  And that was a big

10  eye-opener for me, and I said, I need to really peel it back a

11  little bit.  And in meeting Maggie, it seemed like when we got

12  together, you know, we didn't really -- I didn't ever get to

13  the point where, like, we would go out and just really abuse

14  it.  You know, we might go out and have a few drinks or

15  something, but it really kept it at that level where I wasn't

16  partying like I used to.

17  Q.  But were either of you, and in particular Maggie, using the

18  oxycodones for any other reason --

19  A.  No.

20  Q.  -- than pain?

21  A.  No.

22  Q.  Okay.  Now, with respect to those pills, after you took it

23  and it affected you in that manner, did you advise her to do

24  something?

25  A.  Yeah, I told her, Never again.  Like, I do not want you to

CROWLEY - DIRECT/MC MILLAN

1   mess with this stuff.  Like, it is definitely not straight

2   oxycodone.  There's gotta -- and I even said to her, There's

3   gotta be something like fentanyl mixed into this.  Just because

4   I had done a little research on, you know, the Internet, and it

5   said, you know, counterfeit pills, and it said people are

6   mixing, you know, fentanyl with oxycodone.  So, that's where I

7   said to her, It's gotta be something like fentanyl in these

8   pills.  Do not take them.  This is dangerous.

9   Q.  Did you actually see the pills yourself?

10  A.  Well, yeah, because I took --

11  Q.  Do you remember what they looked like?

12  A.  Exactly like the oxycodone.  I mean, exactly like it.

13  Q.  Okay.  Do you remember what color they were?

14  A.  They were a light blue.  Because I had seen her pills

15  enough times in New York, like I knew -- yeah, light blue, like

16  a baby blue almost.

17  Q.  And do you remember what kind of writing, if any, they had

18  on them?

19  A.  I know that it had the number 30 on it.  It had maybe a

20  letter.  I can't remember exactly what was on the pills.  But I

21  know "30" was definitely on the legit pills, and I think also

22  the counterfeit ones that Kevan provided.

23  Q.  Okay.  And -- now, with respect to the pills that she got

24  from Kevan, as far as you knew, after you told her that, did

25  she stop buying pills from Kevan?

CROWLEY - DIRECT/MC MILLAN

1    A.   Yeah, I mean I never, ever saw her like that again.  And

2    that was from one.  So, it's not like she could have done it

3    and got away with it.  I would have noticed.  So, no, I never

4    witnessed her to be like that ever again.

5    Q.   Now, if I can take you to late August of 2016, you said

6    that Maggie was working at Outback?

7    A.   Correct.

8    Q.   And at that point in time, was she in a managerial

9    position?

10   A.   Yes.  She was the front-of-the-house manager with Outback,

11   working approximately 50 hours a week.

12   Q.   And did she get invited to go on a trip along with other

13   managers at Outback someplace?

14   A.   Yes.  They went on a cruise, funded by Outback, to the

15   Bahamas, the very end of the month, Friday, Saturday, Sunday,

16   and they returned Monday.

17   Q.   Okay.  And what -- do you remember what day Monday was?

18   A.   I could -- probably the 28th?  Roughly.

19   Q.   Okay.

20   A.   I'm just guessing and backing it up from the day that she

21   died.  It was like four days before that.  So, I guess the

22   28th, 27th.

23   Q.   Okay.  So, if I can take you to September 1st of 2016, can

24   you tell us what happened that day from the time that you got

25   up?

CROWLEY - DIRECT/MC MILLAN

1    A.   Yeah, I woke up at 7:15.  She had the day off.  So, I got

2    up, got ready for work, told her, you know, I was leaving for

3    work, and that I would see her when I got home.

4              And she said, I'm just gonna make this a day where I'm

5    just gonna be kind of lazy, stay in bed.  You know, you did

6    that on Tuesday, and, you know, I was kind of jealous.  So, I'm

7    gonna just stay in bed all day.

8              And I said, Oh, good for you.  You deserve it, you

9    know.

10             And so, I went to work at the Outback in Royal Palm

11   Beach at eight o'clock.  I was there till just about

12   four o'clock.

13   Q.   And if I can interrupt you for a second.

14             Just so that we're clear, that's eight o'clock in the

15   morning?

16   A.   Yes.  Sorry.

17   Q.   Until four o'clock p.m.?

18   A.   Correct.

19   Q.   Okay.  And then what did you do?

20   A.   I changed my clothes, walked across the parking lot to the

21   Costco that was directly behind the Outback that I also work

22   at, and punched in at four o'clock.  So, I was only really off

23   the clock technically maybe five minutes between the two jobs.

24   Went and worked my shift at Costco from four to nine.  And then

25   as soon as I punched out at nine, I went home, got home by

CROWLEY - DIRECT/MC MILLAN

1    9:15, right around 9:15 p.m., and that was pretty much my day

2    as far as work goes.

3    Q.  Okay.  Now, at this point in time in the apartment or condo

4    that -- which is it?

5    A.  It was a townhouse.

6    Q.  Okay.  The townhouse that you were living in with Maggie,

7    for financial reasons, did you both decide to go and have

8    someone else stay there with you?

9    A.  Yeah.  We had -- I had a two-bedroom.  And, you know,

10   obviously, it was kind of expensive being where we were living.

11   And so, one of our friends -- one of her friends from New York

12   that also worked at Outback -- I knew her as an acquaintance,

13   but she was pretty close with Maggie -- she wanted to, you

14   know, pursue moving down to Florida.  So, Maggie said, Hey

15   financially it would benefit you and I.  What do you think

16   about her moving down?

17        And I said, I have no problem with it.  You know, if

18   she wants to come down, that's fine.

19        So, she ended up moving down.

20   Q.  So, then -- the reason I'm asking is because she was also

21   present in the townhome on this occasion?

22   A.  Yes.

23   Q.  Okay.  So, you get home around nine p.m. from work?

24   A.  Um-hum.

25   Q.  And what did you do next?

CROWLEY - DIRECT/MC MILLAN

1    A.   Immediately went upstairs and talked to Maggie.  She was

2    just kind of laying in bed.  And talked to her briefly, you

3    know, a couple minutes, and said, I'm gonna hop in the shower.

4         So, I jumped in the shower, took a four- or

5    five-minute shower, got out and talked to her again for a

6    second and said, I'm gonna run downstairs and throw my

7    clothes -- my dirty clothes from the day in the washing

8    machine.  I'll be right back up.

9         So, that's exactly what I did.  I came right back up,

10   and I said to her, you know, Are you hungry at all, because I'm

11   gonna eat something?  You know, you want to go grab something,

12   because all I have is my leftover Costco pizza from the night

13   before, and I wasn't really feeling that.

14        So, she, you know, stood up out of bed, and I noticed

15   that, you know, she was in pain, like she was holding on to the

16   edge of the bed as she stood up, and she's like, Yeah, we can

17   run to McDonald's if you want.  I could eat.

18        And I said, No, no, no, you're -- just get back in

19   bed.  You don't seem like you want to really do this.  Like,

20   I'll just go eat the pizza.  It's fine.  I'm gonna run

21   downstairs, eat the pizza, and then throw my clothes in the

22   dryer, and then I'll come back up, and I'll be ready to go to

23   bed.

24        So that's exactly what I did.  And then when I came

25   back up, I would say about a half an hour after I had, you

CROWLEY - DIRECT/MC MILLAN

1   know, just spoken to her, is when I came up and found her.

2   Q.  When you say you "found her," what do you mean?

3   A.  I found her on the floor, kind of -- it looked like she was

4   sitting -- well, she was sitting on her rear, you know, with

5   her legs out in front of her, and it looked like she was trying

6   to stretch, you know, like touch her toes.  So, I figured, Oh,

7   the back.  She's down there stretching her back.  And I said

8   something to her like, What are you doing?  And she didn't

9   really respond.  So, I walked over and just kind of gave her a

10  nudge to the shoulder, and that's when she slumped over.  And I

11  noticed her face was blotchy, her lips were purple, her

12  fingertips were purple, and obviously knew something was

13  drastically wrong.

14  Q.  And what did you do next?

15  A.  I kind of pushed her onto her back, and I yelled for

16  Michele, who was, you know, downstairs, to get upstairs

17  immediately, and she came up and obviously saw what I saw.  And

18  I said, Call 911.  She did that immediately.

19          And then in talking to the -- when she was talking to

20  the dispatcher, I started to do what I knew -- like, I've never

21  done CPR or been taught how to do it, but just by basically

22  what I've seen on TV and stuff, I did what I thought would be

23  CPR.  And the dispatch was kind of walking me through it as I

24  was doing it.  And then about it seemed like a minute later,

25  one of the sheriff's deputies showed up and said he was taking

CROWLEY - DIRECT/MC MILLAN

1   over and for her and I to go downstairs.

2   Q.  Okay.

3        **MR. MC MILLAN:**  Uhm, may I approach the witness, your

4   Honor?

5        **THE COURT:**  Okay.

6   BY MR. MC MILLAN:

7   Q.  Uhm, Mr. Crowley, I'd like to show you what's been

8   previously admitted as Government's Exhibit 4.  Do you

9   recognize this photograph, sir?

10  A.  I do.

11  Q.  Do you know who the person is depicted in Government's

12  Exhibit 4?

13  A.  Yes.

14  Q.  Who is that person?

15  A.  Maggie, Margaret Crowley.

16  Q.  Okay.  Thank you.

17       I'd also like to go and show you Government's

18  Exhibit 17.  Do you recognize the person depicted in what's

19  been marked for identification as Government's Exhibit 17?

20       *(Government's Exhibit 17 marked for identification)*

21  A.  I do.

22  Q.  And who is that person, please?

23  A.  Margaret Crowley.

24  Q.  Is that the woman that you were married to?

25  A.  Yes.

CROWLEY - DIRECT/MC MILLAN

1      **MR. MC MILLAN:**  Move for the admission of Government's

2  Exhibit 17, your Honor.

3      **MR. MURRELL:**  No objection.

4      **THE COURT:**  Seventeen will be received.

5      *(Government's Exhibit 17 admitted into evidence)*

6      *(Discussion had off the record between counsel)*

7  BY MR. MC MILLAN:

8  Q.  Mr. Crowley, did you recover your wife's cell phone after

9  she died and did you have possession of it?

10  A.  Yeah, it was still -- yeah, it was still there.

11  Q.  Okay.  And did you ultimately go and give it to law

12  enforcement?

13  A.  Yes.  When they asked me for the phone, I handed it over to

14  them immediately.

15  Q.  Okay.  Uhm, did you add or subtract anything from that

16  phone?

17  A.  Yes.  I deleted a couple text messages between her and

18  Kevan.  The reasoning, I'm assuming, was to -- to, you know,

19  keep it away from her family, to not cause any kind of grief

20  that, hey, maybe something was going on that shouldn't have

21  been going on.  I'm guessing at the time, and I'm sure at the

22  time my head was not in the right frame, like I'm sure I did

23  things that -- decisions-wise that I would -- normally wouldn't

24  have done.

25  Q.  Okay.  The "Kevan" that you were referring to a moment ago,

CROWLEY - DIRECT/MC MILLAN

1  for the record, who are you referring to?

2  A.  Kevan Slater.

3  Q.  Okay.  And did there come a time -- well, let's put it this

4  way.  Were you initially helping law enforcement solve this

5  case?

6  A.  I -- you know, when they first came to my house that night,

7  I, you know, told them everything that I knew at the time.  And

8  then I didn't really hear anything from law enforcement for a

9  while.  And then that's when I was approached by the DEA and I

10 think a detective from the Palm Beach County Sheriff's Office.

11 And, you know, as soon as they contacted me, I -- I began to

12 cooperate with them immediately.

13 Q.  Okay.  Well, were they threatening you?

14 A.  No, not at all.  They just asked if I wanted to talk to

15 them, and I said sure.  I was off of work that day, so I met up

16 with them and talked to them.

17 Q.  Okay.  And do you see the person that you spoke to in this

18 courtroom anywhere?

19 A.  I do.

20 Q.  Who is that?

21 A.  Agent Steve *(sic)* Buemi, right behind you.

22 Q.  Okay.  And did you provide Agent Buemi with your wife's

23 cellular phone?

24 A.  I did.

25 Q.  Okay.

```
 1              MR. MC MILLAN:  We tender the witness, your Honor.
 2              THE COURT:  All right, members of the jury, we're
 3   going to go ahead and recess for lunch.  Remember my admonition
 4   not to discuss the case or allow it to be discussed in your
 5   presence.  And I'm gonna ask you to come back at 1:30.
 6              So have a nice lunch.  We'll see you back at 1:30.
 7              COURTROOM SECURITY OFFICER:  All rise.
 8              (The jury exited the courtroom)
 9              THE COURT:  Mr. Crowley, during the break in your
10   testimony, you're not allowed to discuss your testimony with
11   anyone.  Do you understand?
12              THE WITNESS:  Yes, sir.
13              THE COURT:  And we'll see you back at 1:30.
14              THE WITNESS:  Okay.  Thank you.
15              THE COURT:  And if there's nothing else to come before
16   the Court, we'll be in recess until 1:30.
17              COURTROOM SECURITY OFFICER:  All rise.
18              (The Judge exited the courtroom)
19              (Luncheon recess taken at 12:14 p.m.)
20                         -  -  -  -  -
21
22
23
24
25
```

```
 1                  FRIDAY, APRIL 20, 2018, 1:31 P.M.

 2            (The Judge entered the courtroom)

 3       THE COURT:  Please be seated.

 4       All right.  We're back on the record.

 5       Counsel are present.  Mr. Benjamin's present.

 6       Mr. Crowley, do you understand you're still under

 7  oath?

 8       THE WITNESS:  Yes, sir.

 9       THE COURT:  Anything to come before the Court before

10  we bring the jury in?

11       MR. MC MILLAN:  Nothing from the United States, your

12  Honor.

13       MR. MURRELL:  Nothing from the defense.

14       THE COURT:  All right.  Let's bring in the jury.

15       COURTROOM SECURITY OFFICER:  All rise.

16            (The jury entered the courtroom)

17       THE COURT:  Counsel concede the presence of the jury

18  and waive its polling?

19       MR. MC MILLAN:  Yes, your Honor.

20       MR. MURRELL:  Yes, sir.

21       THE COURT:  And did everyone follow my admonition not

22  to discuss the case or allow it to be discussed in your

23  presence.

24       All right.  I think we're ready for cross-examination.

25       Mr. Murrell.
```

CROWLEY - CROSS/MURRELL

1      **MR. MURRELL:**  Thank you, Judge.

2                     **CROSS-EXAMINATION**

3    BY MR. MURRELL:

4    Q.  Mr. Crowley --

5    A.  Yes.

6    Q.  -- I'm sorry for your loss.

7    A.  Thank you, sir.

8    Q.  But I have to ask you some questions.  And I understand

9    this is painful for you.

10   A.  Okay.

11   Q.  All right?

12          You and Margaret lived in Florida for three years

13   before her death?

14   A.  It was -- give me one second.  I gotta do the math.

15   Q.  Well, I should have checked it too.

16          December of '14 is when you moved down here.

17   A.  December, the very end, 2014, and then --

18   Q.  Okay.  October of --

19   A.  September.

20   Q.  September of '16.

21   A.  2016.

22   Q.  So, two years.

23   A.  Yes.

24   Q.  All right.  And you told us that when she lived in

25   New York, she had been prescribed oxycodones.

CROWLEY - CROSS/MURRELL

1   A.   Correct.

2   Q.   And then you told us that when she came down here, she

3   could not fill those scripts.

4   A.   Correct.

5   Q.   The drugstores were just not doing it.

6   A.   Correct.

7   Q.   And then you thought she might have gotten a prescription

8   for tramadol.

9   A.   I know she did get a prescription for tramadol.

10  Q.   Do you know when that was?

11  A.   It was probably around a month or so after she initially

12  got the oxycodone script.  She tried for, you know, a week or

13  two to fill it.  They wouldn't fill it.  So, then she went back

14  to her doctor and said, Can you give me something -- you know,

15  something, and she came up with the tramadol, and that's what

16  she started taking from then on.

17  Q.   That would have been probably early 2015?

18  A.   Yeah, definitely early 2015, like January.

19  Q.   And tramadol is a pain medication.

20  A.   Correct.

21  Q.   But you told us that that wasn't doing the job for her.

22  A.   Yeah, it just wasn't.  So, she was occasionally taking more

23  than, you know, the prescription called for, which then led to

24  her being out of it before the end of the month.

25  Q.   Right.

CROWLEY - CROSS/MURRELL

1              She was using more tramadol that the doctor

2    prescribed.

3    A.   Occasionally, yes.

4    Q.   All right.  And when she would run out, she would be in

5    pain.

6    A.   Correct.

7    Q.   And to combat that pain, she began looking for drugs at

8    other places, right?

9    A.   I don't necessarily think she was looking.  I think they

10   were presented to her, and the pain took over, and she said

11   okay.  And she gave in to it.  I don't think she was out

12   looking for somebody on the street or something.

13   Q.   All right.  She -- her friends and the circles that she

14   travelled in knew she was in pain.

15   A.   Correct.  They worked with her, so they saw.

16   Q.   And people were providing her with drugs to fight that

17   pain.

18   A.   Just the one person, Kevan, that we talked about earlier.

19   Other than that, she never received anything, to my knowledge,

20   from anybody else ever.

21   Q.   We'll talk about that in just a second.

22              But at the time of her death in September of 2016, she

23   did not have a valid prescription for tramadol, did she?

24   A.   As far as I know, yes, she did, because she was getting

25   tramadol for her pain.

CROWLEY - CROSS/MURRELL

1   Q.  Are you aware that the crime scene people did not find any

2   tramadol bottles in the house?

3   A.  It doesn't surprise me, because it was the end of the

4   month -- well, beginning of the month, end of the month, she

5   had probably already obviously gone through those and discarded

6   the pill bottle.

7   Q.  And when you talked to the DEA about this, you told them

8   that she had a prescription for tramadol?

9   A.  She had been receiving a prescription for tramadol monthly.

10  But like I just said, it was end of the month, she probably had

11  not gone back to the doctor yet to get the next prescription.

12  Q.  Well, you would have certainly cooperated in anything that

13  DEA asked you to do, right?

14  A.  Correct.

15  Q.  Such as providing releases for them to get her medical

16  records?

17  A.  Yes.

18  Q.  Such as telling them where she filled her prescriptions at?

19  A.  Yes.

20  Q.  So that they could go and look at her prescription

21  histories?

22  A.  Yes.

23  Q.  And they would know when she was last prescribed tramadol.

24  A.  Correct.

25  Q.  Okay.  And it looks like August of 2016, she had a

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5657

CROWLEY - CROSS/MURRELL

1    prescription for alprazolam.

2    A.  Is that also considered Xanax?

3    Q.  I think so.

4    A.  Yeah, she had been on that since I met her.  I don't know

5    how far back that went before I met her, but she had always

6    been on the Xanax for anxiety.

7    Q.  Okay.  And do you know the doctor that she was getting that

8    prescription filled -- or from?

9    A.  I know where it's located, the office.  I can't remember

10   the name.  It's a foreign name.  I just -- I never really paid

11   attention to the name too much.  I tried to figure it out at

12   one point, but I don't -- I don't know.

13   Q.  You never went with her to that doctor.

14   A.  I went there one time with her.  I don't remember what it

15   was for, but I -- like I said, I don't remember what the

16   doctor's name was.

17   Q.  All right.

18   A.  I could take you to the office, but I don't know the name.

19   Q.  When you mentioned before that her circle of friends would

20   provide her pills to get through when she ran out of tramadol,

21   what pills were they providing her with?

22   A.  As I said before, it was just the one time that I'm aware

23   of is when she got stuff from Kevan Slater.  As far as to my

24   knowledge, nobody -- she wasn't looking for pills from people

25   or getting pills randomly from random people.  Like, she was

CROWLEY - CROSS/MURRELL

1   taking her tramadol.  When that ran out, she was dealing with

2   the pain, and I think she gave in to the -- to the -- Oh, you

3   can get me those oxycodone?  Sure, we'll do it.

4         But I don't think she was taking handouts from people

5   randomly, is what I'm trying to say.

6   Q.  If I understood your testimony on direct -- and if I'm

7   wrong, you say so -- but if I understood you correctly, you

8   said that it was approximately June or July, when you went to

9   pick up the cat --

10  A.  Correct.

11  Q.  -- that you saw her so heavily sedated --

12  A.  Correct.

13  Q.  -- from that pill.

14  A.  Yeah.

15  Q.  And that's the pill that she got from Kevan Slater.

16  A.  Correct.

17  Q.  And that you took that pill as well.

18  A.  Correct.

19  Q.  And you felt that it had to be fentanyl.

20  A.  I assumed.  I didn't know.  But, yeah, I knew something was

21  not right with it, correct.

22  Q.  And that's because you had enough experience with oxycodone

23  to know that this was not a typical oxycodone pill.

24  A.  Yeah, I had taken them a few times in the past and knew

25  that I never felt like this.  I mean it was a huge difference,

CROWLEY - CROSS/MURRELL

1  I mean night and day, between the real -- really prescribed

2  stuff she filled at the pharmacy and what she received from

3  Kevan.  Hands down, night and day difference.

4  Q.  But if I -- and correct me again if I'm wrong, but if I

5  understood your direct, you kind of confronted her about those

6  pills.

7  A.  Yeah, absolutely.

8  Q.  And you said, Never again.

9  A.  Correct.

10  Q.  And it's your understanding that she never again took those

11  pills.

12  A.  To my knowledge, I never saw -- because I would notice.  I

13  mean she literally -- she was not the same person.  She was

14  almost zombie-like.  So, if she had continued to do it -- I

15  mean I'm a pretty perceptive person -- I believe I would have

16  noticed.

17  Q.  So, whatever she took in September that led to her death

18  was not a pill similar to what she took in June.

19  A.  I think it was exactly the same exact pill.

20  Q.  Well, where did she get it?

21  A.  I -- I mean it -- she got that from Kevan.  The evidence

22  shows that she did.  And he's even testified to that.

23  Q.  Well, I thought you just told us that she never again took

24  a pill from Kevan.

25  A.  Until this date, until September 1st, she had not, is what

CROWLEY - CROSS/MURRELL

1  I -- yeah.

2  Q.  All right.  So, she did go back to Kevan.

3  A.  Yes.

4  Q.  And it's your testimony that between the June, July episode

5  that you described --

6  A.  Um-hum.

7  Q.  -- and September the 1st, she never took another pill from

8  Kevan.

9  A.  Not to my knowledge.  Because like I said, I would have

10  noticed the difference in her demeanor, and I never saw it.

11  And I was with her every day.

12  Q.  And I want to make sure that I understand.  Are you also

13  saying that she was not taking any pills that she got from

14  other people?

15  A.  Not to my knowledge at all, no.  She never -- I never saw a

16  change in demeanor.  She never said to me, Oh, I got -- you

17  know, if anything, she complained about her back towards the

18  end of the month, every month, to where she didn't have her

19  medicine anymore.  So, to my knowledge, no, I don't think she

20  was getting anything from anybody.

21  Q.  Do you remember being interviewed by the DEA on December

22  the 13th of 2017?

23  A.  Yes.

24  Q.  They sat down with you to talk about this, right?

25  A.  Yes.

CROWLEY - CROSS/MURRELL

1  Q.  And they went into great detail about Margaret's drug use,

2  didn't they?

3  A.  Yeah, well, they asked me questions about --

4  Q.  And you answered those questions.

5  A.  Yes.

6  Q.  And during that interview, you told them that she was

7  getting pills from other people, didn't you?

8  A.  If I did say that, which I don't think I did, uhm, I -- I

9  don't have that answer for that.  I really honestly -- as far

10 as I knew, like I said, I never witnessed her to be under the

11 influence of anything else.  Uhm --

12 Q.  Let me make sure that we understand each other.

13 A.  Yeah, absolutely.

14 Q.  You told the DEA that she was getting pills from people on

15 the street.

16 A.  That -- that would never have come out of my mouth.

17 Q.  Okay.  Did you tell the DEA that she was addicted to

18 oxycodone?

19 A.  No.  Because I never saw any kind of signs of addiction for

20 that.

21 Q.  Did you tell the DEA that she was crushing oxycodone and

22 snorting it?

23 A.  No.  Because I never witnessed her doing any of those

24 things.

25 Q.  Did you tell the DEA that you were perplexed by the fact

CROWLEY - CROSS/MURRELL

1  that you were both working very hard and making good money, but

2  you were always out of money?

3  A.  Yes, I was perplexed by that, yes.

4  Q.  In fact, what you told them was between the two of you, you

5  were making about $5,000 a month.

6  A.  I don't know offhand, but we were making decent amount of

7  money, but we also had a lot of --

8  Q.  And you also told the DEA during this interview that

9  despite that, she was having to go get payday loans on --

10  A.  I was, as well, yes.

11  Q.  Because you were running out of money.

12  A.  Yep.

13  Q.  And you couldn't figure out where the money was going.

14  A.  It was -- yeah, we were always having a hard time figuring

15  out why we were always so short on money.  I mean we weren't

16  exactly tight spenders.  We would go out and spend money on

17  dinner and things that we probably shouldn't have and weren't

18  very responsible with our money.  But I don't think that has

19  anything to do with, you know, a drug habit or something to

20  that nature, which you're trying to project.

21  Q.  Well, that's exactly what you said to the DEA, isn't it?

22  A.  I would not have said that, because I did not feel that.

23  So, therefore, those words would have never come out of my

24  mouth.

25  Q.  Okay.  You have a friend -- well, let me ask you this.

CROWLEY - CROSS/MURRELL

1  When you got her phone, you went through it, didn't you?

2  A.  Correct, yes.

3  Q.  And you saw a text from Margaret to one of her sisters

4  saying that she had pills and not to tell you.

5  A.  I did not see that text.  Uhm, one of her sisters, once I

6  went to New Jersey for the funeral, I left -- actually left the

7  phone with them and said, Here's the phone just in case you

8  want to go through it and take pictures off of it for

9  yourselves.  And I left it with them in New Jersey, and I

10  returned back to West Palm Beach.  And they got ahold of me a

11  couple days later and said, Did you see this text message

12  between Maggie and Michele that said something to the effect

13  that, I got some pills, don't tell Shaun?  And I found out

14  about this obviously after the fact.

15      And then when I went to -- when I got the phone back,

16  after her sisters had come down to kind of go through her stuff

17  at my apartment, they gave me the phone back, and it wasn't

18  there anymore.  And the only thing I can assume is that -- I

19  know that Michele was using Maggie's iPad after Maggie had

20  passed, and I think just maybe to cover herself, she erased

21  that thread.  And that's why I never visually saw that.

22  Q.  All right.  So --

23  A.  I do not doubt it, though.  Because she obviously was

24  trying not to let me know that she had those pills that last

25  time.

CROWLEY - CROSS/MURRELL

1    Q.  You do not doubt what?

2    A.  That that conversation probably did take place, but I never

3    saw that conversation.  I know that she did not want me to know

4    about it, because she kept it secretive about those pills that

5    last time.

6    Q.  Then she was using pills.

7    A.  That last time, yes.  I'm saying yes.  Obviously, that's

8    what killed her.  She was definitely using the pills the last

9    time.

10   Q.  You have a friend named Michael Gulker?

11   A.  Yes.

12   Q.  He's a close friend of yours.

13   A.  Not a close friend.  He was a mutual acquaintance through

14   Outback.  After she passed away, I -- you know, people tried to

15   surround me at my apartment and kind of be around me and stuff,

16   and he was there several times.  But he was just another work

17   guy.  It wasn't a good friend.  I never hung out with him other

18   than that.

19   Q.  Never hung out with him.

20   A.  No.  If he came to my house, that was it.

21   Q.  Mr. Gulker uses pills that he gets on the street, doesn't

22   he?

23   A.  I have never seen him or even talked to him about that, to

24   be honest with you.

25   Q.  Never.

CROWLEY - CROSS/MURRELL

1   A.   Never.

2   Q.   Okay.  You've never done pills together.

3   A.   Never.

4   Q.   Do you know if Mr. Gulker ever provided pills to Margaret?

5   A.   Not to my knowledge, no.

6   Q.   When you found out that the DEA was coming to see you in

7   December -- this is almost three months after your wife

8   passed --

9   A.   Um-hum.

10  Q.   -- you texted Michael Gulker, didn't you?

11  A.   I did.

12  Q.   And you texted him, and you said, "Tell your boy the heat

13  is on."

14  A.   I did.

15  Q.   That was the first thing you did after finding out that DEA

16  was coming to interview you.

17  A.   I did.  Yes, I did.

18  Q.   If Michael Gulker was not involved in illegal drugs, why

19  did you do that?

20  A.   Because him and Kevan were very, very good friends, and I

21  knew that.  And I didn't know Kevan like that.  I had only seen

22  him.  So, I said, Let your guy know that this -- you know, it's

23  about to get serious.  And that's why I contacted Michael to

24  tell Kevan that, you know, just be careful.

25  Q.   You texted a friend of yours to warn the man who allegedly

CROWLEY - CROSS/MURRELL

1    gave the pills that caused your wife's death --

2    A.   Um-hum.

3    Q.   -- a heads up that the DEA was looking?

4    A.   Yep.  And I regret that deeply, because I wasn't thinking

5    straight at the time.

6    Q.   It had nothing to do with warning Gulker as well.

7    A.   No.  Like I said, to my knowledge, he has nothing to do

8    with anything that involves pills.

9    Q.   So, you don't know about Michael Gulker's participation in

10   getting scripts filled of oxycodone?

11   A.   No.

12   Q.   And distributing amongst his friends?

13   A.   Not at all, no.

14   Q.   You don't know anything about that.

15   A.   I do not.

16   Q.   And the fact that Michael Gulker was involved in that

17   activity has nothing to do with your familiarity with

18   oxycodone.

19   A.   Nothing at all.

20   Q.   Why did you wait three months to tell law enforcement about

21   the message on your wife's phone?

22   A.   Which message?

23   Q.   The message that allegedly came from Kevan Slater saying,

24   These pills are strong, be careful.  That message.

25   A.   That was in the thread that got deleted.  And like I said

CROWLEY - CROSS/MURRELL

1  earlier to the prosecutor, that I was trying to protect her

2  image to her family.  I didn't want them to think that there

3  was some big thing going on.  So -- and like I said before, I

4  wasn't thinking clearly as I normally would prior to Maggie

5  passing.

6         Like I said, like the prosecutor said, I developed a

7  severe drinking problem after she passed.  I believe that

8  played a role in some of the decisions I made.  But as far as

9  giving the DEA that information a little further down the road,

10 I obviously came to my senses and said, This is something they

11 need to know.  And I've been nothing but honest with them ever

12 since.

13 Q.  All right.  So, just to kind of summarize what we've got

14 here, you did not know that Margaret was using drugs that she

15 was finding outside of doctors.

16 A.  Correct.

17 Q.  She hid that from you completely.

18 A.  Yes.

19 Q.  You never knew that she was taking out payday loans to buy

20 drugs on the street?

21 A.  I knew she was taking out payday loans, but, however, you

22 can't speculate that that's what she was doing with it, because

23 I don't think she was.  We were paying our bills.  And

24 that's -- that's -- has nothing to do with her buying drugs,

25 because that was not happening.

CROWLEY - REDIRECT/MC MILLAN

1    Q.  And you never told the DEA that you knew she was snorting

2    oxycodone.

3    A.  No.  Because like I said, I have never seen her do it.  And

4    any time I'd seen her take her medication, from day one in

5    New York until, you know, she passed away, I never saw any kind

6    of abuse or snorting anything.

7    Q.  Did you directly contact Kevan Slater after your wife's

8    death?

9    A.  I did.

10   Q.  And during that contact with Kevan Slater, did you attempt

11   to buy oxycodone from him?

12   A.  I did.  I did.

13   Q.  Okay.

14   A.  And that was because I, honestly, was attempting to take my

15   own life at that point and wanted to go the same way.

16   Q.  Okay.

17            **MR. MURRELL:**  I don't have any other questions, Judge.

18            **THE COURT:**  Redirect?

19                         **REDIRECT EXAMINATION**

20   BY MR. MC MILLAN:

21   Q.  Mr. Crowley, do you remember the questions that you were

22   asked by defense counsel about whether you told the DEA that

23   Maggie was buying drugs from other people?

24   A.  Yes.

25   Q.  Did he offer to show you that report --

CROWLEY - RECROSS/MURRELL

1   A.  No.

2   Q.  -- defense counsel?

3   A.  No, sir.

4   Q.  Do you have any idea why he didn't offer to show you that

5   report?

6   A.  I mean I do, but no.

7   Q.  Did you say that to Special Agent Buemi ever?

8   A.  No.

9   Q.  And as for the snorting oxycodone part, did you ever see

10  Maggie snort oxycodone?

11  A.  No.

12  Q.  Could you have ever told Special Agent Buemi that?

13  A.  I wouldn't have, so no.

14  Q.  Were you shown any report where he says that?

15  A.  No.

16          **MR. MC MILLAN:**  No further questions, your Honor.

17          **MR. MURRELL:**  Judge, may I have brief recross?

18          **THE COURT:**  Okay.

19          **MR. MURRELL:**  Thank you.

20                        **RECROSS-EXAMINATION**

21  BY MR. MURRELL:

22  Q.  Let me show you the report.

23  A.  Okay.

24  Q.  Those are handwritten notes dated December 13th?

25  A.  Now, who are these written by?

CROWLEY - RECROSS/MURRELL

1   Q.   I don't know.

2   A.   That's a good question then.

3        *(Pause)*

4   A.   I mean, yeah, I'm reading these, and that's exactly what

5   you just asked me about, but like I said --

6   Q.   That's exactly what those notes say, isn't --

7   A.   It is exactly what those notes say.  And as I said before,

8   I -- those words never came out of my mouth.  And I would love

9   to know who these notes are written by, because you don't have

10  an answer for that.  So....

11  Q.   Let's do this.  Let me ask you some follow-up questions.

12       Who was present at that meeting with the DEA on the

13  13th?

14  A.   Officer Buemi, another officer, which I'm not sure his

15  name.  He was a Palm Beach County Sheriff's deputy, I believe.

16  Q.   There are three names at the top of this page.

17  A.   And there was one more person that was sitting directly

18  behind me in the car, and to this day, I can't remember his

19  face or his name either.  I was basically dealing directly with

20  Agent Buemi.

21  Q.   This interview took place in a car?

22  A.   Yes, because I didn't want to have it at home, because my

23  roommate was there, and I didn't want to -- I wanted it to be

24  just between us.

25  Q.   Let me show it to you one more time.

CROWLEY - RECROSS/MURRELL

1    A.   Okay.

2    Q.   There are three names at the top.  Can you read those?

3    A.   Yep.

4    Q.   What are the names?

5    A.   Chris, Paul, Mike.

6    Q.   Okay.  I'm assuming those might be the people that were

7    there?

8    A.   I'm assuming so, yes.

9    Q.   Okay.  And you know Agent Buemi was there.

10   A.   Yes.

11   Q.   Okay.  Thank you.

12            MR. MURRELL:  Thank you, Judge.

13            THE COURT:  Anything further, Mr. McMillan?

14            MR. MC MILLAN:  No.  Thank you.

15            THE COURT:  Thank you, sir.  You may step down.

16   You're excused.

17            THE WITNESS:  Thank you.

18            *(Witness excused)*

19            THE COURT:  The government may call its next witness.

20            MR. MC MILLAN:  The United States calls Dr. George

21   Behonick.

22            THE COURT REPORTER:  Please raise your right hand.

23        *(GEORGE BEHONICK, GOVERNMENT'S WITNESS, WAS SWORN)*

24            THE COURT REPORTER:  Please sit down.

25            Please state your full name for the record, spelling

BEHONICK - DIRECT/MC MILLAN

1    your last name.

2          **THE WITNESS:**  My name is Dr. George Behonick,

3    B-E-H-O-N-I-C-K.

4                    **DIRECT EXAMINATION**

5    BY MR. MC MILLAN:

6    Q.  Hi, Doctor.

7          How are you employed, sir?

8    A.  I'm employed as the director and chief toxicologist for

9    Axis Forensic Toxicology, a laboratory headquartered in

10   Indianapolis, Indiana.

11   Q.  And is that where you actually work and reside yourself?

12   A.  I reside in Massachusetts.  I work from home, but the

13   laboratory is located in Indianapolis, Indiana.

14   Q.  Okay.  And can you describe a little bit about your

15   education and background, sir?

16   A.  My highest earned academic degree is the Ph.D. in

17   pharmacology and toxicology from St. John's University in

18   New York City.  That was earned in 1997.

19          Uhm, I also completed a post-doctoral research

20   associateship with the United States Army Medical Research

21   Institute of Chemical Defense at Edgewood, Aberdeen, Maryland.

22          And then my first full-time position as a forensic

23   toxicologist was with the Commonwealth of Virginia in the

24   Division of Forensic Science, Western Laboratory, in Roanoke,

25   Virginia.

BEHONICK - DIRECT/MC MILLAN

1   Q.   Okay.  And have you had occasion to go and testify as an

2   expert witness in the area of toxicology before previously?

3   A.   I have.

4   Q.   On approximately how many occasions and in what sort of

5   courts?

6   A.   Just dating back to 2011, when I began my affiliation with

7   what, at that time, was known as AIT Laboratories -- Axis

8   Forensic Toxicology was doing business as AIT Laboratories

9   prior to July of 2016, but going back to 2011, I've testified

10  in some 32 courts, both at federal and state level, three

11  different federal courts in 11 different states.

12       **MR. MC MILLAN:**  Your Honor, at this time, I would move

13  for the admission of Dr. George Behonick as an expert witness

14  in the area of toxicology.

15       **MR. MURRELL:**  No objection.

16       **THE COURT:**  You may proceed.

17  BY MR. MC MILLAN:

18  Q.   Dr. Behonick -- well, first of all, what is "toxicology"?

19  A.   "Toxicology," in the simplest stated fashion, is the study

20  of the adverse effects of drugs, chemicals, and other poisons

21  on living organisms.  In a more specific sense for forensic

22  toxicology, it is that science applied to the application of

23  law.

24  Q.   And was Axis toxicology laboratories retained -- or I

25  should say have they been retained by the Palm Beach County

BEHONICK - DIRECT/MC MILLAN

1   Medical Examiner's Office, also known as District 15 Medical

2   Examiner's Office, to perform forensic toxicology analyses in

3   cases for that office?

4   A.  Yes.  Axis Forensic Toxicology is an outsource forensic

5   toxicology laboratory for District 15.

6   Q.  And directing your attention to this specific case, was

7   Axis contacted in 2017 to arrange for an analysis on the blood

8   of a particular individual?

9   A.  Yes.

10  Q.  Okay.  Was that individual Margaret Crowley?

11  A.  Yes.

12  Q.  What is your understanding of how that came to pass?

13  A.  The initial request for the independent or secondary

14  laboratory analysis came from a Special Agent Mike Buemi.  He

15  made contact with our laboratory to have arrangements done for

16  some very directed or specific testing.

17        Additionally, he was requesting some technical or

18  expert opinion on some other matters related to an ongoing

19  investigation that involved some urine drug test results.

20  Q.  Okay.  And are you aware as to whether or not a previous

21  toxicological analysis had been conducted on Margaret Crowley's

22  blood in 2016?

23  A.  Yes, I am.

24  Q.  Okay.  Was that done by Wuesthoff Laboratories?

25  A.  Yes.

BEHONICK - DIRECT/MC MILLAN

1   Q.  And is Wuesthoff a separate laboratory from Axis?

2   A.  Yes.  We're not affiliated with them in any way.

3   Q.  Now, with respect to the Wuesthoff analysis, was that

4   toxicology analysis conducted -- what we call a "full spectrum

5   toxicology analysis"?

6   A.  There were a number of different panel or drug category

7   groups that were tested for in that analysis.  It included a

8   test for volatiles, which is alcohol.

9        Uhm, there was a general drug screen that was done by

10  mass spectrometry, both by gas chromatography/mass spectrometry

11  as well as liquid chromatography/mass spectrometry.

12       And there was some immunoassay testing done also on

13  blood.  There was an attempt to confirm a drug tramadol with a

14  more specific or quantitative method.

15       And there was some urine drug testing done as well,

16  also by immunoassay.

17  Q.  Okay.

18       **MR. MC MILLAN:**  May I approach the witness, your

19  Honor?

20       **THE COURT:**  Okay.

21  BY MR. MC MILLAN:

22  Q.  I'd like to show you what's been marked for identification

23  as Government's Exhibit 13.  Do you recognize this item,

24  Doctor?

25       *(Government's Exhibit 13 marked for identification)*

BEHONICK - DIRECT/MC MILLAN

```
1    A.  I do.

2    Q.  Okay.  And is that the Wuesthoff laboratory preliminary

3    forensic toxicology report that you referred to earlier?

4    A.  It is.  It's a Wuesthoff Reference Laboratory report for a

5    patient or a subject by the name of Margaret Crowley.

6           MR. MC MILLAN:  Your Honor, at this time, we'd move

7    for the admission of Government's Exhibit 13.

8           MR. MURRELL:  No objection.

9           THE COURT:  Thirteen will be received.

10          (Government's Exhibit 13 admitted into evidence)

11   BY MR. MC MILLAN:

12   Q.  Okay.  Dr. Crowley, when -- I'm sorry -- Dr. Behonick, when

13   you go and review the toxicology report, does it indicate that

14   there was the presence of certain drugs or chemicals in

15   Margaret Crowley's blood as of the time of her death on

16   September 1st of 2016?

17   A.  It does.

18   Q.  Okay.  What was the source of the blood utilized for this

19   analysis?

20   A.  In this particular analysis, about halfway down the page on

21   the first page of the report, you'll see a blood drug screen

22   indicated.

23   Q.  And was this aortic blood?

24   A.  The specimen type is aorta blood labeled

25   "PRME16-1359-Margaret Crowley."
```

BEHONICK - DIRECT/MC MILLAN

1   Q.   Okay.   And aortic blood would be blood from the heart area

2   of a person.   Would that be accurate?

3   A.   It's the blood which is drawn from the major vessel

4   emanating from the heart.

5   Q.   Okay.   And based on that screen, what drugs were found in

6   Margaret Crowley's bloodstream at the time of her death?

7   A.   By the gas chromatography/mass spec. method, or mass

8   spectrometry method, caffeine was presumptively identified.

9   And by the liquid chromatography tandem mass spectrometry

10  method, by that method, furanylfentanyl, a compound known as

11  4-ANPP, tramadol, caffeine, and caffeine metabolite were all

12  presumptively identified by that method.

13  Q.   Okay.   Now, was tramadol detected or not detected in her

14  bloodstream?

15  A.   When the attempt was made to do the quantitative

16  analysis -- and in toxicology and forensic toxicology, we speak

17  about confirmatory analysis.   That is the preferred testing in

18  forensic toxicology where we screen by one method a presumptive

19  screen or positive result, then is referred to a second level

20  of testing independent of that first methodology, which is more

21  sensitive and specific.

22       By that method, tramadol was found to be "none

23  detected."

24  Q.   Okay.   Does that mean it wasn't present in her bloodstream

25  at all?

BEHONICK - DIRECT/MC MILLAN

1    A.   It was none detected with a reporting limit of

2    0.044 milligrams per liter.  So that is the limit or threshold

3    which the drug would be reported at -- at or above.  If

4    anything was below that, it would be considered a trace amount,

5    but it wouldn't have been reported by the laboratory.

6    Q.   So, are you able to answer my question, though?  Is -- for

7    the jury, does that mean that tramadol isn't in her bloodstream

8    or that it just wasn't detected?

9    A.   For the purposes of the confirmatory analysis, tramadol was

10   not detected.

11   Q.   Now, you mentioned something earlier called 4-ANPP.  Do you

12   recall that?

13   A.   Yes.

14   Q.   And what is "4-ANPP"?

15   A.   "4-ANPP" is a compound which is thought to be a precursor

16   or intermediate in the clandestine or illicit manufacture of

17   fentanyl and several other fentanyl analogues, to include

18   furanylfentanyl, acetylfentanyl, and butyrylfentanyl.

19   Q.   Okay.  So, would the presence of the 4-ANPP indicate that

20   Ms. Crowley had been consuming fentanyl or a fentanyl analogue

21   at the time of her death?

22   A.   It could be linked to both fentanyl as well as a fentanyl

23   analogue.  4-ANPP also is pharmacologically inactive.  It does

24   not produce any kind of pharmacological effect.

25   Q.   But is 4-ANPP associated with pharmaceutically produced

BEHONICK - DIRECT/MC MILLAN

1    fentanyl?

2    A.  No, it is not.  And that's why it is somewhat critical to

3    drug chemistry and forensic postmortem toxicology.  4-ANPP is a

4    signature, if you will, for illicit manufactured fentanyl or

5    fentanyl analogues.  You would not expect to see that, nor do

6    we see it, in pharmaceutical forms of fentanyl such as from the

7    transdermal duragesic patches or the mucosal buccal or oral

8    form of fentanyl.

9    Q.  So, put in more layman's terms, for me at least, if you

10   find 4-ANPP, that suggests an illicit, noncommercial

11   pharmaceutical source of fentanyl?

12   A.  Correct.

13   Q.  Are you familiar with what the term a "half-life" is?

14   A.  Yes.

15   Q.  What does that mean in toxicological terms?

16   A.  A "half-life" in terms of pharmacology simply is the amount

17   of time elapsed that it takes for a drug concentration in blood

18   to be cut or reduced by one half.

19   Q.  Okay.  And are there some pharmaceutical products that have

20   shorter half-lifes than others?

21   A.  Yes.

22   Q.  And does the half-life help you, as a toxicologist,

23   determine how long the substance had been in the body,

24   depending upon what kind of substance it was?

25   A.  It will -- the most important thing as a toxicologist is,

BEHONICK - DIRECT/MC MILLAN

1   if we see a drug in blood, we know that it's within a

2   relatively short amount of time, essentially measured by hours.

3   As opposed to finding a drug or drug metabolite in urine, which

4   extends that window detection.  So, in other words, you can

5   see, for example, cocaine use in a person two to four days

6   after they used the drug because of the metabolite in urine.

7   Q.  Okay.  Now, with respect to the analysis that was conducted

8   on Margaret Crowley's blood, was furanylfentanyl discovered in

9   her bloodstream according to the Wuesthoff report?

10  A.  Yes.  It was presumptively identified by the liquid

11  chromatography tandem mass spectrometry method.

12  Q.  Okay.  When Wuesthoff did their report, they could

13  determine what the substance was, but did they determine how

14  much of it was in her bloodstream?

15  A.  No.  It was limited to a qualitative identification.

16  Q.  And not quantitative?

17  A.  Correct.

18  Q.  Now, is that one of the distincting -- or the major

19  differences between Axis and Wuesthoff, is that your lab is

20  actually capable of going and conducting an analysis to

21  determine how much of the substance was present in the

22  bloodstream?

23  A.  Correct.

24  Q.  And were you asked to do that in this case?

25  A.  We were.

128

BEHONICK - DIRECT/MC MILLAN

1  Q.  And were you able to determine with any reasonable degree

2  of scientific certainty how much furanylfentanyl was present in

3  Margaret Crowley's bloodstream at the time of her death?

4  A.  The furanylfentanyl concentration in a postmortem specimen

5  of femoral blood was 0.22 nanograms per milliter.

6  Q.  Now, a "nanogram" is obviously something pretty small,

7  isn't it?

8  A.  Yes.

9  Q.  And what percentage of a gram is that?

10  A.  Think of it in terms of ten to the minus ninth power.

11  Q.  So, really pretty tiny.

12  A.  So, a thousand -- a thousand nanograms would be one

13  microgram.  And it's a thousand micrograms in a milligram.

14  Q.  However, when we're dealing with furanylfentanyl, do we

15  know what a safe dosage use amount of furanylfentanyl is?

16  A.  No.

17  Q.  Is there any safe dosage unit amount for furanylfentanyl?

18  A.  No.

19  Q.  Why is that?

20  A.  For one thing, it's not a drug which is approved in the

21  United States for medical use, or medical intervention, or

22  prescription.  Uhm, so it doesn't have the traditional clinical

23  studies that are done for other pharmaceuticals in bringing

24  them to market, Phase I, Phase II clinical trials, which work

25  out all of that type of parameters, from dosing to the

BEHONICK - DIRECT/MC MILLAN

1    pharmacokinetic parameters to side effects and so on.  It's a

2    very rigorous vetting process to bring a drug to market in the

3    United States.

4           Obviously, illicit forms do not go through that

5    vetting process.

6    Q.  Do we have any idea of how much more potent than, say,

7    morphine furanylfentanyl is?

8    A.  Furanylfentanyl is estimated to be 20 times more potent

9    than morphine in terms of analgesic or pain-relieving efficacy,

10   that is, the ability to relieve pain.

11   Q.  Is there a recommended or safe dose amount to your

12   knowledge?

13   A.  There is not.

14   Q.  Now, if a person builds up a -- well, you're familiar with

15   what the term "tolerance" is, are you not?

16   A.  Yes.

17   Q.  Can you describe what that means, in terms of your

18   understanding, to the jury?

19   A.  "Tolerance" simply refers to a need to take a greater

20   amount or a higher dose of a drug to achieve a desired effect.

21   Q.  Okay.  And do people commonly build up tolerances to

22   opiates such as oxycodone?

23   A.  They do.

24   Q.  However, is a tolerance that has been built up with respect

25   to oxycodone -- does that automatically translate into a

BEHONICK - DIRECT/MC MILLAN

1   tolerance for furanylfentanyl?

2   A.  It does not.

3   Q.  Why is that?

4   A.  Well, the drugs are obviously very much different.  They're

5   different in terms of their binding affinities for receptors in

6   the central nervous system, and the overall effects are quite

7   different.

8        Tolerance could be somewhat incomplete where some of

9   the attributes of the drug exhibit similar levels of tolerance,

10   but you cannot assume that there's a full tolerance crossover

11   from drug X to drug Y.

12   Q.  Are you familiar with the term a "diagnosis of exclusion"?

13   A.  Yes.

14   Q.  Can you explain what that means to you to the jury?

15   A.  Yes.  In terms of a forensic toxicologist in postmortem

16   cases, a diagnosis of exclusion refers to the ability to

17   identify a cause of death based on excluding other potential

18   causes and then attributing that to a drug-related cause.

19        So, in other words, a practical example would be a

20   medical examiner rules out that a decedent didn't die from a

21   gunshot wound or hanging or an infection or natural disease.

22   Oftentimes then, the centerpiece for the cause of death shifts,

23   the spotlight shifts to the toxicology.

24   Q.  Now, in this particular case, there was also a quantity of

25   ethanol discovered in Margaret Crowley's blood, is that

BEHONICK - DIRECT/MC MILLAN

1   correct?

2   A.   That is correct.

3   Q.   And what is "ethanol"?

4   A.   "Ethanol" is alcohol.  That's the form of alcohol that's in

5   beverages such as wine, distilled spirits, and beer.

6   Q.   Okay.  And did you happen to go and see what the percentage

7   of alcohol that was in Margaret Crowley's bloodstream was at

8   the time of her death?

9   A.   The Wuesthoff Reference Laboratory reported a blood alcohol

10   concentration of 0.033 grams per deciliter.  That's the same as

11   saying 0.033 grams per 100 milliliters.  More commonly, you

12   hear it referred to as 0.033 percent.

13   Q.   Okay.  And -- well, what is drunk and driving in most

14   states?

15   A.   The legal statute for intoxication is 0.08 percent.

16   Q.   Okay.  So, if -- how much alcohol does Ms. Crowley's blood

17   alcohol level indicate she consumed?

18   A.   Not very much.  Not much more than one drink or so.

19   Q.   Okay.  So, in your view, was the ethanol a toxicologically

20   significant factor in these drugs' effect on her?

21   A.   In a cause of death determination, as toxicologists, we do

22   not proffer or offer cause of death opinions.  That's the pure

23   responsibility and purview of the medical examiner.

24        But, obviously, in a given toxicology profile or

25   report, there are drugs which are detected and identified, to

BEHONICK - DIRECT/MC MILLAN

1   include alcohol, which, relatively speaking, are present and

2   really not thought to cause much of an effect in terms of

3   toxicity or lethality versus other drugs which are the heavy

4   hitters, if you will, or the real cause for concern in a

5   drug-related matter.

6           **MR. MC MILLAN:**  May I approach the witness, your

7   Honor?

8           **THE COURT:**  Okay.

9   BY MR. MC MILLAN:

10  Q.  Dr. Behonick, I'd like to go and show you what's been

11  marked for identification as Government's Exhibits 11, 12, 10,

12  and 9.  Do you recognize those items, sir?

13          *(Government's Exhibits 9, 10, 11, and 12 marked for*

14  *identification)*

15  A.  Exhibit 9 is a picture of a shipment box that's provided to

16  our clients that use our services.  It has the name of our

17  laboratory affixed across the -- or, actually, preprinted

18  across the front.

19          There is a second bar code label, which is a peel-off

20  label taken from our paper requisition; a forensic case number,

21  which links the case with the items described on the

22  requisition.

23          And there is a -- also, a label affixed by the medical

24  examiner indicating the decedent name and their case number.

25  Q.  Okay.  If I can interrupt you for a second, though, Doctor.

BEHONICK - DIRECT/MC MILLAN

 1        Do you recognize those pictures?

 2   A.  Yes.

 3   Q.  Okay.  And the -- do those bear your case number in this

 4   case?

 5   A.  The Exhibit 9, which is the picture of the outer container

 6   of the box, has the unique forensic chemical -- or forensic

 7   case number that's the label that's affixed to our requisitions

 8   that are peeled off and then put on evidence.

 9   Q.  Okay.

10        **MR. MC MILLAN:**  At this time, I'd move for the

11   admission of Government's Exhibits 9, 10, 11, and 12, your

12   Honor.

13        **MR. MURRELL:**  No objection.

14        **THE COURT:**  Nine, 10, 11, and 12 will be received.

15        **MR. MC MILLAN:**  Thank you.

16        *(Government's Exhibits 9, 10, 11, and 12 admitted into*

17   *evidence)*

18   BY MR. MC MILLAN:

19   Q.  Doctor, directing your attention specifically to

20   Government's Exhibits -- Government's Exhibit 11, does that

21   indicate that the blood belongs to a particular individual?

22   A.  It does.  It identifies decedent name, as well as the

23   specimen source.  In this case, it was the right femoral.

24   Q.  Okay.  The femoral artery and femoral veins are in the

25   legs, is that correct?

BEHONICK - DIRECT/MC MILLAN

1   A.  They're in the groin region.

2   Q.  Okay.  And does this bear Axis's specific control number,

3   the FC number I think it's commonly called?

4   A.  The forensic case number is on there, along with the

5   accompanying bar code label.

6   Q.  And for the record, can you read that, please?

7   A.  The forensic case number is 831721.

8   Q.  Okay.  And that's preceded by an F and an C?

9   A.  Standing for "forensic case."

10  Q.  Okay.  I'm showing you Government's Exhibit 12.  And does

11  that sample also bear the FC number that you previously related

12  to the jury?

13  A.  It does.  In the photograph, you'll see that it's upside

14  down relative to the label that was affixed by the medical

15  examiner indicating their case number and decedent name.

16  Q.  Okay.  And it also indicates the Palm Beach medical

17  examiner case number 161359, is that correct?

18  A.  Yes.  Actually, the case number is below that, I believe.

19  And that's -- I can't really tell, because there's some

20  printing in the side there.  The number is cut off.

21  Q.  Well, if you look at that number that I've circled, the

22  FC831721, is that -- that's your case number at Axis, correct?

23  A.  That's our forensic case number that came with that label

24  off the requisition, yes.

25  Q.  Okay.  And then the second number, 161359, is not Axis's

BEHONICK - DIRECT/MC MILLAN

1    number, is that correct?

2    A.  It is not, no.

3    Q.  Okay.  I'd like to show you Government's Exhibit 9.  Do you

4    recognize this item?

5    A.  Yes.

6        MR. MC MILLAN:  Your Honor, I'm sorry, is nine already

7    in evidence?

8        THE COURT:  It is.

9        MR. MC MILLAN:  Thank you.

10   BY MR. MC MILLAN:

11   Q.  When you look at the label on Government's Exhibit 9 --

12   perhaps it would help if I retrieve this and show it to you --

13   it bears a number, 161359, is that correct?

14   A.  Correct.  And that's on the label that was affixed by the

15   medical examiner's office.

16   Q.  Okay.  And, Dr. Behonick, I'm showing you what's been

17   previously admitted as Government's Exhibit 17, which is a

18   medical examiner's photograph?

19   A.  It is.

20   Q.  And for the record, does it depict the body of a female?

21   A.  It does.

22   Q.  And does it have a case number in the lower right-hand

23   corner?

24   A.  Yes.

25   Q.  And what is that case number, please?

BEHONICK - DIRECT/MC MILLAN

1   A.  It indicates "Palm Beach County medical examiner 161359."

2   Q.  Okay.  And that is the same number which appears on the

3   Axis technology *(sic)* box?

4   A.  Axis Forensic Toxicology box, yes.

5   Q.  And it would also be the same number which appears on the

6   samples contained in Government's Exhibit 12?

7   A.  Yes.

8   Q.  And also Government's Exhibit 10, do you recognize those

9   items?

10  A.  In that photo, uhm, it's somewhat obscured by the packaging

11  labeling, the lettering, but you can -- you can see the

12  decedent name and then "right femoral" right

13  there *(indicating)*.

14  Q.  Okay.  And -- so, do you know that this was the blood of

15  Margaret Crowley that was tested by Axis technology -- Axis

16  Toxicology Labs as a result of this?

17  A.  That's what was described to us in evidence that was

18  submitted to the laboratory, yes.

19  Q.  Dr. Behonick, were you also requested, in connection with

20  this case, to look at the records of an entity called Selecta

21  Labs?

22  A.  Yes.  There were several laboratory reports for urine drug

23  tests that I was asked to review.

24  Q.  Okay.  And do you recall what the names of the reports were

25  that you were asked to review?

BEHONICK - DIRECT/MC MILLAN

1   A.   The name of the subject or patients?

2   Q.   Yes, sir.

3   A.   Uhm, they're in my report.  I don't have the report in

4   front of me, but they are referenced in my report.

5   Q.   Okay.  Where is your report?

6   A.   It should be with you.  Uhm....

7   Q.   I mean you didn't make a copy of it?

8   A.   I have a copy of it, yes.

9   Q.   Well, could you refer to it if it would refresh your

10  recollection?

11  A.   Yes, yes.

12           (Discussion had off the record between counsel)

13  BY MR. MC MILLAN:

14  Q.   What documents did you look at from Selecta Laboratories,

15  Doctor?

16  A.   Yes, there were three different urine drug test results.

17           The first one was a test report for subject Jena

18  Stincer, S-T-I-N-C-E-R, with a date of birth of March 11, 1986.

19  This had a specimen collection date of March 18, 2016, and a

20  report approval date of March 21, 2016.

21           Second report also --

22  Q.   I'm sorry, did you say March 21, 2016?

23  A.   The approval date -- the report approval date was March 21,

24  2016.

25  Q.   Okay.  So, these analyses would have been performed by

BEHONICK - DIRECT/MC MILLAN

1  Selecta Labs on or around March of 2016, is that -- would that

2  be accurate?

3  A.  That's correct, yes.

4  Q.  Okay.  I'm sorry to interrupt you.  Please continue.

5  A.  So, the second report reviewed was for a test subject

6  identified as Melissa Spivey, S-P-I-V-E-Y, date of birth

7  November 14, 1982, with a specimen collection date of April 13,

8  2016, a report approval date of April 18, 2016.

9       And the third report was for a subject by the name of

10  Jason Starnes, S-T-A-R-N-E-S, date of birth May 21, 1981, with

11  a specimen collection date of April 13, 2016, and a report

12  approval date of April 14, 2016.

13  Q.  So, these urinalysis samples purport to have been collected

14  between March and April of 2016?

15  A.  Yes.  Two were in April and one was in March.

16  Q.  Okay.  Were these analyzed by Spectra (sic) Labs?

17  A.  The report indicated testing done by Selecta Labs, yes.

18  Q.  Are you able to tell from the report what kind of testing

19  was done on those urinalysis -- urine samples?

20  A.  Other than identifying a panel with name -- a panel with a

21  name of analytes or drug, drug classes, for that respective

22  panel, there is no indication here on test methodologies.

23  Q.  Okay.  But did the testing that was done by Spectra Labs

24  produce a result as to what was in those urine samples?

25  A.  They did, yes.

BEHONICK - DIRECT/MC MILLAN

1   Q.   And can you tell the ladies and gentlemen of the jury what

2   it said?

3   A.   Right.   So, in the first case -- or the first urine drug

4   test, this was for Jena Stincer, the test results indicated a

5   preliminary or presumptive finding for fentanyl.

6          The confirmatory testing revealed the presence of

7   fentanyl at a concentration of 400 nanograms per milliter.

8          However, norfentanyl, which is a primary metabolite of

9   fentanyl, was not detected.

10  Q.   Did that seem unusual to you, Doctor, that norfentanyl was

11  not detected in that urine?

12  A.   Yes, it is.

13  Q.   Why would that be?

14  A.   What it indicates to me is that, uhm, the drug was never

15  introduced into the body.   Therefore, the drug never

16  metabolized to the norfentanyl, which would have been excreted

17  into the urine.   This was a common occurrence that we used to

18  encounter when we were doing compliance monitoring for pain

19  management patients.   We'd be doing urine drug surveillance

20  testing to ensure that they're being compliant with their

21  prescription regimen.

22          And if a patient was trying to trick or cheat the

23  test, one of the ways to try to do that was to take some other

24  prescription in pill form and scrape it off into their urine.

25          Of course, the urine would be positive for the parent

BEHONICK - DIRECT/MC MILLAN

1    drug, but it wouldn't be positive for the metabolite, because

2    it was never introduced into the body.

3         The reason they would do that, of course, would be

4    either to sell or trade their prescription, but they wanted to

5    give the appearance that they were taking their prescription.

6    Q.  Well, that's what I wanted to ask.

7         I mean what purpose would that serve in the compliance

8    context?  As you explained, it's because you want to make sure

9    that they're actually taking the drug and not sending it

10   elsewhere.

11   A.  Correct.

12   Q.  Okay.  And in this case, the presence -- or I should say

13   the nonpresence of the metabolite indicates that this drug was

14   not taken and metabolized by the body but was rather added

15   directly to the urine?

16   A.  Yes.

17   Q.  Okay.  What about the second sample?

18   A.  *(No response)*

19   Q.  For Mr. Spivey?

20   A.  The second and third samples -- yes, the second and third

21   samples -- the second sample, for Melissa Spivey, urine drug

22   test indicated a presumptive positive result for fentanyl and

23   methadone.  However, on the confirmatory testing, it failed to

24   detect fentanyl or its metabolite, norfentanyl, and it did not

25   detect methadone or its metabolite, which is known as EDDP.

141

BEHONICK - DIRECT/MC MILLAN

1          For the third urine, which was Jason Starnes, that

2   also indicated a presumptive positive for fentanyl.  But,

3   again, the confirmation testing failed to detect fentanyl or

4   its metabolite in the urine.

5   Q.  Now, can you tell from the data that was produced before

6   you whether there was furanylfentanyl in those urine samples or

7   not?

8   A.  No, you cannot tell from the Selecta data.  They did not

9   test for fentanyl analogues.

10  Q.  Okay.  And as a toxicologist, if the laboratory is not

11  testing for fentanyl analogues, and it's a simplistic lab, can

12  they distinguish between fentanyl and the fentanyl analogues?

13  A.  No.

14  Q.  So, at the very least, someone reviewing these reports of

15  the urinalysis would have concluded that each of these three

16  samples of urine contained at least fentanyl?

17  A.  The first one did, because that was confirmed.  The second

18  one was only a presumptive identification, as was the third

19  one, only a presumptive identification, most likely by

20  immunoassay, a screening technique, where it failed.  It failed

21  in confirmation where the fentanyl, the parent drug, or

22  metabolite was not detected.

23          **MR. MC MILLAN:**  May I approach the witness, your

24  Honor?

25          **THE COURT:**  Okay.

BEHONICK - DIRECT/MC MILLAN

1    BY MR. MC MILLAN:

2    Q.  I'd like to show you what's been marked for identification

3    as Government's Exhibit 139.  Do you recognize these documents?

4            (Government's Exhibit 139 marked for identification)

5    A.  This is an extract from a Selecta lab data for patient

6    Jason Starnes.  And it indicates the 21 or the 2-1 drug panel

7    screen.

8    Q.  And do you also see the records, as you go through there,

9    for Melissa Spivey?

10   A.  The second patient or subject in this packet of material is

11   Jena Stincer, also indicating the 2-1 or 21 drug panel screen.

12           And there were some -- looks -- appear to be

13   handwritten order requisitions delivered to Selecta Labs for

14   testing purposes.

15   Q.  Okay.  Doctor, but to ask you the question again, do you

16   recognize those documents as the ones that you reviewed

17   previously?

18   A.  Some of these are, yes.

19   Q.  Okay.  Do you have more or less?

20   A.  I had less.  I don't know what these -- these computer --

21   Q.  Okay.  That's fair enough.

22   A.  -- printouts.  I had basically the laboratory data and what

23   was essentially this raw requisition-type form.

24   Q.  Okay.

25           **MR. MC MILLAN:**  Your Honor, at this time, pursuant to

BEHONICK - CROSS/MURRELL

1   stipulation, we would move for the admission of Government's

2   Exhibit 139.

3       **MR. MURRELL:**  No objection.

4       **THE COURT:**  139 will be received.

5       *(Government's Exhibit 139 admitted into evidence)*

6   BY MR. MC MILLAN:

7   Q.  And do you know, Dr. Behonick, where the results of these

8   tests were sent, based on your review of the Selecta lab

9   records?

10  A.  No, I do not.

11      *(Discussion had off the record)*

12      **MR. MC MILLAN:**  We tender the witness, your Honor.

13      **THE COURT:**  Cross-examination.

14                  **CROSS-EXAMINATION**

15  BY MR. MURRELL:

16  Q.  Sir, I was an English major, so I'm gonna be very brief and

17  probably confused.  But when you were talking about the

18  presumptive testing of drugs, and you mentioned the tramadol on

19  the Wuesthoff testing, I believe, if I understand it correctly,

20  it was a presumptive test that showed -- it showed up.

21  A.  Correct.  By the screen.

22  Q.  Right.

23          And then, when they did the qualitative testing or the

24  quantitative testing?

25  A.  The quantitative confirmatory testing.

BEHONICK - CROSS/MURRELL

1   Q.  The quantitative testing has basically a floor before you

2   will say that drug is present.

3   A.  Well, the laboratory identifies a reporting limit --

4   Q.  Okay.

5   A.  -- at which the drug to be reported has to be at that limit

6   or above.

7   Q.  All right.  And apparently tramadol did not meet that

8   limit.

9   A.  Correct.

10  Q.  Which does not mean that there was not trace elements of

11  tramadol in that sample.

12  A.  That could be correct, yes.

13  Q.  It simply means there was not a reportable level.

14  A.  Right.

15  Q.  And if there was a trace element even, it means that

16  whatever -- if that was urine or blood -- I think that was

17  urine.

18  A.  It was blood.

19  Q.  It was blood.

20  A.  Yes.

21  Q.  If there was a trace element of tramadol in the blood, it

22  means that apparently that person had consumed tramadol fairly

23  recently.

24  A.  It -- it would be, yes.

25  Q.  Okay.  All right.

145

BEHONICK - CROSS/MURRELL

1          All right.  Although it was apparently almost

2    metabolized out.

3    A.  Or below the reporting limit.

4    Q.  Okay.  All right.

5          You also mentioned that there has been almost no human

6    researching -- or research done on the furfentanyl (sic).

7    A.  Furanylfentanyl, yes.

8    Q.  Furanylfentanyl.

9          All right.  And so, there's no research or any kind of

10   thing that tells us how furanylfentanyl interacts with any

11   amount of alcohol, is that fair to say?

12   A.  Please repeat the question.  Did you say fentanyl or

13   furanylfentanyl?

14   Q.  I'm sorry, I'm kind of using them interchangeable.  And I

15   know for you there's a difference.

16          The furanylfentanyl --

17   A.  Yes.

18   Q.  -- there's no research done on its interaction with

19   alcohol.

20   A.  Not to my knowledge, no.

21   Q.  So, we have no idea whether it's a major interaction or a

22   small interaction or no interaction.

23   A.  No.  As a toxicologist, looking at the mechanisms of the

24   way the drug would work, furanylfentanyl, it would work similar

25   to fentanyl in terms of the receptors that it would bind and

BEHONICK - REDIRECT/MC MILLAN

1    the overall effect that it would produce in the central nervous

2    system.

3         Broadly, it would be considered a central nervous

4    system depressant.  Alcohol is also a central nervous system

5    depressant.  So, at least there could be an additive effect

6    between those two, if they are on board.

7    Q.  Right.

8         And just so that everybody's clear, you didn't do any

9    of the testing that you've talked about here today, did you?

10   A.  No.  The laboratory -- obviously, we have bench chemists,

11   analysts, and so on that do the testing.

12   Q.  And they take all the results and send them to you?

13   A.  In this case, it was done by a colleague toxicologist,

14   Kevin Shanks.

15   Q.  Okay.

16   A.  He was doing all the specialized testing for fentanyl

17   analogues, psychoactive substances.  So --

18        THE COURT REPORTER:  I'm sorry, the second one?

19   A.  The psychoactive substances and fentanyl analogues were

20   done by him.

21   Q.  Thank you.

22        THE COURT:  Redirect?

23                    REDIRECT EXAMINATION

24   BY MR. MC MILLAN:

25   Q.  Well, Dr. Behonick, you didn't do the testing yourself.

BEHONICK - REDIRECT/MC MILLAN

1    You reviewed the end product of the testing, is that correct?

2    A.   Uhm, I act as a final reviewer for the case before it's

3    actually delivered to the medical examiner or the client in the

4    form of a final report.

5    Q.   Okay.  And when you do that, do you have to look at what is

6    called the "raw data"?

7    A.   That would be done by the analyst, Kevin Shanks.  Once the

8    report is compiled, then I would look at it.  I would look at

9    it versus the history, what we know about the case, and I'm

10   looking at it so that it's demographically correct in terms of

11   the subject or decedent's name, all the proper identifying

12   information, and whether the right testing was done as

13   requested by the client.

14   Q.   Okay.  And as part of the right testing, do you determine

15   whether the equipment that was utilized to conduct the testing

16   was operating correctly?

17   A.   That's standard procedure in the laboratory.

18   Q.   Okay.  And in this case, was it doing so?

19   A.   Yes.

20   Q.   Okay.

21        **MR. MC MILLAN:**  I have no further questions, your

22   Honor.

23        **THE COURT:**  Thank you, Doctor.  You may step down.

24   You're excused.

25        **THE WITNESS:**  Thank you.

PADILLA - DIRECT/MC MILLAN

1            *(Witness excused)*

2            **THE COURT:**  The government may call its next witness.

3            **MR. MC MILLAN:**  Your Honor, 10, 11, and 12 are in, are

4      they not?

5            **THE COURT:**  Yes.

6            **MR. MC MILLAN:**  Thank you.

7            The United States calls Agent Christian Padilla to the

8      stand.

9            **THE COURT REPORTER:**  Please raise your right hand.

10           *(CHRISTIAN PADILLA, GOVERNMENT'S WITNESS, WAS SWORN)*

11           **THE COURT REPORTER:**  Please sit down.

12           Please state your full name for the record, spelling

13     your last name.

14           **THE WITNESS:**  Agent Christian Padilla, P-A-D-I-L-L-A,

15     with the Palm Beach County Sheriff's Office.

16                       **DIRECT EXAMINATION**

17     BY MR. MC MILLAN:

18     Q.  Agent Padilla, can you describe to the ladies and gentlemen

19     of the jury what your duties are and how long you've been with

20     PBSO?

21     A.  I've been with PBSO since 2008.  I previously came from a

22     city police department that merged with the sheriff's office.

23     I'm assigned to the narcotics division.  It's my job to

24     investigate narcotics crimes as well as undercover

25     investigations within the state of Florida.

PADILLA - DIRECT/MC MILLAN

1   Q.  And I guess it kind of follows from what you just said, but
2   I take it that you work as an undercover agent in Palm Beach
3   County?
4   A.  Yes, I do.
5   Q.  And how long have you worked as an undercover agent in Palm
6   Beach County?
7   A.  I started, like I said, with the City of Lake Worth Police
8   Department, where I did undercover duties there.  When I merged
9   with the sheriff's office in 2008, I was working on road patrol
10  with also assignments to undercover operations.  I eventually
11  got assigned to the narcotics division itself in 2010, where
12  I've been doing undercover investigations since.
13  Q.  Okay.  And would that be what they call "OCB" or a
14  different unit?
15  A.  Yes, formerly known as organized crime bureau, but now
16  known as the narcotics division.
17  Q.  Okay.  And you indicated that you did undercover work
18  yourself.
19  A.  Yes, sir.
20  Q.  How often have you served in an undercover capacity doing
21  drug investigations?
22  A.  How often?
23  Q.  Yes, sir.
24  A.  On a daily --
25  Q.  On approximately how many occasions?

PADILLA - DIRECT/MC MILLAN

1   A.   Oh, upwards of 500.

2   Q.   Okay.  And when you've been acting as an undercover agent,

3   have you engaged in portraying yourself as a seller of drugs to

4   people?

5   A.   Yes, both the seller, buyer, distributor, transporter.

6   Q.   Okay.  Because in -- excuse me -- in the drug world, there

7   are such things as are called "reverses," is that correct?

8   A.   Yes, sir.

9   Q.   And what is a "reverse sting" as opposed to a "regular

10  sting" in the drug enforcement context?

11  A.   In a reverse sting, you are portraying a seller of drugs.

12  So, instead of buying drugs from a suspect, you are selling it

13  to somebody who was already engaged in criminal activity.

14  Q.   Okay.  In addition to that, have you participated in search

15  warrants on drug dealers' houses and places of business?

16  A.   Yes, I have.

17  Q.   On approximately how many occasions?

18  A.   Over a hundred.

19  Q.   In addition, have you had occasion to go and interview

20  people who are drug dealing, after their arrests, to find out

21  how they operated?

22  A.   Yes, sir.

23  Q.   Have you taught undercover operations to other deputies and

24  law enforcement officers to teach them best practices for

25  undercover operations?

PADILLA - DIRECT/MC MILLAN

1  A.  Yes, I have.

2  Q.  As a result of the foregoing, have you become familiar with

3  the way, manner, and means by which street-level drug

4  trafficking occurs in the south Florida area?

5  A.  Yes, extremely.

6      **MR. MC MILLAN:**  Your Honor, at this time, I move for

7  the admission of Agent Christopher *(sic)* Padilla as an expert

8  in street-level drug trafficking activity in the south Florida

9  region.

10     **MR. MURRELL:**  Judge, we haven't been given any reports

11  or opinions about any expert testimony from this witness.

12     **THE COURT:**  Mr. McMillan?

13     **MR. MC MILLAN:**  Well, your Honor, as an initial

14  matter, he's a lay expert.  But even under 702, the defense

15  never filed a Rule 16(a)(1)(E) discovery request for that

16  information.  They've been given all of his appropriate *Jencks*

17  material.  So, I don't see what the problem is.

18     **THE COURT:**  All right, members of the jury, let me ask

19  you to go in the jury room for a few moments, please?

20     **COURTROOM SECURITY OFFICER:**  All rise.

21     *(The jury exited the courtroom)*

22     **THE COURT:**  Mr. Murrell, Mr. McMillan says you never

23  requested the expert reports.  What's your position?

24     **MR. MURRELL:**  He's right.  I didn't -- I -- honestly,

25  I thought it was covered under the standing discovery order.  I

PADILLA - DIRECT/MC MILLAN

1  did not file a specific request for an expert.

2      **THE COURT:**  Well, I don't know if it's under the

3  standard *(sic)* discovery order.

4      **MR. MC MILLAN:**  Your Honor, if it may please the

5  Court, the standing discovery order is very specific and

6  requires a demand by defense counsel in order to go and trigger

7  that.  And both myself and my co-counsel, Rolando Garcia, made

8  a special effort to check it multiple times to verify that no

9  such request had ever been filed by defense counsel.  So....

10     **THE COURT:**  Well, my guess is that the testimony is

11 not going to be a big surprise to Mr. Murrell, but let me

12 review the standing discovery order in this case and see what

13 it says.

14         *(Pause)*

15     **THE COURT:**  It looks like it's a paperless standing

16 discovery order entered by Magistrate Judge Brannon on November

17 the 3rd.  And it refers to Local Rule 88.10 and 88.9(c).  So, I

18 guess I need to look at those.  So, we'll take a ten-minute

19 recess.

20         During the break in your testimony, Detective, you're

21 not allowed to discuss your testimony with anyone.  Do you

22 understand?

23     **THE WITNESS:**  Yes, sir.

24     **THE COURT:**  And we'll see everybody back in about ten

25 minutes.

PADILLA - DIRECT/MC MILLAN

1          **COURTROOM SECURITY OFFICER:**  All rise.

2          *(The Judge exited the courtroom)*

3          *(Recess taken at 2:52 p.m. until 2:59 p.m.)*

4          *(The Judge entered the courtroom)*

5          **THE COURT:**  Please be seated.

6          All right.  We're back on the record.

7          Counsel are present.  Mr. Benjamin's present.

8          Detective Padilla, do you understand you're still

9    under oath?

10         **THE WITNESS:**  Yes, I do, your Honor.

11         **THE COURT:**  Two things before we go to the objection.

12         One, there was a stipulation that I guess the

13   furanylfentanyl is an analogue drug.  Mr. Murrell, did you --

14   and I guess the stipulation's in evidence.  I guess

15   Mr. Benjamin signed the stipulation?

16         **MR. MURRELL:**  Judge, the original stipulation the

17   state *(sic)* presented to me had a signature line on it for him.

18         **THE COURT:**  Okay.

19         **MR. MURRELL:**  And I asked the state to remove that,

20   because I think one of the issues in this trial is going to be

21   handwriting signatures, and they agreed to do it.

22         **THE COURT:**  Okay.

23         **MR. MURRELL:**  But he has expressed his consent --

24         **THE COURT:**  I just want to make sure that --

25         **MR. MURRELL:**  Yes, sir.

PADILLA - DIRECT/MC MILLAN

 1          **THE COURT:**  -- Mr. Benjamin understands that that's an

 2   element of one or more of the crimes.  And when you stipulate

 3   to something, that means that the government doesn't have to

 4   prove it.  Do you understand that?

 5          **THE DEFENDANT:**  Yes, sir.

 6          **THE COURT:**  And there may be strategy reasons for or

 7   against your stipulating to stuff.  Your lawyer may think that

 8   stipulating to some things that aren't important is a good

 9   strategy.  Another lawyer may think that the government has to

10   prove everything -- every element beyond a reasonable doubt, so

11   they don't want to stipulate to anything.

12          Your lawyer's been to law school, he's tried a lot of

13   cases, he gives you the benefit of his legal advice, but it's

14   your life, you don't have to follow the advice.  Do you

15   understand that?

16          **THE DEFENDANT:**  Yes, sir.

17          **THE COURT:**  And have you had enough time to think

18   about this strategy and talk about it with your lawyer?

19          **THE DEFENDANT:**  Yes, sir.

20          **THE COURT:**  And do you agree with the strategy of

21   stipulating that the fentanyl is an analogue controlled

22   substance?

23          **THE DEFENDANT:**  Yes, sir.

24          **THE COURT:**  Okay.

25          The second thing that I wanted to cover was the

PADILLA - DIRECT/MC MILLAN

1   forfeiture count in this case.  Is the government seeking to

2   forfeit anything other than the guns and ammunition?

3         **MR. MC MILLAN:**  No, your Honor.

4         **THE COURT:**  Are we gonna need to have a separate

5   forfeiture proceeding if the jury comes back guilty?

6         **MR. MURRELL:**  No, sir.

7         **THE COURT:**  Well, talk about that with Mr. Benjamin,

8   also, and see if he agrees with that strategy.  And if he does,

9   then if you would sign out a waiver of jury trial on the

10  forfeiture, and then if the jury comes back guilty, we would

11  file the waiver of jury trial on the forfeiture, and I would

12  just order the forfeiture of the items in the forfeiture count.

13        Obviously, if the jury comes back not guilty, then we

14  don't have to have a forfeiture proceeding.  But you can do

15  that between now and the end of the case.

16        **THE DEFENDANT:**  Yes, sir.

17        **MR. MURRELL:**  All right.

18        **THE COURT:**  All right.  As far as the objection to the

19  discovery violation, as I indicated, the paperless order that

20  was signed by Judge Brannon on November the 3rd refers to the

21  Local Rule 88.10, criminal discovery.  And 88.10, criminal

22  discovery, talks about it being an automatic discovery request

23  by the defendant under Federal Rule of Criminal

24  Procedure 16(a)(1)(A), (B), (C), (D), (E), and (F).  But the

25  expert witnesses is (G).

PADILLA - DIRECT/MC MILLAN

1           So, I think the government's right.  I think to be

2    able to object to not getting a written copy of what the expert

3    opinion was gonna be has to be specifically asked for and isn't

4    covered under the standing discovery order.  So, I'm gonna

5    overrule the objection.

6           Anything further before we bring the jury out?

7           **MR. MURRELL:**  No, sir.

8           **THE COURT:**  Ready, Mr. McMillan?

9           **MR. MC MILLAN:**  Yes, your Honor.

10          **THE COURT:**  All right.  Let's bring out the jury.

11          **COURTROOM SECURITY OFFICER:**  One's in the bathroom,

12   Judge.

13          **THE COURT:**  Okay.

14          *(Pause)*

15          **COURTROOM SECURITY OFFICER:**  Ready, Judge?

16          All rise.

17          *(The jury entered the courtroom)*

18          **THE COURT:**  Counsel concede the presence of the jury

19   and waive its polling?

20          **MR. MC MILLAN:**  Yes, your Honor.

21          **MR. MURRELL:**  Yes, sir.

22          **THE COURT:**  And did everyone follow my admonition not

23   to discuss the case or allow it to be discussed in your

24   presence?

25          All right.  Mr. McMillan, you may continue.

PADILLA - DIRECT/MC MILLAN

1      **MR. MC MILLAN:**  Your Honor, if it please the Court,

2  when -- right before we had adjourned, I had moved

3  Agent Padilla in as an expert witness in street-level drug

4  trafficking activity in the south Florida region, and that was

5  when the defendant interposed its objection, so....

6      **THE COURT:**  And you may proceed.

7      **MR. MC MILLAN:**  Thank you.

8  BY MR. MC MILLAN:

9  Q.  Agent Padilla, are you familiar with the term "fronting

10  drugs"?

11  A.  Yes, sir.

12  Q.  What does that mean?

13  A.  That is when a person gives another person drugs on

14  consignment before receiving payment in expectation that

15  they're gonna receive payment for that substance later.

16  Q.  Now, most commonly, based on your experience, if a person

17  has a lot of something, for example, cocaine, or oxycodone

18  pills, or heroin, and they want to go and sell it and get the

19  best price, do they front drugs or do they only always insist

20  on cash upfront?

21  A.  No.  They definitely front either some or all of the

22  merchandise.

23  Q.  Now, if the merchandise is fronted, is there usually a

24  percentage of vig or a surcharge that may be placed on that

25  transaction in return for waiting to get the money back?

PADILLA - DIRECT/MC MILLAN

1    A.   Yes.  In various ways, either upfront or sometimes they're

2    expecting payment in -- in different amount of payments, you

3    know.  So, you know, over a period of time, as they're selling

4    the drugs, they're expecting a return.

5    Q.   Now, what has been your experience with respect to the

6    importance of a trusted relationship between drug supplier at

7    the wholesale level and drug dealer in terms of whether to go

8    and give fronted drug terms?

9    A.   Based on my experience, it's important for the drug buyer

10   and drug seller to have a relationship and a trust in order to

11   obtain efficiency in that drug trafficking organization.  In a

12   sense, it cuts out time and the need for multiple transactions

13   if the seller can trust his buyer and give him product upfront.

14   Q.   Okay.  Directing your attention to around December 13th of

15   2016, did you become involved in this investigation?

16   A.   Yes, I did.

17   Q.   Can you explain to the ladies and gentlemen of the jury how

18   that came about?

19          THE COURT:  Let me interrupt you just for a second.

20          MR. MC MILLAN:  Yes, sir.

21          THE COURT:  Are we switching now to a fact witness?

22          MR. MC MILLAN:  Yes, your Honor.

23          THE COURT:  Okay.  And before that, he was testifying

24   as an expert?

25          MR. MC MILLAN:  Yes.  About drug terminology, yes,

PADILLA - DIRECT/MC MILLAN

1  your Honor.

2          THE COURT:  Right.  Are you going to get back to him

3  being an expert again or is this gonna be a fact witness?

4          MR. MC MILLAN:  He's going to be going in and out of

5  the two, your Honor.

6          THE COURT:  Well, I need to let the jury know that it

7  makes a difference whether he's testifying as a fact witness or

8  as an expert witness.  So, when he switches back and forth, we

9  need to let the jury know that.

10         MR. MC MILLAN:  I understand, your Honor.

11         THE COURT:  All right.  So, this is a fact witness

12  now.

13         MR. MC MILLAN:  Yes, sir.  And I will notify your

14  Honor before we switch back to a brief period of time for the

15  expert witness role.

16         THE COURT:  Okay.  Go ahead.

17         MR. MC MILLAN:  Thank you.

18  BY MR. MC MILLAN:

19  Q.  Agent Padilla, did you become involved in this

20  investigation in around December 13th of 2016?

21  A.  Yes, I did.

22  Q.  Okay.  And how did that come about?

23  A.  I was notified by a detective in the Palm Beach County

24  Sheriff's Office homicide unit that they had encountered an

25  overdose investigation which they believed may have been caused

PADILLA - DIRECT/MC MILLAN

1    by a substance known as furanylfentanyl.

2    Q.  Okay.  And did you actually check out the drugs which you

3    recovered at the crime scene?  When I say "check out," I mean

4    did you actually look at the drugs in evidence?

5    A.  Yes, I did.  I was notified by the detectives that at the

6    scene of the overdose, they had obtained pills which resembled

7    oxycodone.  And I went back to evidence, and I recovered those

8    pills from evidence.

9    Q.  Now, have you actually done oxycodone pills with real

10   oxy -- excuse me -- have you actually done cases involving real

11   oxycodone pills in the past yourself?

12   A.  Yes, numerous.

13   Q.  And, in fact, at probably the height of the pill mill

14   crisis, was it common for Palm Beach County Sheriff's Office

15   undercover agents to go and act as sellers of oxycodone pills

16   to high-level buyers from out of town?

17   A.  Yes.

18   Q.  As a result of that, have you become familiar with what the

19   pills actually look like?

20   A.  Yes.

21        **MR. MC MILLAN:**  May I approach the witness, your

22   Honor?

23        **THE COURT:**  Okay.

24   BY MR. MC MILLAN:

25   Q.  I'd like to show you what's previously been admitted as

PADILLA - DIRECT/MC MILLAN

1   Government's Exhibit 136, and ask you to take a look at the

2   pills in Government's Exhibit 136.

3           What do those appear to be to you?

4   A.   Oxycodone.

5   Q.   Why do you say that?

6   A.   Based on the shape, color, markings.

7   Q.   Okay.  And have you seen those specific pills before in

8   this case?

9   A.   Yes, I have.

10  Q.   Okay.  And are those the pills that were recovered from

11  Margaret Crowley's scene of death?

12  A.   Yes, they are.

13  Q.   Okay.  You can set them down, if you don't mind.

14          So, based on the furanylfentanyl determination that

15  had come back in the toxicology reports, what did you all do

16  next?

17  A.   I checked the pills out of evidence, and I utilized a

18  TruNarc scanner, which is a presumptive tester of controlled

19  substances.

20  Q.   Can you explain what a "TruNarc scanner" is for the ladies

21  and gentlemen of the jury?  I mean is this one of these little

22  glass vial kits that we saw people on Miami Vice cracking open,

23  and they turn blue, or is it something more sophisticated?

24  A.   It's something a bit more sophisticated.  It's an

25  electronic device which shoots a laser into a substance, either

PADILLA - DIRECT/MC MILLAN

1   directly or through its packaging.  That laser then computes in

2   a device and gives us a reading that I can visually see, in

3   English, telling me what the substance may contain.

4         Uhm, in this instance, I shot it into the pills, and

5   it told me that it had furanylfentanyl within.

6   Q.  Okay.  Now, you would still go and submit those ultimately

7   to the Drug Enforcement Administration or Palm Beach County

8   Sheriff's Office laboratory for testing, would you not, but

9   this helps you?

10  A.  Correct.

11  Q.  What did you do next?

12  A.  I turned them over to the Drug Enforcement Administration,

13  who then submitted it to the lab for testing.

14  Q.  Okay.  Is any specific agent that you are working with on

15  this case *(sic)*?

16  A.  Yes, Agent Buemi.

17  Q.  Okay.  And that's this man over here to my left?

18  A.  Yes, sir.

19  Q.  Okay.  What did you both do next to try to investigate the

20  case?

21  A.  We waited on the results.  We also began to interview, uhm,

22  witnesses in the case.

23  Q.  Okay.  Were you aware as to whether or not the decedent's

24  husband had been present at the time of Margaret Crowley's

25  death or shortly thereafter?

PADILLA - DIRECT/MC MILLAN

1  A.  Yes.

2  Q.  And did you go to interview him?

3  A.  Yes, we did.

4  Q.  What was his demeanor or reaction like?

5  A.  He was cooperative with us.

6  Q.  Okay.  And did he give you something?

7  A.  Yes.  He advised us that he possessed the decedent's phone,

8  personal cell phone, to which he provided to us.

9  Q.  And did you get that from him?

10  A.  We did, yes.

11  Q.  I'd like to show you what's been previously admitted as

12  Government's Exhibit 6.  Do you recognize that?

13  A.  Yes.

14  Q.  Is that the phone that you were given?

15  A.  Yes.

16  Q.  Okay.  And after you received the phone, did you go through

17  it to see if there were any numbers that were of any use or

18  significance in identifying someone?

19  A.  Yes, we did.

20  Q.  Okay.  And were you able to go and identify a suspect as a

21  person that you believed had distributed the counterfeit

22  oxycodone pill to Margaret Crowley?

23  A.  Yes, I did.

24  Q.  Who was that person that you identified?

25  A.  Kevan Slater.

PADILLA - DIRECT/MC MILLAN

1   Q.  Okay.  And did you run Kevan Slater to go and see if he had

2   any sort of criminal history?

3   A.  I did.

4   Q.  And did he?

5   A.  He did.

6   Q.  What was that offense for?

7   A.  He had a previous offense for trafficking oxycodone.

8   Q.  Did you also have occasion to go and check the geolocation

9   on the cellular phone?

10  A.  Yes, I did.

11  Q.  Were you able to go and determine where Margaret Crowley

12  was the evening before -- or I should say in the hours before

13  she died?

14  A.  Yes, I did.

15  Q.  Did you find her location on her phone to correspond to an

16  individual that you considered a suspect in the case?

17  A.  Yes, I did.

18  Q.  Who was that person?

19  A.  Kevan Slater.

20  Q.  What did the geolocation show in that regard?

21  A.  Her phone being at his residence.

22  Q.  And what time period?

23  A.  Late on -- early morning hours of the day of her death or

24  late that night, right around the night.

25  Q.  Okay.  Now, were you aware that she worked at the Outback

PADILLA - DIRECT/MC MILLAN

1   Steakhouse?

2   A.  Yes, I was.

3   Q.  And does the Outback Steakhouse have a wi-fi system?

4   A.  It does.

5   Q.  And was the phone that you looked at tuned into the wi-fi

6   system at approximately -- well, on August 31st of 2016?

7   A.  Yes.  It was the previous entry of her geolocation prior to

8   Kevan Slater's geolocation.

9   Q.  Okay.  And then at 12:07 a.m., were you able to determine

10  where she was at that time?

11  A.  Yes.

12  Q.  Okay.  And where was that?

13  A.  Kevan Slater's residence.

14  Q.  After you put all these investigative facts together, did

15  you approach someone and confront them?

16  A.  Yes, I did.

17  Q.  Who was that person?

18  A.  Kevan Slater.

19  Q.  Okay.  And can you tell the ladies and gentlemen of the

20  jury what happened when you confronted him?  And were you by

21  yourself or with someone else?

22  A.  I was with Special Agent Mike Buemi, as well as other

23  investigators.  We approached him in a parking lot as he was

24  returning to his vehicle.

25  Q.  And when you say "him," who do you mean?

PADILLA - DIRECT/MC MILLAN

1   A.  Kevan Slater.

2   Q.  Okay.

3   A.  We were dressed in plainclothes with our guns hidden, and

4   we conducted what's considered a consensual encounter, which is

5   just talking to somebody.  We identified ourselves as agents

6   and special agents.  At which point, he had a medical episode

7   where he fainted.

8   Q.  Okay.  He literally fell on the ground?

9   A.  Yes.  We actually had to assist him as his fell, basically

10  on the front of a car and on the ground.

11  Q.  Do you have any explanation as to why that might have been?

12  I mean, had you even said anything to him at that point?

13  A.  No, we hadn't even began talking to him.

14  Q.  Okay.  So, what happened next?

15  A.  We called for medical assistance to make sure that he was

16  okay.

17  Q.  And was he?

18  A.  Yeah, he was having basically a basic stress-induced,

19  panic-induced episode.

20  Q.  Okay.  And so did you end up talking to him that day?

21  A.  We did.

22  Q.  What happened?

23  A.  He advised us that initially he didn't want to speak with

24  us, and we departed.  We went back to his residence, where he

25  motioned to me that he wanted to speak -- he actually arrived

PADILLA - DIRECT/MC MILLAN

1   shortly after us -- and I provided him with a business card.

2   Q.  Okay.  And what was the next contact that you had with him

3   or someone else concerning the matter?

4   A.  His attorney contacted me.

5   Q.  Okay.  Now, there has been the suggestion that Mr. Slater

6   lied and lied and lied and lied to law enforcement upon his

7   initial interview by you.  Is that what happened?

8   A.  No.

9   Q.  Did Mr. Slater tell you really anything in his initial

10  interview except he wanted to speak to his attorney?

11  A.  No.  He was mostly quiet and basically didn't want to

12  speak.

13  Q.  Once he regained consciousness?

14  A.  Yes.

15  Q.  That initial contact would have been on January 18th of

16  2017, is that correct?

17  A.  Yes.

18  Q.  Now, directing your attention to February 10th of 2018, did

19  you participate in what is called a "proffer session" on that

20  date?

21  A.  Yes.

22  Q.  Okay.  And what is a "proffer session," so that the jury

23  understands what that term means?

24  A.  Basically, the suspect in the case has the opportunity to

25  speak with both law enforcement, the prosecutor, and his

PADILLA - DIRECT/MC MILLAN

1   defense counsel, uhm, and cooperate with law enforcement in

2   giving us any information that he wants to provide us.

3   Q.  And is it common, based on your experience, that, first of

4   all, lawyers are generally present at those sessions?

5   A.  Yes.

6   Q.  And that, secondly, that there is an agreement committed to

7   writing, usually, that states that the statements made by the

8   defendant will not be used against him if, at least, were he to

9   go and proceed to trial.

10  A.  Correct.

11  Q.  So, he can talk freely for terms of this proffer session.

12  A.  Yes.

13  Q.  Okay.  But that if he were to lie, that that can be used

14  against him.

15  A.  Correct.

16  Q.  All right.  In this case, did Kevan Slater identify to you

17  the person that he was getting the pills from?

18  A.  Yes, he did.

19  Q.  And who was that person?

20  A.  Zachary Stewart.

21  Q.  Okay.  And did you know who Zachary Stewart was at that

22  point?

23  A.  No.

24  Q.  Okay.  Now, with respect to the ultimate manufacturer of

25  the pills, did Kevan Slater tell you at that point who he knew

PADILLA - DIRECT/MC MILLAN

1   it to be?

2   A.  He did not.

3        If I could clarify?

4   Q.  Please do.

5   A.  He relayed information to us on who he was told was making

6   the pills.

7   Q.  Perhaps my question was inartfully posed on my part.  I'm

8   sorry.

9        In the course of his conspiracy, that is, Kevan

10   Slater, with Zachary Stewart, did Kevan Slater have an

11   understanding from Zachary Stewart where the pills were coming

12   from?

13   A.  Yes.

14   Q.  Okay.  Now -- and who was that person?

15   A.  Dr. Johnny Benjamin.

16   Q.  So, you were told that on February 10th of 2018.

17   A.  I believe so, yes.

18   Q.  Okay.  And before then, did you have any idea who Johnny

19   Benjamin was?

20   A.  No.

21   Q.  Okay.  However, Kevan Slater was stating he had not

22   personally met with Benjamin himself.

23   A.  Correct.

24   Q.  Okay.  I'm just trying to explain your earlier answer.

25   Have I done so accurately?

PADILLA - DIRECT/MC MILLAN

1   A.  Yes, sir.

2   Q.  Now, was there another meeting on July 12th of 2018?

3   A.  Yes.

4   Q.  And do you recall what occurred at that meeting?

5   A.  There was a clarification on certain questions.

6   Q.  And what happened there?

7   A.  In regards to....

8   Q.  Well, the -- okay.  Well, in any event, as a result of

9   Kevan Slater's cooperation, were you able to go and initiate an

10  investigation onto Defendant Johnny Benjamin?

11  A.  Yes.

12  Q.  Okay.  And did you also go and start utilizing, in

13  combination with Special Agent Buemi, Kevan Slater as a

14  confidential source or basically an undercover source to go and

15  try to gain incriminating evidence against Zachary Stewart?

16  A.  Yes, we did.

17  Q.  Okay.  And were you successful in doing that?

18  A.  Yes.  We coordinated several meetings between Slater and

19  Stewart to validate Slater's admissions to us.

20  Q.  Okay.  And ultimately was Stewart himself approached by

21  DEA?

22  A.  Yes.

23  Q.  And did you participate in that activity as well?

24  A.  I did not.

25  Q.  Okay.  Do you have personal knowledge as to whether Stewart

PADILLA - DIRECT/MC MILLAN

1  ultimately elected to cooperate himself?

2  A.  Yes, I do.

3  Q.  Okay.  Did he?

4  A.  He did.

5  Q.  Now, did there also come a time when you assisted in the

6  execution of a search warrant in this case someplace?

7  A.  Yes, I did.

8  Q.  Okay.  And where was that location?

9  A.  Dr. Johnny Benjamin's house in Vero Beach.

10  Q.  Okay.  Was that on Painted Bunting Lane?

11  A.  Yes, it was.

12  Q.  And is that house located in the Southern District of

13  Florida?

14  A.  Yes, it is.

15  Q.  In Indian River County?

16  A.  Yes, it is.

17  Q.  Okay.  And what was your role in terms of the search?

18  A.  I was part of the search team.  I was assigned a room which

19  contained a safe.

20  Q.  And did that search occur on October 13th of 2017?

21  A.  Yes, it did.

22  Q.  Okay.  And --

23       **MR. MC MILLAN:**  Your Honor, at this juncture, we'll be

24  moving back, if I may, into the street-level drug trafficking

25  expert category.

PADILLA - DIRECT/MC MILLAN

1    **THE COURT:**  Okay.

2    BY MR. MC MILLAN:

3    Q.  Again, did you have --

4        **MR. MC MILLAN:**  Does the Court need to give any

5    further instruction, your Honor?

6        **THE COURT:**  No.  I think the jury can understand

7    there's a difference between a fact witness and an expert

8    witness.  An expert witness is allowed to give an opinion.

9        **MR. MC MILLAN:**  Okay.  Thank you, your Honor.

10   BY MR. MC MILLAN:

11   Q.  Now, when you were up at the house in Vero Beach, were you

12   also members of a federal task force doing that?

13   A.  Yes.

14   Q.  Okay.  And you indicated that you had search

15   responsibilities?

16   A.  Yes.

17   Q.  Now, did you encounter a safe of some sort in the house?

18   A.  Yes, I did.

19   Q.  And where was that safe located?

20   A.  Near the kitchen, in a side room.

21   Q.  Okay.  And was it a small safe or a large safe?

22   A.  I would say a large safe.

23   Q.  And any specific type of safe, based on your personal

24   experience?

25   A.  It was a combination safe, fire resistant, with a large

PADILLA - DIRECT/MC MILLAN

1   door that was protected by multiple bolts through the top,

2   side, and bottom.

3   Q.  Okay.  And was that safe door opened in compliance with the

4   search warrant?

5   A.  Yes, it was.

6   Q.  And inside of which, did you find anything unusual?

7   A.  A large cache of firearms, both handguns and long rifles,

8   and shotguns.

9   Q.  Okay.  Now, are you familiar with guns as a result of being

10  a deputy sheriff yourself?

11  A.  Yes.

12  Q.  In addition, are you personally, in your own private life,

13  a firearms aficionado and collector?

14  A.  Yes, I have my own firearms.

15  Q.  Okay.  And in addition to that, do you have your own

16  firearms safe?

17  A.  Yes, I do.

18  Q.  And, sir, are you familiar with the combination dial model

19  safes?

20  A.  Yes, I am.

21  Q.  Are they difficult to open if you set them ahead of time?

22  A.  No, they are not.

23  Q.  Can you open one -- well, what amount of time does it take

24  to open one if you want to set it for speed opening?

25          **MR. MURRELL:**  Judge, is he testifying as an expert on

PADILLA - DIRECT/MC MILLAN

1  safes?

2        **THE COURT:**  Sustain.

3  BY MR. MC MILLAN:

4  Q.  Well, is it -- are they readily openable?

5        **MR. MURRELL:**  Judge, I still object.

6        **THE COURT:**  Sustain.

7        **MR. MURRELL:**  It's an opinion about safes.

8        **MR. MC MILLAN:**  Well, he's talking about his own

9  personal experience, your Honor.

10        **THE COURT:**  Sorry.  I'm sustaining the objection.

11  BY MR. MC MILLAN:

12  Q.  So, you opened the door to the safe and inside you found

13  firearms.

14  A.  Yes.

15  Q.  Okay.  And what condition were those firearms in, in terms

16  of their loaded or unloaded condition?

17  A.  The handguns were loaded with magazines.  Those magazines

18  within the handguns were loaded with live ammunition.  There

19  was not a round in the chamber in the handguns, outside of one

20  revolver, which was basically chambered, because it was a

21  revolver.  And the long guns were not loaded, although their

22  magazines were nearby with ammunition.

23  Q.  And how long does it take to go and chamber a round into

24  the chamber of a semi-automatic pistol?

25  A.  Quarter of a second, at most.

175

PADILLA - DIRECT/MC MILLAN

1   Q.   Did you take photographs of the firearms present there?

2   A.   I did.

3         **MR. MC MILLAN:**   May I approach the witness, your

4   Honor?

5         **THE COURT:**   Okay.

6   BY MR. MC MILLAN:

7   Q.   I'm showing you what's been marked for identification as

8   Government's Exhibits 14 and 15.  Do you recognize these

9   photographs?

10        *(Government's Exhibits 14 and 15 marked for*

11   *identification)*

12   A.   Yes, I do.

13   Q.   How do you recognize them?

14   A.   They're initialed at the top and dated with my initials.

15   Q.   Okay.

16        **MR. MC MILLAN:**   May I -- I move for the admission of

17   Government's Exhibits 14 and 15, your Honor.

18        **MR. MURRELL:**   No objection.

19        **THE COURT:**   Fourteen and 15 will be received.

20        *(Government's Exhibits 14 and 15 admitted into*

21   *evidence)*

22   BY MR. MC MILLAN:

23   Q.   Uhm --

24        **MR. MC MILLAN:**   Thank you.

25

PADILLA - DIRECT/MC MILLAN

1   BY MR. MC MILLAN:

2   Q.   I'm directing your attention to Government's Exhibit 14,

3   Agent Padilla.   What is that depicting or showing?

4   A.   The safe that we located at his residence after it was

5   opened.

6   Q.   Okay.   And if I can direct your attention to this area up

7   here I've drawn the circle around, can you see that okay?

8   A.   Yes, I can.

9   Q.   Do you know what pistols were located in that specific

10  area?

11  A.   It was two Sig Sauer handguns.   Based on what I'm looking

12  at, the picture, they are laid on their side, magazine facing

13  the camera.

14  Q.   Okay.   Were they .380 caliber firearms or some other

15  caliber?

16  A.   380.

17  Q.   Okay.   And were those loaded when you found them?

18  A.   The magazine was loaded with ammunition, and the magazine

19  was into the firearm.

20  Q.   Okay.   Now, you're aware now that the magazines for those

21  particular firearms are not in evidence?

22  A.   Yes.

23  Q.   Do you have any idea what happened to them?

24  A.   When I was rendering the firearm safe, I removed the

25  magazine from the firearm, and it was left in the safe.

PADILLA - DIRECT/MC MILLAN

1  Q.  Okay.  But are you certain as to whether all of the

2  handguns that were within this safe were, in fact, loaded when

3  you found them?

4  A.  Yes, I am.

5  Q.  Okay.  Now, you'll also see in this area -- do you

6  recognize that silver-colored weapon?

7  A.  Yes, I do.

8  Q.  What was that?

9  A.  A shotgun.

10  Q.  And do you recall what brand shotgun it was?

11  A.  I do not.

12  Q.  Okay.  Do you know whether it was loaded?

13  A.  I don't believe it was.

14  Q.  So, if there were shotgun shells recovered with it, they

15  would have come from other some item?

16  A.  Or they were near the firearm.

17  Q.  Okay.  And I'd also like to go and show you Government's

18  Exhibit 15.  Can you describe what is depicted on -- in this

19  photograph?

20  A.  This is a photograph of the firearms once they were removed

21  from the safe and placed on a countertop in the kitchen of the

22  residence.

23  Q.  Now, if we can return to your expert opinion as a

24  street-level drug trafficking expert, uhm, do drug dealers fear

25  the police most of all or something else?

PADILLA - DIRECT/MC MILLAN

1   A.  They fear both the police and other either customers or

2   suppliers.  They feel a fear of being robbed either for the

3   drugs they are known to possess or the proceeds from these

4   drugs which they are thought to possess as well.

5   Q.  Why is it?  Why are they worried about that?

6   A.  They fear that they're gonna basically be robbed.  Somebody

7   might come into their house and take their drugs or proceeds

8   from them.

9        When they're drug dealers, they have what's called a

10  "street cred," or credibility, in the drug trafficking

11  community, so they're assumed to be successful, have a large

12  amount of drugs and/or cash.

13  Q.  And have you interviewed drug dealers yourself who have

14  told you that they were robbed on several occasions?

15  A.  Very, very often.

16  Q.  But do they report that to the police?

17  A.  No.  Due to their illicit activities, they don't report

18  those robberies to the police.

19  Q.  So, what is the combination between guns and drugs in terms

20  of assisting in the drug dealing business?

21  A.  Drug dealers feel the need to have firearms not just for

22  the actual protection of their goods, but also to embolden

23  themselves and basically to intimidate somebody to prevent them

24  from robbing them.

25  Q.  Now, if a person had a stockpile of drugs in their house at

PADILLA - CROSS/MURRELL

1    the same time, would that be something, if they were a drug

2    dealer, that they would want to protect?

3    A.   Absolutely.

4    Q.   And directing your attention to these firearms, are these

5    the type of firearms that would be suitable to protect a drug

6    operation?

7    A.   Yes.  And I've, in fact, witnessed many of these firearms

8    models utilized by drug dealers on their person for their

9    protection and in their home.

10        **MR. MC MILLAN:**  And, your Honor, I did move in 14 and

11   15, didn't I?

12        **THE COURT:**  You did.

13        **MR. MC MILLAN:**  Thank you.

14        The United States tenders the witness, your Honor.

15        **THE COURT:**  Cross-examination.

16        **MR. MURRELL:**  Thank you.

17                          **CROSS-EXAMINATION**

18   BY MR. MURRELL:

19   Q.   Let's go back to your role as an expert witness on drug

20   deals and drug dealers.  Let's start with drug users.

21        Is it fair to say that lying is a part of their life?

22   A.   It can be.

23   Q.   Well, they lie to their loved ones about their drug habits,

24   don't they?

25   A.   Some of them do.

PADILLA - CROSS/MURRELL

1   Q.  They lie to their employers about their drug habits.

2   A.  Some of them do, yes.

3   Q.  Well, who openly admits that they're using illegal drugs?

4   A.  Numerous people do.

5   Q.  Okay.  All right.

6           And they certainly lie to the police about their drug

7   use most of the time, don't they?

8   A.  They do.

9   Q.  Okay.  Drug dealers, sort of in the same boat.  Lies are

10  part of their life, isn't it?

11  A.  Yes.

12  Q.  They lie about what they do for a living, how they make

13  their money?

14  A.  They do.

15  Q.  They might lie to their customers about where they get

16  their drugs.

17  A.  They can, yes.

18  Q.  They lie to each other, to fellow dealers, right?

19  A.  Yes.

20  Q.  That's a big part of their life, isn't it?

21  A.  It can be, yes.

22  Q.  Because drug dealing is a dog-eat-dog profession, isn't it?

23  A.  Can you clarify that?

24  Q.  You know what I mean.  It's a very competitive profession,

25  right?

PADILLA - CROSS/MURRELL

1    A.   Yes.

2    Q.   You just explained to us they have to keep armories of

3    weapons around to protect themselves from each other, right?

4    A.   Yes.

5    Q.   And if you're a drug dealer, one of the key things you need

6    in life is a drug supplier, isn't it?

7    A.   Yes.

8    Q.   Because if you can't get drugs, you can't sell drugs,

9    right?

10   A.   Correct.

11   Q.   And if I'm a drug dealer, and I've got a steady customer

12   base, I probably don't want my customer base knowing who my

13   drug supplier is, do I?

14   A.   Correct.

15   Q.   Because they might go around me and cut me out of the deal.

16   A.   Yes.

17   Q.   So, if I'm any kind of a drug dealer with any sense, I keep

18   my mouth shut about where I'm getting my supplies from, right?

19   A.   Yes.  It depends.

20   Q.   Well, why would I advertise where I get my supplies from?

21   A.   It depends on who you're speaking with.

22   Q.   Okay.  I'm speaking to my customers.  I'm not going to tell

23   them where I'm buying from, am I?

24   A.   Based on my experience, it depends on who they're speaking

25   to.  Sometimes members of their own organization may know who

PADILLA - CROSS/MURRELL

1    the supplier is, but there is a built-in respect and loyalty

2    and code that they won't go around a certain person.

3    Q.   A code of honor among drug dealers?  The same guys that

4    keep these weapons available to keep from being ripped off and

5    robbed?

6    A.   It wouldn't be a code of honor, but it's a code that's

7    understood to prevent even retaliation amongst their own, you

8    know, organization.  Those same guns that are used for

9    protection could be used as retaliation for doing such act,

10   like going around somebody could cause, you know, harm to

11   somebody.

12   Q.   I'm not sure I understood what you meant, but we agree that

13   drug dealers will lie to each other.

14   A.   Sometimes, yes.

15   Q.   And we agree that they will protect their source of supply.

16   A.   Sometimes.

17   Q.   Do we also agree that drug users are not particularly loyal

18   to any one dealer?  They will get their fix wherever they can

19   find it?

20   A.   Based on my experience, I wouldn't generalize all drug

21   users, all drug dealers, or all drug sellers in one category.

22   Some --

23   Q.   You didn't have any trouble making generalizations on

24   direct.

25            **MR. MC MILLAN:**  Objection.

1          **THE COURT:**  Overruled.

2    BY MR. MURRELL:

3    Q.  So, let's talk in general.  Do drug users have any

4    particular -- in general -- have a particular loyalty to a

5    dealer?

6    A.  Some can, yes.

7    Q.  Okay.  Some can.  But a lot will buy drugs wherever they

8    can find them, right?

9    A.  Correct.

10   Q.  Okay.  And particularly when we're talking about people who

11   are addicted to pills --

12         **THE COURT REPORTER:**  Excuse me, Mr. Murrell.

13         **MR. MURRELL:**  I'm sorry.

14   BY MR. MURRELL:

15   Q.  When we're talking about people addicted to pills, like

16   opioids, Percocet, Xanax, those types of things, they will buy

17   almost any type of pill, won't they?

18   A.  *(No response)*

19   Q.  I mean they may want oxycodone, but if they can't get that,

20   they'll take something else, right?

21   A.  They'll tend to stay with something that achieves the same

22   type of effect, yes.

23   Q.  Right.

24         So, if I'm addicted to oxycodone, and I can't get

25   that, I might buy Percocet, right?

PADILLA - CROSS/MURRELL

1   A.  Correct.

2   Q.  If I can't find Percocet, I might buy tramadol, right?

3   A.  Correct.

4   Q.  If I can't find tramadol, I might buy whatever somebody's

5   offering me, just to help deal with my addiction, right?

6   A.  Correct.

7   Q.  Okay.  Drug dealers are also fairly notorious for ripping

8   each other off, aren't they?

9   A.  Yes.

10  Q.  I mean it's just a fact of life in the drug world, isn't

11  it?

12  A.  Correct.

13  Q.  And I'm not talking about at gunpoint.  I'm talking about

14  taking money and promising to come back with something and

15  never showing up, right?

16  A.  It can happen, yes.

17  Q.  Yeah.  Okay.

18          And while we're talking about your expertise, Florida

19  has what's called a "prescription drug monitoring program,"

20  does it not?

21  A.  It does.

22  Q.  You're familiar with it, right?

23  A.  Yes, I am.

24  Q.  Because it only went into effect, what, four or five years

25  ago?

PADILLA - CROSS/MURRELL

1  A.  I'm not sure on the exact date.

2  Q.  But recently, right?

3  A.  Yes.

4  Q.  And partly in response to this opioid crisis.

5  A.  Yes.

6  Q.  Because prior to that, we had no real central records about

7  patients getting opioid prescriptions.

8  A.  Correct.

9  Q.  So, when this program went into effect, when a pharmacy

10 fills a prescription, they enter it into an electronic

11 database, right?

12 A.  Correct.

13 Q.  And every doctor in this state who issues an opioid

14 prescription, and it gets filled at a pharmacy, that

15 prescription gets entered into the PDMP.

16 A.  It should, yes.

17 Q.  And law enforcement has access to that PDMP.

18 A.  Yes, we do.

19 Q.  All you have to do is get access to that program, and you

20 can see every prescription for opioids or other controlled

21 substances that a doctor in this state has had filled, right?

22 A.  To my knowledge, if you have an investigation going on,

23 yes.

24 Q.  And you don't even need a warrant under Florida law, do

25 you?

PADILLA - CROSS/MURRELL

1   A.  You do not.

2   Q.  Okay.  All you have to do is ask, right?

3   A.  In short, yes.

4   Q.  Yes.

5       Do you know, as part of this investigation, whether

6   anybody got a PDMP history on Ms. Crowley?

7   A.  I'm not sure.

8   Q.  That would have told us what prescriptions she was getting,

9   right?

10  A.  Yes, if any.

11  Q.  And we would know what drugs she was taking by

12  prescription, right?

13  A.  You would know what she's being prescribed.  You wouldn't

14  know what she's taking.

15  Q.  Fair enough.  Okay.  You would know what she was being

16  prescribed.  All right.

17      And at the other end of this prescription deal, any

18  doctor in this state that writes a prescription for a

19  controlled substance that he expects to be filled knows that

20  his name is going to be in that electronic database.

21  A.  Correct.

22  Q.  And he would know that all law enforcement has to do to

23  check on him is just go ask, right?

24  A.  They should, yes.

25  Q.  Okay.  Now, let's talk about your involvement in this case.

PADILLA - CROSS/MURRELL

1          You said that you went to an interview of Shaun

2    Crowley, is that right?

3    A.   Yes.

4    Q.   Did I hear you correctly?

5    A.   Yes.

6    Q.   That happened on December the 3rd -- I'm sorry -- December

7    the 13th?

8    A.   Yes.

9    Q.   And did that interview take place in a car?

10   A.   It did.

11   Q.   And who was present?

12   A.   Special Agent Mike Buemi, Paul Schwartz, and myself.

13   Q.   You are a law enforcement officer with many years of

14   experience, right?

15   A.   Yes, sir.

16   Q.   You've been trained by Lake Worth and then by PBSO how to

17   conduct investigations.

18   A.   Yes, sir.

19   Q.   And you know how to use a tape recorder, right?

20   A.   I do.

21   Q.   And Shaun Crowley was not a target in this investigation

22   when you talked to him, was he?

23   A.   Correct.

24   Q.   He was not a suspect in this investigation when you spoke

25   to him.

PADILLA - CROSS/MURRELL

1    A.   Correct.

2    Q.   He was a man whose wife had overdosed and died.

3    A.   Correct.

4    Q.   And you had every reason to expect him to cooperate with

5    you.  Right?

6    A.   Yes.

7    Q.   And he told you he was going to cooperate with you.  Right?

8    A.   He did.

9    Q.   Did anybody tape-record that interview?

10   A.   No, sir.

11   Q.   Do we agree with each other that if someone had

12   tape-recorded that interview, we would know exactly what he

13   said?

14   A.   Yes.

15   Q.   Okay.  So, instead of having a tape recording or a

16   transcript of that interview, we have to rely on written

17   reports and people's memories.

18   A.   Correct.

19   Q.   So, during that interview in his car, or somebody's car,

20   did Shaun Crowley tell you that his wife was using oxycodones

21   that she bought on the street?

22   A.   Yes, he did.

23   Q.   Did he tell you that she was addicted to those oxycodones?

24   A.   Yes.

25   Q.   And he told you that she was so addicted that she was

PADILLA - CROSS/MURRELL

1   crushing them and snorting them, didn't she *(sic)*?

2   A.   I don't recall the method of ingestion that he said, but he

3   was -- she was taking them.

4   Q.   And he knew it.

5   A.   Yes, he was aware.

6   Q.   Okay.   And she was taking them so heavily that even though

7   they were making good money, she was having to go to a payday

8   loan company every two weeks or so to take out loans to support

9   her drug habit.

10   A.   Yes, he mentioned that.

11   Q.   Okay.   I suppose your next step -- well, did he explain to

12   you why he texted Mike Gulker that "the heat is on" before he

13   sat down with you?

14   A.   Yeah, he wasn't a hundred percent clear, to my

15   recollection, on why he did it.   He just said that he was

16   basically angry and wanted to either scare them or just cause

17   them issues.

18   Q.   Scare them or cause them issues, not give them a heads up.

19   A.   He wasn't a hundred percent clear on it.

20   Q.   It sounded like he might have been trying to give them a

21   heads up?

22   A.   It was possible.

23   Q.   Did he tell you that he, himself, used oxycodone?

24   A.   Yes, he did.

25   Q.   More than once, right?

PADILLA - CROSS/MURRELL

1   A.  Yes, sir.

2   Q.  Okay.  He had an addiction issue himself?

3   A.  He was a user, yes.

4   Q.  Okay.  Did he tell you that he got pills from Michael

5   Gulker?

6   A.  I don't specifically recall.

7   Q.  Did he tell you whether he got pills from Kevan Slater?

8   A.  He said he did not.

9   Q.  Did he tell you whether he ever tried to get pills from

10  Kevan Slater?

11  A.  I don't recall.

12  Q.  While we're on that, you talked to Kevan Slater about that,

13  though, didn't you?

14  A.  Yes.

15  Q.  Kevan Slater told you that Shaun Crowley called him and

16  tried to buy oxys from him, didn't he, after his wife's death?

17  A.  Yes.

18  Q.  Okay.  So, after the meeting with Mr. Crowley, you talked

19  about the phone and the information you got from that, and then

20  you went with the fellows to confront Mr. Slater, right?

21  A.  Yes.

22  Q.  And you said that when you approached him, he passed out?

23  A.  Yeah, he fainted.

24  Q.  Okay.  And then when he came to, you asked him some

25  questions at that point in time, didn't you?

PADILLA - CROSS/MURRELL

```
 1   A.  After he was checked out by --

 2   Q.  Right.  I mean you didn't try to do it while the paramedics

 3   were working on him, but after they cleared him --

 4   A.  Correct.

 5   Q.  -- you did ask him some questions out there, didn't you?

 6   A.  Yes.

 7   Q.  You asked him if he knew Maggie Crowley, and he told you he

 8   did not, isn't that true?

 9   A.  Yes.  I believe he told Special Agent Buemi, but I was

10   present.

11   Q.  Yeah.

12           So, he lied about knowing Maggie Crowley.

13   A.  Yes.

14   Q.  And then you ask him, Well, didn't you go to her vigil, her

15   candlelight vigil service, and he said no, didn't he?

16   A.  I'm not sure.

17   Q.  Okay.  You asked him if she had ever been to his house, and

18   he said no, didn't he?

19   A.  I don't recall specifically.  He may have.  I don't recall.

20   Q.  Well, if he did say that he didn't know her, if he did say

21   he did not go to the vigil, and if he did say she's never been

22   to my house, all of those things were lies, weren't they?

23   A.  They would be, yes.

24   Q.  Because you had the phone evidence.  You knew she'd been

25   there.
```

PADILLA - CROSS/MURRELL

1   A.  Correct.

2   Q.  And you had testimony from I think Shaun Crowley that he

3   had been at the vigil, right?

4   A.  Correct.

5   Q.  So, you knew he was lying to you there in that parking lot.

6   A.  Yes.

7   Q.  So, when you said on direct, in response to Mr. McMillan's

8   questions, that he did not lie to us, that wasn't exactly

9   accurate, was it?

10  A.  During the proffer, he did not.

11  Q.  I'm talking about that day in the parking lot, his first

12  reaction was to lie to you, wasn't it?

13  A.  He -- we asked him if he knew Margaret Crowley, to which he

14  said he did not.  He later explained to us that he knew her by

15  "Maggie" and --

16  Q.  Oh, he was confused?

17  A.  He may have been.

18  Q.  Okay.

19  A.  You'd have to ask him.

20  Q.  All right.  Was he confused about being at the vigil?

21  A.  I don't recall.

22  Q.  Was he confused about her being at his house?

23  A.  If he didn't know who we were talking about, then he would

24  have been, yes.

25  Q.  Okay.  Were you present during his proffer?

PADILLA - CROSS/MURRELL

1   A.   Yes.

2   Q.   Did he describe Dr. Benjamin as a "chiropractor"?

3   A.   I'm not sure.  He described him as a doctor and the general

4   area where he practiced.  I don't recall what he -- what kind

5   of doctor he described him as.

6   Q.   Well, let me ask you something.  As a law enforcement

7   officer, you agree with me that the details are important?

8   A.   Absolutely.

9   Q.   And the details are in the words, right?

10   A.   It can be, yes.

11   Q.   And that's how we know whether somebody knows what they're

12   talking about or whether they're blowing smoke at you, right?

13   A.   It can be, yes.

14   Q.   And it also gives us a general indication of whether

15   they -- how much they know, right?

16   A.   Correct.

17   Q.   So, if he tells you, "It's a doctor in Vero, I think he's a

18   chiropractor," that would tell you that he -- his level of

19   knowledge may not be that deep, right?

20   A.   Yes.

21   Q.   Okay.  And you can't remember whether he used that word or

22   not.

23   A.   I don't specifically recall, no.

24   Q.   Because you agree with me that Dr. Johnny Benjamin is not a

25   chiropractor.

PADILLA - CROSS/MURRELL

1    A.  He is not.

2    Q.  He's a spine surgeon.

3    A.  Correct.

4    Q.  Okay.  So, if Slater used that phrase, "chiropractor," it

5    means he's probably not that familiar with Dr. Johnny Benjamin,

6    fair enough?

7    A.  Or what he does, correct.

8    Q.  Okay.  And that proffer took place in the office of the DEA

9    or the U.S. Attorney?

10   A.  U.S. Attorney.

11   Q.  Okay.  A controlled environment.

12   A.  Yes.

13   Q.  No threats to anyone there.

14   A.  No.

15   Q.  Was it tape-recorded so that we could hear these specific

16   words and know what specific things he told you?  Was it

17   tape-recorded?

18   A.  It was not.

19   Q.  Okay.  So, we have to rely on handwritten notes and vague

20   memories about what he said?

21   A.  The memories of the people present there and the reports

22   generated, yes.

23   Q.  Yes.

24           MR. MURRELL:  Judge, if I could just have a second.

25           THE COURT:  Okay.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5657

PADILLA - REDIRECT/MC MILLAN

1          (Discussion had off the record between counsel and

2     client)

3          **MR. MURRELL:**  No further questions.  Thank you.

4          **THE COURT:**  Redirect?

5                    **REDIRECT EXAMINATION**

6     BY MR. MC MILLAN:

7     Q.   Agent Padilla, do you record every single moment of every

8     single day and every conversation that you have with everyone?

9     A.   We do not.  I do not.

10    Q.   But then we don't have a record of everything that you've

11    said, do we?

12    A.   Correct.

13    Q.   There were multiple witnesses present at that proffer

14    meeting, is that correct?

15    A.   Yes, sir.

16    Q.   Including Mr. Slater's own attorney.

17    A.   Correct.

18    Q.   Who could be counted on to recall what was said and what

19    wasn't said at that meeting.

20    A.   Correct.

21    Q.   And a complete report was taken of what was said at the

22    meeting.  Is that accurate?

23    A.   Yes.

24    Q.   Now, in your experience, at initial proffer sessions, is it

25    an absolute guarantee that the defendant in any case -- I'm not

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5657

PADILLA - REDIRECT/MC MILLAN

 1  speaking about this one specifically -- in any case is going to

 2  plead guilty?

 3        **MR. MURRELL:**  Judge, I object.  It's irrelevant what

 4  happens in other cases.

 5        **THE COURT:**  Sustain.

 6  BY MR. MC MILLAN:

 7  Q.  Well, did you know at the time that you interviewed

 8  Mr. Slater that he was absolutely going to plead guilty in this

 9  case?

10  A.  We did not, no.

11  Q.  Okay.  So, he could have gone to trial.

12  A.  Yes.

13  Q.  Did his attorney say you can go and tape-record this

14  meeting?

15  A.  I don't recall.

16  Q.  Well, did you ask him?

17  A.  To tape-record it?

18  Q.  Yeah.

19  A.  I did not.

20  Q.  Why not?

21  A.  Like I -- we don't record every single interview.  It's a

22  case-by-case basis.

23  Q.  Now, do you recall those questions you were asked by

24  Mr. Murrell about drug dealers not wanting other drug dealers

25  to find out who their source of supply was, because they might

PADILLA - REDIRECT/MC MILLAN

1   cut them out?

2   A.  Yes, I do recall.

3   Q.  Okay.  Well, when the drug dealer is in a family --

4   essentially a family relationship with the drug supplier, are

5   they considerably less worried about being cut out of the

6   distribution chain by their customer if they find out who their

7   supplier is?

8        **MR. MURRELL:**  Judge, I object if that's asking for an

9   expert opinion.  It's facts not in evidence.

10       **THE COURT:**  Sustain.

11  BY MR. MC MILLAN:

12  Q.  Well, is it more difficult to circumvent either a close

13  relationship between a buyer and seller if you're trying to go

14  and intervene there?

15       **MR. MURRELL:**  Judge, I'm not even sure what the

16  question is, but I object to it.

17       **THE COURT:**  If the witness understands the question,

18  he can answer it.

19  A.  Yes.

20  Q.  Now, you mentioned earlier about the code of honor between

21  different drug dealers?

22  A.  I didn't call it a code of honor.  I called it just a code,

23  an understanding.  The defense called it a code of honor.

24  Q.  Okay.  And the code is, "If you mess with my supplier,

25  something bad may happen to you."

PADILLA - REDIRECT/MC MILLAN

1    A.  It can, absolutely.

2    Q.  And that is where all these guns that we talked about

3    earlier can come into play, as you testified for Mr. Murrell.

4    A.  Correct.

5    Q.  The same gun that provides the shield becomes a sword when

6    someone is messing with your business.

7    A.  Yes.  And even without the threat of the firearm, you can

8    just be cut out of business altogether, and then you no longer

9    have a supplier.

10   Q.  Now, part of your job as an undercover agent is to try to

11   penetrate drug organizations to get to this ultimate supplier,

12   correct?

13   A.  Yes.

14   Q.  Are there just some suppliers that will not deal with other

15   people?

16   A.  Absolutely.

17   Q.  After the point that Kevan Slater elected to cooperate with

18   you, have you ever found any demonstrable instance in which he

19   has lied to you?

20        **MR. MURRELL:**  Judge, I object.

21        **THE COURT:**  Sustain.

22   BY MR. MC MILLAN:

23   Q.  Well, Mr. Murrell asked you about questions that you posed

24   to Kevan Slater before he had cooperated.  Do you remember

25   those questions?

PADILLA - REDIRECT/MC MILLAN

1    A.  Yes.

2    Q.  Okay.  And did you ask Kevan Slater if he knew Margaret

3    Crowley?

4    A.  We did.

5    Q.  Okay.  And Kevan Slater's reaction was what?

6    A.  That he did not.

7    Q.  Okay.  But you don't know whether that was because he may

8    have known her as "Maggie"?

9    A.  Correct.

10   Q.  Do you know what a "chiropractor" is?

11   A.  I do.

12   Q.  Okay.  Do they deal with the manipulation of bones and

13   joints?

14   A.  They do.

15   Q.  Do you know what an "orthopedic surgeon" is?

16   A.  I do.

17   Q.  Do they deal with the operation upon bones and joints?

18   A.  Yes.

19   Q.  Okay.  Do you know whether Kevan Slater knows the

20   difference between the two?

21   A.  I don't.

22       **MR. MC MILLAN:**  No further questions, your Honor.

23       **THE COURT:**  Thank you, Detective.  You may step down.

24   You're excused.

25       **THE WITNESS:**  Thank you.

SLATER - DIRECT/MC MILLAN

1    **THE COURT:**  The government may call its next witness.

2    **MR. MC MILLAN:**  The United States calls Kevan Slater.

3    **THE WITNESS:**  Your Honor?

4    **THE COURT:**  You can just leave it there.

5    **THE WITNESS:**  Thank you, your Honor.

6    *(Witness excused)*

7    **THE COURT REPORTER:**  Please raise your right hand.

8    *(KEVAN SLATER, GOVERNMENT'S WITNESS, WAS SWORN)*

9    **THE COURT REPORTER:**  Please sit down.

10       Please state your full name for the record, spelling

11   your last name.

12       **THE WITNESS:**  My name is Kevan George Slater.  Last

13   name's Slater, S-L-A-T-E-R.

14                       **DIRECT EXAMINATION**

15   BY MR. MC MILLAN:

16   Q.  Mr. Slater, generally where are you currently employed?

17   A.  Currently I'm employed in a restaurant in Palm Beach

18   Island.

19   Q.  Okay.  And if I can go and take you back a few years, when

20   you got out of high school, around that time, were you a drug

21   dealer?

22   A.  Out of high school?  Yes, sir.

23   Q.  Okay.  And what kind of drugs did you sell?

24   A.  Hydrocodone, sir.

25   Q.  Pardon me?

SLATER - DIRECT/MC MILLAN

1    A.   Hydrocodone.

2    Q.   Hydrocodone?

3    A.   Yes, sir.

4    Q.   Okay.  And did you get caught doing that?

5    A.   Yes, sir.

6    Q.   And did you plead guilty to it?

7    A.   Yes, sir.

8    Q.   As a result of that, did you get an adjudication withheld

9    sentence?

10   A.   Yes, sir.

11   Q.   Did you successfully complete your adjudication withhold?

12   A.   No, sir.

13   Q.   Why not?

14   A.   Uhm, I violated my probation by a technical violation of a

15   DUI, and ultimately they sent me to prison for five years.

16   Q.   For five years?

17   A.   Yes, sir.

18   Q.   Okay.  And where did you serve your time?

19   A.   State of Florida.  You asked for the camp?

20   Q.   Yes, sir.

21   A.   Various camps throughout the state -- Santa Rosa, Glades

22   CI, Sago Palm Re-Entry Center, Jefferson CI, Calhoun CI.

23   Q.   Okay.  So, you are a convicted felon.

24   A.   Yes, sir.

25   Q.   Okay.  Now, after you got out of prison, what did you do?

SLATER - DIRECT/MC MILLAN

1  A.   I was working three jobs.  I went to work release.  With

2  nine months left of my sentence, went to work release.  I was

3  working three jobs.  I was working at Outback Steakhouse, I was

4  working at Hillary's Diner, and I was working for Palm Beach

5  Medical Transport.

6  Q.   Okay.  Now, during that period of time, did you get back

7  into drug dealing?

8  A.   No, sir.

9  Q.   Really?

10  A.   Yes.

11  Q.   Okay.

12  A.   Yes, sir.

13  Q.   Did you have time to be a drug dealer?

14  A.   No, sir.

15  Q.   You were working how many jobs?

16  A.   Three.

17  Q.   Okay.  And, now, around that time -- well, strike that.

18        Do you know an individual by the name of Zachary

19  Stewart?

20  A.   Yes, sir.

21  Q.   And when did you first meet Zachary Stewart?

22  A.   I want to say in the summer of 2015.  It would be somewhere

23  around that time.

24  Q.   Okay.  And how did you meet him?

25  A.   I met him through my friend Jonathan.

SLATER - DIRECT/MC MILLAN

1    Q.   Pardon me?

2    A.   I met him through my friend Jonathan.

3    Q.   Okay.  And after you met him, did there come a time when he

4    indicated that he had some pills that he could supply you?

5    A.   Yes.

6    Q.   How did that whole issue come up between you?

7    A.   One day he showed up at my house, and he had a bag of about

8    20 pills and said, uhm, Hey, I just came across some of these,

9    do you know anyone that could -- want some of these, or do you

10   know any -- he happened to know that I had been to prison for

11   prior drug trafficking, and he said, Hey, do you know anyone

12   that wants some of these?

13         And I said, No, I don't.  But I mean I can keep a

14   lookout for you.  I mean that's the best I can do for you.

15         So, he just dropped them off at my house.

16   Q.   Now, when this happened, was he offering to sell these to

17   you or did he want you distribute them?  Do you understand the

18   difference?

19   A.   Yes.  No, he -- he literally just dropped them off.  He

20   didn't expect any payment for them whatsoever.  He wanted me to

21   see if anybody would basically take a bite at them, if anybody

22   would go for them, if they would go on the market.

23   Q.   So that the jury understands correctly, are you saying that

24   Zachary Stewart gave you these pills, and it was your

25   understanding he wasn't expecting to make any money back from

SLATER - DIRECT/MC MILLAN

1  them?

2  A.  Correct.

3  Q.  So, what was your understanding of what the point of

4  getting the pills was?

5  A.  I'm guessing to --

6        **MR. MURRELL:**  Judge, I object to speculation.  He

7  knows or he doesn't.

8        **THE COURT:**  Sustain.

9  BY MR. MC MILLAN:

10  Q.  Well, did he, meaning Zachary, ask you to do something for

11  him in return?

12  A.  He asked -- he wanted feedback on the pills.  He wanted to

13  know how good the pills were.

14  Q.  Okay.

15  A.  He wanted to know if people liked them, if they were good.

16  Q.  Did Zachary Stewart tell you where he was obtaining the

17  pills?

18  A.  Yes, sir.

19  Q.  Who did he say he was getting the pills from?

20  A.  Dr. Benjamin.

21  Q.  Okay.  Have you ever seen Dr. Benjamin yourself?

22  A.  Not in person, no.

23  Q.  Okay.  And can you explain to the ladies and gentlemen of

24  the jury the context or the situation in which you heard from

25  Zachary that he was getting the pills from Dr. Benjamin?  Why

SLATER - DIRECT/MC MILLAN

1   would that come up?

2   A.  He was -- he explained to me that he was working for

3   Dr. Benjamin as a sales associate, selling surgical equipment.

4   And he owned his -- a surgical -- the doctor owned a surgical

5   center that he worked with as well.

6   Q.  Okay.  Now -- excuse me -- since you're a drug dealer and

7   all, why would Zachary tell you who his source of supply was,

8   because you might go directly to Dr. Benjamin?

9   A.  Well, with all due respect, sir, I was not a drug dealer.

10  I wasn't selling drugs.  I had changed my life around.

11  Q.  Okay.  So, was there any danger in Zach telling you who his

12  source of supply was to you?

13  A.  I don't think he saw any threat whatsoever.

14  Q.  Okay.  So what happened next?

15  A.  Well, the first -- like I said, he dropped me off 20 pills.

16  Q.  And when you say "he," who do you mean?

17  A.  Zach.  Zach dropped off the 20 pills.  Uhm --

18  Q.  Okay.  And for the record, when we say "Zach," we're

19  talking about Zachary Stewart, is that correct?

20  A.  That is correct.

21  Q.  Okay.  Please continue.  I'm sorry.

22  A.  Uhm, Zachary dropped off the 20 pills.  I didn't know

23  anybody that would want them or would have -- be willing to

24  obtain them.  I ended up consuming all of the 20 pills myself.

25  Q.  You did?

SLATER - DIRECT/MC MILLAN

1   A.  Yes, sir.

2   Q.  Okay.  And what effect did they have on you, that first

3   batch?

4   A.  Uhm, very similar to a pain killer.  I've taken painkillers

5   in the past.  And I'd have to say they're the spitting image of

6   a pain killer.

7   Q.  Okay.  And so that the jury understands what we're talking

8   about here, there's people who are taking pills purely to go

9   and mask or reduce the amount of pain that they're caused by,

10  say, physical injury.  And then there are people who take pills

11  because they want to experience the euphoric effects of the

12  substance, whatever it may be.

13  A.  Correct.

14  Q.  When you're talking about using these yourself, which

15  category were you using these pills for?

16  A.  Uhm, I wasn't in any initial pain.  I was using them to get

17  high at the point in time.  However, if I did have an ache or a

18  pain, it did cure the ailment, as well.  So, for example, if I

19  had -- if my wrist was sore from work, or if I had -- like I

20  personally I have two tears in my labrum *(indicating)* --

21  Q.  I'm sorry, I couldn't hear that last part.

22  A.  I personally have two tears in my labrum, my shoulder.

23  Q.  Two tears?

24  A.  Yes, sir.

25  Q.  Okay.

207

SLATER - DIRECT/MC MILLAN

1   A.  So, for example, if there's -- if I was having an issue

2   with any sort of pain, it would cure the pain as well.

3   Q.  Okay.

4   A.  Excess use of them would cause you to get high.

5   Q.  Okay.  So, how many of those original batch of pills did

6   you try?

7   A.  All of them.

8   Q.  Okay.  Now, had you purchased or used oxycodone pills

9   yourself before that date?

10  A.  Yeah.  Yes, sir.

11  Q.  And what I'm trying to find out is, did you know what

12  oxycodone pills look like?

13  A.  Yes, sir.

14  Q.  Okay.  And did the pills that Zach Stewart gave you look

15  like real oxycodone pills or some knockoff fake ones?

16  A.  I'd say they were similar.  They're definitely knockoff.

17  And the reason I say that is because, given my experience with

18  having seen them in the past, uhm, there's a size difference.

19  There was a color difference.  The imprinting was -- it would

20  rub right off.  If you put it in your palm, just the sweat in

21  your palm would wipe the imprint right off.  It was just a

22  little weird, if you ask me.

23  Q.  Now, you said that you had taken known oxycodone pills from

24  a pharmacy, I assume, in the past?

25  A.  Correct.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5657

SLATER - DIRECT/MC MILLAN

1  Q.  You knew how those affected you.

2  A.  That was prior to my incarceration in 2010, correct, yes,

3  sir.

4  Q.  Okay.  And the pills that you got from Zach, how did they

5  compare in terms of strength or euphoric effect versus the

6  pills that you had tried that were known oxycodone?

7  A.  I would say, uhm -- and, again, the first batch that he

8  brought me, uhm, I would say they were slightly under what a

9  typical roxicodone pill would normally be as far as

10  strength-wise.

11  Q.  And so the jury understands, to you, is roxicodone and

12  oxycodone -- do they mean essentially the same thing or are

13  they different?

14  A.  Roxicodone is what the -- what was supplied as -- they're

15  basically the same thing, sir.

16  Q.  Okay.

17  A.  To my understanding.

18  Q.  Okay.  Did there -- after the first batch of pills, did you

19  report back to Zach Stewart the effect that they had on you?

20  A.  Yes.

21  Q.  Okay.  And did that end any talking about pills at that

22  point?

23  A.  No.

24  Q.  What happened next?

25  A.  He brought by about 50 more.

SLATER - DIRECT/MC MILLAN

1    Q.   Do you have any idea why he did that?

2    A.   Yeah.   He -- same reason.   He said it was a different

3    batch.   He said that they're gonna be a little bit different.

4    He mentioned something about them -- about lactose, about the

5    base of it being different, and it being consumable

6    differently.   Basically saying the -- he mentioned that being a

7    synthetic opioid.   He said that it wasn't a real oxy, but it

8    was a synthetic opioid itself.

9    Q.   What was your understanding of what was actually in the

10   pills?

11   A.   He told me that he took a piss test -- I'm sorry -- he took

12   a drug test himself, and that it came up positive for

13   oxycodone.   So that it was oxycodone in the pill itself.   It

14   was just genetically modified, were the words he used,

15   "genetically modified."

16   Q.   Genetically modified oxycodone?

17   A.   Yes, sir.

18   Q.   Okay.   So, it was your understanding, though, that these

19   were not genuine oxycodone pills from the get-go.

20   A.   Correct.

21   Q.   Manufactured by a legitimate pharmaceutical manufacturer?

22   A.   Correct.

23   Q.   Okay.   And that -- and he told you he was getting them from

24   a specific individual?

25   A.   Correct.

SLATER - DIRECT/MC MILLAN

1   Q.   And he identified that person as who?

2   A.   Dr. Benjamin.

3   Q.   Okay.  Did that change at all from the first time you heard

4   about it to the time that you were approached by DEA in this

5   case?

6   A.   No, sir.

7   Q.   Okay.  Did there come a time when you ended up knowing a

8   person named Margaret Crowley?

9   A.   Yes.

10  Q.   Okay.  And how did you know Maggie Crowley?

11  A.   Uhm, me and Maggie were actually pretty -- very good

12  friends.  As a matter of fact, I worked with her at Outback

13  Steakhouse.  She moved down here when I was still -- I worked

14  at Outback -- let me rewind.

15       I worked at Outback Steakhouse for about

16  three-and-a-half, four years, and I started in the kitchen

17  there.  And when Maggie first came down, she was very humble,

18  very quiet, very just -- she was a very beautiful soul.  She

19  was very -- just kept to herself, but she just glowed.  And she

20  was a nice person.  And me and her just kind of hit it off.  We

21  really did.  We built a friendship.  And that's -- I mean we

22  met at work.  We met at work.

23       She approached me, and she -- after a couple weeks of

24  me working there, she approached -- after she found out that I

25  had been at work release, I was on work release, she approached

SLATER - DIRECT/MC MILLAN

1   me and asked me if I knew where to get her prescriptions

2   filled, because she had prescriptions that she didn't know

3   where to get filled at.

4   Q.  Why would that be?

5   A.  Apparently -- she told me that no one in the area would

6   fill her prescriptions for her.  I don't have a reasoning

7   behind it.

8   Q.  Do you know what kind of prescriptions they were for?

9   A.  She told me they were for oxycodone and Xanax.

10  Q.  Okay.  And -- so what happened next?

11  A.  Me and Maggie built a relation -- a friendship over that

12  period of time.  She, uhm -- well, I told her I did not know

13  any pharmacies or anywhere where she could get them filled.

14  She would ask fellow associates at work for Percocets or any

15  sort of pain medication.

16          At that point in time -- this is before -- we're kind

17  of rewinding a little bit.  This is before I knew Zachary and

18  this situation.  This is when I first met Maggie, which was at

19  my work release state.  Built a friendship.  And then when

20  Zachary ended up leaving the pills at my door, it just so

21  happened that was one of the days that she asked me if I could

22  get those for her.  Uhm, and by happenstance, I could.  And I

23  did.  And I --

24  Q.  Well, let me ask you.  Remember when I posed that question

25  to you earlier about people can take opiates or drugs for pain

SLATER - DIRECT/MC MILLAN

1   medication, or they can take it basically for the euphoria or

2   to get high?

3   A.   Correct.

4   Q.   What was your understanding of what Maggie was doing?

5   A.   I thought she needed them for pain relief.  I believe she

6   was in pain.

7   Q.   I mean did she ever indicate to you that she was using them

8   solely to go and get high?

9   A.   I know at times, she had been high on them.  Whether it was

10  from excessive use or just from the matter of taking them in

11  general, I'm not positive.  I don't know if she was -- again, I

12  don't know if she was taking them just to get high or if she

13  was taking them for medicinal purposes.

14  Q.   Did there come a time --

15  A.   The fact that she was prescribed them, I'm assuming it was

16  for medicinal purposes.

17  Q.   You mean that she had been prescribed oxycodone?

18  A.   Correct.

19  Q.   Okay.  Now, if I can take you to, you know, July, August,

20  September of 2016, did there come a time when there was a new

21  batch that you received from Zachary Stewart?

22  A.   Yes, sir.

23  Q.   Now, up to this point, how many pills had you obtained and

24  where are they going?

25  A.   Well, it was a combination of between myself and Maggie.  I

SLATER - DIRECT/MC MILLAN

1    sold Maggie about -- pills about three times.

2    Q.   And how much were you charging her?

3    A.   About 15, $20 apiece.  I'd consult with Zach and ask how

4    much he wanted for them.  And then I'd get back to Maggie and

5    tell her what -- relay the message.  And, at first, I think she

6    got five to ten of them, and then the second time, probably the

7    same amount.  And the last time, she got 20 of them.

8    Q.   Okay.  The very last time, she got 20 of them?

9    A.   That's correct.

10   Q.   Okay.  Had you taken any of the pills amongst the batch

11   that you gave her around September 1st of 2016?

12   A.   No, sir.

13   Q.   Okay.  Well, did you have some communications with her via

14   text about these pills being strong?

15   A.   Yes, sir.

16   Q.   Why did that take place?

17   A.   That was relayed to me that they were stronger, that it was

18   a stronger dose of pills, but they --

19   Q.   Who relayed that to you?

20   A.   Zach Stewart.

21   Q.   Do you know why he would think that?

22   A.   I'm assuming, again, that it was because he took them

23   himself, and they were -- it was mentioned to him that they

24   were a stronger dose, as well.

25   Q.   Do you know whether Zach took the pills himself?

SLATER - DIRECT/MC MILLAN

1  A.  I know he had taken the pills.  Uhm, out of this batch, I'm

2  not positive.

3  Q.  Okay.  So, that's -- is that speculation on your part or do

4  you know?

5  A.  I do not know if he had taken any pills out of this batch.

6  I know he had taken pills out of previous batches, just like

7  myself.

8  Q.  Now, when -- did you convey that information to Maggie?

9  A.  Yes, sir.

10  Q.  And what was her reaction?

11  A.  She said that they were great, and that she only needed a

12  half.

13         *(Discussion had off the record between counsel)*

14         **MR. MC MILLAN:**  May I approach the witness, your

15  Honor?

16         **THE COURT:**  Okay.

17  BY MR. MC MILLAN:

18  Q.  Mr. Slater, I would like to show you what's been marked for

19  identification as Government's Exhibit 57.  Do you recognize

20  this document?

21         *(Government's Exhibit 57 marked for identification)*

22  A.  Yes, sir.

23  Q.  Do your initials appear on it?

24  A.  Yes, sir.

25  Q.  And is this a fair and accurate copy of text messages that

SLATER - DIRECT/MC MILLAN

1  you exchanged between yourself and Margaret Crowley on or about

2  November -- I'm sorry -- let me see the date on this -- 9-1 of

3  2016?

4  A.  Yes, sir.

5         **MR. MC MILLAN:**  May I now move Government's Exhibit 57

6  into evidence, your Honor?

7         **MR. MURRELL:**  No objection.

8         **THE COURT:**  Fifty-seven will be received.

9         *(Government's Exhibit 57 admitted into evidence)*

10  BY MR. MC MILLAN:

11  Q.  It will show up on your screen.

12         **MR. MC MILLAN:**  May I publish?

13         **THE COURT:**  Okay.

14  BY MR. MC MILLAN:

15  Q.  Okay.  Mr. Slater, do you see a message number 26078 up

16  here on the left-hand side?

17  A.  Yes, sir.

18         Yes, sir.

19  Q.  And that message was sent on September 1st of 2016 at

20  10:47:21 a.m.  That's universal time code, correct?

21  A.  Yes, sir.

22  Q.  Do you see that message?

23  A.  Yes, sir.

24  Q.  Okay.  And then who is stating:  "I think these are too

25  strong"?

SLATER - DIRECT/MC MILLAN

1   A.  That would be me, sir.

2   Q.  Okay.  And did Maggie respond to you?

3   A.  She did.

4   Q.  What did she say?

5   A.  She said, "Dude, half works for me."

6   Q.  And were these the last communications that you had with

7   her?

8   A.  Yes, sir.

9   Q.  So, what happened next in terms of the situation with

10  Margaret Crowley?

11  A.  I got a phone call the morning of, and it was from a fellow

12  co-worker, and she told me that Maggie passed away.  And the

13  first thing that popped into my mind was -- the only thing I

14  could think of would have been the pills.  And I ended up

15  flushing the other 80 pills.

16  Q.  You mean down the toilet?

17  A.  Down the dish disposal, yes, sir.

18  Q.  And why did you do that?

19  A.  Because I figured that if it was gonna kill somebody, and

20  if that was a possibility of it, I didn't want them to go

21  anywhere else.

22  Q.  Had you taken any of those pills from that same batch

23  yourself?

24  A.  Not that I recall.  I may have taken one.  I don't believe

25  so, though.

SLATER - DIRECT/MC MILLAN

1  Q.  Did you have any communications with Zachary Stewart about

2  what had happened?

3  A.  Yes, sir.

4  Q.  How did that happen and when?

5  A.  I called him as soon as I flushed the rest of the pills.  I

6  let him know that he wasn't gonna be receiving any payment for

7  them, because Maggie was supposed to pay me for them.  She

8  asked for 20 of them and said she wouldn't be able to pay me

9  until Friday.  I told her I had to call Zach and ask Zach if it

10  was okay.  I called Zach, and he confirmed that it would be

11  okay.  I reached back out to Maggie and said he said it would

12  be okay.

13       I was going out with my girlfriend that evening on a

14  date, and I told him *(sic)* I would put it in my mailbox for

15  her.  So, I put them in my mailbox for her, and then me and my

16  girlfriend went out on a date, and when we came home, we went

17  to sleep.  She had texted me later on that she had gotten them.

18  Q.  Now, so that there's no confusion about things, you stated

19  earlier that Zachary wasn't expecting any payment for the

20  pills, and now you're saying that you sent him a message

21  saying, Don't expect payment for these pills because someone

22  died.

23  A.  He was asking for a price point.  He was basically aiming

24  to get them out there and see if people liked them and how much

25  they were willing to pay.

SLATER - DIRECT/MC MILLAN

1   Q.   Okay.   So, was there a distinction between whether someone

2   was gonna be paying for these pills from the first batch --

3   A.   It changed.   It changed from the first batch towards the

4   end.   For the first batch were just samples to get out there.

5   After that point, the hundred that he dropped off, the last

6   hundred that he dropped off, he expected payment for.

7   Q.   And how did he relate that information to you?   How did he

8   tell you that?

9   A.   He told me that he had to pay the doctor for them.

10   Q.   Okay.   And how much was it that you were understanding you

11   had to go and pay him for the pills?

12   A.   I believe he wanted me to pay him ten to $15 apiece for the

13   pills.

14   Q.   Okay.   And when -- excuse me -- when you had bought

15   oxycodone pills on the street, you know, real ones, how much

16   did they sell for?

17   A.   Again, I haven't bought oxycodone pills off the street

18   since 2006.

19   Q.   But back then.

20   A.   Back then, ten, $15.

21   Q.   Okay.   Uhm, so getting back to this issue, did -- or the --

22   your communications with Zach, after you told him someone had

23   died -- did he know Margaret Crowley too, or not?

24   A.   I believe he had met her one time at Outback.   We had lunch

25   together -- not together, but just me and him had lunch

SLATER - DIRECT/MC MILLAN

1   together, and we happened to go see her.  I used to go in there

2   all the time, and I'd see her, after I left.  I left in 2015 to

3   go to a new restaurant, and we still maintained contact after

4   that point.

5   Q.  Okay.  After Margaret Crowley's death, how did your drug

6   dealing go after that?

7   A.  Nonexistent.

8   Q.  You weren't still selling pills after that?

9   A.  No, sir.

10  Q.  What were you doing?

11  A.  I was working.

12  Q.  Did there come a time when you were approached by law

13  enforcement in regards to this case?

14  A.  Yes, sir.

15  Q.  How long after Margaret died did that take place?

16  A.  About three months one week.

17  Q.  Three weeks?

18  A.  Three months and one week.

19  Q.  Okay.  And was that a surprise to you?

20  A.  It was a huge surprise.

21  Q.  What was your reaction?

22  A.  I fainted.

23  Q.  Okay.  Was that unusual for you?

24  A.  Not necessarily.  I have -- I tend to get a little stressed

25  out sometimes, and I don't pass out, but -- given the

SLATER - DIRECT/MC MILLAN

1    circumstances, I wasn't surprised I passed out.

2    Q.  Okay.  And when DEA first -- and the law enforcement

3    officers first approached you, did they ask you if you knew a

4    Margaret Crowley?

5    A.  Yes, sir.

6    Q.  And did you say -- or did you lie about knowing her?

7    A.  No, sir.

8    Q.  Okay.  If their report says that you denied knowing

9    Margaret Crowley, is that inaccurate?

10   A.  That is inaccurate.

11   Q.  Pardon me?

12   A.  That's inaccurate.

13   Q.  Okay.  And what about that you were confronted and asked if

14   you had attended her funeral?  Do you remember being asked that

15   question?

16   A.  Yes, I do.

17   Q.  Okay.  And did you attend her funeral?

18   A.  I did, yes, sir.  Not her funeral --

19   Q.  Pardon me?

20   A.  I did not attend her funeral.

21   Q.  How about her memorial service?

22   A.  Yes, sir.

23   Q.  You did attend that.

24   A.  Yes, sir.

25   Q.  Okay.  Were you confronted with having attended her

SLATER - DIRECT/MC MILLAN

1   memorial service by the agents?

2   A.  Yes, sir.

3   Q.  Did you lie about going to that?

4   A.  No, sir.

5   Q.  Okay.  In a sense -- did you tell the agents that you

6   wanted an attorney?

7   A.  Yes, sir.

8   Q.  That you wanted to speak to one?

9   A.  Yes, sir.

10  Q.  And did you ultimately retain one?

11  A.  Yes, sir.

12  Q.  After you retained an attorney, do you know whether that

13  attorney had contact with the United States Attorney's office

14  in an attempt to negotiate what's called a "proffer session"

15  for you?

16  A.  That is correct, yes, sir.

17  Q.  Okay.  And what is your understanding of a "proffer

18  session"?

19  A.  It's a 24-hour immunity that allows me to answer any and

20  all of your questions, without being charged, with the words

21  that I'm using in that point in time, unless they're found some

22  other way.

23  Q.  Okay.  Just to clarify, you said a 24-hour immunity?

24  A.  Yes, sir.

25  Q.  Oh, okay.  So, you didn't understand that it applied to any

SLATER - DIRECT/MC MILLAN

1  time you were meeting with the agents to go and communicate

2  with them under the direction of your attorney for cooperation?

3  A.  Not until later on.

4  Q.  Okay.  Uhm, well, what was your understanding of the use

5  immunity agreement?

6  A.  *(No response)*

7  Q.  Why was it necessary?

8  A.  I had to tell the story.  I had to tell them what happened.

9  Q.  Well, when you say a "story," you mean whatever the

10  government wanted you to say?

11  A.  No, sir.  I had to tell them what happened with Margaret

12  Crowley.

13  Q.  Okay.  And did you feel that you could go and tell the

14  truth without incriminating yourself unless you had immunity?

15  A.  No.

16  Q.  Okay.  When your attorney -- now, you understood what the

17  consequences were if you lied about anything, didn't you?

18  A.  Yes, sir.

19  Q.  What were the consequences?

20  A.  That I would be convicted and charged with everything.

21  Q.  Now, ultimately, you made a decision to go and cooperate

22  with the federal government and help get evidence, what we

23  would call "substantial assistance," against Zachary Stewart,

24  so that a case could be built against him, is that correct?

25  A.  Yes, sir.

SLATER - DIRECT/MC MILLAN

1   Q.   And did you do those things?

2   A.   Yes, sir.

3   Q.   Okay.  Did you work with Special Agent Buemi to make

4   recordings of your communications with Zachary Stewart?

5   A.   Multiple times, yes, sir.

6   Q.   And, ultimately, were those enough that he was able to be

7   approached as well?

8   A.   Yes, sir.

9   Q.   And he made the same decision that you did.

10   A.   That is correct, to my understanding.

11   Q.   Now, have you already pleaded guilty in this case?

12   A.   That is correct, yes, sir.

13   Q.   Okay.  And you're currently facing a 20-year mandatory

14   minimum, is that right?

15   A.   That is correct, yes, sir.

16   Q.   Do you know what the penalty and the consequences are were

17   you to be found to lie about anything in this courtroom?

18   A.   Yes, sir.

19   Q.   What?

20   A.   Like that sentence.  The proffer will no longer be in

21   effect.

22   Q.   Okay.  I mean, you understand that if you were to lie,

23   number one, you can be prosecuted for perjury.

24   A.   Correct.

25   Q.   Okay.  And will you be considered anymore for substantial

SLATER - DIRECT/MC MILLAN

1  assistance?

2  A.  No, sir.

3  Q.  And you are presently -- know that you will have to serve a

4  minimum of 20 years imprisonment absent a what's called

5  substantial assistance motion being filed on your behalf by the

6  government, is that right?

7  A.  That is correct, yes, sir.

8  Q.  Okay.  Now, you understand that the government has to go

9  and file that motion for you to get any reduction in your

10  sentence, right?

11  A.  Yes, sir.

12  Q.  Who makes the determination as to how much of a reduction

13  in your sentence you get if that motion is filed?

14  A.  The judge does, sir.

15  Q.  And who is the judge that you pleaded guilty in front of?

16  A.  The judge we're presiding in front of right now, Judge D.

17  Q.  Okay.  And you understand that you can receive a one-day

18  reduction or probation; it's all ultimately up to who?

19  A.  It's all up to the judge, your Honor, sir.

20  Q.  Or the Court may find that you're entitled to no reduction

21  at all.

22  A.  That is correct.

23  Q.  Now --

24         **MR. MC MILLAN:**  The Court's indulgence for a moment,

25  your Honor?

SLATER - DIRECT/MC MILLAN

```
1          THE COURT:  Okay.

2          (Discussion had off the record between counsel)

3    BY MR. MC MILLAN:

4    Q.  Now, in addition to the counterfeit oxycodone pills that

5    you had received from Zach, there was also another scheme that

6    he had, was there not, involving prescriptions?

7    A.  That is correct.

8    Q.  Okay.  And can you explain to the ladies and gentlemen of

9    the jury how -- your understanding of how that scheme worked?

10   A.  Zach came to me and told me that he owed the doctor the

11   money for a deal that went bad.

12   Q.  If I can interrupt you.

13          You said "the doctor."  Do you know what doctor --

14   A.  Dr. Benjamin.

15   Q.  -- specifically?

16   A.  Dr. Benjamin.

17   Q.  Okay.  And he owed him money for what?

18          MR. MURRELL:  Judge, this is hearsay.  And I don't

19   think it's in furtherance of the conspiracy.

20          MR. MC MILLAN:  I think it --

21          THE COURT:  I'll allow it for the fact it was said,

22   not the truth of the matter asserted.

23   BY MR. MC MILLAN:

24   Q.  You may continue.

25   A.  Zach came to me and told me that he owed the doctor money
```

SLATER - DIRECT/MC MILLAN

1   for a deal that had gone bad in California.  And he had to come

2   up with the money or his life was in jeopardy.  So, he said

3   that we had to fill these -- he needed my help filling these

4   prescriptions, and if I knew anybody that could help him fill

5   these prescriptions, in order to return them back to him so he

6   could return them to the doctor, because the doctor needed the

7   prescriptions filled for himself, but he couldn't fill them

8   himself.

9   Q.  And so, how are you supposed to profit as a result of this?

10  A.  He -- again, I was doing -- trying to do a favor for a

11  friend.  I was trying to get him out of a hole, and he gave me

12  five Percocets.

13          **MR. MC MILLAN:**  May I approach the witness, your

14  Honor?

15          **THE COURT:**  Okay.

16  BY MR. MC MILLAN:

17  Q.  Mr. Slater, I'd like to show you what I've marked for

18  identification as Government's Exhibits 54, 55, and 56, and ask

19  you to look at them and see if you recognize them, sir.

20          *(Government's Exhibits 54, 55, and 56 marked for*

21  *identification)*

22  A.  Yes, sir.

23  Q.  Do each one of those documents have your initials on them

24  indicating that you are familiar with them?

25  A.  They do.

SLATER - DIRECT/MC MILLAN

1    **MR. MC MILLAN:**  All right.  At this time, I'd move for

2  the admission of Government's Exhibits 54, 55, and 56, your

3  Honor.

4    **MR. MURRELL:**  Judge, I just point out, he didn't

5  identify them.  He identified his initials.  But I have no

6  objection to their being admitted.

7    **THE COURT:**  All right.  There being no objection, 54,

8  55, and 56 will be received.

9    *(Government's Exhibits 54, 55, and 56 admitted into*

10  *evidence)*

11    *(Discussion had off the record between counsel)*

12  BY MR. MC MILLAN:

13  Q.  Mr. Slater, I'm showing you what's been marked and admitted

14  as Government's Exhibit 54.  Are these your initials here, sir?

15  A.  Yes -- yes, sir, those are my initials.

16  Q.  Okay.  Do you recognize the pills that are depicted in this

17  photograph?

18  A.  I recognize some, not all of them.

19  Q.  Okay.  And specifically -- you should be able to write on

20  your screen, too, I think, and -- well, maybe it's better if I

21  do it.

22    Okay.  Do you see --

23  A.  Okay.  I can.

24  Q.  -- this pill -- oops -- this pill here?  Do you recognize

25  that pill?

SLATER - DIRECT/MC MILLAN

1  A.  As well as this pill, and this pill, and this one, and

2  these right here *(indicating)*.

3  Q.  Okay.  And how -- what do you recognize those pills as?

4  A.  The pills that were given to me by Zachary Stewart.

5  Q.  And the ones that were ultimately sold to Maggie?

6  A.  That is correct.

7  Q.  Uhm, you indicated that you recognized some of the pills.

8  However, do you recognize this great big pill here?

9  A.  The color's different.

10  Q.  Is that a pill that you sold to Maggie or not?

11  A.  No, it is not.

12  Q.  Now, Mr. Slater, I'm showing you what's been admitted as

13  Government's Exhibit 55.  Do you see this document, sir?

14  A.  Yes, sir.

15  Q.  Okay.  And whose name appears up here?

16  A.  That would be my name, sir, Kevan Slater.

17  Q.  Was this prescription written for you?

18  A.  Yes, sir.

19  Q.  And do you know whose company or what physician wrote this

20  prescription?

21  A.  Yes, sir.

22  Q.  And who would that be?

23  A.  Dr. Johnny Benjamin, Jr., M.D.

24  Q.  Okay.  And -- oops -- and does there appear to be a

25  signature at the bottom of this document?

SLATER - DIRECT/MC MILLAN

1  A.  It appears so, yes, sir.

2  Q.  Now, you don't know whose signature that is because you saw

3  someone write it, do you?

4  A.  No, sir, I did not see that.

5  Q.  Okay.  How did you first get this document?

6  A.  This document was handed to me by Zachary Stewart.

7  Q.  Okay.  And where did that take place?

8  A.  This took place outside of Dr. Benjamin's office in Vero

9  Beach.

10  Q.  So, you actually went up to Dr. Benjamin's office in Vero

11  Beach?

12  A.  I rode with Zachary up there, yes, sir.

13  Q.  Now, you, yourself, didn't live in Vero Beach.

14  A.  No, sir.

15  Q.  So that would be quite a drive.

16  A.  Correct.

17  Q.  Now, if Zach had his own prescription pad and was just

18  whipping these things out himself, do you know why he would

19  drive you up to the doctor's office to get the prescription?

20       **MR. MURRELL:**  Objection.  Speculation.

21       **THE COURT:**  Sustain.

22  A.  The doctor said --

23  Q.  Well, you can't answer that question.

24  A.  Oh.

25  Q.  Well, this wasn't written by anyone in front of you, was

SLATER - DIRECT/MC MILLAN

1   it?

2   A.  No, sir.  As a matter of fact, this is the second

3   prescription that was written to me by somebody that I didn't

4   know.  The first one was written for 540 pills, at which case

5   they sent me to a pharmacy that was right around the corner

6   from the doctor's office, who he said was friends with the

7   doctor.  Uhm, and he said he would fill them.  At that point in

8   time, they said that they didn't have the quantity of 540 nor

9   could they fill 540 pills for me, because it's not legal.

10  Q.  Well, did you say that you had a prescription written to

11  you for 540 pills in addition to this one?

12  A.  That's correct.  This was the replacement for the original

13  prescription.

14  Q.  Well, who wrote that original prescription?

15  A.  It was alleged to me that it was Dr. Benjamin.

16  Q.  And did the pharmacist call Dr. Benjamin's office after

17  that?

18  A.  He did.

19  Q.  Really?  And what was the response to that?

20  A.  That that was too much for a three-month supply, and that

21  the three-month supply would only be able to be 180.

22  Q.  And after your inability to go and have that original

23  prescription filled, did you have to go someplace to get this

24  prescription?

25  A.  We had to go back to his office again for Zachary to go

SLATER - DIRECT/MC MILLAN

1    inside to get a new prescription.

2    Q.  Zach didn't just rip a new one off for you?

3    A.  No, sir.

4    Q.  And this is a -- I'm showing you Government's Exhibit 56 --

5    by the way, this isn't your fingerprint, right?

6    A.  No, sir.  That is not my fingerprint.

7    Q.  Okay.  That's like a security feature?

8    A.  I'm assuming so, yes, sir, by what it says.

9    Q.  Okay.  And this is the rear of the prescription that you

10   received, is that your understanding?

11   A.  It is, it's my understanding.  It looks correct.

12   Q.  Now, you actually received these 180 hydrocodone pills,

13   correct?

14   A.  That is correct.

15   Q.  And then what did you do with them?

16   A.  Well, once I received them from CVS Pharmacy, I had to hand

17   them over to Zach, at which case, we had to return to the

18   office, the doctor's office, and he gave them to the doctor.

19   Q.  And did he come out --

20        **MR. MURRELL:**  Wait, wait, wait, wait, wait, Judge.

21        **THE COURT:**  Sustain.

22        **MR. MURRELL:**  Could we move to strike the last --

23        **THE COURT:**  Ignore the last part of the answer.

24        **MR. MURRELL:**  Thank you.

25

SLATER - DIRECT/MC MILLAN

1  BY MR. MC MILLAN:

2  Q.  Well, did you see Zach go someplace after you gave him the

3  pills?

4  A.  I was with him, yes, sir.

5  Q.  Okay.  And where did you go?

6  A.  We went to Dr. Benjamin's office.

7  Q.  And did you see Zach walk someplace?

8  A.  Yes, sir.

9  Q.  Now, you didn't accompany him, did you?

10  A.  No, sir.

11  Q.  So, you don't know what happened inside that place he went.

12  A.  No, sir.

13  Q.  But he left with what?

14  A.  All of my prescription.

15  Q.  And your prescription consisted of the pills?

16  A.  Correct.  Minus five of them.

17  Q.  And Zach came back with how many?

18  A.  Five --

19          **MR. MURRELL:**  If he knows, Judge.  If he knows.

20          **THE COURT:**  If he knows.

21  A.  The judge came back -- or, I'm sorry -- Zach came back with

22  the five Percocets for me.

23  Q.  And he gave them to you.

24  A.  Correct.

25  Q.  So, you would know how many you got.

233

```
 1   A.   Correct.

 2   Q.   Okay.  The rest of them, he didn't come back with.

 3   A.   That is correct.

 4          MR. MC MILLAN:  Your Honor, at this time, we will

 5   tender the witness.

 6          THE COURT:  All right, members of the jury, we're

 7   going to go ahead and recess for the weekend.  Remember my

 8   admonition not to discuss the case or allow it to be discussed

 9   in your presence.  And I'm gonna ask you to come back Monday at

10   nine o'clock.

11          So have a nice weekend.  We'll see you back Monday at

12   nine.

13          COURTROOM SECURITY OFFICER:  All rise.

14          (The jury exited the courtroom)

15          THE COURT:  Mr. Slater, during the break in your

16   testimony, you're not allowed to discuss your testimony with

17   anyone.  Do you understand?

18          THE WITNESS:  Yes, sir.

19          THE COURT:  And we'll see you back Monday at

20   nine o'clock.

21          THE WITNESS:  Yes, sir.

22          THE COURT:  And if there's nothing else to come before

23   the Court, we'll be in recess until Monday at nine.

24          MR. MURRELL:  Judge, there's the PSI issue -- or the

25   Pretrial Services --
```

```
 1          THE COURT:  They sent the stuff to me.  I just haven't
 2   had a chance to look it over.  I'll look it over this weekend.
 3          MR. MURRELL:  I appreciate it.
 4          THE COURT:  And that's the reason I broke the
 5   testimony, so that you would have it, if I'm gonna disclose it,
 6   before you do your cross.
 7          MR. MURRELL:  I appreciate it.  Thank you.
 8          THE COURT:  And we'll be in recess until nine o'clock
 9   on Monday.
10          MR. MC MILLAN:  Your Honor, may we retrieve the
11   exhibits?
12          THE COURT:  Sure.
13          MR. MC MILLAN:  Okay.  Thank you.
14          (The Judge exited the courtroom)
15          (Proceedings concluded at 4:47 p.m.)
16                         -  -  -  -  -
17
18
19
20
21
22
23
24
25
```

**INDEX**

| OPENING STATEMENT | PAGE |
|---|---|
| By Mr. McMillan | 7 |
| By Mr. Murrell | 28 |

- - - - -

**INDEX OF WITNESSES**

| GOVERNMENT'S WITNESS | PAGE |
|---|---|

**Gregory Meehan**
| Direct by Mr. McMillan | 50 |
| Cross by Mr. Murrell | 56 |

**Stephen K. Ultsh**
| Direct by Mr. McMillan | 58 |

**Mary Bain**
| Direct by Mr. McMillan | 66 |
| Cross by Mr. Murrell | 74 |

**Shaun Patrick Crowley**
| Direct by Mr. McMillan | 77 |
| Cross by Mr. Murrell | 100 |
| Redirect by Mr. McMillan | 115 |
| Recross by Mr. Murrell | 116 |

**George Behonick**
| Direct by Mr. McMillan | 119 |
| Cross by Mr. Murrell | 143 |
| Redirect by Mr. McMillan | 146 |

**Christian Padilla**
| Direct by Mr. McMillan | 148 |
| Cross by Mr. Murrell | 179 |
| Redirect by Mr. McMillan | 195 |

**Kevan Slater**
| Direct by Mr. McMillan | 200 |

- - - - -

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5657

INDEX OF EXHIBITS

| GOVERNMENT'S EXHIBITS: | MARKED | RECEIVED |
|---|---|---|
| 1 | 57 | 58 |
| 4 | 63 | 64 |
| 2, 3, 5, and 6 | 68 | 69 |
| 7 | 70 | 71 |
| 8 and 136 | 72 | 73 |
| 17 | 95 | 96 |
| 13 | 122 | 123 |
| 9, 10, 11, and 12 | 132 | 133 |
| 139 | 142 | 143 |
| 14 and 15 | 175 | 175 |
| 57 | 214 | 215 |
| 54, 55, and 56 | 226 | 227 |

- - - - -

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from

the record of proceedings in the above-entitled matter.


____/S/Francine C. Salopek____      ____7-5-18____
Francine C. Salopek, RMR-CRR        Date
Official Court Reporter

**COURTROOM SECURITY OFFICER: [16]** 5/11 5/14 6/12 6/14 27/19 28/10 48/14 49/18 98/6 98/16 99/14 151/19 152/25 156/10 156/14 233/12
**MR. GARCIA: [1]** 6/21
**MR. MC MILLAN: [105]**
**MR. MURRELL: [73]**
**ROOM CLERK: [4]** 48/18 48/25 50/14 50/16
**THE COURT REPORTER: [19]** 34/1 53/5 53/10 58/14 58/16 64/14 64/17 65/19 65/21 77/12 77/14 118/21 118/23 146/17 148/8 148/10 183/11 200/6 200/8
**THE COURT: [170]**
**THE DEFENDANT: [5]** 154/4 154/15 154/18 154/22 155/15
**THE WITNESS: [22]** 50/19 53/6 53/11 58/19 65/15 65/24 77/17 98/11 98/13 99/7 118/16 119/1 147/24 148/13 152/22 153/9 199/24 200/2 200/4 200/11 233/17 233/20

**$**

**$15 [2]** 218/12 218/20
**$20 [1]** 213/3
**$5,000 [1]** 109/5

**'**

**'14 [1]** 100/16
**'16 [2]** 85/19 100/20

**.**

**.380 [1]** 176/14
**.380 caliber [1]** 176/14

**/**

**/S/Francine [1]** 236/23

**0**

**0.033 grams [2]** 131/10 131/11
**0.033 percent [1]** 131/12
**0.044 milligrams [1]** 125/2
**0.08 percent [1]** 131/15
**0.22 nanograms [1]** 128/5
**031R [1]** 72/2

**1**

**10 [10]** 42/25 52/1 132/11 132/13 133/11 133/14 133/16 136/8 148/3 236/6
**10,000 [1]** 18/8
**10-4 [1]** 52/1
**10-9 [1]** 52/1
**100 [1]** 235/14
**100 milliliters [1]** 131/11
**100 pills [1]** 36/12
**10:03 [1]** 28/1
**10:18 [1]** 1/8
**10:47:21 a.m [1]** 215/20
**10:54 [1]** 48/22
**10th [2]** 167/18 169/16
**11 [10]** 120/11 132/11 132/13 133/11 133/14 133/16 133/20 137/18 148/3 236/6
**115 [1]** 235/15
**116 [1]** 235/15
**119 [1]** 235/17
**11:09 [1]** 48/22
**12 [9]** 132/11 132/13 133/11 133/14 133/16 134/10 136/6 148/3 236/6
**12-and-a-half [1]** 66/13
**122 [1]** 236/6
**123 [1]** 236/6
**1245 [1]** 2/9
**12:07 a.m [1]** 165/9
**12:14 [1]** 98/19
**12:30 [3]** 5/24 5/25 6/1

**12th [1]** 170/2
**13 [7]** 122/23 122/25 123/7 123/10 138/7 138/11 236/6
**132 [1]** 236/6
**133 [1]** 236/6
**136 [10]** 72/18 72/19 73/6 73/18 73/20 73/21 75/5 161/1 161/2 236/5
**139 [6]** 142/3 142/4 143/2 143/4 143/5 236/7
**13th [8]** 17/9 107/22 116/24 117/13 158/14 159/20 171/20 187/7
**14 [11]** 3/15 72/2 138/7 138/12 175/8 175/10 175/17 175/20 176/2 179/10 236/7
**142 [1]** 236/7
**143 [2]** 235/17 236/7
**146 [1]** 235/18
**148 [1]** 235/19
**15 [15]** 10/18 10/19 10/20 36/1 121/1 121/5 175/8 175/10 175/17 175/19 175/20 177/18 179/11 213/3 236/7
**16 [3]** 63/23 151/15 155/24
**161359 [4]** 134/17 134/25 135/13 136/1
**17 [8]** 59/1 95/18 95/19 95/20 96/2 96/5 135/17 236/5
**17-80203-CR-WPD [1]** 1/4
**175 [2]** 236/7 236/7
**179 [1]** 235/20
**18 [3]** 137/19 138/8 236/23
**180 [5]** 14/10 14/17 36/1 230/21 231/12
**1851 [1]** 66/21
**18th [1]** 167/15
**195 [1]** 235/20
**1981 [1]** 138/10
**1982 [1]** 138/7
**1986 [1]** 137/18
**1997 [1]** 119/18
**1:30 [4]** 98/5 98/6 98/13 98/16
**1:31 [1]** 99/1
**1st [19]** 8/20 51/7 59/8 60/2 61/10 61/16 63/20 66/14 68/5 68/21 73/3 73/15 75/19 90/23 106/25 107/7 123/16 213/11 215/19

**2**

**2-1 [2]** 142/6 142/11
**20 [15]** 1/7 3/1 9/14 9/14 36/1 99/1 129/8 203/8 205/15 205/17 205/22 205/24 213/7 213/8 217/8
**20 years [2]** 29/24 224/4
**20-year [2]** 33/11 223/13
**200 [1]** 235/22
**2006 [4]** 78/18 78/21 85/19 218/18
**2008 [2]** 148/21 149/9
**2009 [3]** 78/18 78/21 78/21
**201 [1]** 2/7
**2010 [3]** 88/9 149/11 208/2
**2011 [4]** 78/7 78/10 120/6 120/9
**2012 [2]** 8/24 79/10
**2014 [9]** 8/24 8/25 68/5 79/13 80/4 80/22 82/11 83/2 100/17
**2015 [1]** 101/17 101/18 202/22 219/2
**2016 [44]** 8/21 15/6 15/17 16/10 16/11 51/7 52/9 59/8 60/2 61/10 61/17 63/20 66/14 68/7 68/21 73/13 73/15 75/9 85/20 90/5 90/23 100/21 102/22 103/25 120/9 121/22 123/16 137/19 137/20 137/22 137/24 138/1 138/8 138/8 138/11 138/12 138/14 158/15 159/20 165/6 212/20 213/11 215/3 215/19
**2017 [8]** 17/9 41/22 42/25 45/15 107/22 121/7 167/16 171/20
**2018 [6]** 1/7 3/1 99/1 167/18 169/16 170/2
**203 [1]** 2/12
**20s [1]** 88/5
**20th [1]** 2/9
**21 [8]** 57/22 57/25 137/20 137/22 137/23 138/10 142/6 142/11
**214 [1]** 236/8
**215 [1]** 236/8

**226 [1]** 236/8
**227 [1]** 236/8
**23rd [2]** 82/8
**24 [1]** 21/2
**24-hour [2]** 221/19 221/23
**25th [1]** 41/22
**26078 [1]** 215/15
**26th [1]** 82/9
**27th [2]** 42/3 90/22
**28 [1]** 235/4
**28th [4]** 82/10 83/2 90/18 90/22
**299 [1]** 2/12
**2:52 [1]** 153/3
**2:59 [1]** 153/3

**3**

**30 [5]** 20/14 20/18 72/5 89/19 89/21
**30-milligram [2]** 80/7 86/17
**30s [1]** 8/21
**31st [1]** 165/6
**32 [2]** 57/23 120/10
**32960-3557 [1]** 2/10
**33301 [1]** 2/13
**33401 [1]** 2/7
**33414 [1]** 2/4
**3557 [1]** 2/10
**38 [1]** 77/25
**380 [1]** 176/16
**3rd [5]** 42/9 75/9 152/17 155/20 187/6

**4**

**4,000 [4]** 18/10 18/22 20/1 21/9
**4-ANPP [9]** 124/11 125/14 125/15 125/19 125/23 125/25 126/3 126/10
**400 [1]** 2/6
**400 nanograms [1]** 139/7
**480 [1]** 14/7
**4921 [1]** 18/18
**4:47 [1]** 234/15
**4th [3]** 78/7 78/9 78/10

**5**

**50 [2]** 208/25 235/8
**50 hours [1]** 90/11
**500 [4]** 2/4 20/13 20/20 150/1
**54 [7]** 226/18 226/20 227/2 227/7 227/9 227/14 236/8
**540 [4]** 230/4 230/8 230/9 230/11
**55 [7]** 226/18 226/20 227/2 227/8 227/9 228/13 236/8
**56 [8]** 226/18 226/20 227/2 227/8 227/9 231/4 235/9 236/8
**5657 [2]** 2/13
**57 [6]** 214/19 214/21 215/5 215/9 236/3 236/8
**58 [2]** 235/10 236/3
**5th [1]** 45/15

**6**

**63 [1]** 236/3
**64 [1]** 236/3
**66 [1]** 235/12
**68 [1]** 236/4
**69 [1]** 236/4

**7**

**7-5-18 [1]** 236/23
**70 [1]** 236/4
**702 [1]** 151/14
**71 [1]** 236/4
**72 [1]** 236/5
**73 [4]** 52/4 52/8 52/11 236/5
**74 [1]** 235/12
**769-5657 [1]** 2/13
**77 [1]** 235/14
**7:15 [1]** 91/1

**8**

**80 [1]** 216/15
**802 [1]** 57/23
**813 [1]** 57/25
**831721 [1]** 134/7
**88.10 [3]** 152/17 155/21 155/21
**88.9 [1]** 152/17

**9**

**9-1 [1]** 215/2
**90 [1]** 75/11
**911 [1]** 94/18
**95 [1]** 236/5
**954 [1]** 2/13
**96 [1]** 236/5
**9:15 [1]** 92/1
**9:15 p.m [1]** 92/1
**9:25 [1]** 3/1

**A**

**a.m [7]** 1/8 3/1 28/1 48/22 48/22 165/9 215/20
**Aberdeen [1]** 119/21
**abetting [1]** 24/21
**abilities [1]** 13/2
**ability [3]** 14/9 129/10 130/16
**above [3]** 125/3 144/6 236/21
**above-entitled [1]** 236/21
**absent [1]** 224/4
**absolute [1]** 195/25
**absolutely [8]** 81/10 106/7 108/13 179/3 193/8 196/8 198/1 198/16
**abuse [3]** 35/10 88/13 115/6
**abused [1]** 8/17
**academic [1]** 119/16
**accept [1]** 36/23
**access [2]** 185/17 185/19
**accidents [1]** 59/24
**accompany [1]** 232/9
**accompanying [1]** 134/5
**accord [1]** 12/10
**according [3]** 44/12 75/8 127/9
**account [1]** 39/18
**accurate [7]** 15/3 68/20 124/2 138/2 192/9 195/22 214/25
**accurately [3]** 63/19 68/4 169/25
**accused [1]** 28/22
**acetaminophen [1]** 14/11
**acetylfentanyl [1]** 125/18
**ache [1]** 206/17
**achieve [1]** 129/20
**achieves [1]** 183/21
**acquaintance [3]** 37/17 92/12 111/13
**across [7]** 7/8 48/12 52/19 91/20 132/17 132/18 203/8
**act [3]** 147/2 160/15 182/9
**acting [1]** 150/2
**actions [1]** 8/1
**activities [1]** 178/17
**activity [6]** 25/22 113/17 150/13 151/8 157/4 170/23
**acts [1]** 63/2
**add [1]** 96/15
**added [1]** 140/14
**addict [2]** 87/24 87/25
**addicted [7]** 80/15 108/17 183/11 183/15 183/24 188/23 188/25
**addiction [4]** 80/17 108/19 184/5 190/2
**addition [7]** 26/15 150/14 150/19 173/12 173/15 225/4 230/11
**additive [1]** 146/5
**address [7]** 12/1 16/20 52/20 53/22 60/10 66/19 67/2
**adequate [1]** 84/8
**adjourned [1]** 157/2
**adjudication [2]** 201/8 201/11

**Administration [4]** 10/7 10/12 162/7 162/12
**admission [13]** 58/2 63/22 68/24 71/11 73/18 96/1 120/13 123/7 133/11 143/1 157/7 175/16 227/2
**admissions [1]** 170/19
**admits [2]** 42/13 180/3
**admitted [20]** 58/10 64/1 67/24 69/2 71/14 73/21 95/8 96/5 123/10 133/16 135/17 143/5 160/25 163/11 175/20 215/9 227/6 227/9 227/13 228/12
**admonition [8]** 7/3 28/17 48/11 49/25 98/3 99/21 156/22 233/8
**adult [2]** 10/20 37/25
**advantage [1]** 38/9
**adverse [1]** 120/20
**advertise [1]** 181/20
**advice [2]** 154/13 154/14
**advise [1]** 88/23
**advised [3]** 19/11 163/7 166/23
**affected [4]** 11/4 86/25 88/23 208/1
**affiliated [1]** 122/2
**affiliation [1]** 120/6
**affinities [1]** 130/5
**affixed [5]** 132/17 132/23 133/7 134/14 135/14
**aficionado [1]** 173/13
**afraid [3]** 29/15 39/19 39/25
**age [1]** 10/18
**agent [32]** 3/9 7/21 15/7 17/21 25/23 97/21 97/22 116/7 116/12 117/20 118/9 121/14 148/7 148/14 148/18 149/2 149/5 150/2 151/7 157/3 157/9 159/19 162/14 162/16 165/22 170/13 176/3 187/12 191/9 195/7 198/10 223/3
**Agent Buemi [9]** 17/21 97/22 116/7 116/12 117/20 118/9 170/13 191/9 223/3
**Agent Christian [1]** 148/7
**Agent Christopher [1]** 151/7
**Agent Mike [5]** 3/9 15/7 121/14 165/22 187/12
**Agent Padilla [5]** 25/23 148/18 157/3 157/9 159/19 176/3 195/7
**agents [6]** 160/15 166/5 166/6 221/1 221/5 222/1
**agree [7]** 154/20 182/12 182/15 182/17 188/11 193/7 193/24
**agreement [5]** 23/23 24/9 24/19 168/6 222/5
**agrees [3]** 36/21 36/21 155/8
**ahold [1]** 110/10
**aiding [1]** 24/21
**ailment [1]** 206/10
**aiming [1]** 217/23
**airport [4]** 18/23 19/16 21/10 46/2
**aisle [2]** 79/21 79/23
**AIT [2]** 120/7 120/8
**AIT Laboratories [2]** 120/7 120/8
**AK47s [1]** 21/5
**alcohol [11]** 122/8 131/4 131/4 131/7 131/9 131/16 131/17 132/1 145/11 145/19 146/4
**alive [1]** 87/11
**alleged [1]** 230/15
**allegedly [2]** 112/25 113/23
**alleviated [1]** 83/10
**allow [9]** 7/4 28/18 48/11 50/1 98/4 99/22 156/23 225/21 233/8
**allowed [4]** 98/10 152/21 172/8 233/16
**allows [2]** 40/22 221/19
**alluded [2]** 4/1 47/4
**almost [11]** 37/25 62/24 66/13 86/4 86/13 89/16 106/14 112/7 145/1 145/5 183/17
**alprazolam [4]** 75/1 75/7 75/24 104/1
**although [2]** 145/1 174/21
**altogether [1]** 198/8
**amassed [1]** 26/10
**AMERICA [3]** 1/6 7/22 8/19
**ammunition [4]** 155/2 174/18 174/22 176/18

**amongst [3]** 113/12 182/7 213/10
**amount [18]** 11/6 11/8 25/15 25/16 109/6 125/4 126/16 127/2 128/15 128/17 129/11 129/20 145/11 158/2 173/23 178/12 206/9 213/7
**analgesic [1]** 129/9
**analogue [9]** 8/14 11/10 19/23 24/4 57/22 125/20 125/23 153/13 154/21
**analogues [8]** 15/16 125/17 126/5 141/9 141/11 141/12 146/17 146/19
**analyses [2]** 121/2 137/25
**analysis [15]** 16/19 121/7 121/14 121/21 122/3 122/4 122/25 122/7 123/19 123/20 124/16 124/17 125/9 127/7 127/20
**analyst [1]** 147/7
**analysts [1]** 146/11
**analytes [1]** 138/21
**analyzed [1]** 138/16
**and/or [1]** 178/12
**Andrew [1]** 2/8
**Andy [1]** 3/12
**angry [1]** 189/16
**announce [1]** 3/5
**ANPP [9]** 124/11 125/11 125/14 125/15 125/19 125/23 125/25 126/3 126/10
**answer [12]** 16/6 27/10 27/24 42/4 108/9 117/10 125/6 169/24 197/18 221/19 229/23 231/23
**anxiety [1]** 104/6
**anybody's [2]** 34/9 34/10
**anymore [8]** 9/6 17/2 30/8 32/4 41/25 107/19 110/18 223/25
**aorta [1]** 123/24
**aortic [2]** 123/23 124/1
**apartment [7]** 52/19 53/25 56/2 75/18 92/3 110/17 111/15
**apiece [2]** 213/3 218/12
**apologize [2]** 19/1 22/17
**appearance [3]** 62/24 63/9 140/5
**appearances [2]** 2/1 3/5
**application [1]** 120/22
**applied [2]** 120/22 221/25
**appreciate [3]** 26/20 234/3 234/7
**approach [13]** 17/22 63/12 67/20 71/1 95/3 122/18 132/6 141/23 160/21 165/15 175/3 214/14 226/13
**approached [12]** 18/2 97/9 165/23 170/20 190/22 210/4 210/23 210/24 210/25 219/12 220/3 223/7
**approval [6]** 23/13 137/20 137/23 137/23 138/8 138/12
**approved [2]** 11/8 128/20
**approximate [1]** 53/20
**approximately [16]** 9/13 20/13 21/2 25/16 53/17 53/23 60/6 61/17 82/6 82/23 90/11 105/8 120/4 149/25 150/17 165/6
**April [9]** 1/7 3/1 99/1 138/7 138/8 138/11 138/12 138/14 138/15
**April 13 [2]** 138/7 138/11
**April 14 [1]** 138/12
**April 18 [1]** 138/8
**APRIL 20 [1]** 99/1
**AR15 [1]** 21/6
**area [17]** 37/16 38/16 60/25 64/11 64/13 69/14 80/24 82/1 120/2 120/14 124/1 151/4 176/6 176/10 177/5 193/4 211/5
**aren't [1]** 21/14 80/25 154/8 184/8
**argue [1]** 22/12
**Argumentative [1]** 47/11
**arguments [1]** 22/13
**Arizona [2]** 81/5 81/6
**armed [1]** 7/25
**armories [1]** 181/2
**Army [1]** 119/20
**arrange [1]** 121/7
**arrangements [1]** 121/15

**A**

**arrest [2]** 46/23 47/1
**arrests [1]** 150/20
**arrived [13]** 53/2 53/17 53/21 54/22 56/7 60/16 60/18 60/21 60/22 60/23 67/6 74/7 166/25
**arsenal [2]** 26/9 47/6
**artery [1]** 133/24
**asleep [1]** 47/2
**assembly [1]** 3/15
**asserted [1]** 225/22
**assigned [5]** 52/8 59/2 148/23 149/11 171/18
**assignments [1]** 149/10
**assist [3]** 60/3 60/9 166/9
**assistance [6]** 22/19 51/14 166/15 222/23 224/1 224/5
**assistant [3]** 2/3 7/18 7/19
**assisted [1]** 171/5
**assisting [1]** 178/20
**associate [3]** 10/14 13/15 205/3
**associated [4]** 12/3 65/5 85/4 125/25
**associates [2]** 19/4 211/14
**associateship [1]** 119/20
**assortment [1]** 26/13
**assume [4]** 74/13 110/18 130/10 207/24
**assumed [2]** 105/20 178/11
**assuming [6]** 96/18 118/6 118/8 212/15 213/22 231/8
**Atlanta [1]** 45/4
**attack [1]** 52/13
**attempt [4]** 115/10 122/13 124/15 221/14
**attempting [1]** 115/14
**attend [4]** 3/19 220/17 220/20 220/23
**attended [4]** 78/25 79/16 220/14 220/25
**attorney [15]** 3/13 7/18 7/20 19/8 167/4 167/10 194/9 194/10 195/16 196/13 221/6 221/12 221/13 222/2 222/16
**Attorney's [2]** 2/3 221/13
**attorneys [2]** 2/3 7/13
**attorneys' [2]** 49/15 49/18
**attractive [1]** 14/12
**attributes [1]** 130/9
**attributing [1]** 130/18
**audio [1]** 18/1
**August [7]** 42/9 42/25 75/9 90/5 103/25 165/6 212/19
**August 10 [1]** 42/25
**August 31st [1]** 165/6
**August 3rd [1]** 42/9
**aunt [1]** 81/25
**Australian [1]** 2/4
**authenticate [1]** 15/24
**automatic [2]** 155/22 174/24
**automatically [1]** 129/25
**autopsy [1]** 25/13
**Avenue [1]** 2/4
**avoid [2]** 29/20 33/11
**aware [9]** 35/16 73/3 103/1 104/22 121/20 162/23 164/25 176/20 189/5
**Axis [12]** 119/9 120/7 120/24 121/4 121/7 122/1 127/19 134/22 136/3 136/4 136/15 136/15
**Axis's [2]** 134/2 134/25

**B**

**B-A-I-N [2]** 65/25 66/5
**B-E-H-O-N-I-C-K [1]** 119/3
**baby [1]** 89/16
**background [1]** 119/15
**backing [1]** 90/20
**backpack [1]** 39/8
**bag [9]** 5/5 5/6 45/20 45/25 46/3 72/23 72/24 72/24 203/7
**bags [1]** 72/13
**Bahamas [1]** 90/15

**Bain [7]** 65/18 65/21 65/25 66/5 69/8 74/5 235/11
**bar [2]** 132/19 134/5
**barely [1]** 87/11
**base [4]** 61/2 181/12 181/12 209/5
**basic [1]** 166/18
**basis [2]** 38/18 196/22
**batch [13]** 206/3 207/5 208/7 208/18 209/3 212/21 213/10 214/1 214/5 216/22 218/2 218/3 218/4
**batches [1]** 214/6
**bathroom [1]** 156/11
**Beach [48]**
**bear [11]** 27/1 31/18 31/24 34/13 43/18 47/23 68/18 73/8 133/3 134/2 134/11
**bears [1]** 135/13
**beating [1]** 63/2
**beautiful [1]** 210/18
**becomes [1]** 198/5
**becoming [1]** 38/2
**bed [11]** 9/21 69/11 70/2 70/3 91/5 91/7 93/2 93/14 93/16 93/19 93/23
**bedroom [1]** 61/1 61/9 69/11 92/9
**beer [2]** 25/17 131/5
**began [10]** 29/3 30/2 34/1 34/5 34/6 97/11 102/7 120/6 162/21 166/13
**beginning [3]** 82/25 85/19 103/4
**begs [1]** 42/10
**behest [1]** 19/17
**behind [6]** 7/10 50/5 91/21 97/21 117/18 211/7
**Behonick [15]** 11/5 17/3 22/21 118/21 118/23 119/2 120/13 120/18 121/2 132/10 135/16 136/19 143/7 146/25 235/16
**beings [1]** 11/7
**believe [29]** 4/6 13/3 14/25 34/12 41/22 44/21 44/22 44/22 55/6 56/8 60/14 62/13 72/5 73/5 74/25 82/10 84/6 106/15 114/7 117/15 134/18 143/19 169/17 177/13 191/9 212/5 216/24 218/12 218/24
**believed [5]** 8/5 19/21 65/5 159/25 163/21
**belonged [1]** 29/10
**belongs [1]** 133/21
**below [3]** 125/4 134/18 145/3
**bench [3]** 3/2 48/23 146/10
**benefit [2]** 92/15 154/13
**BENJAMIN [106]**
**Benjamin's [18]** 16/20 17/9 28/3 36/5 37/21 38/15 38/18 38/21 39/25 42/1 49/5 99/5 153/7 171/9 229/8 229/10 230/16 232/6
**Benz [2]** 18/12 18/13
**beverages [1]** 131/5
**beyond [4]** 7/23 34/12 36/23 154/10
**bills [1]** 114/23
**bind [2]** 30/17 145/25
**binder [1]** 12/2
**binding [1]** 130/5
**birth [3]** 137/18 138/6 138/10
**bite [2]** 42/19 203/21
**black [1]** 55/7
**Bleu [1]** 78/25
**blood [28]** 17/4 63/2 63/8 63/8 121/7 121/22 122/13 123/15 123/18 123/21 123/23 123/24 124/1 124/1 124/3 126/17 127/1 127/8 128/5 130/25 131/9 131/16 133/21 136/14 144/16 144/18 144/19 144/21
**blood-like [1]** 63/8
**bloodstream [9]** 124/6 124/14 124/24 125/7 127/9 127/14 127/22 128/3 131/7
**blotchy [1]** 94/11
**blowing [1]** 193/12
**blue [9]** 42/10 71/21 72/1 72/2 72/4 89/14 89/15 89/16 161/23
**blush [1]** 10/3
**Blvd [1]** 2/12
**board [2]** 25/11 146/6

**board-certified [1]** 25/11
**boat [1]** 180/9
**body [10]** 10/2 17/5 25/13 25/15 54/11 61/2 61/6 62/21 62/22 69/20 86/13 126/23 135/20 139/15 140/2 140/14
**bolts [1]** 173/1
**bones [2]** 199/12 199/17
**bottle [9]** 10/2 71/20 71/24 73/13 75/8 75/25 76/4 76/18 103/6
**bottles [13]** 55/21 55/22 55/25 56/1 56/12 67/15 70/9 70/11 70/16 74/16 74/23 74/23 103/2
**bottom [2]** 173/2 228/25
**bought [9]** 40/25 40/25 41/1 41/2 41/3 85/17 188/21 218/14 218/17
**box [4]** 132/15 133/6 136/3 136/4
**boy [1]** 112/12
**bragging [1]** 31/12
**brand [1]** 177/10
**Brannon [2]** 152/16 155/20
**break [8]** 3/19 27/10 27/11 49/3 71/17 98/9 152/20 233/15
**breakdown [1]** 76/1
**breakfast [1]** 42/23
**breaking [2]** 5/23 6/1
**breaks [3]** 27/11 33/24 34/4
**brief [4]** 21/8 116/17 143/16 159/14
**Broadly [1]** 146/3
**broke [1]** 234/4
**brother [3]** 13/25 34/19 35/2
**brothers [1]** 36/16
**Broward [2]** 2/12 78/20
**Bryant [1]** 79/17
**buccal [1]** 126/7
**Buemi [18]** 3/9 7/20 15/7 17/21 97/21 97/22 116/7 116/12 117/14 117/20 118/9 121/14 162/16 165/22 170/13 187/12 191/9 223/3
**build [1]** 129/21
**building [3]** 18/19 40/5 43/13
**builds [1]** 129/14
**built [6]** 129/24 182/1 210/21 211/11 211/19 222/24
**built-in [1]** 182/1
**Bunting [1]** 171/10
**bureau [1]** 149/15
**business [17]** 22/2 22/7 38/8 39/23 40/1 40/12 42/20 43/10 43/20 44/7 44/13 120/8 150/15 167/1 178/20 198/6 198/8
**busted [2]** 41/7 41/15
**butyrylfentanyl [1]** 125/18
**buy [12]** 40/5 44/14 44/14 85/12 114/19 115/11 183/7 183/16 183/25 184/2 184/4 190/16
**buyer [4]** 150/5 158/9 158/13 197/13
**buyers [1]** 160/16
**buying [5]** 89/25 114/24 115/23 150/12 181/23

**C**

**C-R-O-W-L-E-Y [1]** 77/18
**cache [1]** 173/7
**caffeine [3]** 124/8 124/11 124/11
**Calhoun [1]** 201/22
**caliber [2]** 176/14 176/15
**California [2]** 37/16 226/17
**call [33]** 3/3 3/23 5/25 8/14 15/2 21/8 21/11 22/22 45/15 50/10 51/14 51/16 51/17 51/17 51/22 52/6 53/21 57/8 58/11 60/20 77/10 81/10 94/18 118/19 122/4 148/2 149/13 197/22 200/1 216/11 217/9 222/23 230/16
**called [31]** 8/13 8/22 16/15 21/17 23/18 24/4 24/8 24/21 35/11 51/5 51/19 59/22 62/16 81/18 101/23 125/11 134/3 136/20 147/6 150/7 166/15 167/19 178/9 184/19 190/15 197/22 197/23 217/5 217/10 221/14 224/4
**calling [1]** 45/2

**C**

**calls [13]** 31/2 32/23 36/22 44/8 50/12 53/19 57/10 58/14 65/18 77/12 118/20 148/7 200/2
**cam** 45/18
**camera [7]** 3/22 3/25 37/5 43/2 43/8 43/14 176/13
**camp [1]** 201/19
**camps [1]** 201/21
**cancer [3]** 20/3 20/3 20/6
**candlelight [1]** 191/15
**capable [1]** 127/20
**capacity [4]** 51/3 51/10 66/9 149/20
**capillaries [1]** 63/4
**car [7]** 35/3 117/18 117/21 166/10 187/9 188/19 188/19
**card [3]** 41/3 41/11 167/1
**careful [4]** 27/13 29/13 112/24 113/24
**carefully [2]** 47/22 48/3
**Carrier [1]** 79/18
**case-by-case [1]** 196/22
**cash [3]** 26/4 157/20 178/12
**cashing [2]** 32/20 38/3
**cat [1]** 105/9
**catch [1]** 30/10
**category [4]** 122/6 171/25 182/21 206/15
**caught [1]** 201/4
**cause [13]** 25/14 96/19 130/17 130/18 130/22 131/21 131/22 132/2 132/4 182/10 189/16 189/18 207/4
**caused [4]** 9/3 113/1 159/25 206/9
**causes [1]** 130/18
**cell [6]** 30/13 46/25 70/3 70/5 96/8 163/8
**cellular [2]** 97/23 164/9
**center [4]** 2/6 40/3 201/22 205/5
**centerpiece [1]** 130/22
**central [5]** 130/6 146/1 146/3 146/4 185/6
**certainty [1]** 128/2
**certificate [1]** 60/1
**certificates [1]** 48/18
**certified [1]** 25/11
**certify [1]** 236/20
**chain [1]** 197/6
**challenges [1]** 43/5
**chamber [3]** 174/19 174/23 174/24
**chambered [1]** 174/20
**chance [6]** 19/1 20/5 26/9 43/25 43/25 234/2
**characteristics [1]** 24/5
**charge [1]** 23/21
**charged [6]** 23/19 25/19 25/21 26/15 221/20 222/20
**charges [1]** 24/15
**charging [1]** 213/2
**charts [2]** 38/24 46/8
**cheap [1]** 11/14
**cheat [1]** 139/22
**check [8]** 39/5 48/17 76/15 152/8 160/2 160/3 164/8 186/23
**checked [3]** 100/15 161/17 191/1
**checks [1]** 39/17
**chemical [2]** 119/21 133/6
**chemicals [2]** 120/20 123/14
**chemistry [1]** 126/3
**chemists [1]** 146/10
**chief [2]** 4/7 119/8
**China [4]** 11/14 11/22 15/9 47/19
**chiropractor [5]** 193/2 193/18 193/25 194/4 199/10
**choice [1]** 12/7
**chose [1]** 12/8
**Chris [2]** 20/22 118/5
**Christian [4]** 148/7 148/10 148/14 235/19
**Christmas [1]** 82/8
**Christopher [1]** 151/7
**chromatography [5]** 122/10 122/11 124/7 124/9 127/11
**chromatography/mass [3]** 122/10 122/11

**124/7**
**chronologically [1]** 22/17
**CI [3]** 201/22 201/22 201/22
**circle [2]** 104/19 176/7
**circled [1]** 134/21
**circles [1]** 102/13
**circumstances [1]** 220/1
**circumvent [1]** 197/12
**city [5]** 52/22 80/24 119/18 148/22 149/7
**City/New Jersey [1]** 80/24
**civil [4]** 3/17 3/19 7/5 48/10
**claimed [1]** 20/7
**clandestine [1]** 125/16
**clarification [1]** 170/5
**clarify [3]** 169/3 180/23 221/23
**classes [1]** 138/21
**classifications [1]** 51/25
**clear [4]** 91/14 146/8 189/14 189/19
**cleared [1]** 191/3
**clerk [2]** 3/14 3/22
**client [6]** 11 147/3 147/13 195/2
**clients [1]** 132/16
**climate [1]** 82/17
**clinical [2]** 128/22 128/24
**clock [1]** 91/23
**close [8]** 10/1 17/7 34/20 87/10 92/13 111/12 111/13 197/12
**closer [1]** 70/5
**closing [3]** 22/13 42/6 43/17
**clothes [1]** 91/20 93/7 93/7 93/21
**Club [1]** 52/1
**CLYDE [2]** 1/9 3/4
**co [2]** 152/7 216/12
**co-counsel [1]** 152/7
**co-worker [1]** 216/12
**cocaine [2]** 127/5 157/17
**cocktail [1]** 17/16
**code [14]** 57/23 57/25 132/19 134/5 182/2 182/3 182/6 182/6 197/20 197/22 197/22 197/23 197/24 215/20
**codes [1]** 52/1
**Cody [4]** 13/25 15/21 16/2 26/18
**colander [1]** 17/14
**cold [1]** 33/1
**colleague [1]** 146/13
**collect [1]** 74/7
**collected [2]** 74/13 138/13
**collection [4]** 70/6 137/19 138/7 138/11
**collector [1]** 173/13
**color [5]** 45/13 55/7 89/13 161/6 207/19
**color's [1]** 228/9
**colored [1]** 177/6
**combat [3]** 83/23 84/9 102/7
**combination [5]** 170/13 172/25 173/18 178/19 212/25
**committed [1]** 168/6
**common [9]** 20/24 23/24 24/13 59/16 62/24 67/1 139/17 160/14 168/3
**commonly [6]** 14/11 62/25 129/21 131/11 134/3 157/16
**Commonwealth [1]** 119/23
**communicate [1]** 222/1
**communication [1]** 52/2
**communications [6]** 66/24 213/13 216/6 217/1 218/22 223/4
**community [1]** 178/11
**company [3]** 38/8 189/8 228/19
**compare [1]** 208/5
**competition [1]** 32/6
**competitive [1]** 180/24
**compiled [1]** 147/8
**complained [1]** 107/17
**complete [3]** 25/13 195/21 201/11
**completed [1]** 119/19
**complex [1]** 52/19
**compliance [3]** 139/18 140/7 173/3

**compliant [1]** 139/20
**composition [1]** 70/16
**compound [2]** 124/10 125/15
**computer [4]** 1/25 40/19 47/16 142/20
**computers [2]** 15/13 15/14
**computes [1]** 162/1
**concealed [1]** 47/13
**concede [6]** 6/20 6/23 28/13 49/21 99/17 156/18
**concentration [5]** 21/16 126/17 128/4 131/10 139/7
**concern [1]** 132/4
**concerned [1]** 6/10
**concerning [3]** 64/7 65/4 167/3
**concert [5]** 9/2 79/15 79/17 79/18 79/18
**concluded [2]** 141/15 234/15
**condition [5]** 52/12 56/4 69/20 174/15 174/16
**conditions [1]** 51/10
**condo [1]** 92/3
**conduct [2]** 147/15 187/17
**conducted [8]** 10/5 18/15 20/9 54/15 121/21 122/4 127/7 166/4
**conducting [3]** 25/12 71/8 127/20
**conference [1]** 5/25
**confident [1]** 48/5
**confidential [1]** 170/14
**confirm [1]** 122/13
**confirmation [3]** 17/23 141/3 141/21
**confirmatory [1]** 124/17 125/9 139/6 140/23 143/25
**confirmed [5]** 61/17 61/23 64/25 141/17 217/10
**conflict [1]** 24/10
**confront [2]** 165/15 190/20
**confronted [11]** 10/11 12/6 13/9 29/14 32/24 43/4 46/20 106/5 165/20 220/13 220/25
**confronting [1]** 46/24
**confused [4]** 143/17 192/16 192/20 192/22
**confusion [1]** 217/18
**connection [3]** 20/24 25/22 136/19
**conscious [1]** 8/10
**consciousness [1]** 167/13
**consensual [1]** 166/4
**consent [1]** 153/23
**consequences [3]** 222/17 222/19 223/16
**considerably [1]** 197/5
**consideration [1]** 13/4
**consignment [1]** 157/14
**consisted [1]** 232/15
**consists [1]** 23/18
**conspiracy [5]** 23/23 26/16 27/4 28/24 169/9 225/19
**conspired [1]** 28/25
**consult [3]** 73/12 83/3 213/3
**consulted [1]** 83/12
**consumable [1]** 209/5
**consumed [2]** 131/17 144/22
**consuming [2]** 125/20 205/24
**consumption [2]** 24/7 57/24
**contact [8]** 44/10 115/7 115/10 121/15 167/2 167/15 219/3 221/13
**contacted [4]** 97/11 112/23 121/7 167/4
**contain [2]** 19/21 162/3
**contained [8]** 5/5 8/12 10/2 21/5 71/18 136/6 141/16 171/19
**container [2]** 67/16 133/5
**contaminated [3]** 17/12 17/17 19/22
**context [5]** 20/15 22/20 140/8 150/10 204/24
**continued [3]** 54/15 80/3 106/14
**continuing [1]** 5/7
**control [3]** 15/3 86/21 134/2
**controlled [13]** 15/9 19/21 24/1 24/4 24/6 27/5 45/16 57/21 154/21 161/18 185/20

**C**

controlled... [2]  186/19 194/11
conversation [4]  18/25 111/2 111/3 195/8
conversations [9]  13/11 15/5 27/15 31/15
31/18 33/6 34/10 37/4 65/1
convey [1]  214/8
convicted [5]  12/9 13/5 29/25 201/23
222/20
conviction [1]  12/10
convictions [1]  14/21
convinced [1]  26/22
cooperate [15]  10/13 12/7 12/8 12/12 13/12
14/19 33/12 33/17 97/12 168/1 171/1 188/4
188/7 198/17 222/21
cooperated [2]  103/12 198/24
cooperating [3]  12/22 34/5 34/6
cooperation [3]  12/24 170/9 222/2
cooperative [1]  163/5
coordinated [1]  170/18
copies [1]  4/16
copy [5]  4/13 137/7 137/8 156/2 214/25
Cordon [1]  78/25
corner [3]  69/12 135/23 230/5
correspond [2]  73/13 164/15
corroborating [1]  15/2
Costco [5]  9/19 78/2 91/21 91/24 93/12
couch [1]  47/2
counsel [29]  3/5 5/4 6/20 23/7 28/3 28/13
49/5 49/21 56/14 57/19 68/10 70/25 73/24
96/6 99/5 99/17 115/22 116/2 137/12 152/6
152/7 152/9 153/7 156/18 168/1 195/1
214/13 225/2 227/11
counsel's [1]  3/8
count [10]  23/21 23/21 23/22 24/15 24/19
24/20 24/22 48/1 155/1 155/12
counted [1]  195/18
counter [5]  17/10 20/10 26/13 43/7 67/16
counterfeit [14]  8/12 9/14 13/17 15/6 15/8
16/12 18/10 19/6 20/14 20/15 89/5 89/22
163/21 225/4
countertop [1]  177/21
country [2]  55/8 79/17
Counts [2]  34/7 44/25
Counts 1 [2]  34/7 44/25
county [28]  10/5 25/10 25/23 34/24 50/13
50/25 51/3 51/11 52/24 58/24 59/3 59/16
61/14 65/19 66/8 78/20 83/16 97/10 117/15
120/25 136/1 148/15 149/3 149/8 159/23
160/14 162/7 171/15
court [27]  1/1 2/11 2/11 2/12 3/14 3/22 4/16
4/18 5/3 5/11 5/23 7/7 7/16 12/19 14/24 28/4
49/6 50/19 53/9 98/16 99/9 152/5 157/1
172/4 224/20 233/23 236/24
Court's [2]  73/23 224/24
courtroom [17]  6/19 27/21 28/12 48/16
49/20 97/18 98/8 98/18 99/2 99/16 151/21
153/2 153/4 156/17 223/17 233/14 234/14
courts [3]  120/5 120/10 120/11
cousin [1]  81/25
cover [3]  26/20 110/20 154/25
covered [3]  69/21 151/25 156/4
CPR [7]  54/3 54/14 54/15 54/17 56/7 94/21
94/23
CR [1]  1/4
cracking [1]  161/22
cratered [1]  40/10
cred [1]  178/10
credibility [2]  27/1 178/10
credit [1]  41/3
crime [8]  66/10 66/11 67/5 67/17 72/8 103/1
149/15 160/3
crimes [3]  23/19 59/6 59/13 148/24 154/2
criminal [8]  27/23 27/25 28/9 150/13 155/21
155/21 155/23 164/2
crisis [4]  9/6 35/9 160/14 185/4
critical [1]  126/2

cross [17]  56/17 56/18 65/12 74/2 74/3
99/24 100/2 143/13 143/14 179/15 179/17
234/6 235/9 235/12 235/14 235/17 235/20
cross-examination [11]  56/17 56/18 65/12
74/2 74/3 99/24 100/2 143/13 143/14 179/15
179/17
crossover [1]  130/10
Crowley [58]
Crowley's [18]  17/5 25/13 34/1 34/8 65/2
70/7 73/15 121/21 123/15 124/6 127/8 128/3
130/25 131/7 131/16 161/11 162/24 219/5
CRR [2]  2/11 236/24
cruise [1]  90/14
crushing [2]  108/21 189/1
crying [2]  39/15 81/12
CSI [2]  65/18 69/8
cultivate [1]  40/20
cure [2]  206/18 207/2
curse [1]  43/15
custody [2]  70/11 72/6 73/4
customer [3]  181/11 181/12 197/6
customers [3]  178/1 180/15 181/22
Customs [1]  11/24
cut [8]  32/4 86/15 126/18 134/20 181/15
197/1 197/5 198/8
cuts [1]  158/12
CVS [1]  231/16
CVS Pharmacy [1]  231/16

**D**

daily [1]  149/24
damning [1]  17/24
dancing [2]  79/21 79/23
danger [1]  205/11
dangerous [2]  87/10 89/8
data [5]  141/5 141/8 142/5 142/22 147/6
database [2]  185/11 186/20
date [23]  66/17 72/25 82/6 86/22 106/25
137/18 137/19 137/20 137/23 137/23 138/6
138/7 138/8 138/10 138/11 138/12 167/20
185/1 207/9 215/2 217/14 217/16 236/24
dated [3]  72/14 116/24 175/14
dating [5]  79/5 79/7 79/8 79/19 120/6
DEA [48]
dead [1]  9/23
deadly [1]  8/15
dealer [28]  7/25 7/25 8/10 8/11 28/24 33/3
36/15 36/15 39/22 41/14 45/6 45/14 46/2
46/4 46/15 47/1 158/7 179/2 181/5 181/7
181/17 182/18 183/5 197/3 200/21 202/13
205/6 205/9
dealers [25]  20/25 25/25 26/1 26/7 30/3
31/22 32/5 32/14 36/19 41/13 177/24 178/9
178/13 178/21 179/8 179/20 180/18
182/3 182/13 182/21 184/7 196/24 196/24
197/21
dealers' [1]  150/15
death [41]  21/22 21/25 25/14 27/6 29/2 29/3
29/6 34/1 34/8 59/16 59/25 59/25 60/4 62/14
59/25 60/4 62/14 63/1 66/25 67/4 67/5 70/7
79/11 100/13 102/22 106/17 113/11 115/18
123/15 124/6 125/21 128/3 130/17 130/22
131/8 131/21 131/22 161/11 162/25 164/23
190/16 219/5
deaths [7]  61/11 61/13 61/18 61/23 62/5
62/6 62/12
decedent [20]  61/1 61/2 63/10 64/8 68/4
69/11 130/20 132/24 133/22 134/15 136/12
163/7
decedent's [5]  69/13 69/16 147/11 162/23
163/7
December [12]  82/8 82/11 83/2 100/16
100/17 107/21 112/7 116/24 158/14 159/20
187/6 187/6
December 13th [3]  116/24 158/14 159/20
December 2014 [1]  82/11
decent [1]  109/6

decide [2]  4/3 92/7
decided [4]  40/16 46/23 80/20 81/20
decides [3]  44/7 44/12 46/13
deciliter [1]  131/10
decision [6]  8/10 12/11 13/12 14/19 222/21
223/9
decisions [2]  96/23 114/8
decisions-wise [1]  96/23
deeply [1]  193/19
deeply [1]  113/4
defendant [45]  1/10 2/5 8/8 8/9 10/20 11/7
12/3 13/23 14/3 14/15 14/18 15/15 15/20
15/23 16/7 16/11 16/15 17/9 17/13 17/16
18/5 18/9 18/16 18/20 18/22 19/14 19/21
19/25 20/6 21/9 21/10 21/24 22/6 23/22
24/17 25/19 26/10 26/15 27/4 57/18 155/23
157/5 168/8 170/10 195/25
defendant's [10]  11/25 15/11 15/13 15/14
17/10 17/25 20/9 20/11 21/3 57/19
defense [13]  5/4 23/7 24/3 28/8 99/13
115/22 116/2 119/21 151/14 152/6 152/9
168/1 197/23
defined [1]  57/22
degree [2]  119/16 128/1
deleted [2]  96/17 113/25
deliberating [7]  7/5 7/7 27/9 48/10
deliberation [8]  3/16 7/8 7/10 27/12 27/17
48/13 50/5 50/7
deliberations [3]  3/18 23/14 24/11
delivered [3]  12/1 142/13 147/3
delivery [1]  45/16
demand [2]  47/23 152/6
demands [1]  27/3
demeanor [3]  107/10 107/16 163/4
demographically [1]  147/10
demonstrable [1]  198/18
den [1]  17/10
denied [1]  220/8
departed [1]  166/24
department [2]  148/22 149/8
dependency [1]  80/16
depending [2]  84/13 126/24
depends [3]  181/19 181/21 181/24
depict [5]  63/19 68/4 70/1 70/4 135/20
depicted [4]  95/11 95/18 177/18 227/16
depicting [1]  176/3
depictions [1]  68/20
Depot [1]  41/4
depressant [2]  146/4 146/5
depths [1]  13/21
deputies [2]  94/25 150/23
deputy [20]  9/24 20/22 50/12 50/14 50/24
53/4 53/6 53/14 54/2 54/14 54/5 55/5 55/8 56/1
56/10 57/5 67/9 70/13 74/17 117/15 173/10
Deputy Chris [1]  20/22
Deputy Greg [1]  50/12
Deputy Paliano [7]  53/4 53/14 54/2 54/14
55/5 56/1 56/10
Deputy Paliano's [1]  55/8
describe [8]  61/5 69/19 71/23 119/14
129/17 148/18 177/18 193/2
described [7]  33/13 76/1 107/5 132/21
136/17 193/3 193/5
description [1]  71/24
deserve [1]  91/8
designation [1]  51/22
designer [1]  15/9
desired [1]  129/20
desk [1]  38/24
desperately [2]  44/5 44/6
despite [1]  109/9
detail [2]  15/12 108/1
details [2]  193/7 193/9
detect [3]  140/24 140/25 141/3
detected [10]  124/13 124/13 124/23 125/1
125/8 125/10 131/25 139/9 139/11 141/22

## D

**detection [1]** 127/4
**detective [12]** 57/10 58/14 58/23 59/17 64/6 65/14 67/8 97/10 152/20 153/8 159/23 199/23
**Detective Padilla [1]** 153/8
**Detective Stephen [1]** 58/14
**Detective Ultsh [1]** 64/6
**detectives [1]** 160/5
**determination [3]** 131/21 161/14 224/12
**determine [9]** 20/17 126/23 127/13 127/13 127/21 128/1 147/14 164/11 165/9
**determined [1]** 29/8
**developed [1]** 114/6
**device [2]** 161/25 162/2
**devices [3]** 38/5 46/17 46/18
**diagnosis [2]** 130/12 130/16
**dial [1]** 173/18
**die [2]** 30/11 130/20
**died [12]** 9/16 17/7 25/8 29/12 62/12 90/21 96/9 164/13 188/2 217/22 218/23 219/15
**difference [13]** 37/21 47/24 84/6 105/25 106/3 107/10 145/15 159/7 172/7 199/20 203/18 207/18 207/19
**differences [1]** 127/19
**difficult [2]** 173/21 197/12
**Dimitrouleas [1]** 1/14 12/19 25/1
**Dimitrouleas' [1]** 23/13
**Diner [1]** 202/4
**dinner [1]** 109/17
**direct [19]** 50/22 58/21 66/1 77/19 105/6 106/5 119/4 148/16 176/6 182/24 192/7 200/14 235/8 235/10 235/12 235/14 235/17 235/19 235/22
**directed [1]** 121/16
**directing [9]** 59/8 64/5 69/8 121/6 133/19 158/14 167/18 176/2 179/4
**direction [1]** 222/2
**directions [1]** 75/13
**directly [7]** 91/21 115/7 117/17 117/19 140/15 162/1 205/8
**director [1]** 119/8
**dirty [2]** 25/4 93/7
**disabled [1]** 46/21
**discarded [1]** 103/5
**disclose [1]** 234/5
**discovered [3]** 15/15 127/8 130/25
**discovery [11]** 151/15 151/25 152/3 152/5 152/12 152/16 155/19 155/21 155/22 155/22 156/4
**discuss [12]** 4/11 7/4 28/18 48/11 50/1 98/4 98/10 99/22 152/21 156/23 233/8 233/16
**discussed [8]** 7/4 28/18 48/12 50/1 98/4 99/22 156/23 233/8
**discussing [1]** 64/7
**Discussion [11]** 56/14 68/10 70/25 73/24 96/6 137/12 143/11 195/1 214/13 225/2 227/11
**disease [1]** 130/21
**dish [1]** 216/17
**dispatch [1]** 94/23
**dispatched [2]** 60/6 60/7
**dispatcher [1]** 94/20
**disposal [1]** 216/17
**distilled [1]** 131/5
**distincting [1]** 127/18
**distinction [1]** 218/1
**distinguish [1]** 141/12
**distress [2]** 39/15 54/25
**distribute [8]** 23/25 24/16 25/20 26/16 27/5 28/25 29/1 203/17
**distributed [2]** 11/2 163/21
**distributing [1]** 113/12
**distribution [1]** 197/6
**distributor [2]** 45/2 150/5
**DISTRICT [9]** 1/1 1/2 1/15 2/12 7/19 52/25

121/1 121/5 171/12
**District 15 [2]** 121/1 121/5
**division [11]** 1/3 59/2 59/5 59/6 59/11 59/13 66/24 119/24 148/23 149/11 149/16
**DiVita [2]** 79/3 79/4
**divorce [1]** 42/11
**divorced [1]** 41/25
**Doc [1]** 16/25
**doctor [61]**
**doctor's [11]** 34/21 35/1 35/4 36/24 38/8 39/8 80/5 104/16 229/19 230/6 231/18
**doctoral [1]** 119/19
**doctors [3]** 38/16 39/21 114/15
**document [6]** 71/6 214/20 228/13 228/25 229/5 229/6
**documents [4]** 137/14 142/3 142/16 226/23
**dog [2]** 180/22 180/22
**dog-eat-dog [1]** 180/22
**Dome [1]** 79/18
**Donna [2]** 5/19 48/17
**Donny [1]** 3/10
**door [10]** 5/21 6/11 6/17 38/20 39/4 43/3 173/1 173/3 174/12 211/20
**dosage [6]** 18/10 21/9 84/7 84/12 128/15 128/17
**dose [4]** 129/11 129/20 213/18 213/24
**dosing [1]** 128/25
**doubt [7]** 7/24 34/13 36/23 46/5 110/23 111/1 154/10
**downstairs [8]** 9/22 56/2 56/9 56/12 93/6 93/21 94/16 95/1
**Dr. [95]**
**Dr. Behonick [8]** 22/21 120/18 123/12 132/10 135/16 136/19 143/7 146/25
**Dr. Benjamin [61]**
**Dr. Benjamin's [12]** 16/20 36/5 37/21 38/15 38/18 38/21 39/25 42/1 229/8 229/10 230/16 232/6
**Dr. Crowley [1]** 123/12
**Dr. George [5]** 11/5 17/3 118/20 119/2 120/13
**Dr. Gertrude [1]** 25/9
**Dr. Johnny [7]** 28/22 33/16 169/15 171/9 193/24 194/5 228/23
**drank [1]** 88/4
**drastically [1]** 94/13
**drawn [2]** 124/3 176/7
**dressed [2]** 61/8 166/3
**dresser [1]** 69/12
**drifted [1]** 38/13
**drifting [1]** 39/13
**drink [1]** 131/18
**drinking [3]** 88/3 88/8 114/7
**drinks [1]** 88/14
**drive [5]** 2/6 36/5 66/21 229/15 229/19
**driver [1]** 81/2
**driving [2]** 81/9 131/13
**drop [1]** 38/25
**dropped [7]** 203/15 203/19 205/15 205/17 205/22 218/5 218/6
**dropping [2]** 41/23 41/24
**drops [3]** 39/8 42/9 44/9
**drove [1]** 34/24
**drug [151]**
**drug X [1]** 130/11
**drug Y [1]** 130/11
**drug-related [2]** 130/18 132/5
**drugs [69]**
**drugs' [1]** 131/20
**drugstores [1]** 101/5
**drunk [2]** 52/14 131/13
**dryer [1]** 93/22
**Dude [1]** 216/5
**DUI [1]** 201/15
**duragesic [1]** 126/7
**duties [2]** 148/19 149/8

**duty [3]** 51/8 59/9 66/14
**DWI [1]** 88/9

## E

**E-FORCSE [1]** 35/12
**early [8]** 8/21 9/9 13/13 15/6 37/25 101/17 101/18 164/23
**earned [2]** 119/16 119/18
**East [1]** 66/21
**easy [2]** 21/21 83/15
**eat [6]** 9/22 93/11 93/17 93/20 93/21 180/22
**eBay [1]** 11/22
**EDDP [1]** 140/25
**edge [1]** 93/16
**Edgewood [1]** 119/21
**education [1]** 119/15
**effect [16]** 8/19 82/21 110/12 125/24 129/20 131/20 132/2 146/1 146/5 183/22 184/24 185/9 206/2 208/5 208/19 223/21
**effects [5]** 87/18 120/20 129/1 130/6 206/11
**efficacy [1]** 129/9
**efficiency [1]** 158/11
**effort [2]** 46/14 152/8
**eight [3]** 73/20 91/11 91/14
**eight o'clock [2]** 91/11 91/14
**elapsed [1]** 126/17
**elected [2]** 171/1 198/17
**electronic [4]** 35/14 161/25 185/10 186/20
**element [4]** 144/15 144/21 154/2 154/10
**elements [4]** 23/19 23/20 24/12 144/10
**elsewhere [1]** 140/10
**email [2]** 16/20 47/19
**emanating [1]** 124/4
**embolden [1]** 178/22
**employed [16]** 50/24 51/1 58/23 58/24 58/25 59/1 59/11 59/13 66/7 66/11 78/1 81/16 119/7 119/8 200/16 200/17
**employers [1]** 180/1
**empty [2]** 18/19 39/8
**EMS [2]** 56/3 56/7
**enacted [1]** 35/9
**encounter [4]** 46/7 139/18 166/4 172/17
**encountered [2]** 69/19 159/24
**enforcement [20]** 10/5 10/6 10/12 96/12 97/4 97/8 113/20 150/10 150/24 162/7 162/12 167/6 167/25 168/1 185/17 186/22 187/13 193/6 219/13 220/2
**engaged [6]** 23/22 28/24 42/8 44/6 150/3 150/13
**English [2]** 143/16 162/3
**enjoy [1]** 81/9
**ensure [1]** 139/20
**enter [1]** 185/10
**entitled [2]** 224/20 236/21
**entity [1]** 136/20
**entry [2]** 165/7 201/22
**environment [1]** 194/11
**episode [3]** 107/4 166/6 166/19
**equally [1]** 84/9
**equipment [5]** 41/1 41/2 41/3 147/15 205/3
**erased [1]** 110/20
**especially [4]** 12/18 15/8 32/14 47/6
**Esq [2]** 2/5 2/8
**essentially [6]** 18/19 32/25 127/2 142/23 197/4 208/12
**establish [2]** 14/14 17/19
**estimated [1]** 129/8
**ethanol [5]** 25/15 130/25 131/3 131/4 131/19
**euphoria [1]** 212/1
**euphoric [2]** 206/11 208/5
**evaluate [1]** 26/23
**evaluating [1]** 27/1
**evening [8]** 21/11 51/13 60/2 60/7 63/10 65/2 164/12 217/13
**event [2]** 79/20 170/8

**E**

**everybody [4]** 12/16 23/12 35/15 152/24
**everybody's [1]** 146/8
**everyone [7]** 7/3 13/19 28/17 49/25 99/21
156/22 195/8
**evidence [75]**
**evidentiary [1]** 67/12
**evolve [1]** 36/18
**exam [1]** 16/3
**examination [22]** 50/22 56/17 56/18 58/21
65/12 66/1 74/2 74/3 77/19 99/24 100/2
115/19 116/20 119/4 143/13 143/14 146/23
148/16 179/15 179/17 195/5 200/14
**examine [2]** 68/14 73/7
**examiner [8]** 25/11 130/20 131/23 132/24
134/15 134/17 136/1 147/3
**examiner's [5]** 25/10 121/1 121/2 135/15
135/18
**exceeding [1]** 84/11
**Excess [1]** 207/4
**excessive [1]** 212/10
**exchange [2]** 36/3 36/12
**exchanged [1]** 215/1
**excluding [1]** 130/17
**exclusion [4]** 7/24 34/12 130/12 130/16
**excreted [1]** 139/16
**excuse [12]** 57/6 65/7 65/15 65/17 77/8
77/9 118/16 118/18 147/24 148/1 199/24
200/6
**executed [1]** 17/8
**execution [1]** 177/6
**Executive [1]** 2/6
**exhibit [66]**
**Exhibit 1 [2]** 57/14 58/5
**Exhibit 10 [1]** 136/8
**Exhibit 11 [1]** 133/20
**Exhibit 12 [1]** 134/10 136/6
**Exhibit 13 [2]** 122/23 123/7
**Exhibit 136 [3]** 73/6 161/1 161/2
**Exhibit 139 [2]** 142/3 143/2
**Exhibit 14 [1]** 176/2
**Exhibit 15 [1]** 177/18
**Exhibit 16 [1]** 63/23
**Exhibit 17 [4]** 95/18 95/19 96/2 135/17
**Exhibit 2 [2]** 68/13 69/9
**Exhibit 4 [5]** 63/16 64/5 67/25 95/8 95/12
**Exhibit 5 [1]** 69/24
**Exhibit 54 [1]** 227/14
**Exhibit 55 [1]** 228/13
**Exhibit 56 [1]** 231/4
**Exhibit 57 [2]** 214/19 215/5
**Exhibit 6 [2]** 70/4 163/12
**Exhibit 7 [5]** 70/23 71/5 71/11 71/16 76/8
**Exhibit 8 [2]** 5/4 72/23
**Exhibit 9 [4]** 132/15 133/5 135/3 135/11
**exhibits [26]** 41/2 68/9 68/15 68/24 69/2
69/5 72/18 72/19 73/18 73/21 132/11 132/13
133/11 133/16 133/20 175/8 175/10 175/17
175/20 226/18 226/20 227/2 227/9 234/11
236/1 236/2
**Exhibits 11 [1]** 132/11
**Exhibits 14 [2]** 175/8 175/17
**Exhibits 2 [1]** 68/24
**Exhibits 5 [1]** 168/9
**Exhibits 54 [2]** 226/18 227/2
**Exhibits 8 [2]** 72/18 73/18
**Exhibits 9 [1]** 133/11
**exist [1]** 26/22
**exited [8]** 27/21 48/16 98/8 98/18 151/21
153/2 233/14 234/14
**expect [10]** 25/16 31/16 37/10 37/17 39/2
76/23 126/5 188/4 203/20 217/21
**expectation [1]** 157/14
**expected [3]** 8/7 59/23 218/6

**expecting [4]** 158/2 158/4 203/25 217/19
**expects [1]** 186/19
**expensive [1]** 92/10
**experience [15]** 25/24 52/12 105/22 157/16
158/5 158/9 168/3 172/24 174/9 181/24
182/20 187/14 195/24 206/11 207/17
**experiences [1]** 26/25
**expert [25]** 15/7 20/23 120/2 120/13 121/18
151/7 151/11 151/14 151/23 152/1 155/25
156/2 157/3 158/24 159/3 159/8 159/15
171/25 172/7 172/8 173/25 177/23 177/24
179/19 197/9
**expertise [1]** 184/18
**explain [18]** 17/4 20/1 22/14 22/25 23/8
23/16 25/24 26/6 26/6 62/19 69/9 130/14
158/17 161/20 169/24 189/11 204/23 225/8
**explained [4]** 140/8 181/2 192/14 205/2
**explaining [1]** 19/25
**explains [1]** 18/2
**explanation [1]** 166/11
**expressed [1]** 153/23
**expressway [1]** 81/12
**extends [1]** 127/4
**extra [1]** 84/9
**extract [1]** 142/5
**extremely [2]** 8/15 151/5
**eye [1]** 88/10
**eye-opener [1]** 88/10
**eyes [1]** 45/4

**F**

**F-U-R-A-N-Y-L-F-E-N-T-A-N-Y-L [1]** 57/21
**face [3]** 69/22 94/11 117/19
**facial [1]** 62/16
**facing [3]** 29/19 176/12 223/13
**fact [24]** 8/16 12/19 13/23 26/4 26/21 39/2
41/10 108/25 109/4 113/16 113/16 158/21
159/3 159/7 159/11 160/13 172/7 177/2
179/7 184/10 210/12 212/15 225/21 230/2
**factor [1]** 131/20
**facts [2]** 165/14 197/9
**failed [5]** 46/18 140/23 141/3 141/20 141/20
**fainted [3]** 166/7 190/23 219/22
**fake [1]** 207/15
**familiarity [1]** 113/17
**family [12]** 8/22 19/10 54/23 60/16 60/18
60/21 81/23 82/9 96/19 114/2 197/3 197/4
**fancied [1]** 39/21
**fashion [1]** 120/19
**fast [1]** 6/3
**father [1]** 41/5
**father-in-law [1]** 41/5
**favor [1]** 226/10
**FC [2]** 134/3 134/11
**FC831721 [1]** 134/22
**fear [5]** 25/25 177/24 178/1 178/2 178/6
**feature [1]** 231/7
**features [1]** 62/17
**February [2]** 167/18 169/16
**February 10th [2]** 167/18 169/16
**fed [1]** 41/19
**federal [7]** 14/21 24/6 120/10 120/11 155/23
172/12 222/22
**feed [1]** 32/16
**feedback [1]** 204/12
**fees [2]** 49/15 49/18
**fell [4]** 9/2 40/11 166/8 166/9
**fellow [4]** 7/19 180/18 211/14 216/11
**fellows [1]** 190/20
**felon [3]** 12/9 13/5 201/23
**felony [2]** 12/10 14/20
**female [4]** 54/1 54/4 61/7 135/20
**femoral [5]** 128/5 133/23 133/24 133/24
136/12
**fentanyl [42]** 8/14 8/17 8/17 11/11 15/16
16/23 19/22 24/6 89/3 89/6 89/7 105/19

125/17 125/17 125/20 125/20 125/22 125/22
126/1 126/4 126/5 126/6 126/8 126/11 139/5
139/7 139/9 140/22 140/24 141/2 141/3
141/9 141/11 141/12 141/12 141/16 141/21
145/12 145/25 146/16 146/19 154/21
**fi [2]** 165/3 165/5
**field [1]** 39/20
**Fifty [1]** 215/8
**Fifty-seven [1]** 215/8
**fight [1]** 102/16
**figure [3]** 46/18 104/11 109/13
**figured [5]** 37/23 37/24 37/25 94/6 216/19
**figures [1]** 78/7
**figuring [1]** 109/14
**file [3]** 152/1 155/11 224/9
**filed [4]** 151/15 152/9 224/5 224/13
**fill [15]** 35/6 35/13 35/14 35/17 35/22 83/16
101/3 101/13 101/13 211/6 226/3 226/4
226/7 230/7 230/9
**filled [17]** 34/17 35/15 70/20 75/9 76/25
103/18 104/8 106/2 113/10 185/14 185/21
186/19 211/2 211/3 211/13 226/7 230/23
**filling [3]** 35/24 83/15 226/3
**fills [2]** 76/21 185/10
**final [2]** 147/2 147/4
**finally [1]** 35/9
**financial [2]** 39/14 92/7
**financially [1]** 92/15
**fine [2]** 92/18 93/20
**fingerprint [2]** 231/5 231/6
**fingertips [1]** 94/12
**finish [1]** 4/5
**fire [3]** 54/15 54/16 172/25
**firearm [5]** 176/19 176/24 176/25 177/16
198/7
**firearms [21]** 18/14 20/24 20/25 21/2 25/21
26/7 26/14 173/7 173/13 173/14 173/16
174/13 174/15 175/1 176/14 176/21 177/20
178/21 179/4 179/5 179/7
**fit [1]** 22/17
**five-minute [1]** 93/5
**fix [1]** 182/18
**FL [2]** 2/10
**flat [1]** 43/10
**flat-out [1]** 43/10
**flick [1]** 21/4
**floor [5]** 54/1 55/12 56/2 94/3 144/1
**FLORIDA [38]** 1/2 1/7 2/4 2/7 2/13 7/19 9/5
13/19 14/8 16/16 18/18 22/9 35/9 35/12
40/16 47/9 51/12 52/23 52/25 63/20 66/16
67/18 78/4 81/5 81/21 81/23 82/4 83/1 92/14
100/12 148/25 151/4 151/8 157/4 171/13
184/18 185/24 201/19
**flows [1]** 32/18
**fluid [3]** 62/23 63/2 63/5
**flushed [1]** 217/5
**flushing [1]** 216/15
**flying [1]** 22/15
**focus [1]** 83/11
**follow-up [2]** 43/24 117/11
**force [2]** 51/6 172/12
**FORCSE [1]** 35/12
**foregoing [2]** 151/2 236/20
**foreign [1]** 104/10
**forensic [21]** 119/9 119/22 119/24 120/8
120/21 121/2 121/4 121/4 123/3 124/16
124/18 126/3 130/15 132/20 133/6 133/6
134/4 134/7 134/9 134/23 136/4
**forfeit [1]** 155/2
**forfeiture [7]** 155/1 155/5 155/10 155/11
155/12 155/12 155/14
**form [6]** 70/20 126/8 131/4 139/24 142/23
147/4
**formerly [1]** 149/15
**forms [4]** 54/21 83/9 126/6 129/4
**FORT [3]** 1/3 1/7 2/13

**F**

**four o'clock [3]**  91/12 91/17 91/22
**Fourteen [1]**  175/19
**frame [2]**  85/16 96/22
**Francine [3]**  2/11 236/23 236/24
**frankly [1]**  37/9
**freely [1]**  168/11
**FRIDAY [4]**  3/1 90/15 99/1 217/9
**friend [12]**  13/25 14/1 34/20 109/25 111/10
 111/12 111/13 111/17 112/25 202/25 203/2
 226/11
**friends [14]**  35/20 36/15 36/17 38/6 60/21
 81/23 92/11 92/11 102/13 104/19 112/20
 113/12 210/12 230/6
**friendship [3]**  210/21 211/11 211/19
**front [11]**  3/12 90/10 94/5 132/18 137/4
 157/19 157/21 166/10 224/15 224/16 229/25
**front-of-the-house [1]**  90/10
**frothy [2]**  62/24 63/9
**frothy-like [1]**  62/24
**full-time [1]**  119/22
**funded [1]**  90/14
**funeral [8]**  4/1 4/4 4/9 110/6 220/14 220/17
 220/18 220/20
**furanylfentanyl [43]**  8/13 8/14 8/18 11/3
 11/6 11/10 13/22 15/16 17/4 17/6 17/12
 17/16 17/17 19/24 23/25 24/4 24/14 24/17
 25/14 27/5 57/20 124/10 125/18 127/8 128/2
 128/4 128/14 128/15 128/17 129/7 129/8
 130/1 141/6 145/7 145/8 145/10 145/13
 145/16 145/24 153/13 160/1 161/14 162/5
**furanylfentanyl-tainted [1]**  13/22
**furfentanyl [1]**  145/6
**furtherance [1]**  225/19

**G**

**G-R-E-G-O-R-Y [1]**  50/20
**gain [2]**  12/24 170/15
**garage [1]**  60/23
**Garcia [4]**  2/2 3/9 7/20 152/7
**gas [2]**  122/10 124/7
**gather [1]**  37/2
**general [6]**  122/9 183/3 183/4 193/3 193/14
 212/11
**generalizations [1]**  182/23
**generalize [1]**  182/20
**generated [1]**  194/22
**genetically [3]**  209/14 209/15 209/16
**gentlemen [31]**  7/17 17/23 12/9 12/16 14/6
 14/20 16/1 17/11 17/19 17/24 18/13 19/2
 19/19 20/8 21/8 22/10 24/25 25/19 26/12
 26/19 62/19 69/9 72/9 77/23 139/1 148/18
 158/17 161/21 165/19 204/23 225/8
**genuine [1]**  209/19
**geolocation [4]**  164/8 164/20 165/7 165/8
**George [8]**  11/5 17/3 118/20 118/23 119/2
 120/13 200/12 235/16
**Georgia [2]**  18/4 21/19
**Gertrude [1]**  25/9
**get-go [1]**  209/19
**gets [7]**  19/7 26/5 35/23 62/24 111/21
 185/14 185/15
**girlfriend [2]**  217/13 217/16
**gives [4]**  154/13 157/13 162/2 193/14
**Glades [1]**  201/21
**glass [1]**  161/22
**glowed [1]**  210/19
**gold [2]**  38/7 38/8
**gonna [60]**
**Gonzalez [1]**  5/20
**Gonzalez's [5]**  3/16 7/8 27/17 48/13 50/6
**goods [1]**  178/22
**Google [1]**  47/15
**gotta [5]**  81/3 89/2 89/3 89/7 100/14
**gotten [3]**  3/21 101/7 217/17
**government [35]**  2/2 4/21 12/22 23/20 24/3

 28/22 29/17 31/16 31/17 32/13 34/11 34/16
 35/8 36/13 41/2 44/12 44/19 44/20 45/9
 45/24 47/4 50/10 57/8 57/18 77/10 118/19
 148/2 154/3 154/9 155/1 200/1 222/10
 222/22 224/6 224/8
**government's [97]**
**grab [1]**  93/11
**gram [1]**  128/9
**grams [2]**  131/10 131/11
**grand [1]**  25/17
**graphic [1]**  62/22
**great [4]**  43/8 108/1 214/11 228/8
**greater [1]**  129/19
**greed [2]**  14/16 32/15
**Green [1]**  2/9
**greeted [1]**  9/21
**Greg [1]**  50/12
**GREGORY [3]**  50/16 50/20 235/8
**grew [1]**  37/15
**grief [1]**  96/19
**Grill [1]**  81/18
**grinder [1]**  11/25
**groin [1]**  134/1
**ground [4]**  26/20 61/7 166/8 166/10
**groups [1]**  122/7
**grow [6]**  40/19 40/24 40/25 41/2 41/3 41/4
**growing [2]**  42/13 42/14
**guarantee [1]**  195/25
**guard [1]**  56/11
**guilty [12]**  14/23 27/4 41/7 48/6 155/5
 155/10 155/13 196/2 196/8 201/6 223/11
 224/15
**guinea [1]**  11/3
**Gulker [14]**  13/25 15/21 16/2 26/18 35/3
 111/10 111/21 112/4 112/10 112/18 113/6
 113/16 189/12 190/5
**Gulker's [1]**  113/16
**gun [3]**  21/3 47/14 198/5
**gunpoint [1]**  184/13
**guns [10]**  47/7 47/10 47/14 155/2 166/3
 173/9 174/21 178/19 182/8 198/2
**gunshot [1]**  130/21

**H**

**habit [2]**  109/19 189/9
**habits [3]**  32/16 179/23 180/1
**Hail [1]**  43/1
**half [10]**  66/13 93/25 126/13 126/16 126/18
 126/20 126/22 210/16 214/12 216/5
**half-life [3]**  126/13 126/16 126/22
**half-lifes [1]**  126/20
**halfway [1]**  123/20
**hall [2]**  7/8 48/13
**hammer [2]**  41/23 41/24
**hand [13]**  23/1 23/4 50/15 58/15 65/20 69/12
 77/13 118/22 135/22 148/9 200/7 215/16
 231/16
**handed [2]**  96/13 229/6
**handguns [6]**  173/7 174/17 174/18 174/19
 176/11 177/2
**handle [1]**  5/10
**handled [1]**  59/24
**handouts [1]**  105/4
**hands [3]**  45/20 46/21 106/3
**handwriting [2]**  15/24 153/21
**handwritten [3]**  116/24 142/13 194/19
**hanging [2]**  37/11 130/21
**happenstance [1]**  211/22
**harm [1]**  182/10
**harsh [1]**  80/25
**hated [1]**  81/10
**he'd [5]**  36/7 36/8 38/22 38/23 38/23
**he'll [8]**  12/9 12/13 13/4 13/11 15/10 20/23
 25/24 26/6
**head [4]**  21/22 60/11 70/19 96/22
**headquartered [1]**  119/9

**heads [1]**  113/3 189/18 189/21
**hear [50]**
**heard [8]**  15/10 21/18 31/12 31/13 33/6 52/1
 204/24 210/3
**hearing [2]**  22/21 44/22
**hearsay [3]**  62/7 65/7 225/18
**heart [4]**  52/13 63/2 124/1 124/4
**heat [2]**  112/12 189/12
**heavily [3]**  87/1 105/11 189/6
**heavy [2]**  81/1 132/3
**height [2]**  35/9 160/13
**hell [1]**  42/12
**hello [1]**  9/21
**help [11]**  30/10 30/14 33/12 37/20 39/16
 126/22 135/12 184/5 222/22 226/3 226/4
**helped [1]**  84/4
**helping [1]**  97/4
**helps [1]**  162/9
**here's [5]**  19/7 33/4 39/24 44/17 110/7
**hereby [1]**  57/17
**heroin [1]**  11/12 157/18
**hey [6]**  21/18 87/16 92/14 96/20 203/8
 203/11
**Hi [3]**  77/21 77/22 119/6
**hid [1]**  114/17
**hidden [1]**  166/3
**hide [1]**  12/25
**high [13]**  44/2 49/18 52/14 86/19 160/16
 200/20 200/22 206/17 207/4 212/2 212/8
 212/9 212/12
**high-level [1]**  160/16
**higher [1]**  129/20
**highest [1]**  119/16
**Hillary's [1]**  202/4
**hired [1]**  41/4
**histories [1]**  103/21
**history [3]**  147/9 164/2 186/6
**hit [1]**  210/20
**hitters [1]**  132/4
**hold [4]**  6/14 6/14 38/11 38/12
**holding [1]**  93/15
**hole [1]**  226/11
**home [13]**  9/17 9/20 41/3 85/25 86/3 91/3
 91/25 91/25 92/23 117/22 119/12 179/9
 217/16
**homicide [4]**  59/7 59/14 59/21 159/24
**honest [2]**  111/24 114/11
**honestly [1]**  108/9 115/14 151/24
**honor [92]**
**Honorable [1]**  1/14
**hop [1]**  93/3
**hope [1]**  86/15
**hopefully [1]**  22/18
**hotshot [1]**  39/21
**hour [3]**  93/25 221/19 221/23
**hours [6]**  51/13 60/2 90/11 127/2 164/12
 164/23
**house [27]**  15/11 17/9 20/11 21/3 25/21
 26/12 40/25 41/1 41/4 47/2 47/5 55/18 90/10
 97/6 103/2 111/20 171/9 171/12 172/11
 172/17 178/7 178/25 191/17 191/22 192/22
 203/7 203/15
**houses [1]**  150/15
**hug [1]**  85/7
**huge [2]**  105/25 219/20
**hugging [1]**  85/8
**hum [4]**  92/24 107/6 112/9 113/2
**human [5]**  11/3 11/7 24/7 57/24 145/5
**humble [1]**  210/17
**hundred [9]**  14/7 16/17 36/2 61/22 150/18
 189/14 189/19 218/5 218/6
**hung [2]**  111/17 111/19
**hungry [1]**  93/10
**hurt [1]**  9/3
**husband [10]**  8/23 9/10 9/17 54/24 55/1
 55/18 56/20 60/19 65/2 162/24

**H**

**hydrocodone [8]** 14/2 14/10 16/5 26/17 200/24 201/1 201/2 231/12

**I**

**I'd [24]** 68/9 68/23 69/23 70/22 72/17 73/6 95/7 95/17 115/4 122/22 132/10 133/10 135/3 142/2 160/25 163/11 177/17 206/5 207/16 213/3 213/4 219/2 226/17 227/1
**I'll [13]** 3/19 3/24 11/20 18/7 30/8 35/3 62/3 93/8 93/20 93/22 93/22 225/21 234/2
**I'm [117]**
**I've [25]** 5/25 18/3 27/8 42/13 42/14 45/3 45/3 59/1 64/13 66/13 76/15 86/9 87/25 94/20 94/22 114/11 120/9 134/21 148/21 149/12 176/7 179/7 181/11 206/4 226/17
**ID [1]** 35/18
**idea [8]** 8/4 11/19 116/4 129/6 145/21 169/18 176/23 209/1
**identification [26]** 54/21 57/15 63/15 63/17 68/16 70/23 70/24 72/17 72/20 95/19 95/20 122/22 122/25 127/15 132/11 132/14 141/3 141/19 142/2 142/4 175/7 175/11 214/19 214/21 226/18 226/21
**identified [10]** 13/6 124/8 124/12 127/10 131/25 138/6 163/24 166/5 210/1 227/5
**identifies [2]** 133/22 144/3
**identify [5]** 10/10 130/17 163/20 168/16 227/5
**identifying [3]** 138/20 147/11 163/18
**IDs [1]** 35/17
**Ignore [1]** 231/23
**ignores [1]** 42/17
**IHOP [1]** 42/24
**II [1]** 128/24
**illegal [5]** 23/24 36/4 46/4 112/18 180/3
**illicit [5]** 125/16 126/4 126/10 129/4 178/17
**image [3]** 69/10 114/2 206/5
**immediately [6]** 33/17 93/1 94/17 94/18 96/14 97/12
**immunity [4]** 221/19 221/23 222/5 222/14
**immunoassay [3]** 122/12 122/16 141/20
**import [1]** 11/24
**importance [1]** 158/6
**imported [2]** 11/14 15/9
**impossible [1]** 16/8
**imprint [1]** 207/21
**imprinting [1]** 207/19
**imprisonment [1]** 224/4
**in camera [2]** 3/22 3/25
**inability [1]** 230/22
**inaccurate [3]** 220/9 220/10 220/12
**inactive [1]** 125/23
**inartfully [1]** 169/7
**incarceration [1]** 208/2
**incident [4]** 46/2 60/7 61/16 65/5
**incidentally [4]** 14/22 16/1 18/13 21/24
**include [3]** 70/9 125/17 132/1
**included [1]** 122/7
**including [5]** 18/21 34/19 34/19 35/11 195/16
**incompetent [1]** 86/22
**incomplete [1]** 130/8
**incriminating [2]** 170/15 222/14
**independent [2]** 121/13 124/20
**independently [1]** 13/2
**INDEX [3]** 235/1 235/6 236/1
**Indian [1]** 171/15
**Indiana [2]** 119/10 119/13
**Indianapolis [2]** 119/10 119/13
**indicate [5]** 123/13 125/19 131/17 133/21 212/7
**indicated [11]** 64/13 123/22 138/17 139/4 140/22 141/2 149/17 155/19 172/14 203/4 228/7
**indicates [5]** 134/16 136/1 139/14 140/13

142/6
**indicating [9]** 64/11 69/14 132/24 134/15 136/13 142/11 206/20 226/24 228/2
**indication [2]** 138/22 193/14
**indictment [5]** 8/4 20/12 23/18 23/21 24/15
**individual [10]** 9/11 10/17 65/4 84/19 121/8 121/10 133/21 164/16 202/18 209/24
**individuals [2]** 13/24 14/22
**induced [2]** 166/18 166/19
**indulgence [2]** 73/23 224/24
**industry [3]** 38/4 38/10 38/14
**inebriated [1]** 86/21
**inert [2]** 20/16 20/17
**infection [1]** 130/21
**infer [1]** 47/20
**influence [1]** 108/11
**informant [2]** 41/21 46/24
**information [12]** 10/7 65/4 65/6 70/20 114/9 147/12 151/16 168/2 169/5 190/19 214/8 218/7
**informed [1]** 85/1
**informing [1]** 46/20
**ingestion [1]** 189/2
**initial [7]** 121/13 151/13 167/7 167/9 167/15 195/24 206/16
**initialed [2]** 72/14 175/14
**initially [6]** 30/3 62/13 69/21 97/4 101/11 166/23
**initials [5]** 72/9 68/18 72/25 175/14 214/23 226/23 227/5 227/14 227/15
**initiate [1]** 170/9
**injured [1]** 26/5
**injury [2]** 9/2 206/10
**innumerable [1]** 16/17
**inseparable [1]** 79/11
**insist [1]** 157/19
**inspection [2]** 23/14
**instance [2]** 164/4 198/18
**instead [5]** 5/20 18/6 19/25 150/12 188/15
**Institute [1]** 119/21
**instruction [2]** 12/20 172/5
**instructions [2]** 25/1
**Integra [2]** 42/19
**integrity [1]** 72/11
**intended [2]** 24/7 57/24
**intent [5]** 23/25 24/16 25/19 26/16 27/4
**interact [1]** 44/3
**interaction [5]** 39/10 145/18 145/21 145/22 145/22
**interactions [1]** 31/3
**interacts [1]** 145/10
**interchangeable [1]** 145/14
**interest [1]** 37/19
**interested [2]** 42/20 43/11
**intermediate [1]** 15/7
**international [1]** 15/7
**Internet [1]** 89/4
**interposed [1]** 157/5
**interrupt [5]** 91/13 132/25 138/4 158/19 225/12
**intervene [1]** 197/14
**intervention [1]** 128/21
**interview [16]** 108/6 109/8 112/16 117/21 150/19 162/21 163/2 167/7 167/10 187/1 187/9 188/9 188/12 188/16 188/19 196/21
**interviewed [4]** 13/14 107/21 178/13 196/7
**intimidate [1]** 178/23
**intoxication [2]** 25/14 131/15
**intravenian [1]** 16/18
**introduce [2]** 23/8 57/14
**introduced [2]** 139/15 140/2
**inventory [2]** 71/8 73/12
**invest [1]** 39/24
**investigate [3]** 59/18 148/24 162/19
**investigated [4]** 61/10 61/13 61/18 62/5
**investigating [1]** 29/6

**investigation [12]** 10/4 60/4 66/25 121/19 158/15 159/20 159/23 170/10 185/22 186/5 187/21 187/24
**investigations [4]** 148/25 149/12 149/21 187/17
**investigative [1]** 165/14
**investigator [2]** 66/10 66/12
**investigators [1]** 165/23
**invited [1]** 90/12
**involvement [2]** 40/9 186/25
**iPad [1]** 110/19
**irrelevant [1]** 196/3
**Island [1]** 200/18
**issue [8]** 24/2 24/9 38/6 190/2 203/6 207/1 218/21 233/24
**issued [3]** 51/23 56/12 75/9
**issues [6]** 82/18 84/5 153/20 185/13 189/17 189/18
**item [5]** 23/10 73/8 122/23 135/4 177/15
**items [13]** 20/12 23/1 23/8 23/12 47/19 47/20 55/3 67/11 67/14 132/12 132/21 136/9 155/12

**J**

**jammed [3]** 19/7 19/12 19/12
**January [2]** 101/18 167/15
**January 18th [1]** 167/15
**Jason [3]** 138/10 141/1 142/6
**jealous [1]** 91/6
**Jefferson [1]** 201/22
**Jena [3]** 137/17 139/4 142/11
**Jencks [1]** 151/16
**jeopardy [1]** 226/2
**Jersey [4]** 80/24 82/8 110/6 110/9
**jigsaw [2]** 22/11 22/13
**job [18]** 38/3 38/11 38/12 38/13 38/13 38/13 39/12 42/10 42/15 42/20 43/20 67/1 74/7 82/12 82/15 101/21 148/23 198/10
**jobs [7]** 9/18 38/10 82/13 91/23 202/1 202/3 202/15
**John [4]** 2/2 3/7 4/22 7/17
**John's [1]** 119/17
**JOHNNY [20]** 3/4 3/11 7/24 10/18 10/19 14/3 15/20 28/22 33/16 46/14 47/10 47/13 169/15 169/18 170/10 171/9 193/24 194/5 228/23
**joints [2]** 199/13 199/17
**Jonathan [2]** 202/25 203/2
**JR [3]** 1/9 2/5 228/23
**judge [59]**
**Judge Brannon [2]** 152/16 155/20
**Judge D [1]** 224/16
**Judge Dimitrouleas [2]** 12/19 25/1
**Judge Dimitrouleas' [1]** 23/13
**Judge Gonzalez [1]** 5/20
**Judge Gonzalez's [5]** 3/16 7/8 27/17 48/13 50/6
**Judge King's [1]** 4/1
**July [9]** 41/22 42/3 78/7 78/10 105/8 107/4 120/9 170/2 212/19
**July 12th [1]** 170/2
**July 27th [1]** 42/3
**jumped [1]** 93/4
**juncture [1]** 171/23
**June [4]** 85/19 105/8 106/18 107/4
**juries [1]** 5/11
**jurors [3]** 3/15 5/20 23/4
**jury [79]**
**jury's [1]** 27/24
**Juste [1]** 25/9
**justice [2]** 26/22 27/3

**K**

**keep [13]** 3/17 23/11 26/3 26/4 31/25 44/3 87/9 96/19 181/2 181/17 182/4 182/4 203/13
**keeping [1]** 36/16

**K**

**keeps** [1] 44/2
**Kevan** [80]
**Kevin** [2] 146/14 147/7
**key** [1] 181/5
**kid** [1] 37/14
**kids** [1] 39/13
**kill** [1] 216/19
**killed** [5] 18/3 21/14 26/5 29/25 111/8
**killer** [2] 206/4 206/6
**killing** [1] 87/17
**King's** [1] 4/1
**kitchen** [5] 67/16 82/15 172/20 177/21
210/16
**kits** [1] 161/22
**kitten** [1] 86/1
**knocking** [1] 39/4
**knockoff** [2] 207/15 207/16
**knowing** [6] 30/4 181/12 191/12 210/7 220/6
220/8
**knowledge** [13] 102/19 104/24 106/12 107/9
107/15 107/19 112/5 113/7 129/12 145/20
170/25 185/22 193/19
**knows** [11] 11/5 39/6 39/7 43/16 186/19
193/11 199/19 204/7 232/19 232/19 232/20

**L**

**lab** [6] 72/8 127/19 141/11 142/5 143/8
162/13
**label** [10] 75/8 132/19 132/20 132/23 133/7
134/5 134/14 134/23 135/11 135/14
**labeled** [7] 33/15 74/23 74/25 75/7 76/4
76/18 123/24
**labeling** [1] 136/11
**laboratories** [6] 16/16 120/7 120/8 120/24
121/24 137/14
**laboratory** [20] 119/9 119/13 119/24 121/5
121/14 121/15 122/1 123/2 123/4 125/5
131/9 132/17 136/18 136/22 141/10 142/22
144/3 146/10 147/17 162/8
**labrum** [2] 206/20 206/22
**labs** [8] 16/18 136/16 136/21 138/1 138/16
138/17 138/23 142/13
**lactose** [1] 209/4
**ladies** [31] 7/17 7/23 12/9 12/16 14/5 14/20
16/1 17/11 17/18 17/24 18/13 19/1 19/19
20/8 21/7 22/10 24/25 25/18 26/12 26/19
62/19 69/9 72/9 77/23 139/1 148/18 158/17
161/20 165/19 204/23 225/8
**lady** [2] 56/21 79/22
**laid** [1] 176/12
**Lake** [2] 149/7 187/16
**Lakes** [1] 66/21
**landed** [1] 82/15
**Lane** [1] 171/10
**laptop** [1] 56/12
**large** [5] 172/21 172/22 172/25 173/7 178/11
**larger** [1] 72/24
**Larry** [1] 2/5
**laser** [2] 161/25 162/1
**late** [4] 60/7 90/5 164/23 164/24
**LAUDERDALE** [3] 1/3 1/7 2/13
**laundry** [1] 9/22
**law** [24] 10/5 24/6 24/22 40/23 41/5 41/6
48/4 96/11 97/4 97/8 113/20 120/23 150/24
154/12 167/6 167/25 168/1 185/17 185/24
186/22 187/13 193/6 219/12 220/2
**lawsuit** [2] 49/11 49/14
**lawyer** [3] 154/7 154/9 154/18
**lawyer's** [1]
**lawyers** [1] 168/4
**lay** [1] 151/14
**laying** [2] 70/3 93/2
**layman's** [1] 126/9
**lazy** [1] 91/5
**leading** [1] 62/1

**leakage** [1] 63/3
**leave** [2] 50/6 200/4
**leaving** [2] 91/2 211/20
**lectern** [1] 6/8
**led** [4] 34/8 62/13 101/23 106/17
**left-hand** [1] 215/16
**leftover** [1] 93/12
**leg** [1] 6/11
**legal** [3] 131/15 154/13 230/9
**legalized** [1] 40/15
**legally** [2] 40/22 41/11
**legit** [1] 89/21
**legitimate** [3] 8/16 35/22 209/21
**legs** [2] 94/5 133/25
**length** [1] 4/2
**lengthy** [1] 18/25
**lethal** [3] 8/12 11/6 11/7
**lethality** [1] 132/3
**letter** [1] 89/20
**lettering** [1] 136/11
**letters** [1] 18/17
**levels** [1] 130/9
**lied** [15] 30/4 30/4 30/5 30/5 30/6 30/7 30/7
30/7 167/6 167/6 167/6 167/6 191/12 198/19
222/17
**life** [25] 8/1 12/17 22/9 29/21 29/24 32/22
33/10 37/13 38/1 41/17 81/15 88/1 115/15
126/13 126/16 126/22 154/14 173/12 179/21
180/10 180/20 181/6 184/10 205/10 226/2
**lifes** [1] 126/20
**light** [2] 89/14 91/5
**liked** [2] 204/15 217/24
**likes** [1] 37/11
**limit** [6] 125/1 125/2 144/3 144/5 144/8
145/3
**limited** [1] 127/15
**lines** [1] 52/15
**linked** [1] 125/22
**links** [1] 132/21
**lips** [2] 18/1 94/11
**liquid** [3] 122/11 124/9 127/10
**list** [6] 4/13 4/14 64/22 73/12 76/10 76/14
**listen** [12] 12/20 19/1 31/17 31/25 32/7
32/11 33/21 34/13 37/8 44/18 47/22 48/3
**listened** [1] 31/10
**listening** [2] 26/21 31/15
**liter** [1] 125/2
**literally** [4] 29/15 106/13 166/8 203/19
**load** [1] 9/22
**loaded** [9] 21/5 174/16 174/17 174/18
174/21 176/17 176/18 177/2 177/12
**loan** [1] 189/8
**loans** [4] 109/9 114/19 114/21 189/8
**local** [5] 10/5 81/18 82/15 152/17 155/21
**location** [8] 18/16 53/2 60/3 60/8 66/16
66/22 164/15 171/8
**locations** [1] 9/20
**logic** [1] 32/8
**lookout** [1] 203/14
**loss** [1] 100/6
**love** [1] 117/8
**loved** [1] 179/23
**lower** [5] 21/15 21/15 60/24 69/12 135/22
**loyal** [1] 182/17
**loyalty** [2] 182/1 183/4
**Luke** [1] 79/17
**lunch** [6] 5/24 38/25 98/3 98/6 218/24
218/25
**Luncheon** [1] 98/19
**lying** [8] 31/18 31/22 31/25 32/8 33/20 69/22
179/21 192/5

**M**

**M-E-E-H-A-N** [1] 50/21
**M.D** [1] 228/23
**M30** [1] 72/3

**machine** [2] 18/21 93/8
**machines** [1] 11/22
**magazine** [4] 176/12 176/18 176/18 176/25
**magazines** [4] 174/17 174/17 174/22 176/20
**Maggie** [48]
**Maggie's** [2] 81/25 110/19
**Magistrate** [1] 152/16
**mail** [1] 11/15
**mailbox** [2] 217/14 217/15
**main** [2] 60/24 60/25
**maintain** [1] 72/11
**maintained** [1] 219/3
**major** [4] 124/3 127/18 143/16 145/21
**maker** [1] 45/1
**mall** [1] 52/20
**man** [9] 7/24 13/6 29/8 30/22 33/12 51/17
112/25 162/17 188/2
**management** [1] 139/19
**manager** [2] 82/15 90/10
**managerial** [1] 90/8
**managers** [1] 139/19
**mandatory** [2] 33/11 223/13
**manipulation** [1] 199/12
**manner** [2] 88/23 151/3
**manufacture** [1] 125/16
**manufactured** [3] 25/5 126/4 209/21
**Manufacturer** [3] 8/11 168/24 209/21
**March** [10] 15/17 16/10 137/18 137/19
137/20 137/22 137/23 138/1 138/14 138/15
**March 11** [1] 137/18
**March 18** [1] 137/19
**March 21** [3] 137/20 137/22 137/23
**marched** [1] 46/17
**marches** [5] 39/6 39/9 43/3 43/4 43/6
**marching** [2] 39/3 39/7
**Margaret** [43] 8/1 8/22 17/5 27/6 29/2 34/1
65/2 69/18 70/7 73/15 79/2 95/15 95/23
100/12 110/3 112/4 114/14 121/10 121/21
123/5 123/15 123/25 124/6 127/8 128/3
130/25 131/7 136/15 161/11 162/24 163/22
164/11 192/13 199/2 210/8 215/1 216/10
218/23 219/5 219/15 220/4 220/9 222/11
**Margaret's** [1] 108/1
**marijuana** [12] 40/14 40/15 40/20 40/20
40/23 40/24 41/11 41/11 41/12 44/14 44/15
47/15
**marked** [24] 57/15 63/15 63/17 68/15 70/22
70/24 72/17 72/19 95/19 95/20 122/22
122/25 132/11 132/13 142/2 142/4 175/7
175/10 214/18 214/21 226/17 226/20 227/13
236/2
**market** [3] 128/24 129/2 203/22
**markings** [1] 161/6
**married** [8] 8/25 39/13 79/12 80/10 88/7
95/24
**Marsha** [1] 11/25
**marshals** [2] 27/23 48/21
**Mary** [6] 43/1 65/18 65/21 65/25 66/5 235/11
**Maryland** [1] 119/21
**mask** [1] 206/9
**mass** [7] 122/10 122/10 122/11 124/7 124/7
124/9 127/11
**Massachusetts** [1] 119/12
**master** [1] 61/9
**material** [3] 57/19 142/10 151/17
**materials** [3] 3/21 12/2
**math** [1] 100/14
**matter** [9] 59/20 132/5 151/14 167/3 210/12
212/10 225/22 230/2 236/21
**matters** [1] 121/18
**maximum** [1] 14/10
**May 21** [1] 138/10
**MC** [7] 53/8 57/17 132/9 135/10 137/13
172/10 174/11
**McDonald's** [1] 93/17
**McMillan** [23] 2/2 3/8 4/23 6/23 7/14 7/18

# M

**McMillan... [17]** 64/15 118/13 151/12 151/22 156/8 156/25 235/3 235/8 235/10 235/12 235/14 235/15 235/17 235/18 235/19 235/20 235/22
**McMillan's [1]** 192/7
**mean [47]** 10/19 10/19 20/15 74/7 75/19 76/24 84/13 86/11 86/11 86/11 86/13 89/12 90/1 94/2 105/25 106/1 106/13 106/15 106/21 109/15 116/6 117/4 124/24 125/7 126/15 137/7 140/7 144/10 157/12 160/3 161/21 165/25 166/12 180/24 183/19 184/10 191/2 203/13 203/14 205/16 208/12 210/21 212/7 212/17 216/16 222/9 223/22
**meaning [1]** 204/10
**means [12]** 11/17 52/2 63/5 129/17 130/14 144/13 144/15 144/22 151/3 154/3 167/23 194/5
**meant [2]** 56/23 182/12
**measured [1]** 127/2
**mechanical [1]** 1/24
**mechanisms [1]** 145/23
**med [1]** 65/6
**med's [2]** 74/11 74/22
**medical [32]** 25/10 25/11 38/2 38/4 38/5 38/10 38/14 39/20 40/3 40/23 41/10 46/12 46/16 83/7 103/15 119/20 121/1 121/1 128/21 128/21 130/20 131/23 132/23 134/14 134/16 135/15 135/18 136/1 147/3 166/6 166/15 202/5
**medication [7]** 20/3 20/7 70/19 101/19 115/4 211/15 212/1
**medicinal [2]** 212/13 212/16
**medicine [5]** 8/16 85/24 86/10 87/8 107/19
**Meehan [5]** 50/12 50/16 50/20 50/24 235/8
**meet [7]** 42/23 60/16 78/7 78/11 144/7 202/21 202/24
**meeting [11]** 79/2 88/11 117/12 170/2 170/4 190/18 195/14 195/19 195/22 196/14 222/1
**meetings [9]** 31/4 31/10 31/11 31/12 32/9 32/24 33/2 37/6 170/18
**Melbourne [4]** 45/22 45/24 46/3 46/7
**Melissa [3]** 138/6 140/21 142/9
**member [1]** 60/19
**members [10]** 27/8 48/8 54/23 60/17 60/21 98/2 151/18 172/12 181/25 233/6
**membranes [1]** 63/4
**memorial [3]** 30/6 220/21 221/1
**memories [3]** 188/17 194/20 194/21
**men [2]** 34/17 34/19
**Mercedes [2]** 18/12 18/13
**Mercedes-Benz [2]** 18/12 18/13
**merchandise [2]** 157/22 157/23
**merely [1]** 25/3
**merged [2]** 148/22 149/8
**mess [3]** 41/9 89/1 197/24
**message [11]** 29/11 110/11 113/21 113/22 113/23 113/24 213/5 215/15 215/19 215/22 217/20
**messages [3]** 29/22 96/17 214/25
**messing [5]** 87/7 87/7 87/13 87/21 198/6
**metabolite [10]** 124/11 127/3 127/6 139/8 140/1 140/13 140/24 140/25 141/4 141/22
**metabolized [3]** 139/16 140/14 145/2
**Metcalf [3]** 2/8 2/9 3/13
**methadone [2]** 140/23 140/25
**method [10]** 122/14 124/7 124/8 124/10 124/10 124/12 124/18 124/22 127/11 189/2
**methodologies [1]** 138/22
**methodology [1]** 124/22
**Miami [2]** 16/16 161/22
**Michael [12]** 7/20 13/25 15/21 16/2 26/18 111/10 112/10 112/18 112/23 113/9 113/16 190/4
**Michele [3]** 94/16 110/12 110/19
**Michelle [2]** 2/6 3/12

**Michigan [5]** 40/4 40/22 41/4 41/6 41/13
**microgram [1]** 128/13
**micrograms [1]** 128/13
**microphone [2]** 64/16 64/18
**mid [1]** 88/5
**mid-20s [1]** 88/5
**middle [1]** 9/5
**middleman [1]** 32/4
**Mike [7]** 3/9 15/7 118/5 121/14 165/22 187/12 189/12
**miles [1]** 16/17 22/5
**mill [3]** 8/8 9/5 160/13
**MILLAN [7]** 53/8 57/17 132/9 135/10 137/13 172/10 174/11
**milligram [3]** 80/7 86/17 128/13
**milligrams [1]** 125/2
**milliliters [1]** 131/11
**million [1]** 22/5
**milliter [2]** 128/5 139/7
**mine [2]** 38/7 38/8
**minimum [4]** 29/24 33/11 223/14 224/4
**minus [2]** 128/10 232/16
**minute [4]** 27/22 93/5 94/24 152/18
**minutes [6]** 27/18 48/14 53/23 91/23 93/3 152/25
**Miramar [1]** 79/1
**misdemeanor [1]** 41/8
**misnomer [1]** 59/21
**mistakes [1]** 42/14
**mix [1]** 17/16
**mixed [2]** 14/11 89/3
**mixing [1]** 89/6
**model [1]** 173/18
**models [1]** 179/8
**modified [3]** 209/14 209/15 209/16
**moment [4]** 73/23 96/25 195/7 224/24
**moments [1]** 151/19
**Monday [8]** 46/7 90/16 90/17 233/9 233/11 233/19 233/23 234/9
**monetize [1]** 37/23
**money [38]** 17/10 20/10 26/3 26/13 31/6 32/12 32/12 32/15 32/17 32/17 39/16 39/18 39/25 40/1 40/17 40/18 42/12 43/21 45/11 45/21 45/22 109/1 109/2 109/7 109/11 109/13 109/15 109/16 109/18 157/25 180/13 184/14 189/7 203/25 225/11 225/17 225/25 226/2
**monitored [1]** 31/2
**monitoring [3]** 35/12 139/18 184/19
**monitors [1]** 23/3
**month [18]** 80/8 90/15 101/11 101/24 103/4 103/4 103/4 103/10 107/18 107/18 109/5 230/20 230/21
**month's [1]** 75/16
**monthly [1]** 103/9
**months [7]** 13/9 31/1 112/7 113/20 202/2 219/16 219/18
**morning [10]** 3/7 3/10 8/3 22/24 43/22 74/5 74/6 91/15 164/23 216/11
**morphine [2]** 129/7 129/9
**mostly [1]** 167/11
**mother [1]** 37/13
**motion [3]** 224/5 224/9 224/13
**motioned [1]** 166/25
**mouth [4]** 108/16 109/24 117/8 181/18
**move [20]** 6/7 58/2 63/22 64/2 68/23 71/10 73/17 80/21 82/2 96/1 120/12 123/6 133/10 143/1 151/6 175/16 179/10 215/5 227/1 231/22
**moved [7]** 9/1 80/4 80/9 83/1 100/16 157/2 210/13
**moving [6]** 23/11 86/13 92/14 92/16 92/19 171/24
**MR [25]** 53/8 57/17 132/9 135/10 137/13 172/10 174/11 235/3 235/4 235/8 235/9 235/10 235/12 235/12 235/14 235/14 235/15

235/15 235/17 235/17 235/18 235/19 235/20 235/20 235/22
**Mr. [58]**
**Mr. Benjamin [6]** 4/25 27/24 48/21 153/15 154/1 155/7
**Mr. Benjamin's [4]** 28/3 49/5 99/5 153/7
**Mr. Crowley [8]** 77/21 95/7 96/8 98/9 99/6 100/4 115/21 190/18
**Mr. Gulker [3]** 35/3 111/21 112/4
**Mr. McMillan [8]** 6/23 7/14 64/15 118/13 151/12 151/22 156/8 156/25
**Mr. McMillan's [1]** 192/7
**Mr. Murrell [12]** 4/24 7/1 28/20 34/2 99/25 151/22 152/11 153/13 183/12 196/24 198/3 198/23
**Mr. Slater [13]** 29/11 30/24 167/5 167/9 190/20 196/8 200/16 214/18 215/15 226/17 227/13 228/12 233/15
**Mr. Slater's [2]** 29/17 195/16
**Mr. Spivey [1]** 140/19
**Ms. [13]** 29/10 29/12 30/1 30/16 30/23 34/8 44/25 64/8 69/19 74/5 125/20 131/16 186/6
**Ms. Bain [1]** 74/5
**Ms. Crowley [10]** 29/10 29/12 30/1 30/16 30/23 44/25 64/8 69/19 125/20 186/6
**Ms. Crowley's [2]** 34/8 131/16
**mucosal [1]** 126/7
**multiple [5]** 152/8 158/12 173/1 195/13 223/5
**multitude [1]** 13/20
**Murrell [21]** 2/5 3/10 4/24 7/1 28/20 34/2 99/25 151/22 152/11 153/13 183/12 196/24 198/3 198/23 235/4 235/9 235/12 235/14 235/15 235/17 235/20
**music [1]** 79/21
**mutual [1]** 111/13

# N

**nail [1]** 46/14
**name [55]**
**name's [1]** 200/13
**named [5]** 29/2 29/8 30/22 111/10 210/8
**names [5]** 16/14 117/16 118/2 118/4 136/24
**nanogram [1]** 128/6
**nanograms [3]** 128/5 128/12 139/7
**narcotic [1]** 8/15
**narcotics [9]** 11/11 28/24 28/25 29/9 34/8 148/23 148/24 149/11 149/16
**natural [1]** 130/21
**nature [4]** 51/16 52/6 72/10 109/20
**near [2]** 172/20 177/16
**nearby [1]** 174/22
**nearly [1]** 14/12
**neat [1]** 22/9
**necessary [2]** 23/16 222/7
**necks [1]** 35/24
**negotiate [1]** 221/14
**neither [1]** 16/1
**nervous [5]** 29/15 130/6 146/1 146/3 146/4
**neutered [1]** 86/2
**New Jersey [3]** 82/8 110/6 110/9
**New York [24]** 9/1 78/2 78/4 78/5 78/19 78/22 79/6 79/15 80/3 80/21 80/24 80/25 81/16 82/7 82/7 82/14 85/2 86/10 87/9 89/15 92/11 100/25 115/15 119/18
**nice [3]** 98/6 210/20 233/11
**nightstand [1]** 69/11
**nine [12]** 81/18 91/24 91/25 92/23 133/14 135/6 202/2 233/10 233/12 233/20 233/23 234/8
**nine o'clock [3]** 233/10 233/20 234/8
**nine p.m [1]** 92/23
**ninth [1]** 128/10
**nobody [9]** 11/5 26/8 32/13 32/16 38/25 43/5 43/5 45/10 104/24
**nodding [1]** 86/13

**N**

**noncommercial [1]** 126/10
**none [3]** 43/18 124/22 125/1
**Nonexistent [1]** 219/7
**nonpresence [1]** 140/13
**noon [2]** 5/24 6/1
**Nope [1]** 43/11
**norfentanyl [4]** 139/8 139/10 139/16 140/24
**normally [4]** 46/9 96/23 114/4 208/9
**northeast [1]** 19/4
**nostril [2]** 64/9 64/13
**note [3]** 5/3 22/10 24/2
**notes [5]** 116/24 117/6 117/7 117/9 194/19
**notice [1]** 106/12
**noticed [5]** 90/3 93/14 94/11 106/16 107/10
**notified [4]** 56/10 60/8 159/23 160/5
**notify [2]** 56/4 159/13
**notorious [1]** 184/7
**November [5]** 75/18 138/7 152/16 155/20 215/2
**November 14 [1]** 138/7
**nudge [1]** 94/10
**number [33]** 18/25 20/13 58/4 73/8 73/14 75/4 89/19 122/6 132/20 132/24 133/3 133/7 134/2 134/3 134/4 134/7 134/11 134/15 134/17 134/18 134/20 134/21 134/22 134/23 134/25 135/1 135/13 135/22 135/25 136/2 136/5 215/15 223/23
**number 161359 [1]** 134/17
**number 26078 [1]** 134/15
**number 30 [1]** 89/19
**number one [2]** 18/25 223/23
**numbers [2]** 14/13 163/17
**numerical [1]** 60/12
**numerous [2]** 160/12 180/4
**Nuquist [4]** 14/1 15/22 16/2 26/19
**nursing [1]** 38/20

**O**

**o'clock [8]** 91/11 91/12 91/14 91/17 91/22 233/10 233/20 234/8
**oath [2]** 99/7 153/9
**object [7]** 156/2 174/5 196/3 197/8 197/16 198/20 204/6
**objection [23]** 47/11 58/7 61/19 63/24 68/25 71/12 73/19 96/3 120/15 123/8 133/13 143/3 153/11 155/18 156/5 157/5 174/10 175/18 182/25 215/7 227/6 227/7 229/20
**objective [2]** 23/24 24/13
**obscured [1]** 136/10
**observations [1]** 64/22
**observe [3]** 60/22 61/2 63/9
**observed [10]** 9/11 10/1 61/6 62/12 62/15 63/20 67/18 68/5 68/21 85/21
**obtain [2]** 158/11 205/24
**obtained [7]** 15/11 15/13 85/15 85/23 87/2 160/6 212/23
**obtaining [1]** 204/16
**OCB [1]** 149/13
**occasion [6]** 26/17 86/24 92/21 120/1 150/19 164/8
**occasions [7]** 13/20 61/11 62/15 120/4 149/25 150/17 178/14
**occurrence [2]** 52/9 139/17
**occurrences [1]** 83/17
**October [6]** 17/9 45/15 75/19 79/13 100/18 171/20
**October 13th [1]** 17/9 171/20
**October 5th [1]** 45/15
**OD'ing [1]** 55/19
**odd [1]** 37/10
**offense [2]** 164/6 164/7
**offenses [1]** 14/23
**offer [3]** 115/25 116/4 131/22
**offering [2]** 184/5 203/16
**offhand [1]** 109/6

**office [58]**
**officer [6]** 5/11 20/2 117/14 117/14 187/13 193/7
**Officer Buemi [1]** 117/14
**officers [3]** 9/24 150/24 220/3
**offices [1]** 38/15
**Official [2]** 2/11 236/24
**Oftentimes [1]** 130/22
**oh [15]** 16/1 49/2 78/6 78/12 85/9 85/10 86/6 91/8 94/6 105/2 107/16 150/1 192/16 221/25 229/24
**One's [1]** 156/11
**one-day [1]** 224/17
**ongoing [1]** 121/18
**oops [2]** 227/24 228/24
**open [4]** 161/22 173/21 173/23 173/24
**openable [1]** 174/4
**opener [1]** 88/10
**opening [9]** 4/20 7/12 22/11 22/19 29/17 32/13 45/9 173/24 235/2
**openly [2]** 44/15 180/3
**operated [1]** 150/21
**operating [1]** 147/16
**operation [2]** 13/10 17/21 179/6 199/17
**operations [3]** 149/10 150/23 150/25
**opiate [6]** 61/13 61/17 62/22 63/1 64/23 64/24
**opiates [4]** 11/13 14/2 129/22 211/25
**opinion [7]** 25/12 121/18 156/3 172/8 174/7 177/23 197/9
**opinions [2]** 131/22 151/11
**opioid [7]** 35/9 35/14 185/4 185/7 185/13 209/7 209/8
**opioids [2]** 183/16 185/20
**opportunities [1]** 43/20
**opportunity [6]** 26/23 26/25 39/24 40/5 40/17 167/24
**opposed [2]** 127/3 150/9
**option [1]** 81/8
**oral [1]** 126/7
**order [15]** 3/23 17/19 22/15 142/13 151/25 152/3 152/5 152/6 152/12 152/16 155/12 155/19 156/4 158/10 226/5
**ordered [1]** 12/2
**orders [1]** 47/19
**ordinarily [1]** 19/2 22/22
**organisms [1]** 120/21
**organization [3]** 158/11 181/25 182/8
**organizations [1]** 198/11
**organized [1]** 149/15
**organizer [3]** 74/17 76/13 76/17
**original [6]** 72/24 153/16 207/5 230/12 230/14 230/22
**originally [4]** 75/11 78/4 78/5 78/10
**Orlando [1]** 42/16
**orthopedic [3]** 28/23 37/10 199/15
**Outback [25]** 9/12 9/18 10/8 78/2 81/17 82/13 82/14 84/23 84/25 85/6 90/6 90/10 90/13 90/14 91/10 91/21 92/12 111/14 164/25 165/3 202/3 210/12 210/14 210/15 218/24
**outer [1]** 133/5
**outsource [1]** 121/4
**outstanding [1]** 26/3
**overall [2]** 130/6 146/1
**overdose [12]** 59/16 60/9 61/13 61/17 62/6 62/12 62/14 62/25 64/23 64/24 159/25 160/6
**overdosed [2]** 21/20 188/2
**overdoses [2]** 61/22 62/25
**overhearing [1]** 27/15
**overreach [1]** 40/10
**overreaching [1]** 40/9
**overrule [1]** 156/5
**Overruled [3]** 47/12 61/21 183/1
**owed [3]** 225/10 225/17 225/25
**owned [2]** 205/4 205/4

**oxy [2]** 160/10 209/7
**oxycodone [73]**
**oxycodones [4]** 88/18 100/25 188/20 188/23
**oxys [1]** 190/16

**P**

**P-A-D-I-L-L-A [1]** 148/14
**P-A-L-I-A-N-T-O [1]** 53/10
**P.A [1]** 2/9
**p.m [8]** 91/17 92/1 92/23 98/19 99/1 153/3 153/3 234/15
**packaging [2]** 136/10 162/1
**packet [1]** 142/10
**pad [1]** 229/17
**Padilla [14]** 20/22 25/23 148/7 148/10 148/14 148/18 151/7 153/8 157/3 157/9 159/19 176/3 195/7 235/19
**page [9]** 76/11 76/13 76/15 76/17 117/16 123/20 123/21 235/2 235/7
**pain [37]** 9/3 9/7 80/18 82/18 82/22 83/3 83/10 83/23 84/9 84/13 84/17 85/24 87/15 88/20 93/15 101/19 102/5 102/7 102/10 102/14 102/17 102/25 105/2 129/9 129/10 139/18 206/4 206/6 206/9 206/16 206/18 207/2 207/2 211/15 211/25 212/5 212/6
**pain-relieving [1]** 129/9
**painful [1]** 100/9
**painkillers [2]** 83/1 206/4
**Painted [1]** 171/10
**Palianto [9]** 53/4 53/7 53/14 54/2 54/14 55/5 56/1 56/10 67/10
**Palianto's [1]** 55/8
**palm [37]** 2/4 2/7 10/5 25/10 25/23 34/24 50/12 50/25 51/3 52/24 58/24 59/3 59/16 61/14 65/19 66/8 82/14 83/16 84/25 91/10 97/10 110/10 117/15 120/25 134/16 136/1 148/15 149/2 149/5 159/23 160/14 162/7 200/17 201/22 202/4 207/20 207/21
**panel [6]** 122/6 138/20 138/20 138/22 142/6 142/11
**panic [1]** 166/19
**panic-induced [1]** 166/19
**paper [1]** 132/20
**paperless [2]** 152/15 155/19
**parade [1]** 47/5
**paralegal [2]** 2/6 3/12
**paramedics [2]** 55/2 191/2
**parameters [2]** 128/25 129/1
**paramour [1]** 11/25
**Pardon [5]** 64/17 200/25 203/1 220/11 220/19
**parent [2]** 139/25 141/21
**parents [1]** 82/9
**park [2]** 18/19 36/6
**parking [6]** 36/6 43/14 91/20 165/23 192/5 192/11
**part [21]** 15/6 24/22 34/15 36/20 47/24 47/25 51/11 67/1 74/10 116/9 147/14 169/7 171/18 179/21 180/10 180/20 186/5 198/10 206/21 214/3 231/23
**participate [2]** 167/19 170/23
**participated [1]** 150/14
**participation [1]** 113/9
**partied [1]** 88/6
**parties [3]** 4/2 24/9 58/1
**partly [1]** 185/4
**partner [2]** 53/4 54/13 55/24
**parts [4]** 17/14 18/21 33/24 34/4
**partying [1]** 88/16
**pass [4]** 4/15 63/5 121/12 219/25
**passed [14]** 23/5 29/16 52/14 52/15 54/2 56/8 110/20 111/14 112/8 114/7 115/5 190/22 216/12 220/1
**passes [1]** 59/23
**passing [1]** 114/5

**P**

**patches [1]** 126/7
**pathologist [1]** 25/11
**patient [5]** 46/8 123/5 139/22 142/5 142/10
**patients [4]** 40/22 137/1 139/19 185/7
**Patrick [2]** 77/18 235/13
**patrol [3]** 51/5 60/9 149/9
**Paul [2]** 118/5 187/12
**Pause [7]** 5/9 6/6 57/11 76/9 117/3 152/14 156/14
**pay [9]** 44/17 46/1 85/3 217/7 217/8 217/25 218/9 218/11 218/12
**payday [4]** 109/9 114/19 114/21 189/7
**payment [8]** 157/14 157/15 158/2 203/20 217/6 217/19 217/21 218/6
**payments [2]** 11/23 158/2
**PayPal [2]** 11/23 39/18
**PBSO [5]** 58/25 66/13 148/20 148/21 187/16
**PDMP [4]** 35/11 185/15 185/17 186/6
**peel [2]** 88/10 132/19
**peel-off [1]** 132/19
**peeled [1]** 133/8
**penalty [1]** 223/16
**penetrate [1]** 198/11
**people [52]**
**people's [2]** 12/21 188/17
**perceived [1]** 67/12
**percent [4]** 131/12 131/15 189/14 189/19
**percentage [3]** 128/9 131/6 157/24
**perceptive [1]** 106/15
**Percocet [3]** 183/16 183/25 184/2
**Percocets [3]** 211/14 226/12 232/22
**perform [2]** 54/2 121/2
**performed [2]** 16/4 137/25
**perhaps [3]** 21/7 135/12 169/7
**period [12]** 10/23 15/16 78/18 78/24 80/10 82/23 88/7 158/3 159/14 164/22 202/6 211/12
**perjury [1]** 223/23
**permit [1]** 47/14
**perplexed [2]** 108/25 109/3
**person [48]**
**person's [1]** 62/16
**personal [5]** 26/25 163/8 170/25 172/23 174/9
**personally [7]** 24/18 84/23 84/25 169/22 173/12 206/20 206/22
**persons [1]** 23/24
**persuasively [1]** 31/21
**Ph.D [1]** 119/16
**Pharma [1]** 42/19
**pharmaceutical [4]** 126/6 126/11 126/19 209/21
**pharmaceutically [1]** 125/25
**pharmaceuticals [1]** 128/23
**pharmacies [1]** 211/13
**pharmacist [2]** 83/23 230/16
**pharmacists [1]** 35/13
**pharmacokinetic [1]** 129/1
**pharmacological [1]** 125/24
**pharmacologically [1]** 125/23
**pharmacology [2]** 119/17 126/16
**pharmacy [7]** 35/6 106/2 185/9 185/14 207/24 230/5 231/16
**Phase [2]** 128/24 128/24
**Phase I [1]** 128/24
**Phase II [1]** 128/24
**Philadelphia [4]** 19/5 19/15 22/7 45/23
**phone [31]** 21/8 29/10 29/11 30/13 31/2 36/22 46/21 46/25 70/5 96/8 96/13 96/16 97/23 110/1 110/7 110/7 110/15 110/17 113/21 163/7 163/14 163/16 164/9 164/15 164/21 165/5 190/19 191/24 216/11
**phones [1]** 29/22
**photo [2]** 35/18 136/10

**photograph [12]** 31/9 45/18 64/8 67/25 68/2 69/24 95/9 134/13 135/18 177/19 177/20 227/17
**photographs [4]** 67/17 68/18 175/1 175/9
**phrase [1]** 194/4
**physical [3]** 70/7 71/24 206/10
**physically [3]** 70/14 85/22 86/11
**physician [3]** 83/6 84/12 228/19
**physicians [1]** 83/4
**pick [3]** 86/1 86/3 105/9
**picked [2]** 21/11 21/11
**picture [5]** 36/14 70/2 132/15 133/5 176/12
**pictures [2]** 110/8 133/1
**piece [3]** 40/2 44/18 44/19
**pigs [1]** 11/3
**pill [49]**
**pills [191]**
**pink [1]** 55/7
**piss [1]** 209/11
**pistol [1]** 174/24
**pistols [2]** 21/4 176/9
**pitch [1]** 44/6
**pitching [1]** 43/9
**pizza [3]** 93/12 93/20 93/21
**place [14]** 16/15 18/4 39/6 82/16 83/16 111/2 117/21 187/9 194/8 213/16 219/15 229/7 229/8 232/11
**plainclothes [1]** 166/3
**plainly [1]** 16/8
**plaintiff [3]** 1/7 49/12 49/17
**plan [1]** 4/9
**plane [1]** 45/23
**play [3]** 31/16 39/3 198/3
**played [3]** 31/4 31/5 114/8
**plead [3]** 196/2 196/8 201/6
**pleaded [3]** 14/23 223/11 224/15
**pled [1]** 41/7
**pocketing [1]** 36/16
**point [31]** 10/24 30/19 30/22 32/10 64/15 64/18 79/14 81/15 81/17 88/13 90/8 92/3 104/12 115/15 166/6 166/12 168/22 168/25 190/25 198/17 204/3 206/17 208/22 211/16 212/23 217/23 218/5 219/4 221/21 227/4 230/7
**pointed [1]** 35/8
**poisons [1]** 120/20
**police [19]** 9/24 25/25 26/2 26/4 29/7 29/10 29/14 45/24 46/3 46/7 46/23 51/18 148/22 149/7 177/25 178/1 178/16 178/18 180/6
**polling [6]** 6/21 6/24 28/14 49/22 99/18 156/19
**Polo [2]** 60/14 66/21
**poorly [1]** 9/20
**pop [1]** 31/6
**popped [1]** 216/13
**popular [1]** 11/13
**portraying [2]** 150/3 150/11
**posed [3]** 169/7 198/23 211/24
**position [6]** 27/14 51/5 69/20 90/9 119/22 151/23
**positive [10]** 16/23 55/14 129/19 139/25 140/1 140/22 141/2 209/12 212/11 214/2
**possess [5]** 23/25 26/16 27/4 28/25 41/11 178/3 178/4
**possessed [1]** 163/7
**possession [6]** 18/11 18/22 24/16 25/19 25/21 96/9
**possibility [2]** 33/20 216/20
**post [1]** 119/19
**post-doctoral [1]** 119/19
**postmortem [3]** 126/3 128/4 130/15
**potatoes [1]** 36/14
**potent [4]** 19/23 29/13 129/6 129/8
**potential [1]** 130/17
**power [1]** 128/10
**powerful [2]** 8/15 19/23

**practical [1]** 130/19
**practice [2]** 46/12 59/16
**practiced [1]** 193/4
**practices [1]** 150/24
**practicing [1]** 10/21
**preceded [1]** 134/8
**precursor [1]** 125/15
**predominantly [1]** 63/6
**preferred [1]** 124/17
**preliminary [2]** 123/2 139/5
**prepare [2]** 16/13 71/5
**prepared [1]** 17/16
**preparing [1]** 48/19
**preprinted [1]** 132/17
**prescribe [1]** 83/13
**prescribed [13]** 9/7 83/8 84/1 84/7 86/18 100/25 102/2 103/23 106/1 186/13 186/16 212/15 212/17
**prescription [62]**
**prescriptions [21]** 13/18 13/21 14/3 15/20 15/25 16/5 34/16 34/17 36/10 36/25 103/18 185/7 186/8 211/1 211/2 211/6 211/8 225/6 226/4 226/5 226/7
**presence [18]** 6/20 6/23 7/4 28/13 28/19 48/12 49/21 50/2 68/9 91/7 99/23 123/14 125/19 139/6 140/12 156/18 156/24 233/9
**present [35]** 3/11 25/11 26/12 28/3 28/3 44/19 44/20 49/5 49/5 54/23 59/3 60/17 60/19 60/20 63/9 67/8 92/21 99/5 99/5 117/12 124/24 127/21 128/2 132/1 144/2 153/7 153/7 162/24 168/4 175/1 187/11 191/10 192/25 194/21 195/13
**presented [3]** 12/7 102/10 153/17
**presently [3]** 3/2 48/23 224/3
**preserved [1]** 72/10
**presiding [1]** 224/16
**press [4]** 11/21 17/14 18/21 47/17
**pressure [1]** 43/13
**presumptive [9]** 124/18 139/5 140/22 141/2 141/18 141/19 143/18 143/20 161/18
**presumptively [3]** 124/8 124/12 127/10
**Pretrial [3]** 3/21 233/25
**prevent [2]** 178/23 182/7
**price [2]** 157/19 217/23
**primary [2]** 83/6 139/8
**printing [1]** 134/20
**printouts [1]** 142/22
**prison [12]** 29/18 29/20 29/24 30/12 31/21 33/10 41/17 42/6 43/16 201/15 201/25 203/10
**private [2]** 38/22 173/12
**PRME16 [1]** 123/25
**PRME16-1359-Margaret [1]** 123/25
**Pro [1]** 16/21
**Pro Spine [1]** 16/21
**probation [2]** 201/14 224/18
**problem [7]** 38/11 41/18 83/22 88/3 92/17 114/7 151/17
**problems [3]** 79/25 80/6 83/18
**procedure [2]** 147/17 155/24
**Procedure 16 [1]** 155/24
**proceed [5]** 7/14 28/20 120/16 157/6 168/9
**proceeded [2]** 18/23 20/2
**proceeding [2]** 155/5 155/14
**proceedings [4]** 1/13 1/24 234/15 236/21
**proceeds [2]** 178/3 178/7
**process [2]** 129/2 129/5
**produce [3]** 125/24 138/24 146/1
**produced [4]** 1/25 9/15 125/25 141/5
**producing [1]** 47/21
**product [2]** 147/1 158/13
**products [1]** 126/19
**profession [2]** 180/22 180/24
**professional [1]** 11/4 25/12
**professionals [1]** 19/6
**proffer [12]** 131/22 167/19 167/22 168/11

**P**

proffer... **[8]** 192/10 192/25 194/8 195/13 195/24 221/14 221/17 223/20
profile **[1]** 131/24
profit **[3]** 11/19 36/17 226/9
profitably **[1]** 40/21
program **[5]** 35/12 35/13 184/19 185/9 185/19
project **[1]** 109/20
prominent **[1]** 64/9
promising **[1]** 184/14
pronounce **[1]** 67/9
proof **[1]** 47/23
proper **[2]** 55/6 147/11
properties **[1]** 12/4
prosecuted **[1]** 223/23
prosecutor **[3]** 114/1 114/6 167/25
protect **[6]** 26/8 114/1 179/2 179/5 181/3 182/15
protected **[1]** 173/1
protection **[3]** 178/22 179/9 182/9
protections **[1]** 35/10
prove **[7]** 7/23 23/20 34/11 36/22 46/14 154/4 154/10
provide **[4]** 17/20 97/22 104/20 168/2
provided **[12]** 9/13 10/7 19/20 20/15 31/1 43/2 57/24 89/22 112/4 132/15 163/8 167/1
provides **[1]** 198/5
providing **[8]** 10/9 29/9 29/25 35/21 44/21 102/16 103/15 104/21
proximity **[1]** 10/1
PSI **[1]** 233/24
psychoactive **[2]** 146/17 146/19
publish **[1]** 64/2 69/5 215/12
punched **[2]** 91/22 91/25
purchased **[2]** 11/21 207/8
pure **[1]** 131/22
purely **[2]** 14/15 206/8
purge **[5]** 62/16 62/20 62/21 63/8 64/7
purple **[2]** 94/11 94/12
purport **[1]** 138/13
purposes **[4]** 125/9 142/14 212/13 212/16
purse **[2]** 55/5 55/6
pursuant **[1]** 142/25
pursue **[1]** 92/14
purview **[1]** 131/23
pushed **[1]** 94/15
puzzle **[1]** 22/14
puzzles **[1]** 22/11

**Q**

qualitative **[2]** 127/15 143/23
quality **[3]** 21/15 21/15 47/24
quantitative **[6]** 122/14 124/15 127/16 143/24 143/25 144/1
quantity **[2]** 130/24 230/8
Quarter **[1]** 174/25
question **[17]** 3/18 14/25 16/6 27/9 27/25 47/6 62/2 117/2 125/6 142/15 145/12 169/7 197/16 197/17 211/24 220/15 229/23
questioned **[1]** 86/5
questions **[21]** 57/2 65/13 77/4 100/8 108/3 108/4 115/17 115/21 116/16 117/11 147/21 170/5 190/25 191/5 192/8 195/3 196/23 198/23 198/25 199/22 221/20
quickly **[1]** 29/8
quiet **[3]** 19/11 167/11 210/18
Quinton **[4]** 14/1 15/21 16/2 26/19
quirk **[1]** 40/23
quit **[1]** 38/21
quote **[2]** 14/6 19/6

**R**

radar **[1]** 44/9
radio **[1]** 51/23
raise **[7]** 50/15 58/15 65/20 77/13 118/22

148/9 200/7
raised **[1]** 60/24
ran **[5]** 53/4 53/25 84/16 104/20 105/1
random **[1]** 104/25
randomly **[2]** 104/25 105/5
rare **[1]** 80/13
rarely **[1]** 26/5
raw **[2]** 142/23 147/6
Re **[1]** 201/22
Re-Entry **[1]** 201/22
reach **[1]** 7/9
reached **[2]** 50/3 217/11
reaches **[1]** 44/2
reaching **[1]** 44/2
reacted **[1]** 10/25
reaction **[6]** 85/22 163/4 192/12 199/5 214/10 219/21
read **[4]** 8/4 19/2 118/2 134/6
readily **[1]** 174/4
reading **[2]** 117/4 162/2
ready **[8]** 7/12 21/5 50/9 91/2 93/22 99/24 156/8 156/15
reams **[1]** 47/15
rear **[2]** 94/4 231/9
reasoning **[2]** 96/18 211/6
reasons **[2]** 92/7 154/6
recall **[23]** 21/13 54/9 60/10 66/19 69/16 70/16 125/12 136/24 170/4 177/10 189/2 190/6 190/11 191/19 191/19 192/21 193/4 193/23 195/18 196/15 196/23 197/2 216/24
receive **[3]** 51/13 157/15 224/17
received **[28]** 10/14 10/23 53/21 58/9 63/25 65/6 69/1 71/13 73/20 83/6 85/24 88/9 96/4 102/19 106/2 123/9 133/14 143/4 163/16 175/19 212/21 215/8 225/5 227/8 231/10 231/12 231/16 236/2
receiving **[3]** 103/9 157/14 217/6
recently **[1]** 144/23 185/2
receptors **[2]** 130/5 145/25
recess **[13]** 27/18 27/23 28/1 48/9 48/22 98/3 98/16 98/19 152/19 153/3 233/7 233/23 234/8
recognize **[24]** 63/16 67/25 68/14 72/23 95/9 95/18 122/23 132/12 133/1 135/4 136/8 142/3 142/16 163/12 175/8 175/13 177/6 214/19 226/19 227/16 227/18 227/24 228/3 228/8
recognized **[1]** 228/7
recollection **[2]** 137/10 189/15
recommended **[2]** 84/11 129/11
record **[41]** 3/6 28/2 35/14 36/21 37/4 37/5 44/8 44/8 49/4 56/14 58/18 65/23 66/4 68/10 70/20 70/25 73/24 77/16 96/6 97/1 99/4 118/25 134/6 135/20 137/12 143/11 148/12 153/6 188/9 195/1 195/7 195/10 196/13 196/17 196/21 200/10 205/18 214/13 225/2 227/11 236/21
recorded **[7]** 1/24 32/23 32/23 73/14 188/12 194/15 194/17
recorder **[2]** 43/15 187/19
recording **[6]** 13/11 33/2 34/10 45/13 46/17 188/15
recordings **[2]** 33/22 223/4
records **[9]** 11/22 11/24 12/3 83/7 103/16 136/20 142/8 143/9 185/6
recover **[1]** 96/8
recovered **[5]** 19/18 160/3 160/7 161/10 177/14
recross **[3]** 116/17 116/20 235/15
RECROSS-EXAMINATION **[1]** 116/20
recruited **[2]** 14/1 34/18
red **[1]** 63/6
reddish **[2]** 63/1 63/6
Redirect **[11]** 57/3 77/5 115/18 115/19 146/22 146/23 195/4 195/5 235/15 235/18 235/20

reduce **[1]** 206/9
reduced **[1]** 126/18
reduction **[4]** 224/9 224/12 224/18 224/20
refer **[2]** 76/6 137/9
reference **[4]** 65/6 66/25 123/4 131/9
referenced **[1]** 137/4
referred **[5]** 33/23 52/11 123/3 124/19 131/12
referring **[2]** 96/25 97/1
refers **[4]** 129/19 130/16 152/17 155/20
refresh **[1]** 137/9
regained **[1]** 167/13
regimen **[1]** 139/21
region **[3]** 134/1 151/9 157/4
regret **[1]** 113/4
regular **[4]** 38/18 46/12 86/17 150/9
rejected **[1]** 43/23
relation **[1]** 211/11
relationship **[12]** 32/1 32/21 33/21 37/10 37/21 37/24 38/3 41/18 158/6 158/10 197/4 197/13
relative **[1]** 134/14
relatively **[2]** 127/2 132/1
relay **[1]** 213/5
relayed **[3]** 169/5 213/17 213/19
release **[5]** 202/1 202/2 210/25 210/25 211/19
releases **[1]** 103/15
relevant **[4]** 20/12 61/20 74/8 74/10
relief **[1]** 212/5
relieve **[1]** 129/10
relieving **[1]** 129/9
relocate **[1]** 81/20
rely **[2]** 188/16 194/19
remaining **[1]** 17/6
remarkably **[1]** 34/25
remember **[25]** 26/12 48/11 55/17 56/20 56/23 60/11 67/9 79/16 89/11 89/13 89/17 89/20 90/17 98/3 104/9 104/14 104/15 107/21 115/21 117/18 193/21 198/24 211/24 220/14 233/7
remove **[1]** 153/19
removed **[4]** 21/2 69/22 176/24 177/20
rendering **[1]** 176/24
renewed **[1]** 37/17
rented **[1]** 18/20
rephrase **[1]** 62/3
replacement **[1]** 230/12
replicate **[1]** 11/17
report **[34]** 26/2 56/13 115/25 116/5 116/14 122/9 123/3 123/4 123/13 123/21 127/9 127/12 131/25 137/3 137/3 137/4 137/5 137/17 137/20 137/21 137/23 138/5 138/8 138/9 138/11 138/17 138/18 147/4 147/8 178/16 178/17 195/21 208/19 220/8
reportable **[1]** 144/13
reporter **[2]** 2/11 2/11 4/18 50/19 53/9 236/24
reporting **[3]** 125/1 144/3 145/3
reports **[9]** 64/23 136/22 136/24 141/14 151/10 151/23 161/15 188/17 194/21
represent **[1]** 7/21
request **[5]** 121/13 151/15 152/1 152/9 155/22
requested **[4]** 66/24 136/19 147/13 151/23
requesting **[1]** 121/17
required **[1]** 35/13
requisition **[4]** 132/20 132/22 134/24 142/23
requisition-type **[1]** 142/23
requisitions **[2]** 133/7 142/13
rescue **[2]** 54/15 54/16
research **[6]** 89/4 119/19 119/20 145/6 145/9 145/18
researched **[2]** 40/18 40/21
researching **[1]** 145/6
resembled **[1]** 160/6

**R**

**reside** [2]  119/11 119/12
**residence** [10]  20/9 54/22 60/23 61/9 73/15
164/21 165/13 166/24 176/4 177/22
**residue** [1]  17/12
**resistant** [1]  172/25
**resolved** [1]  83/4
**respective** [1]  138/21
**respiration** [1]  62/23
**respirations** [1]  62/23
**respond** [7]  52/16 60/3 60/8 66/16 66/24
94/9 216/2
**responded** [4]  9/25 60/10 66/19 66/22
**responds** [2]  43/24 67/5
**response** [12]  42/2 42/21 42/24 46/4 53/20
62/14 140/18 183/18 185/4 192/7 222/6
230/19
**responsibilities** [2]  67/2 172/15
**responsibility** [2]  25/3 131/23
**rest** [5]  29/20 33/10 41/17 217/5 233/2
**restaurant** [3]  41/18 200/17 219/3
**restricted** [1]  14/9
**result** [16]  10/4 12/24 21/20 25/8 80/1 87/4
124/19 136/16 138/24 140/22 151/2 160/18
170/8 173/9 201/8 226/9
**resulted** [2]  27/6 29/2
**results** [9]  16/19 16/22 16/25 121/19 137/16
139/4 143/7 146/12 162/21
**resume** [1]  27/25
**retain** [1]  221/10
**retained** [3]  120/24 120/25 221/12
**retaliation** [2]  182/7 182/9
**retire** [1]  31/19
**retrieve** [1]  135/12 234/10
**return** [8]  27/2 157/25 158/4 177/23 204/11
226/5 226/6 231/17
**returned** [4]  37/16 78/22 90/16 110/10
**returning** [2]  79/6 165/24
**reveal** [1]  32/5
**revealed** [1]  139/6
**reverse** [2]  150/9 150/11
**reverses** [1]  150/7
**review** [7]  3/22 3/25 123/13 126/23 136/25
143/8 152/12
**reviewed** [4]  46/8 138/5 142/16 147/1
**reviewer** [1]  147/2
**reviewing** [2]  38/24 141/14
**revive** [1]  56/9
**revived** [1]  30/2
**revolver** [2]  174/20 174/21
**rewind** [1]  210/14
**rewinding** [1]  211/17
**rifles** [1]  173/7
**right-hand** [2]  69/12 135/22
**rigorous** [1]  129/2
**rip** [1]  231/2
**ripped** [1]  182/4
**ripping** [2]  36/15 184/7
**rise** [12]  6/13 27/20 28/11 48/15 49/19 98/7
98/17 99/15 151/20 153/1 156/16 233/13
**risk** [2]  35/22 40/1
**River** [1]  171/15
**RMR** [2]  2/11 236/24
**RMR-CRR** [1]  236/24
**road** [7]  51/9 51/9 51/10 60/9 60/15 114/9
149/9
**Roanoke** [1]  119/24
**robbed** [4]  178/2 178/6 178/14 182/5
**robberies** [1]  178/18
**robbing** [3]  26/1 26/2 178/24
**rode** [1]  229/12
**Rolando** [4]  2/2 3/9 7/20 152/7
**role** [6]  31/4 31/5 114/8 159/15 171/17
179/19
**room** [16]  2/12 3/16 7/8 7/10 27/12 27/13
27/17 48/13 48/25 50/5 50/7 55/3 55/21

151/19 171/18 172/20
**roommate** [2]  60/19 117/23
**Rosa** [1]  201/21
**round** [3]  72/1 174/19 174/23
**row** [1]  3/12
**rows** [2]  23/5 79/22
**roxicodone** [3]  208/9 208/11 208/14
**Royal** [3]  82/14 84/25 91/10
**RPP** [1]  18/17
**rub** [1]  207/20
**Rule** [4]  151/15 152/17 155/21 155/23
**Rule 16** [1]  151/15
**Rule 88.10** [2]  152/17 155/21
**rules** [1]  130/20

**S**

**S-L-A-T-E-R** [1]  200/13
**S-P-I-V-E-Y** [1]  138/6
**S-T-A-R-N-E-S** [1]  138/10
**S-T-I-N-C-E-R** [1]  137/18
**safe** [23]  11/9 20/10 21/3 47/14 128/15
128/17 129/11 171/19 172/17 172/19 172/21
172/21 172/22 172/23 172/25 173/3 173/16
174/12 174/6 176/24 176/25 177/2 177/21
**safes** [4]  20/11 173/19 174/1 174/7
**Sago** [1]  201/22
**salad** [1]  17/15
**sales** [2]  20/21 205/3
**salesman** [3]  2/11 236/23 236/24
**salesman's** [1]  38/7
**Salopek** [3]  2/11 236/23 236/24
**sample** [7]  17/5 18/6 18/9 134/11 140/17
140/21 144/11
**samples** [11]  16/13 16/18 136/6 138/13
138/19 138/24 140/20 140/21 141/6 141/16
218/4
**Santa** [1]  201/21
**Santa Rosa** [1]  201/21
**sarcastic** [1]  47/9
**sat** [2]  107/24 189/13
**satisfy** [1]  31/20
**Saturday** [1]  90/15
**Sauer** [1]  176/11
**saw** [22]  13/19 36/10 69/16 80/16 85/7
87/19 90/1 94/17 94/17 102/15 105/11
106/12 107/10 107/15 108/19 110/3 110/21
111/3 115/5 161/22 205/13 229/2
**scale** [1]  17/11
**scanner** [2]  161/18 161/20
**scare** [2]  189/16 189/18
**scene** [14]  9/25 56/9 60/21 63/19 66/10
66/11 67/5 67/17 70/7 70/13 103/1 160/3
160/6 161/11
**schedule** [1]  38/22
**scheme** [2]  225/5 225/9
**school** [5]  78/20 78/23 154/12 200/20
200/22
**Schwartz** [1]  187/12
**science** [2]  119/24 120/22
**scientific** [1]  128/2
**scoring** [2]  72/1 72/3
**scrape** [1]  139/24
**screen** [11]  23/3 122/9 123/21 124/5 124/18
124/19 142/7 142/11 143/21 215/11 227/20
**screening** [1]  141/20
**script** [5]  34/22 35/4 35/6 35/18 101/12
**scripts** [8]  34/21 35/21 35/25 36/4 36/11
36/12 101/3 113/10
**scrubs** [1]  38/19
**seal** [1]  72/25
**sealed** [2]  72/13 73/1
**search** [12]  15/11 17/8 18/14 20/8 47/5
150/14 171/6 171/17 171/18 171/20 172/14
173/4
**searched** [1]  54/10
**searches** [3]  15/15 40/19 47/15

**seat** [1]  50/17
**second** [31]  23/21 24/15 24/20 24/22 47/25
76/11 76/13 76/15 91/13 93/6 100/14 102/21
124/19 132/19 132/25 134/25 137/21 138/5
140/17 140/20 140/20 140/21 141/17 142/10
146/18 154/25 158/19 174/25 194/24 213/6
230/2
**secondary** [1]  121/13
**secretive** [1]  111/4
**Section** [2]  57/23 57/25
**Section 802** [1]  57/23
**Section 813** [1]  57/25
**sector** [1]  53/18
**security** [5]  5/11 19/17 231/7
**sedated** [1]  105/11
**seeking** [1]  155/1
**seized** [1]  47/5
**Selecta** [10]  16/16 16/19 136/20 137/14
138/1 138/17 141/8 142/5 142/13 143/8
**selection** [1]  48/1
**seller** [6]  150/3 150/5 150/11 158/10 158/13
197/13
**sellers** [2]  160/15 182/21
**selling** [6]  32/1 150/12 158/3 205/3 205/10
219/8
**semi** [1]  174/24
**semi-automatic** [1]  174/24
**semipermeable** [1]  63/4
**send** [2]  59/17 146/12
**sending** [3]  14/16 35/21 140/9
**sends** [5]  42/3 42/22 42/23 43/22 43/23
**sense** [6]  44/24 45/14 120/21 158/12 181/17
221/5
**senses** [1]  114/10
**sensibilities** [1]  86/22
**sensitive** [2]  35/16 124/21
**sentence** [7]  14/21 29/24 201/9 202/2
223/20 224/10 224/13
**sentencing** [1]  30/14
**September** [25]  8/20 51/7 59/8 60/2 61/10
61/16 63/20 66/14 68/5 68/21 73/13 73/15
75/19 79/10 90/23 100/19 100/20 102/22
106/17 106/25 107/7 123/16 212/20 213/11
215/19
**September 1st** [17]  8/20 51/7 59/8 60/2
61/10 61/16 63/20 66/14 68/5 68/21 73/13
73/15 90/23 106/25 123/16 213/11 215/19
**serious** [4]  12/11 14/21 29/23 112/23
**seriously** [1]  46/5
**serve** [4]  51/3 140/7 201/18 224/3
**served** [1]  149/20
**service** [4]  30/6 191/15 220/21 221/1
**services** [3]  3/22 132/16 233/25
**session** [5]  167/19 167/22 168/11 221/14
221/18
**sessions** [2]  168/4 195/24
**seven** [3]  71/13 72/1 215/8
**Seventeen** [1]  96/4
**severe** [4]  79/25 84/14 87/16 114/7
**shackles** [1]  6/11
**Shanks** [2]  146/14 147/7
**shape** [1]  161/6
**share** [1]  36/25
**Shaun** [12]  10/7 65/1 77/12 77/14 77/18
110/13 187/1 187/21 188/20 190/15 192/2
235/13
**she'd** [2]  81/11 191/24
**sheet** [2]  69/21 69/22
**shells** [1]  177/14
**shelter** [1]  86/1
**sheriff** [1]  173/10
**sheriff's** [19]  10/6 25/23 50/13 50/25 51/4
58/24 59/3 59/17 65/19 66/8 94/25 97/10
117/15 148/15 148/22 149/9 159/24 160/14
162/8
**sheriffs** [1]  9/25

**S**

**shield** [1] 198/5
**shift** [1] 91/24
**shifts** [3] 9/19 130/22 130/23
**shipment** [1] 132/15
**shit** [2] 19/7 42/11
**shoots** [1] 161/25
**short** [5] 16/10 16/23 109/15 127/2 186/3
**shorter** [1] 126/20
**shot** [1] 162/4
**shotgun** [3] 177/9 177/10 177/14
**shotguns** [1] 173/8
**shoulder** [2] 94/10 206/22
**shower** [3] 93/3 93/4 93/5
**shown** [1] 116/14
**shut** [1] 181/18
**sic** [22] 16/6 16/18 18/6 18/17 19/19 23/6
 31/3 31/9 32/17 37/9 44/3 68/5 97/21 136/3
 138/16 145/6 151/7 152/3 153/17 162/15
 189/1 217/14
**sick** [1] 51/17
**side** [12] 5/21 6/16 6/17 72/4 72/5 81/11
 129/1 134/20 172/20 173/2 176/12 215/16
**Sig** [1] 176/11
**Sig Sauer** [1] 176/11
**sign** [1] 155/9
**signal** [3] 52/4 52/8 52/11
**signal 73** [3] 52/4 52/8 52/11
**signals** [3] 51/19 51/21 52/2
**signature** [6] 15/22 15/24 126/4 153/17
 228/25 229/2
**signatures** [1] 153/21
**signed** [4] 35/15 58/1 153/15 155/20
**significance** [2] 67/12 163/18
**signs** [5] 62/11 62/13 64/6 80/16 108/19
**silver** [1] 177/6
**silver-colored** [1] 177/6
**simplest** [1] 120/19
**simplistic** [1] 141/11
**single** [3] 195/7 195/8 196/21
**sisters** [3] 110/3 110/5 110/16
**situation** [5] 33/19 88/8 204/24 211/18
 216/9
**situations** [1] 67/4
**size** [1] 207/18
**slammed** [1] 79/24
**Slater** [81]
**Slater's** [7] 29/17 165/8 165/13 170/9
 170/19 195/16 199/5
**sleep** [1] 217/17
**slightly** [1] 208/8
**slow** [1] 62/23
**slowing** [1] 62/22
**slumped** [1] 94/10
**small** [8] 25/15 36/14 72/1 72/2 72/4 128/6
 145/22 172/21
**smaller** [1] 14/13
**smoke** [1] 193/12
**smoothly** [1] 31/21
**snatched** [1] 46/21
**snort** [1] 116/10
**snorting** [5] 108/22 115/1 115/6 116/9 189/1
**snow** [3] 81/1 81/2 81/9
**snowy** [1] 81/13
**solely** [1] 212/8
**solve** [1] 97/4
**somebody's** [2] 184/4 188/19
**someplace** [9] 52/16 78/8 78/18 79/15 90/13
 171/6 230/23 232/2 232/7
**sometime** [1] 6/1
**soon** [5] 7/9 27/24 91/25 97/11 217/5
**sophisticated** [2] 161/23 161/24
**sophistication** [1] 11/16
**sore** [1] 206/19
**soul** [1] 210/18
**sound** [1] 45/12

**sounded** [1] 189/20
**sounds** [1] 62/1
**source** [12] 18/4 30/21 31/12 123/18 126/11
 133/23 170/14 170/14 182/15 196/25 205/7
 205/12
**sources** [1] 32/6
**south** [7] 13/19 16/17 82/4 83/1 151/4 151/8
 157/4
**SOUTHERN** [4] 1/2 7/18 52/24 171/12
**spec** [1] 124/7
**special** [3] 9/7 21 15/7 17/21 116/7
 116/12 121/14 152/8 165/22 166/6 170/13
 187/12 191/9 223/3
**specialized** [1] 146/16
**specific** [18] 20/11 23/10 25/1 120/21 121/6
 121/16 122/14 124/21 134/2 152/1 152/5
 161/7 162/14 172/23 176/9 194/15 194/16
 209/24
**specify** [1] 56/25
**specimen** [6] 123/24 128/4 133/23 137/19
 138/7 138/11
**Spectra** [2] 138/16 138/23
**spectrometry** [6] 122/10 122/10 122/11
 124/8 124/9 127/11
**spectrum** [1] 122/4
**speculate** [1] 114/22
**speculation** [3] 204/6 214/3 229/20
**speed** [1] 173/24
**spell** [3] 50/18 53/9 66/3
**spelled** [1] 57/20
**spelling** [6] 58/18 65/23 77/16 118/25
 148/12 200/10
**spend** [4] 33/10 37/20 82/8 109/16
**spenders** [1] 109/16
**spending** [2] 4/4 23/9
**spent** [1] 13/9
**sphere** [1] 14/17
**spinal** [1] 38/7
**spine** [4] 16/21 28/23 38/6 194/2
**spirits** [1] 131/5
**spitting** [1] 206/5
**Spivey** [4] 138/6 140/19 140/21 142/9
**spoke** [2] 97/17 187/24
**spoken** [1] 94/1
**spotlight** [1] 130/23
**spy** [3] 37/4 43/2 45/18
**St.** [1] 119/17
**St. John's** [1] 119/17
**staff** [2] 38/21 46/9
**stakes** [1] 44/2
**stand** [3] 56/11 77/12 148/8
**standard** [2] 147/17 152/3
**standing** [9] 43/7 43/9 67/11 134/9 151/25
 152/5 152/12 152/15 156/4
**stark** [1] 12/7
**Starnes** [3] 138/10 141/1 142/6
**starts** [1] 43/9
**stash** [1] 20/19
**state** [19] 14/8 50/18 58/18 65/23 66/3 77/16
 118/25 120/10 148/12 148/25 153/17 153/19
 185/13 185/21 186/18 200/10 201/19 201/21
 211/19
**stated** [5] 12/6 17/23 19/4 120/19 217/18
**statement** [4] 4/20 22/11 22/19 235/2
**statements** [2] 7/13 168/7
**states** [32] 1/1 1/6 1/15 2/3 2/12 3/3 3/8 7/22
 8/16 8/18 11/8 22/16 28/6 50/17 57/10 57/23
 57/25 58/14 65/18 77/12 99/11 118/20
 119/20 120/17 128/21 129/3 131/14 148/7
 168/7 179/14 200/2 221/13
**States vs** [1] 3/3
**statute** [1] 131/15
**stay** [6] 19/11 27/12 91/5 91/7 92/8 183/21
**stayed** [1] 56/2
**steady** [1] 181/11
**Steakhouse** [10] 9/12 9/18 10/8 78/3 81/17

 165/1 165/3 202/3 210/13 210/15
**stealing** [1] 46/25
**stenography** [1] 1/24
**step** [8] 6/3 57/5 65/14 77/7 118/15 147/23
 189/11 199/23
**Stephen** [5] 57/10 58/14 58/16 58/20 235/10
**Stephen K** [1] 57/10
**Steve** [1] 97/21
**Stewart** [98]
**Stewart's** [4] 15/4 34/19 37/23 41/15
**Stincer** [3] 137/18 139/4 142/11
**sting** [3] 150/9 150/10 150/11
**stipulate** [2] 154/2 154/11
**stipulated** [1] 57/17
**stipulating** [3] 154/7 154/8 154/21
**stipulation** [7] 24/8 57/14 58/3 143/1 153/12
 153/15 153/16
**stipulation's** [1] 153/14
**stockpile** [1] 178/25
**stole** [1] 46/21
**stood** [4] 45/9 54/19 93/14 93/16
**stop** [2] 35/10 89/25
**stopped** [3] 19/17 45/24 46/3
**stops** [1] 63/2
**storage** [3] 17/13 18/16 47/17
**storm** [2] 42/11 81/11
**story** [5] 10/13 17/18 31/21 222/8 222/9
**straight** [5] 5/21 32/5 48/24 89/1 113/5
**strategy** [5] 154/6 154/9 154/18 154/20
 155/8
**street** [19] 2/9 8/11 20/23 28/24 52/20 56/24
 102/12 108/15 111/21 114/20 151/3 151/8
 157/3 171/24 177/24 178/10 188/21 218/15
 218/17
**street-level** [8] 8/11 20/23 28/24 151/3
 151/8 157/3 171/24 177/24
**strength** [3] 84/6 208/5 208/10
**strength-wise** [1] 208/10
**stress** [1] 166/18
**stress-induced** [1] 166/18
**stressed** [1] 219/24
**stressing** [1] 38/3
**stretch** [1] 94/6
**stretching** [1] 94/7
**strong** [3] 113/24 213/14 215/25
**stronger** [3] 213/17 213/18 213/24
**struck** [1] 86/24
**studies** [1] 128/23
**study** [1] 120/19
**stuff** [10] 41/14 83/18 89/1 94/22 104/23
 106/2 110/16 111/15 154/7 234/1
**stumbled** [1] 79/23
**subject** [7] 123/5 137/1 137/17 138/5 138/9
 142/10 147/11
**submit** [6] 8/5 14/14 15/18 25/4 26/10 162/6
**submitted** [3] 72/8 136/18 162/13
**subparagraph** [1] 57/23
**substance** [20] 8/12 19/21 24/1 24/5 24/6
 57/22 62/21 63/8 83/25 126/23 126/24
 127/13 127/21 154/22 157/15 160/1 161/25
 186/19 206/12
**substances** [7] 15/9 16/19 27/5 146/17
 146/19 161/19 185/21
**substantial** [4] 11/18 222/23 223/25 224/5
**substantive** [1] 24/16
**subtract** [1] 96/15
**successful** [5] 28/23 37/10 38/7 170/17
 178/11
**successfully** [1] 201/11
**suddenly** [2] 9/17 44/11
**suffered** [2] 9/2 59/15
**suggest** [2] 32/7 33/18
**suggesting** [1] 32/10
**suggestion** [1] 167/5
**suggests** [2] 27/3 126/10
**suitable** [1] 179/5

**S**

**Suite [1]** 2/7
**summarize [1]** 114/13
**summer [1]** 202/22
**Sunday [1]** 90/15
**superseding [1]** 24/15
**supervising [1]** 67/11
**supervision [1]** 13/10
**supervisor [4]** 54/20 56/4 56/9 60/8
**supplied [2]** 29/7 208/14
**supplier [15]** 32/5 32/20 33/6 33/7 33/9 45/7 158/6 181/6 181/13 182/1 197/4 197/7 197/24 198/9 198/11
**suppliers [2]** 178/2 198/14
**supplies [2]** 181/18 181/20
**supply [13]** 18/4 30/18 30/21 31/13 38/2 75/16 182/15 196/25 203/4 205/7 205/12 230/20 230/21
**supplying [3]** 30/6 34/7 44/23
**support [1]** 189/8
**surcharge [1]** 157/24
**surgeon [6]** 28/23 37/11 38/7 46/10 194/2 199/15
**surgeries [1]** 46/8
**surgery [1]** 38/23
**surgical [5]** 38/19 40/3 205/3 205/4 205/4
**surprise [4]** 103/3 152/11 219/19 219/20
**surprised [1]** 220/1
**surreptitiously [1]** 11/15
**surround [1]** 111/15
**surveillance [1]** 139/19
**suspect [5]** 150/12 163/20 164/16 167/24 187/24
**suspected [3]** 59/15 60/9 64/24
**suspicions [1]** 29/15
**suspicious [5]** 13/16 59/20 60/4 61/11 67/4
**Sustain [10]** 62/9 65/8 174/2 174/6 196/5 197/10 198/21 204/8 229/21 231/21
**sustained [1]** 79/25
**sustaining [1]** 174/10
**sweat [1]** 207/20
**switch [1]** 159/14
**switches [1]** 159/8
**switching [1]** 158/21
**sword [1]** 198/5
**SWORN [7]** 50/16 58/16 65/21 77/14 118/23 148/10 200/8
**synthetic [3]** 8/15 209/7 209/8
**Syracuse [1]** 79/19
**system [8]** 13/1 26/21 130/6 146/2 146/4 146/4 165/3 165/6

**T**

**table [2]** 3/9 3/11
**tablet [1]** 75/13
**tainted [1]** 13/22
**take [57]**
**taken [20]** 17/5 22/15 28/1 48/22 73/14 75/13 98/19 105/24 132/20 140/14 153/3 195/21 206/4 207/23 213/10 214/1 214/5 214/6 216/22 216/24
**takes [3]** 18/9 19/14 126/17
**talent [1]** 31/23
**talk [11]** 17/1 37/14 37/20 97/14 102/21 107/24 154/18 155/7 168/1 183/3 186/25
**talked [14]** 34/16 43/18 93/1 93/2 93/5 97/16 102/18 103/7 111/23 146/9 187/22 190/12 190/18 198/2
**talking [27]** 12/18 16/11 22/1 22/6 30/2 43/19 62/7 82/23 94/19 94/19 143/7 165/5 166/13 166/20 174/8 183/10 183/15 184/13 184/13 184/18 192/11 192/23 193/12 205/19 206/7 206/14 208/21
**talks [2]** 42/15 155/22
**Tammy's [1]** 48/17
**tamperproof [1]** 72/15

**tandem [2]** 124/9 127/11
**tape [13]** 36/21 41/17 72/13 72/14 72/15 187/19 188/9 188/12 188/15 194/15 194/17 196/13 196/17
**tape-record [4]** 36/21 188/9 196/13 196/17
**tape-recorded [3]** 188/12 194/15 194/17
**tapes [1]** 45/4
**target [6]** 33/14 33/14 33/15 33/16 37/6 187/21
**targets [1]** 26/3
**task [2]** 51/6 172/12
**taught [2]** 94/21 150/23
**Taylor [1]** 37/9 37/11 37/12
**teach [1]** 150/24
**team [1]** 171/18
**tears [3]** 206/20 206/22 206/23
**technical [2]** 121/17 201/14
**technically [1]** 91/23
**technique [1]** 141/20
**technology [2]** 136/3 136/15
**teenage [1]** 88/5
**telephone [2]** 34/10 37/3
**television [1]** 47/3
**tell [59]**
**telling [9]** 12/5 13/3 15/2 32/19 34/3 44/25 103/18 162/3 205/11
**tells [8]** 19/14 31/21 33/25 36/24 41/23 42/10 145/10 193/17
**ten-minute [2]** 27/22 152/18
**tend [2]** 183/21 219/24
**tender [6]** 56/15 65/11 73/25 98/1 143/12 233/5
**tenders [1]** 179/14
**term [5]** 126/13 129/15 130/12 157/9 167/23
**terminology [2]** 51/18 158/25
**terms [20]** 69/20 126/9 126/15 126/16 128/10 129/9 129/17 130/5 130/15 132/2 145/25 147/10 158/7 158/8 168/11 171/17 174/15 178/19 208/5 216/9
**terrified [1]** 29/16
**Terry [4]** 5/10 5/19 6/16 27/16
**test [15]** 11/7 121/19 122/8 137/16 137/17 138/5 138/22 139/4 139/4 139/23 140/22 141/9 143/20 209/11 209/12
**tested [3]** 20/16 122/7 136/15
**tester [1]** 161/18
**testers [1]** 11/2
**testified [3]** 106/22 120/9 198/3
**testify [3]** 27/16 36/9 120/1
**testifying [5]** 12/19 61/25 158/23 159/7 173/25
**testimony [30]** 8/13 8/23 11/4 12/21 15/1 15/19 17/3 20/20 20/22 25/9 30/20 31/25 34/18 34/22 36/18 36/23 39/23 48/3 98/10 98/10 105/6 107/4 151/11 152/10 152/20 152/21 192/2 233/16 233/16 234/5
**testing [30]** 121/16 122/12 122/15 124/17 124/20 138/17 138/18 138/23 139/6 139/20 140/23 141/3 141/11 142/14 143/18 143/19 143/23 143/24 143/25 144/1 146/9 146/1 146/16 146/25 147/1 147/12 147/14 147/15 162/8 162/13
**tests [4]** 16/22 16/25 136/23 143/8
**text [13]** 29/11 41/22 42/3 42/18 42/23 43/22 43/24 96/17 110/3 110/5 110/11 213/14 214/25
**texted [1]** 112/10 112/12 112/25 189/12 217/17
**texts [1]** 44/9
**thank [52]**
**thanks [1]** 43/11
**theory [1]** 24/25
**thereafter [2]** 15/17 162/25
**think [61]**
**thinking [1]** 113/4 114/4
**thinks [1]** 43/5

**Thirteen [2]** 51/2 123/9
**thorough [1]** 25/13
**thought [15]** 6/12 17/1 39/21 40/1 41/6 81/7 87/22 94/22 101/7 106/23 125/15 132/2 151/25 178/4 212/5
**thousand [3]** 128/12 128/12 128/13
**thread [2]** 110/21 113/25
**threat [2]** 198/7 205/13
**threatening [1]** 97/13
**threats [1]** 194/13
**three-and-a-half [1]** 210/16
**three-month [2]** 230/20 230/21
**threshold [1]** 125/2
**throw [3]** 44/6 93/6 93/21
**tight [2]** 19/7 109/16
**till [1]** 91/11
**time [134]**
**times [18]** 23/5 43/1 53/18 57/19 75/13 81/10 84/8 84/13 84/15 87/16 89/15 105/24 111/16 129/8 152/8 212/9 213/1 223/5
**tinge [2]** 63/1 63/6
**tiny [1]** 128/11
**tired [2]** 41/19 54/14
**Title [2]** 57/22 57/25
**Title 21 [2]** 57/22 57/25
**toes [1]** 94/6
**toilet [1]** 216/16
**tolerance [2]** 129/15 129/19 129/24 130/1 130/8 130/9 130/10
**tolerances [1]** 129/21
**tools [2]** 20/25 26/7
**top [6]** 60/11 70/19 117/16 118/2 173/1 175/14
**total [2]** 20/20 25/17
**touch [1]** 94/6
**towards [4]** 64/16 64/18 107/17 218/3
**town [2]** 80/12 160/16
**townhome [3]** 53/25 60/23 92/21
**townhouse [2]** 92/5 92/6
**toxic [1]** 11/9
**toxicity [1]** 132/3
**toxicological [2]** 121/21 126/15
**toxicologically [1]** 131/19
**toxicologist [10]** 11/5 22/22 119/8 119/23 126/22 126/25 130/15 141/10 145/23 146/13
**toxicologists [1]** 131/21
**toxicology [27]** 61/24 64/25 119/9 119/17 120/2 120/8 120/14 120/18 120/19 120/22 120/24 121/2 121/4 121/5 122/4 122/5 123/3 123/13 124/16 124/16 124/18 126/3 130/23 131/24 136/4 136/16 161/15
**trace [4]** 125/4 144/10 144/15 144/21
**trade [4]** 21/1 26/8 31/23 140/4
**traditional [1]** 128/22
**traffic [2]** 59/24 59/24
**trafficked [1]** 14/18
**traffickers' [1]** 21/1
**trafficking [13]** 15/8 20/21 20/23 25/22 151/4 151/8 157/4 158/11 164/7 171/24 177/24 178/10 203/11
**trail [1]** 32/17
**trained [1]** 187/16
**tramadol [38]** 9/7 76/5 76/10 76/14 76/19 77/1 84/1 84/2 84/3 84/7 84/12 84/16 101/8 101/9 101/15 101/19 102/1 102/25 103/2 103/8 103/9 103/23 104/20 105/1 122/13 124/11 124/13 124/22 125/9 143/18 144/7 144/11 144/21 144/22 184/2 184/4
**transaction [1]** 157/25
**transactions [3]** 11/23 11/24 158/12
**transcript [4]** 1/13 1/24 188/16 236/20
**transdermal [1]** 126/7
**transferred [1]** 82/13
**translate [1]** 129/25
**Transport [1]** 202/5

**T**

transporter [1] 150/5
travel [1] 81/14
travelled [1] 102/14
travelling [1] 17/14
treat [1] 11/11
trial [16] 1/13 3/19 4/3 12/8 12/20 22/23 23/11 25/2 27/11 27/12 48/2 153/20 155/9 155/11 168/9 196/11
trials [2] 22/11 128/24
trick [1] 139/22
tries [4] 42/18 42/22 42/25 45/23
trigger [1] 152/6
trip [2] 82/10 90/12
trouble [1] 182/23
true [2] 12/18 191/8
truly [1] 12/23
TruNarc [2] 161/18 161/20
trunk [1] 18/12
trust [4] 30/19 36/25 158/10 158/13
trusted [1] 158/6
truth [4] 13/3 37/12 222/14 225/22
Tuesday [2] 4/2 91/6
tuned [1] 165/5
tunnel [1] 33/15
TV [1] 94/22
two-bedroom [1] 92/9
Tylenol [1] 14/12
typical [2] 105/23 208/9
typically [2] 11/15 23/2

**U**

U-L-T-S-H [1] 58/20
U.S [1] 2/3
U.S. [4] 7/18 7/20 194/9 194/10
U.S. attorney [4] 7/18 7/20 194/9 194/10
uhm [48]
ultimate [2] 168/24 198/11
ultimately [16] 8/25 10/11 25/7 70/6 79/2 79/12 96/11 162/6 170/20 171/1 201/15 221/10 222/21 223/6 224/18 228/5
Ultsh [8] 57/10 58/14 58/16 58/20 58/23 64/6 67/8 235/10
Um [4] 92/24 107/6 112/9 113/2
Um-hum [4] 92/24 107/6 112/9 113/2
unattended [1] 67/5
uncle [1] 81/25
uncommon [1] 52/9
unconscious [1] 54/2
undercover [16] 13/10 17/21 148/24 149/2 149/5 149/8 149/10 149/12 149/17 149/20 150/2 150/23 150/25 160/15 170/14 198/10
undergarments [1] 61/8
understand [19] 72/10 98/11 99/6 100/8 107/12 108/12 143/19 152/22 153/8 154/4 154/15 159/10 172/6 203/17 221/25 223/22 224/8 224/17 233/17
understanding [19] 30/23 106/10 121/12 129/18 169/11 197/23 203/25 204/3 208/17 209/9 209/18 212/4 218/10 221/17 222/4 223/10 225/9 231/10 231/11
understands [8] 12/16 87/23 154/1 167/23 197/17 203/23 206/7 208/11
understood [6] 12/16 105/6 105/7 106/5 182/7 182/12 222/16
undertook [1] 17/21
unemployment [1] 39/14
unfolds [1] 32/12
unintended [1] 59/22
unique [1] 133/6
unit [10] 21/9 47/17 59/6 59/7 59/14 59/24 72/8 128/17 149/14 159/24
UNITED [28] 1/1 1/6 1/15 2/3 2/12 3/3 3/8 7/22 8/16 8/18 17/4 18/26 50/12 57/10 57/22 57/25 58/14 65/18 77/12 99/11 118/20 119/20 128/21 129/3 148/7 179/14 200/2

---

**221**/13
units [1] 18/10
universal [1] 215/20
University [1] 119/17
unknown [1] 13/22
unlawful [2] 23/23 24/13
unless [6] 26/5 76/24 76/25 80/12 221/2 222/14
unlike [3] 8/17 14/6 18/3
unloaded [1] 174/16
unusual [3] 14/16 139/10 173/6 219/23
update [1] 54/20
updates [2] 54/20 56/3
upfront [3] 157/20 158/1 158/13
upside [1] 134/13
upstairs [6] 53/5 53/25 56/3 61/1 93/1 94/16
upstate [2] 80/21 80/25
upwards [1] 150/1
urgent [1] 51/14
urinalysis [4] 16/22 138/13 138/19 141/15
urine [27] 16/13 16/14 16/18 16/20 16/23 121/19 122/15 127/3 127/6 136/22 137/16 138/19 138/24 139/3 139/11 139/17 139/19 139/24 139/25 140/15 140/21 141/1 141/4 141/6 141/16 144/16 144/17
us [35] 18/18 30/10 30/15 33/12 33/12 35/18 54/19 55/18 56/3 75/4 80/12 90/24 90/24 101/2 101/21 106/23 117/24 136/17 145/10 162/2 163/5 163/7 163/8 166/23 166/24 167/1 168/2 168/2 169/5 170/19 181/2 186/8 192/8 192/14 193/14
US-1 [1] 18/18
user [1] 190/3
users [5] 30/3 179/20 182/17 182/21 183/3
utilize [1] 26/7
utilized [4] 123/18 147/15 161/17 179/8
utilizing [1] 17/21 170/12

**V**

vague [1] 194/19
Valdosta [1] 45/3
valid [1] 102/23
validate [1] 170/19
vast [1] 47/24
vehicle [2] 53/14 165/24
vehicles [2] 53/15 53/16
veins [1] 133/24
venture [1] 40/1
verdict [6] 3/18 7/9 27/2 48/6 48/9 50/3
verify [1] 152/8
Vero [19] 2/10 3/13 13/15 16/17 16/20 18/18 22/9 28/23 31/14 34/21 34/23 34/24 35/21 171/9 172/11 193/17 229/8 229/10 229/13
version [1] 46/19
versus [3] 132/3 147/9 208/5
vessel [1] 124/3
vetting [2] 129/2 129/5
via [1] 213/13
vial [1] 161/22
Vice [1] 161/22
vicinity [1] 62/16
video [1] 37/5
videos [1] 39/2
videotape [1] 18/1
view [2] 83/3 131/19
vig [1] 157/24
vigil [5] 191/14 191/15 191/21 192/3 192/20
violated [1] 201/14
violation [2] 155/19 201/14
violent [2] 59/6 59/13
Virginia [2] 119/23 119/25
vision [1] 33/15
visited [1] 16/3
visual [1] 68/20
visually [2] 110/21 162/2
volatiles [1] 122/8

---

**VOLUME [1]** 1/17

**W**

wait [9] 6/15 35/3 36/7 113/20 231/20 231/20 231/20 231/20 231/20
waited [2] 54/19 162/21
waiting [5] 27/16 54/19 56/3 57/12 157/25
waive [6] 6/21 6/24 28/14 49/22 99/18 156/19
waiver [2] 155/9 155/11
walk [2] 38/19 232/7
walked [3] 38/22 91/20 94/9
walking [1] 94/23
walks [1] 43/12
walls [2] 42/6 43/16
warehouse [1] 17/13
warm [1] 81/4
warmer [1] 82/17
warn [1] 112/25
warning [2] 29/12 113/6
warrant [6] 15/11 17/8 20/8 171/6 173/4 185/24
warrants [2] 18/15 150/15
washing [1] 93/7
watch [3] 18/9 45/17 45/18
watching [3] 47/3 56/5 70/14
we'd [2] 123/6 139/19
weapon [1] 177/6
weapons [5] 26/10 47/4 47/13 181/3 182/4
wear [2] 36/21 37/5
wearing [4] 34/9 38/19 43/2 45/19
weather [1] 82/21
week [9] 4/5 4/10 18/8 22/25 46/12 90/11 101/12 219/16 219/18
weekend [3] 233/7 233/11 234/2
weekly [1] 67/15
weeks [4] 44/5 189/8 210/23 219/17
weigh [1] 26/23
weight [2] 20/21 20/21
weird [1] 207/22
welcome [1] 53/12
Wellington [10] 51/12 52/8 52/23 53/22 60/13 60/14 63/20 66/16 67/18 82/16
West [3] 2/4 2/7 110/10
Western [1] 119/24
whatsoever [2] 203/20 205/13
wheeler [1] 39/22
wheeler-dealer [1] 39/22
whenever [1] 45/5
wherever [2] 182/18 183/7
whines [1] 42/12
whining [1] 39/15
whipping [1] 229/18
white [3] 55/7 61/7 69/21
who's [6] 4/20 7/20 15/7 20/23 38/6 85/8
wholesale [1] 158/7
wi [2] 165/3 165/5
wi-fi [2] 165/3 165/5
wife [6] 10/9 41/23 80/14 112/7 188/2 188/20
wife's [6] 4/1 41/1 96/8 97/22 113/1 113/21 115/7 190/16
Wildlands [1] 51/6
William [1] 1/14
willing [4] 29/19 38/9 205/23 217/25
window [1] 127/4
wine [1] 131/5
winter [2] 80/22 81/2
winters [1] 80/25
wipe [1] 207/21
wire [2] 34/9 46/13
wired [2] 45/12 45/12
wires [2] 31/2 36/21
wise [2] 96/23 208/10
wishes [1] 23/7
withheld [1] 201/8

**W**

**withhold [1]**  201/11
**witness [56]**
**witnessed [4]**  90/4 108/10 108/23 179/7
**witnesses [8]**  12/23 22/15 27/2 27/15
155/25 162/22 195/13 235/6
**woke [1]**  91/1
**woman [8]**  8/1 8/21 18/3 21/15 29/2 55/12
78/7 95/24
**won [2]**  49/11 49/12
**word [1]**  193/21
**words [12]**  11/1 11/9/3 20/25 70/17 109/23
117/8 127/4 130/19 193/9 194/16 209/14
221/20
**work [39]**  25/4 30/9 30/15 37/2 43/20 46/7
48/4 50/25 53/18 66/8 78/2 78/2 85/9 85/25
91/2 91/3 91/10 91/21 92/2 92/23 97/15
111/16 119/11 119/12 128/24 145/24 145/24
149/2 149/17 202/1 202/2 206/19 210/22
210/22 210/25 210/25 211/14 211/19 223/3
**worked [15]**  9/12 26/18 37/13 61/22 84/23
91/24 92/12 102/15 149/5 164/25 205/5
210/12 210/13 210/15 225/9
**worker [1]**  216/12
**working [26]**  9/18 9/19 14/21 42/7 51/9
81/17 81/19 84/24 84/24 85/6 85/7 90/6
90/11 109/1 149/9 162/14 191/3 202/1 202/3
202/3 202/4 202/4 202/15 205/2 210/24
219/11
**workplace [1]**  15/14
**works [1]**  216/5
**world [3]**  32/14 150/6 184/10
**worried [2]**  178/5 197/5
**worry [1]**  31/6
**worse [1]**  82/21
**Worth [2]**  149/7 187/16
**wound [1]**  130/21
**WPD [1]**  1/4
**wrist [2]**  21/4 206/19
**write [5]**  13/18 13/20 39/18 227/19 229/3
**writes [1]**  186/18
**writing [6]**  34/21 36/4 36/10 36/12 89/17
168/7
**written [12]**  14/3 16/5 58/2 116/25 117/9
156/2 188/16 228/17 229/25 230/3 230/4
230/10
**wrong [4]**  21/19 94/13 105/7 106/4
**wrote [5]**  15/21 36/11 39/17 228/19 230/14
**Wuesthoff [10]**  121/24 122/1 122/3 123/2
123/4 127/9 127/12 127/19 131/9 143/19

**X**

**Xanax [4]**  104/4 104/6 183/16 211/9

**Y**

**yelled [1]**  94/15
**yep [4]**  84/3 109/12 113/4 118/3
**York [24]**  9/1 78/2 78/4 78/5 78/19 78/22
79/6 79/15 80/3 80/21 80/24 80/25 81/16
82/7 82/7 82/14 85/2 86/10 87/9 89/15 92/11
100/25 115/5 119/18
**You'd [1]**  192/19
**young [4]**  8/1 8/21 37/19 79/22
**younger [1]**  34/19
**youngsters [1]**  37/22
**yours [2]**  111/12 112/25

**Z**

**Zach [43]**  13/6 14/19 16/24 21/9 38/9 38/11
39/18 41/9 41/9 41/10 41/13 41/14 41/18
42/18 42/22 43/6 44/7 44/23 44/23 205/11
205/17 205/17 205/18 207/14 208/4 208/19
213/3 213/20 213/25 217/9 217/9 217/10
218/22 225/5 225/10 225/25 229/17 231/2
231/17 232/2 232/7 232/17 232/21
**Zach's [1]**  41/13

**Zachary [47]**  10/15 10/17 10/20 10/24 13/8
13/11 13/15 13/24 14/2 15/4 15/19 16/9
17/22 17/23 18/2 19/15 20/18 21/13 21/17
25/6 25/6 26/18 168/20 168/21 169/10
169/11 170/15 202/18 202/21 203/24 204/10
204/16 204/25 205/7 205/19 205/22 211/17
211/20 212/21 217/1 217/19 222/23 223/4
228/4 229/6 229/12 230/25
**Zachery [55]**
**Zachery's [2]**  40/9 46/19
**Zehmy [2]**  2/6 3/12
**zombie [2]**  86/4 106/14
**zombie-like [1]**  106/14