```
                UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF FLORIDA

                 FORT LAUDERDALE DIVISION

                CASE NO. 17-80203-CR-WPD

UNITED STATES OF AMERICA,      .
                               .
            Plaintiff,         . Fort Lauderdale, Florida
                               . July 6, 2018
            v.                 . 1:29 p.m.
                               .
JOHNNY CLYDE BENJAMIN, JR.,    .
                               .
            Defendant.         .
. . . . . . . . . . . . . . .  .

                     -   -   -   -   -
             Transcript of Sentencing Hearing had
          before the Honorable William P. Dimitrouleas,
               United States District Judge,
                     -   -   -   -   -
APPEARANCES:


For the Government:   John C. McMillan
                      Rolando Garcia
                      Assistant U.S. Attorneys
                      United States Attorney's Office
                      500 S. Australian Avenue
                      West Palm Beach, Florida  33414

For the Defendant:    Philip L. Reizenstein, Esq.
                      2828 Coral Way, Suite 540
                      Miami, Florida  33145

Court Reporter:       Francine C. Salopek, RMR, CRR
                      Official Court Reporter
                      United States District Court
                      299 E. Broward Blvd., Room 203
                      Fort Lauderdale, Florida 33301
                      (954)769-5657


                     -   -   -   -   -


Proceedings recorded by mechanical stenography, transcript
produced by computer.
```

| | |
|---|---|
| 1 | <u>**FRIDAY, JULY 6, 2018, 1:29 P.M.**</u> |
| 2 | *(The Judge entered the courtroom)* |
| 3 | **THE COURT:**  Please be seated. |
| 4 | United States vs. Johnny Clyde Benjamin. |
| 5 | If counsel would announce their appearances for the |
| 6 | record. |
| 7 | **MR. MC MILLAN:**  Good afternoon, your Honor.  John |
| 8 | McMillan on behalf of the United States.  With me at counsel's |
| 9 | table is my co-counsel, Assistant United States Attorney |
| 10 | Rolando Garcia, and Special Agent Michael Buemi of the United |
| 11 | States Drug Enforcement Administration. |
| 12 | **MR. REIZENSTEIN:**  Good afternoon.  Philip Reizenstein |
| 13 | on behalf of Dr. Benjamin, who is present. |
| 14 | **THE COURT:**  All right.  Dr. Benjamin's before the |
| 15 | Court having been found guilty of conspiracy to possess with |
| 16 | the intent to distribute furanylfentanyl resulting in death, |
| 17 | distribution of furanylfentanyl resulting in death, attempted |
| 18 | possession with the intent to distribute acetylfentanyl, |
| 19 | possession with the intent to distribute oxycodone, and |
| 20 | possession with the intent to distribute oxycodone and |
| 21 | hydrocodone.  I adjudicated him guilty, deferred sentencing, |
| 22 | ordered a Presentence Investigation Report that I've received |
| 23 | and reviewed. |
| 24 | Have counsel had an opportunity to review the |
| 25 | Presentence Investigation Report? |

```
 1              Mr. McMillan?

 2         MR. MC MILLAN:  Yes, your Honor, we have.

 3         THE COURT:  Mr. Reizenstein?

 4         MR. REIZENSTEIN:  Yes, I have.

 5         THE COURT:  Dr. Benjamin, have you read the

 6   Presentence Investigation Report and discussed it with your

 7   lawyer?

 8         THE DEFENDANT:  Yes, sir.

 9         THE COURT:  Any objections to the Presentence

10   Investigation Report from the government?

11         MR. MC MILLAN:  No, your Honor.

12         THE COURT:  Mr. Reizenstein.

13         MR. REIZENSTEIN:  Mr. Murrell filed defense objections

14   to the PSR.  We are adopting them and ask the Court to consider

15   them at this time.

16         THE COURT:  What's the government's position on

17   obstruction?  I mean, just because someone testifies at the

18   trial and is found guilty, to me isn't enough to impose an

19   obstruction enhancement.  Otherwise, it would have a chilling

20   effect on individuals deciding to exercise their right to

21   testify.

22              But if you could point out something that Dr. Benjamin

23   said that was clearly contradicted by, you know, a known fact

24   as opposed to, you know, what someone that wasn't a police

25   officer said, I'd be more than willing to listen to that.
```

1          Any specific lies you're pointing to?

2          **MR. MC MILLAN:**  Well, your Honor, the -- I think that

3    the most blatant, egregious, and obvious lie was that in which

4    Defendant Benjamin took the stand and under oath claimed that

5    the item that he was putting in the trunk of his vehicle was a

6    bag containing Tastykake delectables that he was putting in the

7    trunk of his car that he brought inside of his office.

8          The evidence adduced at trial indicated -- as

9    corroborated by both the videotape and the sworn testimony of

10   Zachary Stewart -- that, in fact, the item that the defendant

11   received from Zachary Stewart was a quantity of 4,000 imitation

12   counterfeit oxycodone pills.  And that had to be true, because

13   those are the exact pills that were recovered from the

14   defendant at the Melbourne airport, as testified by numerous

15   witnesses.

16         **THE COURT:**  Well, I mean, on the video, you couldn't

17   see what was in the bag.  You couldn't see what was in the bag

18   that Dr. Benjamin was putting in the car, right?

19         **MR. MC MILLAN:**  Oh, that's correct, your Honor, you

20   couldn't see that.  But the --

21         **THE COURT:**  And nobody followed him from his office to

22   the airport.  So, how do we know that there weren't Tastykakes

23   in there when he put them in the trunk, and later on he

24   switched the Tastykakes and put the blue pills in there?

25         **MR. MC MILLAN:**  Well, because he had to get the blue

```
 1    pills from someplace, your Honor, and the only place he could
 2    get those blue pills were from the DEA through Zachary Stewart.
 3         THE COURT:  Anything else you want to point to that
 4    indicates that he was specifically lying?
 5         MR. MC MILLAN:  Well, for example, the fact that the
 6    defendant claimed that he was -- had -- that the pills were
 7    substituted by someone else, where they are -- were, in fact,
 8    the exact same pills which were provided to him by Zachary
 9    Stewart.  He claimed that he thought the pills were
10    Fluorouracil, and they never ever looked anything like that a
11    Fluorouracil pill, because there are no Fluorouracil pills.
12         THE COURT:  Well, I mean I think you cross-examined
13    Dr. Benjamin and asked him whether or not he told the police at
14    the Melbourne airport that Zachary Stewart had put the pills in
15    there, and he said that he hadn't said that, but that he
16    thought now that that's probably what happened.
17         Anything else you got that's a specific lie?
18         MR. MC MILLAN:  May I have a moment, your Honor?
19         THE COURT:  Sure.
20         (Discussion had off the record between counsel)
21         MR. MC MILLAN:  No, your Honor.
22         THE COURT:  All right.  I'll sustain the objection to
23    the obstruction of justice.
24         What does that do, reduce the guidelines by two
25    levels?  That would be a 44 instead of a 46, but it still winds
```

1    up being 43?

2         Is that right, Ms. Manzanares?

3         **THE PROBATION OFFICER:**  That is correct, your Honor.

4    It would be a net two-level reduction from a 46.  But that is

5    therefore capped, though, at a 43.

6         **THE COURT:**  Any further argument, Mr. Reizenstein, on

7    the enhancement for his being a leader?

8         **MR. REIZENSTEIN:**  Other than what's in the objection,

9    correct?

10        **THE COURT:**  I think the evidence was clear that

11   Dr. Benjamin was a leader of this drug organization, that he

12   had a larger share of the fruits of the crimes, that he's the

13   one that was the catalyst for everybody being involved, and

14   there were more than five people involved.  So, I'll overrule

15   that objection.

16        Any other objections to the sentencing guidelines?

17        **MR. REIZENSTEIN:**  Let me first say this, Judge.  Based

18   on your ruling regarding denying the objection for leader in

19   the offense, we understand.  We object to that, to your

20   finding.

21        **THE COURT:**  Right.

22        **MR. REIZENSTEIN:**  We accept it, just for protecting

23   the record.

24        I did say that we were adopting the objections in the

25   motion filed by the prior attorney.  However, I will say I

```
 1   don't adopt on page 2 the second paragraph where he says that
 2   he does not contest the enhancement for special skill.  We
 3   haven't filed an objection to that.  We're not asking the Court
 4   to consider it today.  But I'm not going to want this record to
 5   go up as an admission to special skills, for whatever that's
 6   worth.  And I understand the Court is giving him that
 7   enhancement.  I just don't think it's appropriate to put in
 8   there that there's an admission to special skill.  I think it's
 9   better to just remain silent on that subject.  And that's on
10   page 2 of the objections filed by the prior attorney.
11            THE COURT:  Well, I think that's the obstruction of
12   justice.  I think paragraph 45 is just another way of saying
13   obstruction of justice.  So --
14            MR. REIZENSTEIN:  Uhm --
15            THE COURT:  Am I wrong about that?
16            MR. REIZENSTEIN:  Let me -- I believe that there was a
17   special skill objection.
18            THE COURT:  Well that's --
19            MR. REIZENSTEIN:  Oh.
20            THE COURT:  But --
21            MR. REIZENSTEIN:  He does say 45, and that is the
22   obstruction of justice.  I'm wondering if he meant to say abuse
23   of trust.  I know that doctors often get a special skill.
24            Okay.  Since it's phrased in this objection as special
25   skill in paragraph 45, and 45 really is the obstruction of
```

```
 1    justice, then we'll leave that be, because you've sustained
 2    that objection.
 3            THE COURT:  Right.  So, the two-level enhancement in
 4    paragraph 45, I've sustained your objection to that.
 5            So, that, again, reduces the adjusted offense level to
 6    a 44, but the highest you can have is a 43, so it becomes a 43.
 7            MR. REIZENSTEIN:  Yes.
 8            THE COURT:  Any other objections to the Presentence
 9    Investigation Report?
10            MR. REIZENSTEIN:  Not at this time, no.
11            THE COURT:  Any legal cause to show why sentence
12    should not be imposed?
13            MR. REIZENSTEIN:  Yes.  I think it's incumbent upon me
14    at this time, understanding the Court's order from yesterday
15    regarding on my motion to bifurcate the sentencing proceeding,
16    to raise it again and ask the Court to continue this matter and
17    to allow me additional time to prepare.
18            That being said, we understand the colloquy that
19    occurred yesterday with Mr. Benjamin, where he elected to
20    proceed with me and me alone.  However, it does put us at some
21    disadvantage.  We've ordered transcripts.  I note that other
22    defendants have been continued for other reasons -- and some of
23    them I believe were emergency medical -- until the end of this
24    month.  We would ask the Court to take the testimony from next
25    of kin, who is here, but to continue this hearing at a further
```

1    date.

2         **THE COURT:**  Well, I mean I appreciate people coming

3    in, and, you know, people wrote me letters on behalf of

4    Dr. Benjamin, and they certainly could have come in today.  But

5    I think that coming in and having input at a sentencing, either

6    for or against a defendant, is only part of the public's right

7    to be here.  I think they have a right to be here to see what's

8    gonna happen, rather than go back home and read about it in a

9    few weeks.

10        **MR. REIZENSTEIN:**  I can't disagree with that.  But

11   that I think is -- when balanced against what my client is

12   facing, which is a life sentence -- if they were local, then

13   perhaps this would be different.  And I'm very sensitive to the

14   fact that they're not, and I understand from the government

15   they came here at their own cost and expense.  But -- which is

16   why they should be heard today.  But balanced against what my

17   client is facing, which is a life sentence, I would again renew

18   my request to bifurcate this hearing.

19        **THE COURT:**  I just don't know what's gonna be any

20   different next week or next month at this hearing.  I mean --

21        **MR. REIZENSTEIN:**  I can't tell you --

22        **THE COURT:**  -- the guidelines are so high that the

23   issue's gonna be whether I do a downward variance, really.  Any

24   sentence that I give that's not a significant downward variance

25   or downward departure is gonna be an awfully tough sentence for

1   Dr. Benjamin to survive.

2       **MR. REIZENSTEIN:**  I dis -- I didn't mean to say

3   disagree.  I agree with you.  I, quite frankly, was surprised

4   that no downward variance motion was filed during the course of

5   the time from conviction through now under some sort of what I

6   was led to believe mistaken belief that because there's a

7   minimum mandatory, it can't be filed.  I crafted one together

8   within this last week.  I don't think it's as good as I can

9   make it.  And, quite frankly, although, again, you gave

10  Dr. Benjamin the choice of having Mr. Murrell here, I can't

11  tell you what more I can do in two weeks other than having read

12  the entire transcript, and perhaps I could do more.  And with a

13  client that's not facing, you know, 20 or 30 months, but 20,

14  30 years to life, I'd like that opportunity.

15      **THE COURT:**  Well, I think you filed a fine motion for

16  downward variance, so we'll go ahead and proceed with the

17  sentencing today.

18      **MR. REIZENSTEIN:**  May I make one final request to the

19  Court based, again, you having asked for legal reasons?

20      **THE COURT:**  Okay.

21      **MR. REIZENSTEIN:**  And I'd like the record to note --

22  because I want to make sure this record is preserved, and I'd

23  like the Court to reconsider -- I have filed a motion for new

24  trial.  That was denied without prejudice.  I'm guessing here

25  that you denied it without prejudice because you denied my

1    motion to accept it as a late filing.  Therefore, you're not

2    considering it, so it seems to me the way this has played out.

3         The --

4         **THE COURT:**  I mean, I would think you could file the

5    same issues on a 2255 motion.  And you could do that, I guess,

6    whenever you want to do it.  Wait and see what happens on the

7    appeal or file it before then.

8         **MR. REIZENSTEIN:**  Sure.  I'll discuss timing with my

9    client, but I want to raise this to the Court.  Were you to

10   consider the issues raised in the motion to *(sic)* new trial,

11   those essentially strike at the subject matter jurisdiction for

12   this Court to even have the authority to sentence Dr. Benjamin.

13   What we've raised in there about the issues of an analogue

14   controlled substance, that it didn't meet the definition --

15        **THE COURT:**  I mean that only applies to Counts 1 and

16   2, doesn't it?

17        **MR. REIZENSTEIN:**  That's correct.  But those are

18   counts that are --

19        **THE COURT:**  I mean I could still give Dr. Benjamin

20   60 years on the other three counts, right?

21        **MR. REIZENSTEIN:**  Those are the maximums.

22        **THE COURT:**  Right.

23        **MR. REIZENSTEIN:**  But, you know, I don't want to be

24   put in this position to say 60 is better than life.  Any number

25   is better than life.  But the point of the matter is, we seek

```
1   to raise those issues before this Court at this time, because
2   they weren't raised when I think were appropriate.  They are
3   subject matter jurisdiction issues.  And, therefore, when you
4   ask is there a legal reason why you should not go forward with
5   sentencing, as to those first two counts, based on what we said
6   in the motion for new trial, we do object to the Court
7   proceeding and would want time to present that to you at -- you
8   know, in a further fashion and have you consider it.
9           THE COURT:  I did sign an order yesterday denying the
10  motion for a new trial, denying the motion for late filing, but
11  it didn't get docketed until today.  I don't know if you've
12  seen the --
13          MR. REIZENSTEIN:  I did.
14          THE COURT:  Okay.
15          MR. REIZENSTEIN:  And I'm saying that in recognition
16  of having received those orders from the Court, but in answer
17  to your question, so that, A, you might reconsider, and, B, the
18  record is protected if you don't.
19          THE COURT:  I think the record is protected.
20          MR. REIZENSTEIN:  Okay.  I take that then as a no.
21          THE COURT:  Anything you want to say, Dr. Benjamin,
22  before I impose sentence?
23          MR. REIZENSTEIN:  Well, I have some things before you
24  impose sentence in terms of presentation to the Court about
25  Dr. Benjamin in support of the downward variance.
```

```
 1              THE COURT:  Okay.

 2              MR. REIZENSTEIN:  May I then approach the ELMO to do

 3    that?

 4              THE COURT:  All right.

 5              MR. REIZENSTEIN:  Okay.

 6         I have provided copies to the government today.  These

 7    are photographs of things I've received from his family.  This

 8    is in support of the motion for downward variance.

 9         And I'd like to preface, before I put them up on ELMO

10    and ask they be taken into evidence, to say that nothing I say

11    on behalf of Dr. Benjamin should be interpreted -- or the

12    sentence that we request should be interpreted as a disrespect

13    to the life that was lost here in this case.  But as the Court

14    well knows, a sentencing is about -- much about Dr. Benjamin's

15    life, and I think there's things that the Court should be aware

16    of outside of what was referenced in the downward variance.

17    So, just let me get my notes.

18         And the first exhibit -- okay, I need to -- is an

19    award that he received.  And what is significant about this is

20    that the Gifford community in Vero Beach is a historically

21    black African-American community.  It serves at-risk youths.

22    And this is one of many -- and we're not gonna introduce them

23    all -- but this is Defendant's Exhibit 1 that I would ask the

24    Court to admit for purposes of the sentencing that shows his

25    commitment to the community and the work that he did.  Would
```

1  the Court admit this for sentencing?

2         *(Defendant's Exhibit 1 marked for identification)*

3         **THE COURT:**  That will be Defense Exhibit 1.

4         *(Defendant's Exhibit 1 admitted into evidence)*

5         **MR. REIZENSTEIN:**  Thank you.

6         Defense Exhibit Number 2 is, just briefly, another

7  award that he received from the Glendale Elementary School.

8  And what this is representative of -- if you see, it says:

9  "Inspiring our students to aim for academic success by

10 instilling your passion for reading in them" -- it's one of

11 many, perhaps bordering on hundreds of talks and speeches that

12 he gave to children at the elementary and high school level in

13 this community in which he essentially funded payments of $50

14 to honor roll students and hundred dollars to students who were

15 at the top of the honor roll, and for essentially helping fund

16 paying at-risk youth to read books.  And this is Defense

17 Exhibit Number 2, which I would move for admission.

18         *(Defendant's Exhibit 2 marked for identification)*

19         **THE COURT:**  All right.  Two will be received.

20         *(Defendant's Exhibit 2 admitted into evidence)*

21         **MR. REIZENSTEIN:**  Defense Exhibit Number 3 is --

22 again, he's a commencement speaker at the Indian River State

23 College, and it's hard to see because of the way that the

24 photograph came out and was scanned, but this is with a KAPS

25 organization, which was high-risk students that were going to

```
 1   college.  And this particular award was given to him -- he
 2   ended -- Dr. Benjamin ended up mentoring the valedictorian in
 3   this proceeding, which was a woman named Dontaria
 4   Evans (phonetic).  And, among other things, he purchased a car
 5   for her to go to college with.  And that's Defense Exhibit
 6   Number 3 I would move into evidence.
 7            (Defendant's Exhibit 3 marked for identification)
 8            THE COURT:  All right.  Three will be received.
 9            (Defendant's Exhibit 3 admitted into evidence)
10            MR. REIZENSTEIN:  Defense Exhibits 4 through 9 are
11   just some very -- and I'll move briefly through these --
12   pictures of the youth community sports organizations that he
13   sponsored throughout the time that he lived in this community.
14   And I'll just briefly display them for the Court, and then ask
15   the Court to accept Exhibits 4, 5, 6, 7, 8, and 9.
16            (Defendant's Exhibits 4 through 9 marked for
17   identification)
18            MR. REIZENSTEIN:  This is a picture from Exhibit 5.
19   It's a sponsorship in 2003.
20            This is a picture from Exhibit 6, a sponsorship of a
21   team in 2007.
22            This is another sponsorship, Exhibit 7, of a team in
23   2011.
24            Another sponsorship of a team in 2008.
25            And another sponsorship of a team in 2009.
```

1    And I would ask the Court to accept and admit Defense

2    Exhibits 4, 5, 6, 7, 8, and 9.

3    **THE COURT:**  Four through 9 will be received.

4    *(Defendant's Exhibits 4 through 9 admitted into*

5    *evidence)*

6    **MR. REIZENSTEIN:**  Defense Exhibit Number 10, my

7    understanding is this is a picture of a gentleman who is since

8    deceased.  His name is Billy Livings, and he is, as I've been

9    told, a legend in the Vero Beach community coaching their only

10   championship high school football team.  He had been a failed

11   patient for back operations until Dr. Benjamin did a spinal

12   fusion, which allowed him to successfully live the rest of his

13   life not in pain.  And that's Defense Exhibit Number 10, which

14   I would move into evidence.

15   *(Defendant's Exhibit 10 marked for identification)*

16   **THE COURT:**  Ten will be received.

17   *(Defendant's Exhibit 10 admitted into evidence)*

18   **MR. REIZENSTEIN:**  Defense Exhibit Number 11 is an

19   article detailing Dr. Benjamin's work with the NFL, and in

20   particularly *(sic)*, there is a charitable organization called

21   U.S.A. Football.

22   As detailed in the motion for downward departure,

23   Dr. Benjamin was on the accountability care committee for the

24   NFL.  There were doctors who could be placed on there by either

25   the owners or the union.  He was one of the doctors placed on

1  the union *(sic)*. It is the highest level of committee for

2  medical participation. And through his work there, he then

3  became a part of the charitable organization that essentially

4  talked to kids about the benefits of sports, exercise in

5  general, and football in particular. And that is Defense

6  Exhibit 11, which I would move into evidence.

7           *(Defendant's Exhibit 11 marked for identification)*

8           **THE COURT:** Eleven will be received.

9           *(Defendant's Exhibit 11 admitted into evidence)*

10          **MR. REIZENSTEIN:** Thank you.

11          Defense Exhibits 12, 13, and 14 -- exhibit --

12  something that I want the Court to consider about Dr. Benjamin

13  in conjunction with the downward variance. Much of what I've

14  seen, what we can show the Court here, through his level of

15  commitment to charity in the community, is not something that

16  he did in the context of having a business, having a

17  professional organization, a PA, writing a check, and getting a

18  tax donation. He really was much more of a hands on -- and

19  that's actually something that I don't find unique, because he

20  was a surgeon, almost random act of kindness. Rather than to

21  send some money and get a tax donation to a charitable

22  organization, he saw a problem, and he went out and fixed it.

23          And so, you will see that in Defense Exhibit

24  Number 12, which is the women's Florida lacrosse state

25  champions that came from Vero Beach, they did a run of

1  championships.  And as I understand what occurred was he was

2  driving one day, saw these young girls doing a car wash,

3  stopped, and said, What's going on?  And they said, Well, we're

4  trying to raise money for our rings, our championship rings.

5  And he went home, and he turned around, and he bought their

6  championship rings for them so they didn't have to wash cars.

7  He did that in 2007.  That's Defense Exhibit Number 12.

8       Number 13 is actually a picture of one of the players

9  thanking him for purchasing the ring.

10       And Defense Exhibit Number 14 is another team --

11  because he did this over the course of several years -- where

12  these are the girls who won another championships, and he just

13  purchased their rings.  They were about $300 a ring.  Every

14  participant, every young woman on the team, every coach got

15  one.

16       So, I would ask the Court to consider and I'd move

17  into evidence Defense Exhibits 12, 13, and 14.

18       *(Defendant's Exhibits 12, 13, and 14 marked for*

19  *identification)*

20       **THE COURT:**  Twelve, 13, and 14 will be received.

21       *(Defendant's Exhibits 12, 13, and 14 admitted into*

22  *evidence)*

23       **MR. REIZENSTEIN:**  Defense Exhibit 15 is something that

24  I referenced before.  It's a thank you for supporting his

25  school.  And this was another reading challenge, where he

```
 1    actually just gave the money for the school.  This is Defense
 2    Exhibit 15.  This was a $15,000 gift that he made to this
 3    school in which children who read books received money as a way
 4    of rewarding them and then allowing them to use that money for
 5    things that they needed in their life.  That's Defense
 6    Exhibit 15.  I would move that into evidence.
 7              (Defendant's Exhibit 15 marked for identification)
 8              THE COURT:  Fifteen will be received.
 9              (Defendant's Exhibit 15 admitted into evidence)
10              MR. REIZENSTEIN:  Defense Exhibit 16 shows that
11    Dr. Benjamin, beyond being a reputable and highly-skilled
12    surgeon, was a teacher at Florida State University College of
13    Medicine.  And he taught orthopedic surgery to those students.
14    I would move Defense Exhibit 16 into evidence.
15              (Defendant's Exhibit 16 marked for identification)
16              THE COURT:  Sixteen will be received.
17              (Defendant's Exhibit 16 admitted into evidence)
18              MR. REIZENSTEIN:  Okay.  We're almost done, Judge,
19    just a few more.
20              Defense Exhibit 17 is a letter from Kim and Kadence
21    Weaver.  And this was a young woman that he mentored in his
22    office.  And it says, just reading briefly:
23              "I just wanted to let you know I still think the
24          world of you to this day and beyond.  You have always
25          been good to me and treated me as your own."
```

1          I think the Court heard about some of the defendants

2     in this case that came into Dr. Benjamin's office that he

3     mentored, but there were other people that he reached out and

4     just brought into his community, and these are -- this is one

5     young woman.  So, I would move Defense Exhibit Number 17.

6          *(Defendant's Exhibit 17 marked for identification)*

7          **THE COURT:**  Seventeen will be received.

8          *(Defendant's Number 17 admitted into evidence)*

9          **MR. REIZENSTEIN:**  Defense Exhibit 18 is a letter from

10    one of the students that I'd like to read partially into

11    evidence.  And this is one of the young -- what appears to be a

12    young woman who received some money for reading.  And it says:

13          "I want *(sic)* to say thank you for the money I

14          received.  Also, thank you for inspiring me.  I have

15          never been so inspired in my life, just to hear

16          somebody tell me I'm important and that I can be

17          anything I want to be made me feel good and

18          motivated.  I want to go to college to be a doctor to

19          help save people, and now I believe I can.  Thank you

20          so much, Dr. Benjamin."

21          I would move Defense Exhibit 18 into evidence.

22          *(Defendant's Exhibit 18 marked for identification)*

23          **THE COURT:**  Eighteen will be received.

24          *(Defendant's Exhibit 18 admitted into evidence)*

25          **MR. REIZENSTEIN:**  Defense Exhibit 19 is just a letter

```
1    of gratitude from the Special Olympics, where he supported in

2    Indian River County.  And I would move Defense Exhibit 19 into

3    evidence.

4              (Defendant's Exhibit 19 marked for identification)

5         THE COURT:  Nineteen will be received.

6              (Defendant's Exhibit 19 admitted into evidence)

7         MR. REIZENSTEIN:  And I've saved what I think are very

8    significant, the last three.  So, I have 20 -- I'm sorry -- I

9    have four more.

10        So, Defense Exhibit 20 is a letter that his office

11   received, and it's from a husband and wife.  And there was a

12   patient that Dr. Smith (sic) had, Mr. Ward, who signed it.  And

13   as you can see that Mr. Ward was scheduling surgery with

14   Dr. Benjamin, and the day before he was admitted to the

15   hospital, he had a heart attack, and he was awaiting a

16   catheterization, and he writes as follows:

17             "For you to take the time to call to find out how

18        I was doing and Mitzi's" -- who was his surgical

19        scheduler -- "obvious concern while speaking with my

20        wife, was deeply appreciated, and we will forever

21        remember these acts of kindness."

22        I would move Defense Exhibit 20 into evidence.

23             (Defendant's Exhibit 20 marked for identification)

24        THE COURT:  Twenty will be received.

25             (Defendant's Exhibit 20 admitted into evidence)
```

22

1          **MR. REIZENSTEIN:**  And I would say this to your Honor,

2     this is, I think -- you've seen Dr. Benjamin on his worst days.

3     And this is another side of him.  This is somebody who's not

4     just operating on patients for money.  This is somebody who he

5     didn't put his hands on, but he found out they were seriously

6     ill, and he called and followed up on him.  And I think it

7     speaks a lot about the other side of the man you're gonna

8     sentence in a little while.

9          Defense Exhibit Number 21 is a picture of some

10    students who had received a scholarship that he funded called

11    Dollars for Scholars.  And these were local people, students in

12    the community, who didn't have money, who wanted to go to

13    college, and he funded those scholarships.  I would move

14    Defense Exhibit 21 into evidence.

15          *(Defendant's Exhibit 21 marked for identification)*

16          **THE COURT:**  Twenty-one will be received.

17          *(Defendant's Exhibit 21 admitted into evidence)*

18          **MR. REIZENSTEIN:**  The last two exhibits, Defense

19    Exhibits 22 and 23, are as follows:  I talked about how he

20    really was somebody who just saw a problem and fixed a problem,

21    as near as I can see it.  And that's what happened here.  So,

22    Defense Exhibit 23 shows Dr. Benjamin, and there's a picture of

23    a bunch of students getting into a bus, and then there's a

24    picture of him with some adults.  And if you can look in the

25    background, it's a shoe store.  And the story behind that is,

1  there was a charity in the community that he found out about --

2  and here's a picture of Defense Exhibit 22, which is just the

3  students with him.  There was a charity that he found out about

4  in the community for children who were in school.  These are

5  young elementary school kids, in obviously an economically

6  disadvantaged part of his community, who needed shoes.  And,

7  again, rather than just going through and making a donation,

8  going through the rigmarole and hoping these kids get shoes, he

9  just said, Let's get them on a bus, let's take them to a shoe

10  store, and I'll make sure they get shoes.

11          And I think that really -- it conveys better than I

12  could to you the other side of this man.  I don't know that.  I

13  can't tell you either way.  I don't know if this was run

14  through his PA, I don't know if he took a tax deduction, I

15  don't know how it was done, but he saw a problem, and he fixed

16  a problem.

17          And, therefore -- first, let me make sure I move

18  Defense Exhibits 22 and 23 into evidence.

19          *(Defendant's Exhibits 22 and 23 marked for*

20  *identification)*

21          **THE COURT:**  Twenty-two and 23 will be received.

22          *(Defendant's Exhibits 22 and 23 admitted into*

23  *evidence)*

24          **MR. REIZENSTEIN:**  Okay.  So, I think these show the

25  other side of the person that you're going to sentence.

24

1    Somebody who had a deep involvement, over decades, in his

2    community from the time that he became a practicing physician.

3    And that involvement wasn't just him raising money for a

4    medical wing and having a banquet and showing up in a tuxedo,

5    but a true involvement with children and kids and going out

6    there in the community and on his own touching as many people

7    as he can.  And the story of him driving by and seeing some

8    kids at a car wash and saying, What's going on here, and then

9    buying them rings, and then he became the ring provider for

10   this lacrosse team, supports what we wrote, and I know you've

11   read it, in our motion for downward variance.

12          I would highlight, if you're about to pronounce

13   sentence, he is 52 years old.  And as I've written -- and kind

14   of the last thing that I want you to consider is, a 20-year

15   sentence brings him into the mid-2030s and into his age of 70s

16   before he's released.  That's what I asked for on his behalf,

17   and I asked for that should not be considered in any way an

18   insult to the person who died in this case or discounting of

19   her loss to her family *(sic)*.  It is not.

20          But I'm asking you to consider that to understand --

21   because sometimes we throw around numbers, and we don't really

22   think about what it means -- what it's going to mean to him, at

23   the very least getting out of prison destitute, no ability to

24   work, 72 or some odd years old, risk of recidivism almost zero.

25          Based on that, based on the evidence we've presented

```
 1    to you, and based on our motion for downward variance -- I
 2    don't know if Dr. Benjamin's going to address the Court.  I'd
 3    like a minute.  But that would be my request.
 4            May I have a moment?
 5            THE COURT:  All right.
 6            MR. REIZENSTEIN:  Thank you.
 7            (Discussion had off the record between counsel and
 8    client)
 9            MR. REIZENSTEIN:  Thank you, Judge.
10            He's gonna decline an opportunity to speak to the
11    Court -- address the Court.
12            THE COURT:  Is that right -- you understand you have a
13    right of allocution, you have a right to say whatever you want
14    to say, Mr. Benjamin?
15            THE DEFENDANT:  Yes, sir, I understand that.
16            THE COURT:  And do you want to say anything or not?
17            THE DEFENDANT:  No, sir.
18            THE COURT:  And the amount of restitution being sought
19    is $10,241.38, is that correct?
20            THE PROBATION OFFICER:  Yes, your Honor.
21            THE COURT:  Anything further from the government?
22            MR. MC MILLAN:  Your Honor, at this time, would the
23    Court permit us to go and present the statements from the
24    victims in this matter?
25            THE COURT:  Okay.
```

1      **MR. MC MILLAN:**  The first person who would like to

2   address the Court is Shaun Crowley, that's C-R -- well,

3   S-H-A-U-N, C-R-O-W-L-E-Y, the victim's husband.

4          Mr. Crowley.

5      **MR. CROWLEY:**  Good afternoon, your Honor, members of

6   the Court.

7          First and foremost, I would just like to let everybody

8   know just who Maggie Crowley was.  You know, obviously, she was

9   my wife.  She was a loving, caring, just an overall genuinely

10  nice person, beautiful woman, cared about everybody.

11         Uhm, you know, the fact that the defense is trying to

12  paint a picture of Mr. Benjamin as being, you know, this

13  upstanding citizen and a pillar of society, you know, that's

14  great, but the fact of the matter is, you know, he knowingly

15  was doing something that was putting people's lives in danger,

16  and, you know, in the process took my wife's life, as well as

17  who knows how many other people.  And the fact that he had no

18  remorse for it, I mean that's just absolutely absurd.

19         You know, our lives were just beginning.  She was just

20  about to get a huge promotion.  You know, I was on a pretty

21  good track as well, you know, as far as work went.  We were

22  just about to get to the point where we could live comfortably

23  without having to, you know, struggle day to day.  And, you

24  know, I'm asking you that you could please impose the most

25  strict penalty for Mr. Benjamin here, because I believe that

1 he's an absolute monster.  He has no remorse.  And if he wasn't

2 put away or caught, he would be still doing it today, killing

3 more people.

4      Thank you.

5      **THE COURT:**  Appreciate you being here today.

6      **MR. CROWLEY:**  Thank you, sir.

7      **MR. MC MILLAN:**  Your Honor, now Joseph J. DiVita, the

8 victim's father, would like to address the Court.  And I

9 believe Mr. DiVito *(sic)* wished to do so on behalf of both

10 himself and his wife, is that correct?

11      *(Discussion had off the record between the counsel and*

12 *victims)*

13      **MR. MC MILLAN:**  I guess Margaret DiVita, the victim's

14 mother, also does wish to address the Court, your Honor.

15      **THE COURT:**  Okay.

16      **MR. JOSEPH DI VITA:**  Good afternoon, your Honor.

17      The defendant has been found guilty of causing the

18 death of my daughter.  We suffer her loss every day.  And there

19 hasn't been a day that's gone by that we don't cry for her.

20 And as the father of this family, I not only mourn the loss of

21 Maggie but my wife and other three children, who ceased being

22 the people they were on September 1st, 2016.  In anguish, I get

23 to see them suffer, and I can't do anything to make it good for

24 them.

25      And all I ask is that since we're all suffering till

```
 1   the day we die, that you think about the defendant in this case
 2   and make him suffer till the day he dies by making him take his
 3   last breath in his prison cell.
 4        Thank you.
 5        THE COURT:  Appreciate you being here today.
 6        MR. MC MILLAN:  Margaret DiVita, your Honor, the
 7   victim's mother.
 8        MS. MARGARET DI VITA:  Thanks, John.
 9        Good afternoon, your Honor.
10        Uhm, I know I'm gonna cry, so I'm just gonna read
11   through it.
12        When a mother has a baby, there's a connection with
13   that child that lasts forever.  You live and you die with your
14   children's successes and failures, you rejoice in their
15   happiness, and you despair when they're sad.
16        Now that Maggie is gone, there is a bottomless empty
17   hole in my heart and in my soul.  It will always hurt.  It will
18   never go away.  I will go the rest of my life mourning what --
19   the life that Maggie should have had, and I can't wait to be
20   reunited with her again some day.
21        Thank you.
22        THE COURT:  Appreciate you being here today.
23        MR. MC MILLAN:  Your Honor, Caroline Sbarbaro, the
24   victim's sister, would like to address the Court next.  And
25   Caroline is spelled C-A-R-O-L-I-N-E, and her last name,
```

1    S-B-A-R-B-A-R-O.

2         **MS. SBARBARO:**  Good afternoon, your Honor.

3         I know that every family has individual dynamics and

4    relationships between certain members, and in our family,

5    Maggie was my person.  Our birthdays were both in the same

6    month; they were ten days apart.  I loved sharing birthday

7    celebrations with her since we were little.  We shared cakes,

8    and we actually shared a bedroom by choice.  We had enough

9    bedrooms to have our own, but we wanted to sleep together.  And

10   most nights -- Maggie was only two years older than me -- I

11   would get scared, and she would let me sleep next to her.  I

12   actually slept in the same bed with her for most of my life,

13   believe it or not.  I never imagined that I would have to spend

14   the rest of my life without her.

15        I was the first person in our family to receive the

16   devastating news of Maggie's death.  I was in shock and

17   disbelief.  But I was also left with the burden of telling the

18   rest of my family that Maggie died.  I still think about that

19   every single day.  The immense physical and emotional pain that

20   that has caused me will never leave.

21        Since the day that my sister died, my family is

22   completely destroyed.  I can't even care for my own grief,

23   because I'm so overwhelmed with the grief of everyone else.  My

24   parents mostly, because they lost a child, and that's the

25   ultimate loss that no parent should ever have to feel.

```
 1            My children will never even know their aunt, someone
 2   who was so important in my life.  They'll never even get a
 3   chance to know how much she loved them and how proud she was to
 4   be their aunt.  And my brother and sister and I, we lost a
 5   piece of who we are forever.  We're broken.  There's a missing
 6   part of us that can never been replaced.  Every holiday, every
 7   birthday, every occasion that's supposed to be joyous is
 8   covered with sadness.
 9            She was my best friend.  She was a person I could look
10   at across the room and communicate with, with no words.  And
11   she was taken from us, and our lives will never be the same.
12            And at this time, your Honor, I ask that you give the
13   defendant a mandatory life sentence in exchange for the life
14   that was taken from us.
15            Thank you.
16            THE COURT:  Appreciate you being here today.
17            MR. MC MILLAN:  Your Honor, next, John Sterople, the
18   victim's brother-in-law, would like to address the Court.  And
19   Mr. Sterople's last name is spelled S-T-E-R-O-P-L-E.
20            MR. STEROPLE:  Good afternoon, your Honor.
21            We have been given a life sentence, so we ask that you
22   give the same to the convict responsible for Maggie's death.
23   By giving the defendant anything less than a mandatory life, it
24   devalues Maggie's life.
25            Since -- since September 1st, 2016, we have been
```

1    living in a bad dream that we cannot wake up from.  The

2    defendant stole a life from Maggie, her husband, and everyone

3    else that was fortunate enough to know her.  We all lost

4    something by losing Maggie, and we will never be the same.

5            Although we don't have news articles to prove her acts

6    of kindness, I'd like to share a quick story of -- when we came

7    down here after her death, somebody told me, a past co-worker,

8    how someone had come into town, didn't have a job, and after

9    talking with this kid for two minutes, Maggie hired him on the

10   spot.  And that's just what she did.  That's what she was

11   capable of and what she -- she always did in life.

12           She deserves to be remembered and honored for the

13   sacrifice that she made.  She's the hero in this tragic story.

14   Unknowingly, by falling victim to a predator, she thwarted the

15   potential deaths of many others.

16           We ask that you give him plenty of time to think about

17   what he's done not only to Maggie but everyone else that's been

18   impacted by it.  Maggie was not just not another page in a

19   large stack.  She was not a common user looking for her next

20   fix.  She was someone that was trying to get relief for back

21   pain so that she can continue to show up and work hard the next

22   day at her job, and unfortunately crossed paths with an

23   ego-driven, greedy thug that would have gone on to ruin

24   countless lives had it not been for Maggie's sacrifice.

25           We don't get to live our lives anymore.  We don't get

```
1   to celebrate like we used to.  We aren't allowed to smile too
2   long or laugh too loud.  We've been stopped in our tracks and
3   remain in limbo.
4           He will be released long before our suffering will
5   ever stop.  And for that, we ask that you give him the longest
6   possible sentence, so that he can experience a small fraction
7   of the loss that we've been asked to bear.
8           Thank you for your time.
9           THE COURT:  Appreciate you being here today.
10          MR. MC MILLAN:  Your Honor, Kristen DiVita-Sterople
11  would like to go and address the Court next.  Her name is
12  spelled K-R-I-S-T-E-N, D-I-V-I-T-A-hyphen-S-T-E-R-O-P-L-E.
13          MS. DI VITA-STEROPLE:  Good afternoon, your Honor.
14          On September 1st, 2016, my sister Maggie died, and
15  life as I had known it changed forever.
16          It's impossible to fully articulate the impact that
17  her death has had on my life and on our family.  Every aspect
18  has been negatively impacted.  I live in a constant state of
19  mourning.  I mourn for the loss of my sister, of all of her
20  hopes and dreams, the life that she planned with her husband,
21  the children she'll never have, her flourishing career cut
22  short, and the trips she'll never take.
23          I mourn for my siblings, who have to raise their
24  children without their Aunt Maggie physically present.
25          I mourn for my husband, who is effectively married to
```

1    a different person now.  "Be strong for Kristen," people tell

2    him, forgetting that he lost someone he loved very much, too.

3          I mourn for my parents, who have experienced a loss

4    commonly described as unimaginable, compounded by the pain of

5    not being able to fix it for their other children.

6          I mourn for Maggie's friends, whose lives are now a

7    bit darker without her in it.

8          And I mourn for the lost of my own identity.  I

9    struggle to focus on my work and to maintain relationships.

10   And when I meet new people, the first thing I think is how

11   they'll never know the happier person that I once was.

12         I resent the shift in our family structure.  Our

13   family of six was always very close, and the four of us kids

14   was a commonly used phrase.  Now we are missing a piece of our

15   puzzle.  For the rest of our lives, once happy occasions are

16   marred by the fact that someone is missing.

17         I am here today out of the pure fierce love that I

18   have for my sister, having spent hours searching for words that

19   might do her even the slightest bit of justice.  But I am

20   furious that someone else's decisions and actions put me in the

21   position to have to this do this.  I wish for just one moment

22   he could know the pain and anguish that he has caused or that

23   he could feel the extent to which he has ruined our lives.

24         But more than anything, I hope that Maggie's death was

25   not in vain.  This is my sister's last chance to do good for

```
1  others.  A strong sentence for the defendant has the potential
2  to influence the thinking and actions of others, which could
3  save lives.
4       Thank you for your time.
5       THE COURT:  Appreciate you being here today.
6       MR. MC MILLAN:  Your Honor, next, Louis DiVita, the
7  victim's uncle and godfather, would like to address the Court.
8  And that's L-O-U-I-S and D-I-V-I-T-A.  And Mr. DiVita's wife,
9  Jennifer.
10      MS. SANDRA DI VITA:  No, Sandra.
11      MR. LOUIS DI VITA:  No, my wife, Sandra.
12      MR. MC MILLAN:  Oh, I'm sorry, Sandra.
13      And his daughter, Jennifer.
14      MR. LOUIS DI VITA:  Good afternoon, your Honor.
15      I'm bringing my wife and daughter with me.  Uhm, we're
16 all in support of each other and do my best to get through
17 this.
18      My daughter would like to make a statement when I'm
19 done, and if she can't, we'll try to finish it for her.
20      My name is Louis DiVita.  Margaret Crowley was my
21 niece, my brother's daughter.  My wife Sandra and I were her
22 godparents.  Maggie always referred to us as her God family,
23 and my daughter Jennifer as her God cousin.
24      About six years ago, I was helping an associate try to
25 bring an energy drink to market.  We met an attorney from
```

1    Purdue pharmaceuticals and holder *(sic)* for oxycodone.  I
2    pointed out the drink contained 1,3 dimethylamylamine, an
3    ingredient --
4          **THE COURT REPORTER:**  I'm sorry.
5          **MR. LOUIS DI VITA:**  1,3 dimethylamylamine.  If you
6    like it, I could spell it for you.  1,3
7    D-I-M-E-T-H-Y-L-A-M-Y-L-A-I-M-N-E *(sic)*.
8          I pointed out the drink contained 1,3
9    dimethylamylamine, an ingredient that had been flagged by the
10   FDA.  The flag was subsequently lifted.  He looked at me and
11   replied, "We manufacture heroin.  We're not concerned with the
12   1,3 dimethylamylamine."  His comment was shocking.
13         It was then I realized how serious the opioid problem
14   is.  I know personally five opioid death victims and/or their
15   families.  I own a gym that's attended by many people in
16   recovery.  Exercise is a significant part of rehabilitation.
17   These people are male, female, early 20s to 60s, professionals
18   and working class, all victims of this health crisis.
19         After I came to the realization that the defendant is
20   responsible for Maggie's death, I asked many questions.  They
21   can all be summed up in one word -- why?  The country is facing
22   an epidemic.  Instead of helping to erase this problem, the
23   defendant recruited young vulnerable men to promote his heinous
24   venture.  What I find most contradictory about his actions is
25   he took the Hippocratic Oath.  Which of these vows did he call

1  on when his insatiable greed permitted him to respond to the

2  news of Maggie's death saying she was just another page in a

3  large stack?  To him, she is another page.  That page had a

4  name.  Her name was Margaret, Maggie to us.  How many other

5  Maggies have there been in his stack?  He has shown no remorse

6  for Maggie's death caused by his pills.

7        Maggie has a loving family, parents, siblings, aunts,

8  uncles, cousins, and scores of friends.  She, along with her

9  siblings, participated in sports, sang in the choir, acted in

10 stage productions.

11       He has inflicted pain on our family.  My family and I

12 were forced to leave the courtroom when the prosecution showed

13 the graphic pictures taken immediately following Maggie's

14 death, so we would not be witness to more horror than we had

15 already experienced.  I have haunting memories.

16       I remember my awakening by a ringing phone in the

17 middle of the night.  I remember my wife screaming "Maggie's

18 dead."  I remember my brother, her father, in shock, who could

19 only repeat over and over, Oh, my God, oh, my God, between

20 sobbing.  I fight these memories with thoughts of a beautiful

21 little girl singing Tomorrow over and over until I couldn't

22 stand it anymore.  I loved -- I loved to tease her about that

23 song.

24       I remember the little girl who stayed with us when her

25 parents had to go out of town.

1          Maggie was a young woman who had secured a promising

2    career.  Maggie was scheduled to be fast tracked to

3    owner/operator status with Outback.  Maggie will never enjoy

4    the rewards of her education and hard work.  Maggie will never

5    have the child she wanted to love, nurture, and raise.  Maggie

6    will never share all of life's experiences, joys, and sorrows

7    that all 34-year olds should be entitled to.  Maggie in this

8    life will no longer touch the lives or have her life touched by

9    her parents, sisters, brother, aunts, uncles, and cousins, my

10   daughter, who has been devastated and has had to experience the

11   horror he caused.  The hundreds of friends -- yes, hundreds --

12   who travelled from around the country to say good-bye to a

13   woman who was nonjudgmental, everybody's friend, and was first

14   to help anyone in need.

15          She was loved by all who knew her.  Because of the

16   defendant's actions, she's become the object of all our

17   sorrows.  On behalf of my family, who will never be the same,

18   we take some solace knowing that he will never again be able to

19   inflict the grief we have and will continue to live with on any

20   other individuals, their families, and friends.

21          Do you want to say something?

22          **MS. JENNIFER DI VITA:**  Good afternoon.

23          Maggie, or Margaret, Jr., as I would lovingly call

24   her, was my first cousin and my parents' godchild.  Therefore,

25   she referred to us as her God family.

```
 1              Maggie was intelligent, beautiful, kind, hardworking,

 2    and witty.  She was a daughter, a sister, a niece, a cousin, a

 3    wife, and a best friend.  She had more best friends than I knew

 4    was possible.

 5              Excuse me.

 6              I moved to Florida about 20 years ago and always

 7    longed to have my family here.  When Maggie and Shaun decided

 8    to move to Florida shortly after they were married, I was

 9    elated.  And then to find out they decided on Wellington, four

10    minutes from my home, I was over the moon.  We were able to

11    celebrate birthdays and holidays together again.  I will be

12    forever grateful to have celebrated Maggie's 33rd and 34th

13    birthdays in my home.

14              She spoke often of wanting a baby, and once asked if

15    my husband Keith and I would want to be the godparents.

16    Nothing would have made me happier.  Maggie thought it would be

17    so special, and so did I.  Because as I said before, and my

18    father has said, my parents were her godparents.  We laughed at

19    the thought of being one big God family.

20              To say Maggie's death has broken my heart would be an

21    understatement.  Unfortunately, I have lost many loved ones,

22    but the pain has never been as unbearable as losing Maggie.

23              I am just so sad, sad for my family, sad for myself,

24    sad for all who were lucky enough to know and love her, and sad

25    for those who will never have the chance to know and love her.
```

1          I still cry often.  The grief hits so hard at times.

2   I wonder why and how this could have happened to us.  We don't

3   deserve this.  Maggie didn't deserve this.  We loved her, we

4   needed her, and we miss her terribly every second of every day.

5          Thank you, your Honor.

6          **MR. LOUIS DI VITA:**  Thank you, your Honor.

7          **THE COURT:**  Appreciate you being here today.

8          **MR. MC MILLAN:**  Your Honor, that would conclude the

9   presentation of statements from the victims.

10         **THE COURT:**  Anything further before I impose sentence?

11         **MR. MC MILLAN:**  Just the government's brief argument,

12  your Honor.

13         **THE COURT:**  Okay.

14         **MR. MC MILLAN:**  I don't think I can really add to

15  anything that the family members have already told the Court,

16  except to say that I agree with Mr. Reizenstein on one thing.

17  The defendant is very good at seeing a problem and fixing it.

18  The problem was, the problem he saw in this case was his lack

19  of money.  And he decided to fix that problem by manufacturing

20  counterfeit furanylfentanyl-tainted fake oxycodone pills that

21  claimed the life of a young woman.

22         Usually we don't have an identifiable victim in this

23  case.  Unfortunately, in Palm Beach County alone, there were

24  599 other families just like Maggie's that lost people in 2016

25  alone.

```
 1            I looked at all these documents that Mr. Reizenstein
 2    gave the Court from 2000 -- 2008 or '9.  Maybe the defendant
 3    was a great guy that I don't know.  I didn't see anything from
 4    2016, when his drugs killed Maggie Crowley.  He got a letter
 5    from a patient in 2017, but I didn't see the defendant making
 6    any phone calls to Margaret Crowley's family to find out how
 7    they were doing after they were coping with the death of their
 8    loved one on account of his own activities, which were just
 9    greed driven, nothing more.
10            Your Honor, if we look at the criteria under Title 18,
11    United States Code, Section 3553(a), to reflect the seriousness
12    of the offense, there can be no more serious offense than to
13    kill another person.
14            Provide just punishment for the offense, again, I
15    defer to the Court as to what a just punishment is for the
16    taking of a human life, especially in as depraved conditions as
17    here.  Your Honor heard the same recordings, where the
18    defendant accepted the fact that people were going to die as a
19    result of the product that he was producing, and that the
20    important thing was to be a million miles away when they did.
21            The question of to afford adequate deterrence to
22    criminal conduct and protect the public from further crimes of
23    the defendant, the statement that there are other victims, your
24    Honor, is not hyperbole.  As reflected in paragraph 13 on
25    page 8 of the Presentence Investigation Report, the defendant
```

1    bragged about the fact that he had satisfied customers for ten

2    stacks or 10,000 other pills.

3         Special Agent Buemi found evidence that the defendant

4    had replaced one of the engines for his pill presses.  Special

5    Agent Buemi found evidence that the defendant had ordered

6    kilograms of the pill-binding material that is used to

7    construct the pills that the furanylfentanyl is added to.  None

8    of those things were found when the search warrant took place.

9         So, I would submit to the Court that that's adequate

10   corroborating evidence that the defendant meant what he said,

11   that there were satisfied customers for 10,000 other pills.

12        Now, even if the defendant only screwed up one pill

13   out of a hundred, that's still a hundred other potential

14   Maggies we'll never know about, because we don't know where the

15   pills went.

16        Sadly, the victim's family was correct when they said

17   that Maggie's death has probably saved countless other people

18   from this defendant's pills.  There's no reason to think he

19   ever would have stopped doing this, since he saw a problem and

20   he fixed it.  And he as a doctor should have known better.

21        It's perhaps somewhat understandable when you're a

22   run-of-the-mill drug dealer, who has a fifth or sixth grade

23   education, who dropped out of high school, decides to go and

24   sell drugs.  They didn't take pharmacology, they certainly

25   didn't have a medical degree, and they probably didn't have

1   another opportunity to go and make that kind of money.

2   Defendant Benjamin had all those things.

3          Oh, he may have been a mentor to children, to youth.

4   He was definitely a mentor, we heard testimony, to Zachary

5   Stewart.  We saw how that turned out.

6          Your Honor, under the circumstances, I know that the

7   Court will evaluate the history and characteristics of the

8   defendant, the harm that was caused in this case, and will

9   impose the only sentence which is appropriate under these

10  circumstances.

11         Thank you.

12         **THE COURT:**  Anything further before I impose sentence?

13         **MR. MC MILLAN:**  Nothing from the United States, your

14  Honor.

15         **MR. REIZENSTEIN:**  I did not object to certain things

16  the prosecutor said.  He's entitled to his opinion in this

17  matter.  However, I would ask the Court to sentence

18  Dr. Benjamin on the facts of this case and not anything other

19  than what was contained in his argument *(sic)*.  That's all.

20         **THE COURT:**  All right.  Having considered the

21  sentencing guidelines -- and for the record, the guidelines are

22  an offense level 43, criminal history category II, for a

23  guideline range of life in prison, correct?

24         **MR. MC MILLAN:**  Correct, your Honor.

25         **MR. REIZENSTEIN:**  That is how it's been calculated,

```
 1  yes, sir.

 2          THE COURT:  All right.  So, having considered the

 3  sentencing guidelines, having considered the factors in 18,

 4  United States Code, Section 3553(a), it's up to the Court to

 5  determine what a reasonable and sufficient sentence is.

 6          And certainly there are mitigating circumstances to

 7  Dr. Benjamin's life.  Certainly there were times in his life

 8  that he was an asset to the community, did good things helping

 9  the community, and the Court takes those things into

10  consideration in deciding what a fair and just sentence is.

11          But I tend to agree with Mr. McMillan that

12  Dr. Benjamin had money problems.  And the way he decided to

13  solve his money problems was, first, to look into growing

14  marijuana in Michigan, and then when that didn't turn out very

15  well, dispensing drugs in Palm Beach County and the Gold Coast.

16  And when that wasn't good enough, looking into branching out

17  into Philadelphia to be involved in the drug business with

18  dangerous individuals.

19          So, the Court has to consider what a fair and just

20  sentence is.  The Court has to impose a sentence that promotes

21  respect for the law, that acts as a deterrent so that other

22  individuals aren't tempted to solve their money problems by

23  dispensing drugs that are oftentimes lethal when they get into

24  the hands of dependent people who have little control over

25  their need to ease the pain that they're suffering.  And
```

1  sometimes their judgment is clouded and, as a result, tragedies

2  occur.

3          So, when I weigh the aggravating and mitigating

4  circumstances, it seems to me that the sentence that promotes

5  respect for the law, that acts as a deterrent is the guideline

6  range in this case.

7          So, it will be judgment of Court and sentence of law

8  that Dr. Benjamin be sentenced to life in prison on Counts 1

9  and 2, 20 years in prison on Counts 3, 5, and 7, all to run

10  concurrent with each other.  I place him on five years of

11  supervised release on Counts 1 and 2, three years of supervised

12  release on Counts 3, 5, and 7, to run concurrent with each

13  other.

14          While on supervised release, he shall not commit any

15  crimes; he shall be prohibited from possessing a firearm or

16  other dangerous device; he shall not possess any controlled

17  substances; he shall comply with the standard conditions of

18  supervised release, including the special condition that he's

19  prohibited from associating with either of the codefendants in

20  this case while on supervised release.

21          He shall not possess or use any data encryption

22  technique or program.

23          He shall submit to a probation officer conducting

24  periodic, unannounced examinations of any computers that he has

25  access to.

1          He shall obtain prior written approval from the Court
2     before entering into any self-employment.
3          He shall not be employed and operate or act as a
4     consultant or participate in any manner in any business or
5     practice that allows access to prescriptions or controlled
6     substances.
7          Upon the request of an appropriate regulatory agency,
8     he shall relinquish any license to that agency.
9          He shall provide business and personal telephone
10    records to his probation officer upon request.
11         He shall provide complete access to his financial
12    information to his probation officer.
13         He shall not apply for, solicit, or incur any further
14    debt without first obtaining written permission from his
15    probation officer.
16         He shall not own, directly or indirectly, or be
17    employed, directly or indirectly, in any healthcare business
18    without the Court's prior approval.
19         He shall submit to a reasonable search of his person
20    or property conducted in a reasonable time and manner.
21         I order that he pay $8,500 restitution to Mr. Crowley,
22    $1,741.38 to Mr. DiVita.
23         I find that he is able to pay a fine.  I impose a
24    $25,000 fine.
25         If he works in a UNICOR job while he's in prison,

1    50 percent of his wages earned must go towards his financial

2    obligation.  If he doesn't work in a UNICOR job, then he must

3    pay $25 per quarter towards his financial obligations.

4         Upon his release from incarceration, he shall pay

5    restitution at the rate of ten percent of his monthly gross

6    earnings until such time as the Court may alter that payment

7    schedule.

8         I impose a $500 special assessment, and I order that

9    any unpaid restitution, fine, or special assessment be paid

10   during the period of the supervised release.

11        Dr. Benjamin, it's my duty to inform you that you have

12   14 days within which to appeal the judgment and sentence of

13   this Court.  Should you desire to appeal and be without funds

14   with which to prosecute an appeal, an attorney will be

15   appointed to represent you in connection with that appeal.

16   Should you fail to appeal within that 14-day period, it will

17   constitute a waiver of your right to appeal.

18        Also, it's my duty to elicit from counsel for all

19   parties fully articulated objections to the Court's findings of

20   fact and conclusions of law as announced at the sentencing

21   hearing, and to further elicit any objection which any party

22   may have to the manner in which the sentence was imposed in

23   this case.

24        Is there any objections from the government?

25        **MR. MC MILLAN:**  No, your Honor.

1     **THE COURT:**  Mr. Reizenstein?

2     **MR. REIZENSTEIN:**  Yes, your Honor.

3          Respectfully, with regard to the second part that you

4     have inquired of the defense, we do object to the manner in

5     which the sentence was imposed, meaning that we had asked for a

6     continuance in this matter.  The Court denied it.  So that's

7     what we're talking about, not in the proceedings that

8     particularly went today, but in the fact that we were -- we

9     went through to the final portion of the sentence today.

10         We also object to the Court's life sentence and not

11    granting a downward variance.

12         **THE COURT:**  The objections are noted and overruled.

13         The marshal will execute the sentence of the Court.

14         Good luck to you, Dr. Benjamin.

15         Appreciate everybody coming in today.

16         We'll be in recess.

17         **ROOM CLERK:**  All rise.

18         *(The Judge exited the courtroom)*

19         *(Proceedings concluded at 2:37 p.m.)*

20                           -  -  -  -  -

21

22

23

24

25

```
 1                    INDEX OF EXHIBITS

 2    DEFENDANT'S EXHIBITS:           MARKED      RECEIVED

 3     1                               14           14
       2                               14           14
 4     3                               15           15
       4 through 9                     15           16
 5    10                               16           16
      11                               17           17
 6    12, 13, and 14                   18           18
      15                               19           19
 7    16                               19           19
      17                               20           20
 8    18                               20           20
      19                               21           21
 9    20                               21           21
      21                               22           22
10    22 and 23                        23           23

11                         -   -   -   -   -

12

13

14

15

16

17

18

19                    C E R T I F I C A T E

20     I certify that the foregoing is a correct transcript from

21    the record of proceedings in the above-entitled matter.

22

23
         /S/Francine C. Salopek              9-26-18
24    Francine C. Salopek, RMR-CRR      Date
      Official Court Reporter
25
```

MR. CROWLEY: **[2]**  26/4 27/5
MR. JOSEPH DI VITA: **[1]**  27/15
MR. LOUIS DI VITA: **[4]**  34/10 34/13 35/4
39/5
MR. MC MILLAN: **[25]**
MR. REIZENSTEIN: **[49]**
MR. STEROPLE: **[1]**  30/19
MS. DI VITA-STEROPLE: **[1]**  32/12
MS. JENNIFER DI VITA: **[1]**  37/21
MS. MARGARET DI VITA: **[1]**  28/7
MS. SANDRA DI VITA: **[1]**  34/9
MS. SBARBARO: **[1]**  29/1
ROOM CLERK: **[1]**  47/16
THE COURT REPORTER: **[1]**  35/3
THE COURT: **[74]**
THE DEFENDANT: **[3]**  3/7 25/14 25/16
THE PROBATION OFFICER: **[2]**  6/2 25/19

**$**

**$1,741.38 [1]**  45/22
**$10,241.38 [1]**  25/19
**$15,000 [1]**  19/2
**$25 [1]**  46/3
**$25,000 [1]**  45/24
**$300 [1]**  18/13
**$50 [1]**  14/13
**$500 [1]**  46/8
**$8,500 [1]**  45/21

**'**

**'9 [1]**  40/2

**/**

**/S/Francine [1]**  48/23

**1**

**1,3 [4]**  35/2 35/5 35/6 35/8
**1,3 dimethylamylamine [1]**  35/12
**10 [5]**  16/6 16/13 16/15 16/17 48/5
**10,000 [2]**  41/2 41/11
**11 [5]**  16/18 17/6 17/7 17/9 48/5
**12 [7]**  17/11 17/24 18/7 18/17 18/18 18/21
48/6
**13 [8]**  17/11 18/8 18/17 18/18 18/20 18/21
40/24 48/6
**14 [11]**
**14 days [1]**  46/12
**14-day [1]**  46/16
**15 [9]**  18/23 19/2 19/6 19/7 19/9 48/4 48/4
48/4 48/6
**16 [8]**  19/10 19/14 19/15 19/17 48/4 48/5
48/5 48/7
**17 [7]**  19/20 20/5 20/6 20/8 48/5 48/5 48/7
**17-80203-CR-WPD [1]**  1/4
**18 [10]**
**19 [9]**  20/25 21/2 21/4 21/6 48/6 48/6 48/7
48/7 48/8
**1:29 [2]**  1/7 2/1
**1st [3]**  27/22 30/25 32/14

**2**

**20 [12]**
**20 years [2]**  38/6 44/9
**20-year [1]**  24/14
**2000 [1]**  40/2
**2003 [1]**  15/19
**2007 [2]**  15/21 18/7
**2008 [2]**  15/24 40/2
**2009 [1]**  15/25
**2011 [1]**  15/23
**2016 [5]**  27/22 30/25 32/14 39/24 40/4
**2017 [1]**  40/5
**2018 [2]**  1/6 2/1
**203 [1]**  1/21
**2030s [1]**  24/15

**20s [1]**  35/17
**21 [9]**  22/9 22/14 22/15 22/17 48/8 48/8 48/9
48/9 48/9
**22 [8]**  22/19 23/2 23/18 23/19 23/22 48/9
48/9 48/10
**2255 [1]**  11/5
**23 [9]**  22/19 22/22 23/18 23/19 23/21 23/22
48/10 48/10 48/10
**2828 [1]**  1/18
**299 [1]**  1/21
**2:37 [1]**  47/19

**3**

**30 months [1]**  10/13
**30 years [1]**  10/14
**33145 [1]**  1/19
**33301 [1]**  1/22
**33414 [1]**  1/17
**33rd [1]**  38/12
**34-year [1]**  37/7
**34th [1]**  38/12
**3553 [2]**  40/11 43/4

**4**

**4,000 [1]**  4/11
**43 [5]**  6/1 6/5 8/6 8/6 42/22
**44 [2]**  5/25 8/6
**45 [5]**  7/12 7/21 7/25 7/25 8/4
**46 [2]**  5/25 6/4

**5**

**50 percent [1]**  46/1
**500 [1]**  1/16
**52 years [1]**  24/13
**540 [1]**  1/18
**5657 [1]**  1/22
**599 [1]**  39/24

**6**

**60 [1]**  11/24
**60 years [1]**  11/20
**60s [1]**  35/17

**7**

**70s [1]**  24/15
**72 [1]**  24/24
**769-5657 [1]**  1/22

**9**

**9-26-18 [1]**  48/23
**954 [1]**  1/22

**A**

**ability [1]**  24/23
**above [1]**  48/21
**above-entitled [1]**  48/21
**absolute [1]**  27/1
**absolutely [1]**  26/18
**absurd [1]**  26/18
**abuse [1]**  7/22
**academic [1]**  14/9
**accept [4]**  6/22 11/1 15/15 16/1
**accepted [1]**  40/18
**access [3]**  44/25 45/5 45/11
**account [1]**  40/8
**accountability [1]**  16/23
**acetylfentanyl [1]**  2/18
**across [1]**  30/10
**act [2]**  17/20 45/3
**acted [1]**  36/9
**actions [4]**  33/20 34/2 35/24 37/16
**activities [1]**  40/8
**acts [4]**  21/21 31/5 43/21 44/5
**add [1]**  39/14
**added [1]**  41/7
**address [9]**  25/2 25/11 26/2 27/8 27/14

**28/24 30/18 32/11 34/7**
**adduced [1]**  4/8
**adequate [2]**  40/21 41/9
**adjudicated [1]**  2/21
**adjusted [1]**  8/5
**Administration [1]**  2/11
**admission [3]**  7/5 7/8 14/17
**admit [3]**  13/24 14/1 16/1
**admitted [16]**
**adopt [1]**  7/1
**adopting [2]**  3/14 6/24
**adults [1]**  22/24
**afford [1]**  40/21
**African [1]**  13/21
**African-American [1]**  13/21
**afternoon [10]**
**age [1]**  24/15
**agency [2]**  45/7 45/8
**Agent [2]**  2/10 41/3 41/5
**Agent Buemi [2]**  41/3 41/5
**Agent Michael [1]**  2/10
**aggravating [1]**  44/3
**agree [3]**  10/3 39/16 43/11
**aim [1]**  14/9
**airport [3]**  4/14 4/22 5/14
**allocution [1]**  25/13
**allow [1]**  8/17
**allowed [1]**  16/12 32/1
**allowing [1]**  19/4
**allows [1]**  45/5
**almost [3]**  17/20 19/18 24/24
**alone [3]**  8/20 39/23 39/25
**alter [1]**  46/6
**although [2]**  10/9 31/5
**AMERICA [1]**  1/5
**American [1]**  13/21
**amount [1]**  25/18
**analogue [1]**  11/13
**and/or [1]**  35/14
**anguish [2]**  27/22 33/22
**announce [1]**  2/5
**announced [1]**  46/20
**answer [1]**  12/16
**anymore [2]**  31/25 36/22
**appeal [7]**  11/7 46/12 46/13 46/14 46/15
46/16 46/17
**appearances [2]**  1/13 2/5
**applies [1]**  11/15
**apply [1]**  45/13
**appointed [1]**  46/15
**appreciate [9]**  9/2 27/5 28/5 28/22 30/16
32/9 34/5 39/7 47/15
**appreciated [1]**  21/20
**approach [1]**  13/2
**approval [2]**  45/1 45/18
**aren't [2]**  32/1 43/22
**argument [3]**  6/6 39/11 42/19
**article [1]**  16/19
**articles [1]**  31/5
**articulate [1]**  32/16
**articulated [1]**  46/19
**aspect [1]**  32/17
**assessment [2]**  46/8 46/9
**asset [1]**  43/8
**Assistant [2]**  1/15 2/9
**associate [1]**  34/24
**associating [1]**  44/19
**at-risk [2]**  13/21 14/16
**attack [1]**  21/15
**attempted [1]**  2/17
**attended [1]**  35/15
**attorney [5]**  2/9 6/25 7/10 34/25 46/14
**Attorney's [1]**  1/16
**Attorneys [1]**  1/15
**aunt [3]**  30/1 30/4 32/24
**aunts [2]**  36/7 37/9

**A**

**Australian [1]** 1/16
**authority [1]** 11/12
**Avenue [1]** 1/16
**awaiting [1]** 21/15
**awakening [1]** 36/16
**award [3]** 13/19 14/7 15/1
**aware [1]** 13/15
**awfully [1]** 9/25

**B**

**baby [2]** 28/12 38/14
**background [1]** 22/25
**bag [3]** 4/6 4/17 4/17
**balanced [2]** 9/11 9/16
**banquet [1]** 24/4
**Beach [6]** 1/17 13/20 16/9 17/25 39/23
  43/15
**bear [1]** 32/7
**beautiful [3]** 26/10 36/20 38/1
**becomes [1]** 8/6
**bed [1]** 29/12
**bedroom [1]** 29/8
**bedrooms [1]** 29/9
**beginning [1]** 26/19
**behind [1]** 22/25
**belief [1]** 10/6
**believe [8]** 7/16 8/23 10/6 20/19 26/25 27/9
  29/13
**benefits [1]** 17/4
**BENJAMIN [36]**
**Benjamin's [6]** 2/14 13/14 16/19 20/2 25/2
  43/7
**beyond [2]** 19/11 19/24
**bifurcate [2]** 8/15 9/18
**Billy [1]** 16/8
**binding [1]** 41/6
**birthday [2]** 29/6 30/7
**birthdays [3]** 29/5 38/11 38/13
**black [1]** 13/21
**blatant [1]** 4/3
**blue [3]** 4/24 4/25 5/2
**Blvd [1]** 1/21
**books [2]** 14/16 19/3
**bordering [1]** 14/11
**bottomless [1]** 28/16
**bought [1]** 18/5
**bragged [1]** 41/1
**branching [1]** 43/16
**breath [1]** 28/3
**brief [1]** 39/11
**broken [2]** 30/5 38/20
**brother [4]** 30/4 30/18 36/18 37/9
**brother's [1]** 34/21
**brother-in-law [1]** 30/18
**Broward [1]** 1/21
**Buemi [3]** 2/10 41/3 41/5
**bunch [1]** 22/23
**burden [1]** 29/17
**bus [2]** 22/23 23/9
**business [5]** 17/16 43/17 45/4 45/9 45/17
**buying [1]** 24/9
**bye [1]** 37/12

**C**

**C-A-R-O-L-I-N-E [1]** 28/25
**C-R [1]** 26/2
**C-R-O-W-L-E-Y [1]** 26/3
**cakes [1]** 29/7
**calculated [1]** 42/25
**call [3]** 21/17 35/25 37/23
**called [1]** 16/20 22/6 22/10
**calls [1]** 40/6
**capable [1]** 31/11
**capped [1]** 6/5
**car [5]** 4/7 4/18 15/4 18/2 24/8

**career [2]** 32/21 37/2
**Caroline [2]** 28/23 28/25
**cars [1]** 18/6
**catalyst [1]** 6/13
**category [1]** 42/22
**category II [1]** 42/22
**catheterization [1]** 21/16
**caught [1]** 27/2
**cause [1]** 8/11
**caused [5]** 29/20 33/22 36/6 37/11 42/8
**causing [1]** 27/17
**ceased [1]** 27/21
**celebrate [2]** 32/1 38/11
**celebrated [1]** 38/12
**celebrations [1]** 29/7
**cell [1]** 28/3
**certify [1]** 48/20
**challenge [1]** 18/25
**champions [1]** 17/25
**championship [3]** 16/10 18/4 18/6
**championships [2]** 18/1 18/12
**chance [3]** 30/3 33/25 38/25
**characteristics [4]** 42/7
**charitable [3]** 16/20 17/3 17/21
**charity [3]** 17/15 23/1 23/3
**check [1]** 17/17
**child [3]** 28/13 29/24 37/5
**children [10]**
**children's [1]** 28/14
**chilling [1]** 3/19
**choice [2]** 10/10 29/8
**choir [1]** 36/9
**circumstances [4]** 42/6 42/10 43/6 44/4
**citizen [1]** 26/13
**claimed [4]** 4/4 5/6 5/9 39/21
**class [1]** 35/18
**clear [1]** 6/10
**client [5]** 9/11 9/17 10/13 11/9 25/8
**close [1]** 33/13
**clouded [1]** 44/1
**CLYDE [2]** 1/8 2/4
**co [2]** 2/9 31/7
**co-counsel [1]** 31/7
**co-worker [1]** 31/7
**coach [1]** 18/14
**coaching [1]** 16/9
**Coast [1]** 43/15
**Code [2]** 40/11 43/4
**codefendants [1]** 44/19
**college [6]** 14/23 15/1 15/5 19/12 20/18
  22/13
**colloquy [1]** 8/18
**comfortably [1]** 26/22
**commencement [1]** 14/22
**comment [1]** 35/12
**commit [1]** 44/14
**commitment [2]** 13/25 17/15
**committee [1]** 16/23 17/1
**common [1]** 31/19
**commonly [2]** 33/4 33/14
**communicate [1]** 30/10
**community [17]**
**complete [1]** 45/11
**comply [1]** 44/17
**compounded [1]** 33/4
**computer [1]** 1/25
**computers [1]** 44/24
**concern [1]** 21/19
**concerned [1]** 35/11
**conclude [1]** 39/8
**concluded [1]** 47/19
**conclusions [1]** 46/20
**concurrent [2]** 44/10 44/12
**condition [1]** 44/18
**conditions [2]** 40/16 44/17
**conduct [1]** 40/22

**conducted [1]** 45/20
**conducting [1]** 44/23
**conjunction [1]** 17/13
**connection [2]** 28/12 46/15
**consideration [1]** 43/10
**conspiracy [1]** 2/15
**constant [1]** 32/18
**constitute [1]** 46/17
**construct [1]** 41/7
**consultant [1]** 45/4
**contained [3]** 35/2 35/8 42/19
**containing [1]** 4/6
**contest [1]** 7/2
**context [1]** 17/16
**continuance [1]** 47/6
**continued [1]** 8/22
**contradicted [1]** 3/23
**contradictory [1]** 35/24
**control [1]** 43/24
**controlled [3]** 11/14 44/16 45/5
**conveys [1]** 23/11
**convict [1]** 30/22
**conviction [1]** 10/5
**copies [1]** 13/6
**coping [1]** 40/7
**Coral [1]** 1/18
**corroborated [1]** 4/9
**corroborating [1]** 41/10
**counsel [7]** 2/5 2/9 2/24 5/20 25/7 27/11
  46/18
**counsel's [1]** 2/8
**counterfeit [2]** 4/12 39/20
**countless [2]** 31/24 41/17
**country [2]** 35/21 37/12
**counts [8]** 11/15 11/18 11/20 12/5 44/8 44/9
  44/11 44/12
**Counts 1 [3]** 11/15 44/8 44/11
**Counts 3 [2]** 44/9 44/12
**County [3]** 21/2 39/23 43/15
**COURT [58]**
**Court's [4]** 8/14 45/18 46/19 47/10
**courtroom [3]** 2/2 36/12 47/18
**cousin [3]** 34/23 37/24 38/2
**cousins [2]** 36/8 37/9
**covered [1]** 30/8
**CR [1]** 1/4
**crafted [1]** 10/7
**crimes [3]** 6/12 40/22 44/15
**criminal [2]** 40/22 42/22
**crisis [1]** 35/18
**criteria [1]** 40/10
**cross [1]** 5/12
**cross-examined [1]** 5/12
**crossed [1]** 31/22
**Crowley [6]** 26/2 26/4 26/8 34/20 40/4 45/21
**Crowley's [1]** 40/6
**CRR [2]** 1/20 48/24
**cry [3]** 27/19 28/10 39/1
**customers [2]** 41/1 41/11
**cut [1]** 32/21

**D**

**D-I-M-E-T-H-Y-L-A-M-Y-L-A-I-M-N-E [1]**
  35/7
**D-I-V-I-T-A [1]** 34/8
**D-I-V-I-T-A-hyphen-S-T-E-R-O-P-L-E [1]**
  32/12
**danger [1]** 26/15
**dangerous [2]** 43/18 44/16
**darker [1]** 33/7
**data [1]** 44/21
**date [2]** 9/1 48/24
**daughter [8]** 27/18 34/13 34/15 34/18 34/21
  34/23 37/10 38/2
**DEA [1]** 5/2
**dead [1]** 36/18

51

**D**

**dealer [1]** 41/22
**death [16]**
**deaths [1]** 31/15
**debt [1]** 45/14
**decades [1]** 24/1
**deceased [1]** 16/8
**decided [4]** 38/7 38/9 39/19 43/12
**decides [1]** 41/23
**decisions [1]** 33/20
**decline [1]** 25/10
**deduction [1]** 23/14
**deep [1]** 24/1
**deeply [1]** 21/20
**defendant [27]**
**Defendant Benjamin [1]** 4/4
**defendant's [34]**
**defendants [2]** 8/22 20/1
**defense [38]**
**defer [1]** 40/15
**deferred [1]** 2/21
**definition [1]** 11/14
**degree [1]** 41/25
**delectables [1]** 4/6
**denied [4]** 10/24 10/25 10/25 47/6
**denying [3]** 6/18 12/9 12/10
**departure [2]** 9/25 16/22
**dependent [1]** 43/24
**depraved [1]** 40/16
**described [1]** 33/4
**deserve [2]** 39/3 39/3
**deserves [1]** 31/12
**desire [1]** 46/13
**despair [1]** 28/15
**destitute [1]** 24/23
**destroyed [1]** 29/22
**detailed [1]** 16/22
**determine [1]** 43/5
**deterrence [1]** 40/21
**deterrent [2]** 43/21 44/5
**devalues [1]** 30/24
**devastated [1]** 37/10
**devastating [1]** 29/16
**device [1]** 44/16
**die [3]** 28/1 28/13 40/18
**died [4]** 24/18 29/18 29/21 32/14
**dies [1]** 28/2
**dimethylamaline [4]** 35/2 35/5 35/9 35/12
**Dimitrouleas [1]** 1/11
**directly [2]** 45/16 45/17
**dis [1]** 10/2
**disadvantage [1]** 8/21
**disadvantaged [1]** 23/6
**disagree [2]** 9/10 10/3
**disbelief [1]** 29/17
**discounting [1]** 24/18
**discuss [1]** 11/8
**discussed [1]** 3/6
**Discussion [3]** 5/20 25/7 27/11
**dispensing [2]** 43/15 43/23
**display [1]** 15/14
**disrespect [1]** 13/12
**distribute [4]** 2/16 2/18 2/19 2/20
**distribution [1]** 2/17
**DISTRICT [4]** 1/1 1/2 1/12 1/21
**DIVISION [1]** 1/3
**DiVita [7]** 27/7 27/13 28/6 32/10 34/6 34/20 45/22
**DiVita's [1]** 34/8
**DiVita-Sterople [1]** 32/10
**DiVito [1]** 27/9
**docketed [1]** 12/11
**doctor [2]** 20/18 41/20
**doctors [3]** 7/23 16/24 16/25
**documents [1]** 40/1

**dollars [2]** 14/14 22/11
**donation [3]** 17/18 17/21 23/7
**Dontaria [1]** 15/3
**downward [13]**
**Dr. [35]**
**Dr. Benjamin [28]**
**Dr. Benjamin's [6]** 2/14 13/14 16/19 20/2 25/2 43/7
**Dr. Smith [1]** 21/12
**dream [1]** 31/1
**dreams [1]** 32/20
**drink [3]** 34/25 35/2 35/8
**driven [2]** 31/23 40/9
**driving [2]** 18/2 24/7
**dropped [1]** 41/23
**drug [4]** 2/11 6/11 41/22 43/17
**drugs [4]** 40/4 41/24 43/15 43/23
**duty [2]** 46/11 46/18
**dynamics [1]** 29/3

**E**

**early [1]** 35/17
**earned [1]** 46/1
**earnings [1]** 46/6
**ease [1]** 43/25
**economically [1]** 23/5
**education [2]** 37/4 41/23
**effect [1]** 3/20
**effectively [1]** 32/25
**ego [1]** 31/23
**ego-driven [1]** 31/23
**egregious [1]** 4/3
**Eighteen [1]** 20/23
**elated [1]** 38/9
**elected [1]** 8/19
**elementary [3]** 14/7 14/12 23/5
**Eleven [1]** 17/8
**elicit [2]** 46/18 46/21
**ELMO [2]** 13/2 13/9
**else's [1]** 33/20
**emergency [1]** 8/23
**emotional [1]** 29/19
**employed [2]** 45/3 45/17
**employment [1]** 45/2
**empty [1]** 28/16
**encryption [1]** 44/21
**energy [1]** 34/25
**Enforcement [1]** 2/11
**engines [1]** 41/4
**enhancement [5]** 3/19 6/7 7/2 7/7 8/3
**enjoy [1]** 37/3
**entitled [3]** 37/7 42/16 48/21
**epidemic [1]** 35/22
**erase [1]** 35/22
**especially [1]** 40/16
**Esq [1]** 1/18
**essentially [4]** 11/11 14/13 14/15 17/3
**evaluate [1]** 42/7
**Evans [1]** 15/4
**everybody [4]** 6/13 26/7 26/10 47/15
**everybody's [1]** 37/13
**everyone [3]** 29/23 31/2 31/17
**evidence [34]**
**examinations [1]** 44/24
**examined [1]** 5/12
**exchange [1]** 30/13
**Excuse [1]** 38/5
**execute [1]** 47/13
**exercise [3]** 3/20 17/4 35/16
**exhibit [58]**
**Exhibit 1 [2]** 13/23 14/3
**Exhibit 11 [1]** 17/6
**Exhibit 15 [3]** 18/23 19/2 19/6
**Exhibit 16 [2]** 19/10 19/14
**Exhibit 17 [1]** 19/20
**Exhibit 18 [2]** 20/9 20/21

**Exhibit 19 [2]** 20/25 21/2
**Exhibit 20 [2]** 21/10 21/22
**Exhibit 21 [1]** 22/14
**Exhibit 22 [1]** 23/2
**Exhibit 23 [1]** 22/22
**Exhibit 5 [1]** 15/18
**Exhibit 6 [1]** 15/20
**Exhibit 7 [1]** 15/22
**exhibits [16]**
**Exhibits 12 [2]** 17/11 18/17
**Exhibits 22 [2]** 22/19 23/18
**Exhibits 4 [3]** 15/10 15/15 16/2
**exited [1]** 47/18
**expense [1]** 9/15
**experience [2]** 32/6 37/10
**experienced [2]** 33/3 36/15
**experiences [1]** 37/6
**extent [1]** 33/23

**F**

**facing [4]** 9/12 9/17 10/13 35/21
**fact [13]**
**factors [1]** 43/3
**facts [1]** 42/18
**fail [1]** 46/16
**failed [1]** 16/10
**failures [1]** 28/14
**fake [1]** 39/20
**falling [1]** 31/14
**families [3]** 35/15 37/20 39/24
**family [23]**
**fashion [1]** 12/8
**fast [1]** 37/2
**father [4]** 27/8 27/20 36/18 38/18
**FDA [1]** 35/10
**female [1]** 35/17
**fierce [1]** 33/17
**Fifteen [1]** 19/8
**fifth [1]** 41/22
**fight [1]** 36/20
**file [2]** 11/4 11/7
**filed [8]** 3/13 6/25 7/3 7/10 10/4 10/7 10/15 10/23
**filing [2]** 11/1 12/10
**final [2]** 10/18 47/9
**financial [3]** 45/11 46/1 46/3
**findings [1]** 46/19
**fine [4]** 10/15 45/23 45/24 46/9
**finish [1]** 34/19
**firearm [1]** 44/15
**fix [3]** 31/20 33/5 39/19
**fixed [4]** 17/22 22/20 23/15 41/20
**fixing [1]** 39/17
**flag [1]** 35/10
**flagged [1]** 35/9
**FLORIDA [9]** 1/2 1/6 1/17 1/19 1/22 17/24 19/12 38/6 38/8
**flourishing [1]** 32/21
**Fluorouracil [3]** 5/10 5/11 5/11
**focus [1]** 33/9
**football [3]** 16/10 16/21 17/5
**forced [1]** 36/12
**foregoing [1]** 48/20
**foremost [1]** 26/7
**forgetting [1]** 33/2
**FORT [3]** 1/3 1/6 1/22
**fortunate [1]** 31/3
**fraction [1]** 32/6
**Francine [3]** 1/20 48/23 48/24
**frankly [2]** 10/3 10/9
**FRIDAY [1]** 2/1
**friend [3]** 30/9 37/13 38/3
**friends [5]** 33/6 36/8 37/11 37/20 38/3
**fruits [1]** 6/12
**fund [1]** 14/15
**funded [3]** 14/13 22/10 22/13

**F**

**funds [1]** 46/13
**furanylfentanyl [4]** 2/16 2/17 39/20 41/7
**furanylfentanyl-tainted [1]** 39/20
**furious [1]** 33/20
**fusion [1]** 16/12

**G**

**Garcia [2]** 1/15 2/10
**general [1]** 17/5
**gentleman [1]** 16/7
**genuinely [1]** 26/9
**Gifford [1]** 13/20
**gift [1]** 19/2
**girl [2]** 36/21 36/24
**girls [2]** 18/2 18/12
**Glendale [1]** 14/7
**God [6]** 34/22 34/23 36/19 36/19 37/25 38/19
**godchild [1]** 37/24
**godfather [1]** 34/7
**godparents [3]** 34/22 38/15 38/18
**Gold [1]** 43/15
**gonna [9]** 9/8 9/19 9/23 9/25 13/22 22/7 25/10 28/10 28/10
**good-bye [1]** 37/12
**government [6]** 1/14 3/10 9/14 13/6 25/21 46/24
**government's [2]** 3/16 39/11
**grade [1]** 41/22
**granting [1]** 47/11
**graphic [1]** 36/13
**grateful [1]** 38/12
**gratitude [1]** 21/1
**great [2]** 26/14 40/3
**greed [2]** 36/1 40/9
**greedy [1]** 31/23
**grief [4]** 29/22 29/23 37/19 39/1
**gross [1]** 46/5
**growing [1]** 43/13
**guideline [2]** 42/23 44/5
**guidelines [6]** 5/24 6/16 9/22 42/21 42/21 43/3
**guilty [4]** 2/15 2/21 3/18 27/17
**gym [1]** 35/15

**H**

**hands [3]** 17/18 22/5 43/24
**happier [2]** 33/11 38/16
**happiness [1]** 28/15
**happy [1]** 33/15
**hardworking [1]** 38/1
**harm [1]** 42/8
**haunting [1]** 36/15
**health [1]** 35/18
**healthcare [1]** 45/17
**hear [1]** 20/15
**heard [4]** 9/16 20/1 40/17 42/4
**hearing [5]** 1/11 8/25 9/18 9/20 46/21
**heart [3]** 21/15 28/17 38/20
**heinous [1]** 35/23
**help [2]** 20/19 37/14
**helping [4]** 14/15 34/24 35/22 43/8
**here's [1]** 23/2
**hero [1]** 31/13
**heroin [1]** 35/11
**high [5]** 9/22 14/12 14/25 16/10 41/23
**high-risk [1]** 14/25
**highest [2]** 8/6 17/1
**highlight [1]** 24/12
**highly [1]** 19/11
**highly-skilled [1]** 19/11
**Hippocratic [1]** 35/25
**hired [1]** 31/9
**historically [1]** 13/20
**history [2]** 42/7 42/22

**hits [1]** 39/1
**holder [1]** 35/1
**hole [1]** 28/17
**holiday [1]** 30/6
**holidays [1]** 38/11
**home [4]** 9/8 18/5 38/10 38/13
**honor [41]**
**Honorable [1]** 1/11
**honored [1]** 31/12
**hope [1]** 33/24
**hopes [1]** 32/20
**hoping [1]** 23/8
**horror [2]** 36/14 37/11
**hospital [1]** 21/15
**hours [1]** 33/18
**huge [1]** 26/20
**human [1]** 40/16
**hundred [3]** 14/14 41/13 41/13
**hundreds [3]** 14/11 37/11 37/11
**hurt [1]** 28/17
**husband [6]** 21/1 26/3 31/2 32/20 32/25 38/15
**hydrocodone [1]** 2/21
**hyperbole [1]** 40/24
**hyphen [1]** 32/12

**I**

**I'd [9]** 3/25 10/14 10/21 10/22 13/9 18/16 20/10 25/2 31/6
**I'll [6]** 5/22 6/14 11/8 15/11 15/14 23/10
**I'm [16]**
**I've [7]** 2/22 8/4 13/7 16/8 17/13 21/7 24/13
**identifiable [1]** 39/22
**identification [15]**
**identity [1]** 33/8
**II [1]** 42/22
**ill [1]** 22/6
**imagined [1]** 29/13
**imitation [1]** 4/11
**immediately [1]** 36/13
**immense [1]** 29/19
**impact [1]** 32/16
**impacted [2]** 31/18 32/18
**impose [10]**
**imposed [3]** 8/12 46/22 47/5
**impossible [1]** 32/16
**incarceration [1]** 46/4
**including [1]** 44/18
**incumbent [1]** 8/13
**incur [1]** 45/13
**INDEX [1]** 48/1
**Indian [2]** 14/22 21/2
**indicated [1]** 4/8
**indicates [1]** 5/4
**indirectly [2]** 45/16 45/17
**individual [1]** 29/3
**individuals [4]** 3/20 37/20 43/18 43/22
**inflict [1]** 37/19
**inflicted [1]** 36/11
**influence [1]** 34/2
**inform [1]** 46/11
**information [1]** 45/12
**ingredient [2]** 35/3 35/9
**input [1]** 9/5
**inquired [1]** 47/4
**insatiable [1]** 36/1
**inspired [1]** 20/15
**inspiring [2]** 14/9 20/14
**instead [2]** 5/25 35/22
**instilling [1]** 14/10
**insult [1]** 24/18
**intelligent [1]** 38/1
**intent [4]** 2/16 2/18 2/19 2/20
**introduce [1]** 13/22
**Investigation [6]** 2/22 2/25 3/6 3/10 8/9 40/25

**involvement [3]** 24/1 24/3 24/5
**issue's [1]** 9/23
**issues [5]** 11/5 11/10 11/13 12/1 12/3
**item [2]** 4/5 4/10

**J**

**Jennifer [3]** 34/9 34/13 34/23
**job [4]** 31/8 31/22 45/25 46/2
**John [4]** 1/14 2/7 28/8 30/17
**JOHNNY [2]** 1/8 2/4
**Joseph [1]** 27/7
**joyous [1]** 30/7
**joys [1]** 37/6
**JR [2]** 1/8 37/23
**Judge [6]** 1/12 2/2 6/17 19/18 25/9 47/18
**judgment [3]** 44/1 44/7 46/12
**July [2]** 1/6 2/1
**jurisdiction [2]** 11/11 12/3
**justice [6]** 5/23 7/12 7/13 7/22 8/1 33/19

**K**

**K-R-I-S-T-E-N [1]** 32/12
**Kadence [1]** 19/20
**KAPS [1]** 14/24
**Keith [1]** 38/15
**kid [1]** 31/9
**kids [6]** 17/4 23/5 23/8 24/5 24/8 33/13
**kill [1]** 40/13
**killed [1]** 40/4
**killing [1]** 27/2
**kilograms [1]** 41/6
**Kim [1]** 19/20
**kin [1]** 8/25
**kindness [3]** 17/20 21/21 31/6
**knowing [1]** 37/18
**knowingly [1]** 26/14
**knows [2]** 13/14 26/17
**Kristen [2]** 32/10 33/1

**L**

**L-O-U-I-S [1]** 34/8
**lack [1]** 39/18
**lacrosse [2]** 17/24 24/10
**large [2]** 31/19 36/3
**larger [1]** 6/12
**lasts [1]** 28/13
**late [2]** 11/1 12/10
**LAUDERDALE [3]** 1/3 1/6 1/22
**laugh [1]** 32/2
**laughed [1]** 38/18
**law [5]** 30/18 43/21 44/5 44/7 46/20
**lawyer [1]** 3/7
**leader [3]** 6/7 6/11 6/18
**leave [3]** 8/1 29/20 36/12
**led [1]** 10/6
**legal [3]** 8/11 10/19 12/4
**legend [1]** 16/9
**lethal [1]** 43/23
**letter [5]** 19/20 20/9 20/25 21/10 40/4
**letters [1]** 9/3
**level 43 [1]** 42/22
**levels [1]** 5/25
**license [1]** 45/8
**life [35]**
**life's [1]** 37/6
**lifted [1]** 35/10
**limbo [1]** 32/3
**listen [1]** 3/25
**Livings [1]** 16/8
**local [2]** 9/12 22/11
**longed [1]** 38/7
**longest [1]** 32/5
**losing [2]** 31/4 38/22
**loss [7]** 24/19 27/18 27/20 29/25 32/7 32/19 33/3
**lost [8]** 13/13 29/24 30/4 31/3 33/2 33/8

**L**

lost... [2] 38/21 39/24
loud [1] 32/2
Louis [2] 34/6 34/20
love [4] 33/17 37/5 38/24 38/25
loved [9] 29/6 30/3 33/2 36/22 36/22 37/15 38/21 39/3 40/8
loving [2] 26/9 36/7
lovingly [1] 37/23
luck [1] 47/14
lucky [1] 38/24
lying [1] 5/4

**M**

Maggie [30]
Maggie's [15]
Maggies [2] 36/5 41/14
maintain [1] 33/9
male [1] 35/17
man [2] 22/7 23/12
mandatory [3] 10/7 30/13 30/23
manner [4] 45/4 45/20 46/22 47/4
manufacture [1] 35/11
manufacturing [1] 39/19
Manzanares [1] 6/2
Margaret [6] 27/13 28/6 34/20 36/4 37/23 40/6
marijuana [1] 43/14
marked [16]
market [1] 34/25
marred [1] 33/16
married [2] 32/25 38/8
marshal [1] 47/13
material [1] 41/6
matter [9] 8/16 11/11 11/25 12/3 25/24 26/14 42/17 47/6 48/21
maximums [1] 11/21
McMillan [4] 1/14 2/8 3/1 43/11
mean [11]
meaning [1] 47/5
means [1] 24/22
meant [2] 7/22 41/10
mechanical [1] 1/24
medical [4] 8/23 17/2 24/4 41/25
Medicine [1] 19/13
meet [2] 11/14 33/10
Melbourne [2] 4/14 5/14
members [3] 26/5 29/4 39/15
memories [2] 36/15 36/20
men [1] 35/23
mentor [2] 42/3 42/4
mentored [2] 19/21 20/3
mentoring [1] 15/2
Miami [1] 1/19
Michael [1] 2/10
Michigan [1] 43/14
mid [1] 24/15
mid-2030s [1] 24/15
middle [1] 36/17
miles [1] 40/20
mill [1] 41/22
million [1] 40/20
minimum [1] 10/7
minute [1] 25/3
minutes [2] 31/9 38/10
miss [1] 39/4
missing [3] 30/5 33/14 33/16
mistaken [1] 10/6
mitigating [2] 43/6 44/3
Mitzi's [1] 21/18
moment [3] 5/18 25/4 33/21
money [15]
monster [1] 27/1
month [3] 8/24 9/20 29/6
monthly [1] 46/5
months [1] 10/13

moon [1] 38/10
mostly [1] 29/24
mother [3] 27/14 28/7 28/12
motion [15]
motivated [1] 20/18
mourn [7] 27/20 32/19 32/23 32/25 33/3 33/6 33/8
mourning [2] 28/18 32/19
move [15]
moved [1] 38/6
Mr. [22]
Mr. Benjamin [4] 8/19 25/14 26/12 26/25
Mr. Crowley [2] 26/4 45/21
Mr. DiVita [1] 45/22
Mr. DiVita's [1] 34/8
Mr. DiVito [1] 27/9
Mr. McMillan [2] 3/1 43/11
Mr. Murrell [2] 3/13 10/10
Mr. Reizenstein [6] 3/3 3/12 6/6 39/16 40/1 47/1
Mr. Sterople's [1] 30/19
Mr. Ward [2] 21/12 21/13
Ms. [1] 6/2
Ms. Manzanares [1] 6/2
Murrell [2] 3/13 10/10

**N**

name [7] 16/8 28/25 30/19 32/11 34/20 36/4 36/4
named [1] 15/3
near [1] 22/21
negatively [1] 32/18
net [1] 6/4
news [3] 29/16 31/5 36/2
NFL [2] 16/19 16/24
nice [1] 26/10
niece [2] 34/21 38/2
Nineteen [1] 21/5
nobody [1] 4/21
None [1] 41/7
nonjudgmental [1] 37/13
note [2] 8/21 10/21
noted [1] 47/12
notes [1] 13/17
number [15]
Number 10 [2] 16/6 16/13
Number 11 [1] 16/18
Number 12 [2] 17/24 18/7
Number 13 [1] 18/8
Number 14 [1] 18/10
Number 17 [1] 20/5
Number 2 [2] 14/6 14/17
Number 21 [1] 22/9
Number 3 [2] 14/21 15/6
numbers [1] 24/21
numerous [1] 4/14
nurture [1] 37/5

**O**

oath [2] 4/4 35/25
object [6] 6/19 12/6 37/16 42/15 47/4 47/10
objection [10]
objections [9] 3/9 3/13 6/16 6/24 7/10 8/8 46/19 46/24 47/12
obligation [1] 46/2
obligations [1] 46/3
obstruction [7] 3/17 3/19 5/23 7/11 7/13 7/22 7/25
obtain [1] 45/1
obtaining [1] 45/14
obvious [2] 4/3 21/19
occasion [1] 30/7
occasions [1] 33/15
odd [1] 24/24
offense [6] 6/19 8/5 40/12 40/12 40/14 42/22

office [6] 1/16 4/7 4/21 19/22 20/2 21/10
officer [5] 3/25 44/23 45/10 45/12 45/15
Official [2] 1/20 48/24
oftentimes [1] 43/23
oh [6] 4/19 7/19 34/12 36/19 36/19 42/3
older [1] 29/10
olds [1] 37/7
Olympics [1] 21/1
operate [1] 45/3
operating [1] 22/4
operations [1] 16/11
operator [1] 37/3
opinion [1] 42/16
opioid [2] 35/13 35/14
opportunity [4] 2/24 10/14 25/10 42/1
opposed [1] 3/24
order [4] 8/14 12/9 45/21 46/8
ordered [2] 2/22 8/21 41/5
orders [1] 12/16
organization [6] 6/11 14/25 16/20 17/3 17/17 17/22
organizations [1] 15/12
orthopedic [1] 19/13
Outback [1] 37/3
overall [1] 26/9
overrule [1] 6/14
overruled [1] 47/12
overwhelmed [1] 29/23
owner [1] 37/3
owner/operator [1] 37/3
owners [1] 16/25
oxycodone [5] 2/19 2/20 4/12 35/1 39/20

**P**

p.m [3] 1/7 2/1 47/19
PA [2] 17/17 23/14
page [7] 7/1 7/10 31/18 36/2 36/3 36/3 40/25
page 2 [2] 7/1 7/10
page 8 [1] 40/25
pain [8] 16/13 29/19 31/21 33/4 33/22 36/11 38/22 43/25
paint [1] 26/12
Palm [1] 1/17 39/23 43/15
paragraph [5] 7/1 7/12 7/25 8/4 40/24
paragraph 13 [1] 40/24
paragraph 45 [3] 7/12 7/25 8/4
parent [1] 29/25
parents [6] 29/24 33/3 36/7 36/25 37/9 38/18
parents' [1] 37/24
part [6] 9/6 17/3 23/6 30/6 35/16 47/3
partially [1] 20/10
participant [1] 18/14
participate [1] 45/4
participated [1] 36/9
participation [1] 17/2
parties [1] 46/19
party [1] 46/21
passion [1] 14/10
paths [1] 31/22
patient [3] 16/11 21/12 40/5
patients [1] 22/4
pay [4] 45/21 45/23 46/3 46/4
payment [1] 46/6
payments [1] 14/13
penalty [1] 26/25
people [18]
people's [1] 26/15
percent [2] 46/1 46/5
perhaps [4] 9/13 10/12 14/11 41/21
period [2] 46/10 46/16
periodic [1] 44/24
permission [1] 45/14
permit [1] 25/23
permitted [1] 36/1
person [11]

**P**

personal [1] 45/9
personally [1] 35/14
pharmaceuticals [1] 35/1
pharmacology [1] 41/24
Philadelphia [1] 43/17
Philip [2] 1/18 2/12
phone [2] 36/16 40/6
phonetic [1] 15/4
photograph [1] 14/24
photographs [1] 13/7
phrase [1] 33/14
phrased [1] 7/24
physical [1] 29/19
physically [1] 32/24
physician [1] 24/2
picture [9] 15/18 15/20 16/7 18/8 22/9 22/22 22/24 23/2 26/12
pictures [2] 15/12 36/13
piece [2] 30/5 33/14
pill [4] 5/11 41/4 41/6 41/12
pill-binding [1] 41/6
pillar [1] 26/13
pills [17]
place [3] 5/1 41/8 44/10
Plaintiff [1] 1/6
planned [1] 32/20
played [1] 11/2
players [1] 18/8
plenty [1] 31/16
point [4] 3/22 5/3 11/25 26/22
pointed [2] 35/2 35/8
pointing [1] 4/1
police [2] 3/24 5/13
portion [1] 47/9
position [3] 3/16 11/24 33/21
possess [2] 2/15 44/16 44/21
possessing [1] 44/15
possession [3] 2/18 2/19 2/20
potential [3] 31/15 34/1 41/13
practice [1] 45/5
practicing [1] 24/2
predator [1] 31/14
preface [1] 13/9
prejudice [2] 10/24 10/25
prepare [1] 8/17
prescriptions [1] 45/5
present [4] 2/13 12/7 25/23 32/24
presentation [2] 12/24 39/9
presented [1] 24/25
Presentence [6] 2/22 2/25 3/6 3/9 8/8 40/25
preserved [1] 10/22
presses [1] 41/4
prison [6] 24/23 28/3 42/23 44/8 44/9 45/25
probation [4] 44/23 45/10 45/12 45/15
problem [12]
problems [3] 43/12 43/13 43/22
proceed [2] 8/20 10/16
proceeding [3] 8/15 12/7 15/3
proceedings [4] 1/24 47/7 47/19 48/21
process [1] 26/16
produced [1] 1/25
producing [1] 40/19
product [1] 40/19
productions [1] 36/10
professional [1] 17/17
professionals [1] 35/17
program [1] 44/22
prohibited [2] 44/15 44/19
promising [1] 37/1
promote [1] 35/23
promotes [2] 43/20 44/4
promotion [1] 26/20
pronounce [1] 24/12
property [1] 45/20
prosecute [1] 46/14

prosecution [1] 36/12
prosecutor [1] 42/16
protect [1] 40/22
protected [2] 12/18 12/19
protecting [1] 6/22
proud [1] 30/3
prove [1] 31/5
provide [3] 40/14 45/9 45/11
provided [2] 5/8 13/6
provider [1] 24/9
PSR [1] 3/14
public [1] 40/22
public's [1] 9/6
punishment [2] 40/14 40/15
purchased [2] 15/4 18/13
purchasing [1] 18/9
Purdue [1] 35/1
pure [1] 33/17
purposes [1] 13/24
puzzle [1] 33/15

**Q**

quantity [1] 4/11
quarter [1] 46/3
question [2] 12/17 40/21
questions [1] 35/20
quick [1] 31/6

**R**

raise [6] 8/16 11/9 12/1 18/4 32/23 37/5
raised [3] 11/10 11/13 12/2
raising [1] 24/3
random [1] 17/20
range [2] 42/23 44/6
rate [1] 46/5
reached [1] 20/3
read [6] 3/5 9/8 10/11 14/16 19/3 20/10 24/11 28/10
reading [4] 14/10 18/25 19/22 20/12
realization [1] 35/19
realized [1] 35/13
reasons [2] 8/22 10/19
receive [2] 29/15
received [26]
recess [1] 47/16
recidivism [1] 24/24
recognition [2] 12/15
reconsider [2] 10/23 12/17
record [12]
recorded [1] 1/24
recordings [1] 40/17
records [1] 45/10
recovered [1] 4/13
recovery [1] 35/16
recruited [1] 35/23
reduce [1] 5/24
reduces [1] 8/5
reduction [1] 6/4
referenced [2] 13/16 18/24
referred [2] 34/22 37/25
reflect [1] 40/11
reflected [1] 40/24
regulatory [1] 45/7
rehabilitation [1] 35/16
Reizenstein [8] 1/18 2/12 3/3 3/12 6/6 39/16 40/1 47/1
rejoice [1] 28/14
relationships [2] 29/4 33/9
release [7] 44/11 44/12 44/14 44/18 44/20 46/4 46/10
released [2] 24/16 32/4
relief [1] 31/20
relinquish [1] 45/8
remain [2] 7/9 32/3
remember [5] 21/21 36/16 36/17 36/18 36/24

remembered [1] 31/12
remorse [3] 26/18 27/1 36/5
renew [1] 9/17
replaced [2] 30/6 41/4
Report [6] 2/22 2/25 3/6 3/10 8/9 40/25
Reporter [3] 1/20 1/20 48/24
represent [1] 46/15
representative [1] 14/8
reputable [1] 19/11
request [6] 9/18 10/18 13/12 25/3 45/7 45/10
resent [1] 33/12
Respectfully [1] 47/3
respond [1] 36/1
rest [5] 16/12 28/18 29/14 29/18 33/15
restitution [4] 25/18 45/21 46/5 46/9
result [2] 40/19 44/1
resulting [2] 2/16 2/17
reunited [1] 28/20
review [1] 2/24
reviewed [1] 2/23
rewarding [1] 19/4
rewards [1] 37/4
rigmarole [1] 23/8
ring [3] 18/9 18/13 24/9
ringing [1] 36/16
rings [5] 18/4 18/4 18/6 18/13 24/9
rise [1] 47/17
risk [4] 13/21 14/16 14/25 24/24
River [2] 14/22 21/2
RMR [2] 1/20 48/24
RMR-CRR [1] 48/24
Rolando [2] 1/15 2/10
roll [2] 14/14 14/15
room [2] 1/21 30/10
ruin [1] 31/23
ruined [1] 33/23
ruling [1] 6/18
run-of-the-mill [1] 41/22

**S**

S-B-A-R-B-A-R-O [1] 29/1
S-H-A-U-N [1] 26/3
S-T-E-R-O-P-L-E [1] 30/19
sacrifice [2] 31/13 31/24
sad [6] 28/15 38/23 38/23 38/23 38/24 38/24
Sadly [1] 41/16
sadness [1] 30/8
Salopek [3] 1/20 48/23 48/24
Sandra [4] 34/10 34/11 34/12 34/21
sang [1] 36/9
satisfied [2] 41/1 41/11
save [2] 20/19 34/3
saved [2] 21/7 41/17
saw [5] 17/22 18/2 22/20 23/15 39/18 41/19 42/5
Sbarbaro [1] 28/23
scanned [1] 14/24
scared [1] 29/11
schedule [1] 46/7
scheduled [1] 37/2
scheduler [1] 21/19
scheduling [1] 21/13
Scholars [1] 22/11
scholarship [1] 22/10
scholarships [1] 22/13
school [9] 14/7 14/12 16/10 18/25 19/1 19/3 23/4 23/5 41/23
scores [1] 36/8
screaming [1] 36/17
screwed [1] 41/12
search [2] 41/8 45/19
searching [1] 33/18
second [3] 7/1 39/4 47/3
Section [2] 40/11 43/4
Section 3553 [2] 40/11 43/4

**S**

**secured [1]** 37/1
**seek [1]** 11/25
**self [1]** 45/2
**self-employment [1]** 45/2
**send [1]** 17/21
**sensitive [1]** 9/13
**sentence [33]**
**sentenced [1]** 44/8
**sentencing [13]**
**September [3]** 27/22 30/25 32/14
**September 1st [3]** 27/22 30/25 32/14
**serious [3]** 35/13 40/12
**seriously [1]** 22/5
**seriousness [1]** 40/11
**serves [1]** 13/21
**Seventeen [1]** 20/7
**shall [15]**
**share [3]** 6/12 31/6 37/6
**shared [2]** 29/7 29/8
**sharing [1]** 29/6
**Shaun [2]** 26/2 38/7
**she'll [2]** 32/21 32/22
**shift [1]** 33/12
**shock [2]** 29/16 36/18
**shocking [1]** 35/12
**shoe [2]** 22/25 23/9
**shoes [3]** 23/6 23/8 23/10
**short [1]** 32/22
**shown [1]** 36/5
**siblings [3]** 32/23 36/7 36/9
**sic [10]**
**side [4]** 22/3 22/7 23/12 23/25
**sign [1]** 12/9
**signed [1]** 21/12
**silent [1]** 7/9
**singing [1]** 36/21
**single [1]** 29/19
**sister [7]** 28/24 29/21 30/4 32/14 32/19
33/18 38/2
**sister's [1]** 33/25
**sisters [1]** 37/9
**Sixteen [1]** 19/16
**sixth [1]** 41/22
**skill [5]** 7/2 7/8 7/17 7/23 7/25
**skilled [1]** 19/11
**skills [1]** 7/5
**sleep [2]** 29/9 29/11
**slept [1]** 29/12
**slightest [1]** 33/19
**small [1]** 32/6
**smile [1]** 32/1
**Smith [1]** 21/12
**sobbing [1]** 36/20
**society [1]** 26/13
**solace [1]** 37/18
**solicit [1]** 45/13
**solve [2]** 43/13 43/22
**someplace [1]** 5/1
**song [1]** 36/23
**sorrows [2]** 37/6 37/17
**sought [1]** 25/18
**soul [1]** 28/17
**SOUTHERN [1]** 1/2
**speaker [1]** 14/22
**special [14]**
**specific [2]** 4/1 5/17
**speeches [1]** 14/11
**spell [1]** 35/6
**spelled [3]** 28/25 30/19 32/12
**spend [1]** 29/13
**spent [1]** 33/18
**spinal [1]** 16/11
**spoke [1]** 38/14
**sponsored [1]** 15/13
**sponsorship [5]** 15/19 15/20 15/22 15/24

**15/25**
**sports [3]** 15/12 17/4 36/9
**spot [1]** 31/10
**stack [3]** 31/19 36/3 36/5
**stacks [1]** 41/2
**stage [1]** 36/10
**stand [2]** 4/4 36/22
**standard [1]** 44/17
**state [4]** 14/22 17/24 19/12 32/18
**statement [2]** 34/18 40/23
**statements [2]** 25/23 39/9
**STATES [12]**
**States vs [1]** 2/4
**status [1]** 37/3
**stayed [1]** 36/24
**stenography [1]** 1/24
**Sterople [2]** 30/17 32/10
**Sterople's [1]** 30/19
**Stewart [6]** 4/10 4/11 5/2 5/9 5/14 42/5
**stole [1]** 31/2
**stop [1]** 32/5
**stopped [3]** 18/3 32/2 41/19
**store [2]** 22/25 23/10
**story [4]** 22/25 24/7 31/6 31/13
**strict [1]** 33/12
**strong [2]** 33/1 34/1
**structure [1]** 33/12
**struggle [2]** 26/23 33/9
**students [10]**
**subject [3]** 7/9 11/11 12/3
**submit [3]** 41/9 44/23 45/19
**substance [1]** 11/14
**substances [2]** 44/17 45/6
**substituted [1]** 5/7
**success [1]** 14/9
**successes [1]** 28/14
**successfully [1]** 16/12
**suffer [3]** 27/18 27/23 28/2
**suffering [3]** 27/25 32/4 43/25
**sufficient [1]** 43/5
**Suite [1]** 1/18
**summed [1]** 35/21
**supervised [6]** 44/11 44/11 44/14 44/18
44/20 46/10
**support [3]** 12/25 13/8 34/16
**supported [1]** 21/1
**supporting [1]** 18/24
**supports [1]** 24/10
**surgeon [2]** 17/20 19/12
**surgery [2]** 19/13 21/13
**surgical [1]** 21/18
**surprised [1]** 10/3
**survive [1]** 10/1
**sustain [1]** 5/22
**sustained [2]** 8/1 8/4
**switched [1]** 4/24
**sworn [1]** 4/9

**T**

**table [1]** 2/9
**tainted [1]** 39/20
**take [8]** 8/24 12/20 21/17 23/9 28/2 32/22
37/18 41/24
**taken [4]** 13/10 30/11 30/14 36/13
**takes [1]** 43/9
**talked [2]** 17/4 22/19
**talking [2]** 31/9 47/7
**talks [1]** 14/11
**Tastykake [1]** 19/13
**Tastykakes [2]** 4/22 4/24
**taught [1]** 19/13
**tax [3]** 17/18 17/21 23/14
**teacher [1]** 19/12
**team [8]** 15/21 15/22 15/24 15/25 16/10
18/10 18/14 24/10
**tease [1]** 36/22

**technique [1]** 44/22
**telephone [1]** 45/9
**tell [5]** 9/21 10/11 20/16 23/13 33/1
**telling [1]** 29/17
**tempted [1]** 43/22
**tend [1]** 43/11
**terms [1]** 12/24
**terribly [1]** 39/4
**testified [1]** 4/14
**testifies [1]** 3/17
**testify [1]** 3/21
**testimony [3]** 4/9 8/24 42/4
**thank [18]**
**thanking [1]** 18/9
**Thanks [1]** 28/8
**think [31]**
**thinking [1]** 34/2
**thought [4]** 5/9 5/16 38/16 38/19
**thoughts [1]** 36/20
**throw [1]** 24/21
**thug [1]** 31/23
**thwarted [1]** 31/14
**till [2]** 27/25 28/2
**time [17]**
**times [2]** 39/1 43/7
**timing [1]** 11/8
**Title [1]** 40/10
**Title 18 [1]** 40/10
**top [1]** 14/15
**touch [1]** 37/8
**touched [1]** 37/8
**touching [1]** 24/6
**tough [1]** 9/25
**towards [2]** 46/1 46/3
**town [2]** 31/8 36/25
**track [1]** 26/21
**tracked [1]** 37/2
**tracks [1]** 32/2
**tragedies [1]** 44/1
**tragic [1]** 31/13
**transcript [4]** 1/11 1/24 10/12 48/20
**transcripts [1]** 8/21
**travelled [1]** 37/12
**treated [1]** 19/25
**trial [6]** 3/18 4/8 10/24 11/10 12/6 12/10
**trips [1]** 32/22
**true [2]** 4/12 24/5
**trunk [3]** 4/5 4/7 4/23
**trust [1]** 7/23
**tuxedo [1]** 24/4
**Twelve [1]** 18/20
**Twenty [3]** 21/24 22/16 23/21
**Twenty-one [1]** 22/16
**Twenty-two [1]** 23/21
**two-level [2]** 6/4 8/3

**U**

**U.S [1]** 1/15
**U.S.A [1]** 16/21
**Uhm [4]** 7/14 26/11 28/10 34/15
**ultimate [1]** 29/25
**unannounced [1]** 44/24
**unbearable [1]** 38/22
**uncle [1]** 34/7
**uncles [2]** 36/8 37/9
**understand [8]** 6/19 7/6 8/18 9/14 18/1
24/20 25/12 25/15
**understandable [1]** 41/21
**understanding [2]** 8/14 16/7
**understatement [1]** 38/21
**unfortunately [3]** 31/22 38/21 39/23
**UNICOR [2]** 45/25 46/2
**unimaginable [1]** 33/4
**union [2]** 16/25 17/1
**unique [1]** 17/19
**UNITED [12]**

**U**

**University [1]**  19/12
**Unknowingly [1]**  31/14
**unpaid [1]**  46/9
**upstanding [1]**  26/13
**us [11]**
**user [1]**  31/19

**V**

**vain [1]**  33/25
**valedictorian [1]**  15/2
**variance [11]**
**vehicle [1]**  4/5
**venture [1]**  35/24
**Vero [3]**  13/20 16/9 17/25
**victim [2]**  31/14 39/22
**victim's [8]**  26/3 27/8 27/13 28/7 28/24
  30/18 34/7 41/16
**victims [6]**  25/24 27/12 35/14 35/18 39/9
  40/23
**video [1]**  4/16
**videotape [1]**  4/9
**vows [1]**  35/25
**vulnerable [1]**  35/23

**W**

**wages [1]**  46/1
**wait [2]**  11/6 28/19
**waiver [1]**  46/17
**wake [1]**  31/1
**Ward [2]**  21/12 21/13
**warrant [1]**  41/8
**wash [3]**  18/2 18/6 24/8
**Weaver [1]**  19/21
**week [2]**  9/20 10/8
**weeks [2]**  9/9 10/11
**weigh [1]**  44/3
**Wellington [1]**  38/9
**West [1]**  1/17
**whenever [1]**  11/6
**who's [1]**  22/3
**wife [11]**
**wife's [1]**  26/16
**William [1]**  1/11
**willing [1]**  3/25
**winds [1]**  5/25
**wing [1]**  24/4
**wish [2]**  27/14 33/21
**wished [1]**  27/9
**witness [1]**  36/14
**witnesses [1]**  4/15
**witty [1]**  38/2
**woman [9]**  15/3 18/14 19/21 20/5 20/12
  26/10 37/1 37/13 39/21
**women's [1]**  17/24
**won [1]**  18/12
**wonder [1]**  39/2
**wondering [1]**  7/22
**word [1]**  35/21
**words [2]**  30/10 33/18
**work [9]**  13/25 16/19 17/2 24/24 26/21 31/21
  33/9 37/4 46/2
**worker [1]**  31/7
**working [1]**  35/18
**works [1]**  45/25
**world [1]**  19/24
**worst [1]**  22/2
**worth [1]**  7/6
**WPD [1]**  1/4
**writes [1]**  21/16
**writing [1]**  17/17
**written [3]**  24/13 45/1 45/14
**wrong [1]**  7/15
**wrote [2]**  9/3 24/10

**Y**

**young [10]**
**youth [3]**  14/16 15/12 42/3
**youths [1]**  13/21

**Z**

**Zachary [6]**  4/10 4/11 5/2 5/8 5/14 42/4
**zero [1]**  24/24